# EXHIBIT 1

# District of Columbia Public Schools

**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Andrew Ankon
   DOB: 3/31/92
   Date of Determination (HOD/SA): 8/5/05
   Parent/Guardian Name: Charlene Ankron
   Parent/Guardian Address: 2514 Pomeroy Rd., SE, #303, 20020
   Current School: Johnson JHS
   Home School: Johnson JHS

3. **Invoice Information**
   Invoice Number: 05-349
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 6/6/05 to 8/15/05
   Amount of Payment Request: $ 4,706.33

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_                            August 26, 2005
Signature                                   Date

(In the Matter of AA DOB: 3/31/92 HOD: August 5, 2005)

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigation Division*
**CONFIDENTIAL**
**Coles B. Ruff, Jr., Due Process Hearing Officer**

| | |
|---|---|
| In the Matter of Andrew Ankron )<br>Date of Birth: March 31, 1992 )<br>)<br>)<br>Petitioner (Student), )<br>)<br>v. )<br>)<br>District of Columbia Public Schools )<br>("DCPS" or "District") )<br>Attending School: Johnson JHS )<br>Respondent. )<br>_____) | **IMPARTIAL DUE PROCESS**<br>**HEARING OFFICER'S DECISION**<br><br>Hearing Date: August 5, 2005<br><br>Held at: 825 North Capitol St. NE<br>Washington, DC |

Hearing Participants:
Counsel for Student:            John Straus, Esq.
                                1220 L Street NW #700
                                Washington DC 20002

Counsel for DCPS:               Karen Jones Herbert, Esq.
                                Donna Whitman Russell, Esq.
                                Office of General Counsel
                                825 North Capitol St. NE
                                Washington, DC 20002

### INTRODUCTION:

A Due Process Hearing was convened on August 5, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed June 29, 2005.

### JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

### DUE PROCESS RIGHTS:

The student's counsel waived a formal reading of the due process rights.

1

(In the Matter of AA    DOB: 3/31/92    HOD: August 5, 2005)

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

## FINDINGS OF FACT:

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

## ORDER:

1. DCPS shall, within twenty-five (25) business days of the issuance of this Order, convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting to discuss and draft math goals and objectives in the student's IEP.
2. Scheduling of the MDT/IEP meeting is to be arranged through parent's counsel.
1. DCPS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, his parent and/or representative(s).
2. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

*(signature)*

Coles B. Ruff, Esq.
Hearing Officer
Date: August 5, 2005

Issued: 08-05-05

2

(In the Matter of AA   DOB: 3/31/92   HOD: August 5, 2005)

## In the MATTER of Andrew Ankron V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| AA1-6 | Parent's Disclosures | Yes |
| DCPS 1-3 | DCPS Disclosures | Yes |
| | | |
| | * A detailed list of the documents disclosed is contained in the parties' disclosure notices | |

(In the Matter of AA   DOB: 3/31/92   HOD: August 5, 2005)

## In the MATTER of Andrew Ankron V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/29/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 6/30/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

4

(In the Matter of AA  DOB: 3/31/92  HOD: August 5, 2005)

# INDEX OF NAMES

## In the MATTER of Andrew Ankron V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | John Straus, Esq. |
| School System's Representative | Donna Whitman Russell, Esq. |

5

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Andrew Ankron

August 15, 2005
In Reference To:   Andrew Ankron

Invoice #10892

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/6/2005 | TS | Reviewed current HOD | 0.17<br>175.00/hr | 29.75 |
| 6/24/2005 | TS | Discussion with the child's attorney | 0.17<br>175.00/hr | 29.75 |
|  | JS | Record reviewed and discussion with Skinner | 0.17<br>350.00/hr | 59.50 |
| 6/27/2005 | TS | Drafted and faxed letter to SPEC COORD. requesting additional mdt dates for a mtg. | 0.33<br>175.00/hr | 57.75 |
| 6/29/2005 | JS | Prepared and file due process hearing request to DCPS | 1.50<br>350.00/hr | 525.00 |
| 6/30/2005 | TS | Reviewed Hearing Request | 0.17<br>175.00/hr | 29.75 |
| 7/5/2005 | DP | Drafted letter to parent regarding hearing request filed with the student hearing office. | 0.58<br>105.00/hr | 60.90 |
| 7/12/2005 | JS | Record reviewed and discussion with Skinner | 0.17<br>350.00/hr | 59.50 |
|  | TS | Drafted mailed letter to parent-mtg. conf. per our conversation. | 0.33<br>175.00/hr | 57.75 |
|  | TS | Drafted and faxed letter to SPED COORD. -mtg. conf based on parent avail. | 0.17<br>175.00/hr | 29.75 |

Andrew Ankron                                                                                          Page    2

