# EXHIBIT 3

# District of Columbia Public Schools

**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Nathaniel Brock
   DOB: 12/19/93
   Date of Determination (HOD/SA): 7/25/05
   Parent/Guardian Name: Beverly Brock
   Parent/Guardian Address: 4714 South Dakota Ave., NE 20017
   Current School: Pathways School
   Home School: Pathways School

3. **Invoice Information**
   Invoice Number: 05-351
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 4/26/05 to 8/1/05
   Amount of Payment Request: $ 6,690.30

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____                    August 26, 2005
Signature                                              Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## CONFIDENTIAL

**Charles R. Jones, Esq., Due Process Hearing Officer**
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of ) | IMPARTIAL DUE PROCESS |
| ) | |
| NATHANIEL BROCK, Student, ) | HEARING OFFICER'S DECISION |
| Date of Birth: 12-19-93 ) | |
| ) | |
| Petitioner, ) | Hearing Date: July 20, 2005 |
| ) | |
| vs. ) | |
| ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, ) | Eighth Floor |
| Pathways School ) | Washington, D.C. 20002 |
| Respondent. ) | |

## SETTLEMENT ORDER

**Parent(s):** Beverly Brock
4714 South Dakota Ave., N.E.
Washington, D.C. 20017

**Counsel for Parent:** Roberta Gambale, Esq.
James Brown & Associates, PLLC
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**Counsel for School:** Katherine Rodi, Attorney- Advisor
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002

# HEARING OFFICER'S DECISION

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS

State Enforcement and Investigative Division
Special Education Due Process Hearing

## I. INTRODUCTION

On June 15, 2005, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Roberta Gambale, Esq. The request alleges DCPS failed to comply with an April 28, 2005 Hearing Officer's Determination (HOD).

A Due Process Hearing was convened on July 20, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Katherine Rodi, Esq., Attorney-Advisor, represented DCPS. Roberta Gambale, Esq., represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated July 12, 2005: NB-1 through NB-10. On behalf of DCPS: Disclosure Letter dated July 13, 2005. Parent's counsel waived a formal reading of the Due Process Rights. The parties did not introduce any testimony in this case, as the matter was settled on the record.

## II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III. ISSUES

Whether DCPS denied the student FAPE by failing to comply with an April 28, 2005 Hearing Officer's Determination (HOD)?

### IV. SUMMARY OF RELEVANT EVIDENCE

At the commencement of the Hearing, the parties represented that they had agreed upon terms to settle this matter. Counsel for the parties requested that the Hearing Officer approve of the terms and incorporate those terms into an Order.

### V. FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

- The terms of the agreement, as set forth in the record, are in the best interest of this student; therefore, the terms shall be incorporated into an Order.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) DCPS shall, within fifteen- (15) business days of the issuance of the HOD, complete a final Compensatory Education Plan for Nathaniel Brock. In the event DCPS provide a copy of the completed Compensatory Educational Plan prior to the meeting, the parent(s) shall withdraw the request for the Plan.

2) All communications and notices shall be sent through the parent's counsel.

3) Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.

3.

## VI. APPEAL PROCESS

This is the FINAL ADMINISTRATIVE DECISION. Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____    Date Filed: 07-25-05
Charles R. Jones, Esq., Hearing Officer

Date Issued: 7-25-05

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Nathaniel Brock


August 01, 2005
In Reference To:   Nathaniel Brock
Invoice #10864

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/26/2005 | YA | Draft letter to Pathway School re: Hearing Officer's Determination | 0.42 105.00/hr | 44.10 |
|  | RG | Reviewed HOD and instructions to paralegal re: follow up | 0.42 350.00/hr | 147.00 |
| 5/2/2005 | MM | Reviewed hod dated 4/25/05 | 0.33 175.00/hr | 57.75 |
| 5/11/2005 | MM | Drafted letter to private school | 0.50 175.00/hr | 87.50 |
| 5/12/2005 | MM | File review and developed monthly case status report regarding the communication between me and the school and the parent and the most recent occurrances with the case | 0.58 175.00/hr | 101.50 |
| 5/17/2005 | MM | Discussion with attorney re: meeting and call from mom | 0.25 150.00/hr | 37.50 |
|  | RG | Discussion with advocate re: meeting and call from mom | 0.25 350.00/hr | 87.50 |
| 5/30/2005 | MM | File review and developed monthly case status report and documented latest communication with school and parent and next step. | 0.58 175.00/hr | 101.50 |
| 6/7/2005 | MM | Reviewed prep for mdt | 1.00 175.00/hr | 175.00 |