|              |    |                                                                                                                                                                                                                                                                                                               | Hrs/Rate        | Amount |
|--------------|----|---|---|---|
| 7/12/2005    | TS | phone call to parent-mtg. avail. cont. concr.                                                                                                                                                                                                                                                                                  | 0.17<br>175.00/hr | 29.75  |
|              | TS | Discussion with the child's attorney                                                                                                                                                                                                                                                                                           | 0.17<br>175.00/hr | 29.75  |
| 7/19/2005    | TS | Phone call from mom- conf. mtg. for Thursday-got call that the mtg was Wed. @ 10-cont. concerns with Andrew-mental state is concerning/school placement                                                                                                                                                                        | 0.50<br>175.00/hr | 87.50  |
|              | TS | Drafted and faxed letter to SPED COORD- @ Johnson Jr. High- reconf. mtg for Thursday- some confusion of time and date from parent-want to clarify and confirm.                                                                                                                                                                  | 0.33<br>175.00/hr | 57.75  |
| 7/21/2005    | TS | Reviewed HOD/File-prepared for mtg.                                                                                                                                                                                                                                                                                            | 1.00<br>175.00/hr | 175.00 |
|              | TS | Conference with parents w/ Andrew and with Andrew one on one                                                                                                                                                                                                                                                                   | 1.00<br>175.00/hr | 175.00 |
|              | TS | Attended MDT/IEP @ Johnson Jr.High                                                                                                                                                                                                                                                                                             | 2.50<br>175.00/hr | 437.50 |
| 7/22/2005    | TS | Draft mtg status/outcome for atty.                                                                                                                                                                                                                                                                                             | 0.75<br>175.00/hr | 131.25 |
| 7/25/2005    | JS | Record reviewed and discussion with Skinner                                                                                                                                                                                                                                                                                    | 0.17<br>350.00/hr | 59.50  |
|              | TS | Discussion with the child's attorney                                                                                                                                                                                                                                                                                           | 0.17<br>175.00/hr | 29.75  |
| 7/26/2005    | JS | Reviewed letter to parent                                                                                                                                                                                                                                                                                                      | 0.08<br>350.00/hr | 28.00  |
|              | DP | Drafted letter to parent regarding date for administrative due process hearing request.                                                                                                                                                                                                                                        | 0.42<br>105.00/hr | 44.10  |
| 7/29/2005    | JS | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings.                                                                                                                                                          | 1.50<br>350.00/hr | 525.00 |
| 8/5/2005     | JS | Conduct final review of the student's educational file, conduct last minute educational research, conduct final review of DCPS's five day disclosures, review questions for direct, possible redirect, and possible cross, review opening and closing statements, and conduct final witness preparation with the parent and educational advocate for the student's upcoming administrative due process hearing and appear at the student's administrative due process hearing. | 1.50<br>350.00/hr | 525.00 |

Andrew Ankron                                                                                                Page    3

|  |  |  | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/8/2005 | JS |  | Reviewed letters to Foundations, Phillips, and High Roads | 0.08<br>350.00/hr | 28.00 |
|  | JS |  | Reviewed letter to parent | 0.08<br>350.00/hr | 28.00 |
|  | DP |  | Drafted letter to parent regarding placement packets sent to schools. | 0.50<br>105.00/hr | 52.50 |
|  | TS |  | Reviewed advocate's report, file review and drafted a case update memo for atty. and new advocate | 1.00<br>175.00/hr | 175.00 |
|  | DP |  | Drafted letter to parent regarding HOD sent by DCPS. | 0.50<br>105.00/hr | 52.50 |
|  | DP |  | Prepared and sent placement packages to Phillips, High Road, Foundation. | 3.00<br>105.00/hr | 315.00 |
| 8/9/2005 | TS |  | Conference with parent-parent came into office asking about hearing outcome and school placment for next year. Next step? | 0.75<br>175.00/hr | 131.25 |
|  | TS |  | updated case update to reflect mtg. with parent | 0.25<br>175.00/hr | 43.75 |
|  | DP |  | Drafted letter to parent regarding placement packets. | 0.50<br>105.00/hr | 52.50 |
|  | DP |  | Prepared and sent placement packages to Howard Road Academy. | 1.00<br>105.00/hr | 105.00 |
|  | JS |  | Reviewed letter to Howard Road | 0.08<br>350.00/hr | 28.00 |
| 8/10/2005 | TS |  | Phone call from principal @ Jackie RObinson-parent came in to find out about school-calling to get some more information about child. | 0.33<br>175.00/hr | 57.75 |
|  | TS |  | Phone call to mom-I got a phone call from principal @ Jackie Robinson-is this the program that you are interested in-explained program to parent-discussed Andrew's academic/program needs needs | 0.33<br>175.00/hr | 57.75 |
|  | TS |  | Phone call from dad-he rec. p/c from mom and she was upset about the information thatI told her. I told dad what I had told mom-he understood and would relay info to mom. | 0.33<br>175.00/hr | 57.75 |
|  | TS |  | Reviewed HOD | 0.17<br>175.00/hr | 29.75 |
|  |  |  | For professional services rendered | 22.92 | $4,488.75 |

Andrew Ankron                                                                                                   Page     4

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 6/29/2005 | Facsimile: HR letter to SHO. | 5.00 |
|  | Copied documents; hearing request | 2.50 |
| 7/5/2005 | Postage; HR letter to parent. | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
| 7/12/2005 | Copied documents; letter to parent | 0.50 |
| 7/13/2005 | Postage; MDT confirmation letter to parent. | 0.37 |
| 7/19/2005 | Facsimile to Johnson Jr.: Meeting continued | 2.00 |
|  | Copied: MDT confirmation letter for file. | 0.75 |
| 7/26/2005 | Copied documents; letter to parent | 0.50 |
| 7/27/2005 | Postage; letter to parent re: Hearing notice. | 0.37 |
| 7/29/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for DCPS. | 18.00 |
| 8/5/2005 | Copied documents; HOD | 6.00 |
|  | Facsimile Received from DCPS; HOD | 6.00 |
| 8/8/2005 | Copied documents; letter to parent | 0.50 |
|  | Copied documents; placement packets | 36.00 |
|  | Postage; letter to parent re: HOD. | 0.60 |
|  | Postage; Placement packets to school. (Phillips, High Roads, Foundation) | 6.63 |
| 8/9/2005 | Copied documents; letter to parent re: placement | 0.50 |
|  | Copied documents; placement packet | 9.00 |
|  | Postage; letter to parent re: placement. | 2.40 |
|  | Postage; Placement packet to Howard Rd. Academy. | 2.21 |
| 8/15/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $217.58 |
|  | Total amount of this bill | $4,706.33 |