Nathaniel Brock                                                                                     Page     2

|            |    |                                                                                                               | Hrs/Rate        | Amount   |
|------------|----|---------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 6/8/2005   | MM | Attended MDT/IEP @ school                                                                                     | 2.00 175.00/hr  | 350.00   |
| 6/9/2005   | MM | Reviewed information for mdt                                                                                  | 0.75 175.00/hr  | 131.25   |
|            | MM | Discussion with pathways                                                                                      | 0.25 175.00/hr  | 43.75    |
| 6/10/2005  | MM | Attended MDT/IEP @ school                                                                                     | 4.00 175.00/hr  | 700.00   |
| 6/14/2005  | RG | Prepared and file due process hearing request to DCPS to address denailds of FAPE violate on order and comp ed | 2.00 350.00/hr  | 700.00   |
| 6/15/2005  | YA | Draft status letter to parent re, Hearing Request                                                             | 0.75 105.00/hr  | 78.75    |
| 6/20/2005  | MM | Reviewed hr dated 6/16/05 and documented issues file on .                                                     | 0.33 175.00/hr  | 57.75    |
| 6/22/2005  | YA | Draft status letter to parent re, Hearing Date Notice                                                         | 0.58 105.00/hr  | 60.90    |
| 7/12/2005  | YA | Prepare disclosure to Office of General Counsel and Student Hearing Office for tommorow                       | 1.50 105.00/hr  | 157.50   |
|            | YA | Draft letter to Student Hearing Office re, motion to compell Denise Keeling from Bunker Hill for tommorow     | 0.75 105.00/hr  | 78.75    |
|            | RG | Prepare disclosure to DCPS                                                                                    | 1.00 350.00/hr  | 350.00   |
| 7/15/2005  | MM | Record reviewed and discussion with atty                                                                      | 0.50 175.00/hr  | 87.50    |
| 7/18/2005  | RG | Telephone call to DCPS staff- Ms TRacers re: meeting andemail to advocate re: case status and follow up       | 0.33 350.00/hr  | 115.50   |
| 7/19/2005  | RG | Prepared for Due Process Hearing; pre-hearing conference with mom; discussion with Paula Travers re: comp ed plan and KR re: hearing; | 3.00 350.00/hr  | 1,050.00 |
|            | MM | Prepared for Due Process Hearing                                                                              | 1.50 175.00/hr  | 262.50   |
| 7/20/2005  | RG | Appearance to 825 North Capital for due process hearing and pre/post hearing conferences with mom and advocate and paralegal | 2.42 350.00/hr  | 847.00   |
|            | MM | Appearance to 825 North Capital for due process hearing                                                       | 1.50 175.00/hr  | 262.50   |

Nathaniel Brock                                                                                          Page    3

                                                                                         Hrs/Rate      Amount

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2005 | YA | File back disclosure to file | 0.50<br>105.00/hr | 52.50 |
| 7/27/2005 | RG | Conference with parent re: ESY | 0.33<br>275.00/hr | 90.75 |
| | YA | Tickle Deadline | 0.17<br>95.00/hr | 16.15 |
| | YA | Drafted letter to parent re, Hearing Officer's Determination | 0.58<br>95.00/hr | 55.10 |
| 7/28/2005 | MM | File review and developed monthly case status report | 0.58<br>150.00/hr | 87.00 |

For professional services rendered                                                         29.65      $6,474.50

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 4/26/2005 | Copied documents HOD for the parent. | 0.25 |
| | Copied HOD for parent. | 6.00 |
| 4/27/2005 | Postage; letter to the parent with HOD. | 0.60 |
| 6/14/2005 | Facsimile(SHO-letter) | 2.00 |
| 6/15/2005 | Copied: HR letter for parent and advocate. | 3.50 |
| 6/16/2005 | Postage; HR letter to parent | 0.60 |
| 6/22/2005 | Postage; HDN letter to parent | 0.37 |
| | Copied: HDN letter for parent. | 0.50 |
| 7/12/2005 | Copied documents; disclosures | 56.25 |
| 7/13/2005 | Facsimile: motion to compel to SHO and OGC. | 4.00 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/20/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 7/26/2005 | Facsimile Received from DCPS; HOD | 5.00 |
| 7/27/2005 | Copied documents-HOD | 5.00 |
| | Copied: SA letter for parent. | 0.25 |
| 7/28/2005 | Postage; letter to parent re: HOD. | 0.60 |

| Nathaniel Brock | Page 4 |
| --- | --- |
| | **Amount** |
| 8/1/2005  File review preparation of bill and invoice audit | 96.88 |
| Total costs | $215.80 |
| Total amount of this bill | $6,690.30 |