# EXHIBIT 4



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Armond Brown
   DOB: 10/13/94
   Date of Determination (HOD/SA): 8/1/05
   Parent/Guardian Name: Nureeah Brown
   Parent/Guardian Address: 4901 Alabama Ave., SE, #4, 20019
   Current School: Drew ES
   Home School: Plummer ES

3. **Invoice Information**
   Invoice Number: 05-352
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 6/13/05 to 8/8/05
   Amount of Payment Request: $ 5,425.13

4. **Certification** (must be signed by principal attorney)

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_(signed)_                                          August 26, 2005
Signature                                           Date

# District of Columbia Public Schools
### Office of Management Services
Tonya M. Butler-Truesdale, Esquire, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(202) 518-6867
Facsimile: (202) 442-5556
### Confidential

| | | |
|---|---|---|
| ARMOND BROWN, STUDENT | ) | |
| Date of Birth: October 13, 1994 | ) | |
| Petitioner. | ) | Hearing Date: July 20, 2005 |
| v. | ) | |
| THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS | ) | |
| and | ) | |
| | ) | Held at: 825 North Capitol Street, N.E. |
| Respondents. | ) | 8th Floor |
| | ) | Washington, D.C. 20002 |

## HEARING OFFICER'S DECISION

| | |
|---|---|
| Parents: | Ms. Nureeah Brown<br>4901 Alabama Avenue, SE, Apartment #4<br>Washington, D.C. 20019 |
| Counsel for Petitioner: | Christopher L. West, Esquire<br>James E. Brown & Associates<br>1220 L Street, N.W.; Suite 700<br>Washington, D.C. 20005<br>(202) 742-2000; Fax: (202)742-2098 |
| Counsel for DCPS: | Katherine Rodi, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E.<br>9th Floor<br>Washington, D.C. 20002 |

*In the Matter of Armond Brown*

### I. JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

### II. DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

### III. FIVE-DAY DISCLOSURE

Petitioner: No witnesses were present or called to testify because the parties settled and presented disclosures labeled AB1-AB16.

Respondent: No witnesses were present or called to testify because the parties settled and no disclosures were presented.

### IV. STATEMENT OF THE CASE

The Student Hearing Office, DCPS, scheduled a Due Process Hearing for July 20, 2005 at 3:00pm. The hearing was convened as scheduled. Petitioner alleges that DCPS failed to:
1. complete the special education eligibility process;
2. provide the recommended related services; and,
3. address Petitioner's compensatory education needs

Attorney Advisor Katherine Rodi appeared in person for DCPS. Attorney Christopher West appeared in person on behalf of Petitioner.

### V. FINDINGS OF FACT

In consideration of the hearing record, the Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated. The hearing officer entered the parties Settlement on the Record as follows:

2

*In the Matter of Armond Brown*

### VI. ORDER

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, the testimony presented at the hearing, and representations of the parties' counsel at the hearing, this 1st day of August 2005, it is hereby

**ORDERED**, that DCPS shall fund an independent clinical evaluation.

**IT IS ALSO ORDERED**, that upon receipt of the independent clinical evaluation DCPS will convene an MDT meeting within fifteen calendar days to discuss eligibility. If Petitioner is found eligible the team will also discuss and determine compensatory education and placement.

**IT IS ALSO ORDERED**, that if a subsequent change of placement is warranted to a DCPS public school, DCPS shall have five (5) calendar days to issue the prior notice of placement. If placement is to a non-public or private school, DCPS shall have thirty (30) calendar days and if placement is to a residential facility DCPS shall have sixty (60) calendar days to issue the prior notice of placement.

**IT IS ALSO ORDERED**, that all meetings will be scheduled through parent's counsel and, DCPS will be granted a day for day extension for any delay caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

**IT IS FURTHER ORDERED**, that this Order is effective immediately.

This is the **FINAL ADMINISTRATIVE DECISION**. An Appeal can be made to a court of competent jurisdiction within thirty (30) days of this Order's issue date.

_____   __August 1, 2005__
Tonya M. Butler-Truesdale, Esquire    Date
Hearing Officer

Issued: _____
Student Hearing Office, DCPS

3

08/01/2005 12:08 2025183666 ATTY BUTLER TRUESDAL PAGE 04

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Armond Brown
Nureeah Brown
4901 Alabama Ave, SE
Apartment # 4
Washington DC 20019

August 08, 2005
In Reference To:   Armond Brown
                   DOB: 10/13/94
                   School: Drew ES
                   Home School: Plummer ES

Invoice #10883

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/13/2005 | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.50 105.00/hr | 157.50 |
|  | CW | Consultation with parent and legal assistant, research and case preparation. | 1.50 350.00/hr | 525.00 |
| 6/14/2005 | BDL | Drafted letter to parent detailing the hearing request | 0.50 105.00/hr | 52.50 |
|  | BDL | Assisted attorney in sending hearing request to the Student Hearing Office | 0.33 105.00/hr | 34.65 |
|  | CW | Discussion with advocate | 0.17 350.00/hr | 59.50 |
|  | CM | Record reviewed and discussion with attorney re need for Vineland Assessment and Clinical Evaluation | 0.50 175.00/hr | 87.50 |
|  | CW | Prepared and filed request for due process hearing in order to address DCPS' failure to complete the special education eligibility process; failure to conduct a psychoeducational evaluation, clinical evaluation, occupational therapy evaluation, speech/language evaluation; failure to provide recommended special education services; conference with paralegal re: filing request for hearing; teleconference with parent and discussed filing of request for hearing | 2.50 350.00/hr | 875.00 |
| 6/20/2005 | HR | Drafted letter requesting records at Fletcher Johnson Educational Center | 0.67 105.00/hr | 70.35 |

Armond Brown                                                                                       Page    2

|            |     |                                                                                                              | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 6/20/2005  | HR  | Drafted letter requesting records at Drew Elementary School                                                   | 0.67<br>105.00/hr | 70.35  |
| 6/22/2005  | HR  | Draft case status letter to parent informing them of records and initial evaluations requested                | 0.50<br>105.00/hr | 52.50  |
| 6/24/2005  | AAG | Drafted letter to parent<br>RE: Hearing date notice                                                           | 0.79<br>105.00/hr | 82.95  |
| 6/28/2005  | AAG | Reviewed S/L evaluation report                                                                                | 0.33<br>105.00/hr | 34.65  |
|            | AAG | Reviewed vineland evaluation report                                                                           | 0.33<br>105.00/hr | 34.65  |
|            | AAG | Reviewed Social History evaluation report                                                                     | 0.33<br>105.00/hr | 34.65  |
|            | AAG | Drafted letter to parent                                                                                      | 0.66<br>105.00/hr | 69.30  |
| 7/7/2005   | CM  | Reviewed file correspondence                                                                                  | 0.50<br>175.00/hr | 87.50  |
|            | CM  | Reviewed speech and language report by Cunnegin                                                               | 0.50<br>175.00/hr | 87.50  |
|            | BDL | Drafted letter to parent with copy of records received from DCPS.                                             | 0.42<br>105.00/hr | 44.10  |
|            | CM  | Reviewed psychological report by Boyd                                                                         | 0.58<br>175.00/hr | 101.50 |
|            | CM  | Reviewed school records                                                                                       | 0.50<br>175.00/hr | 87.50  |
|            | CM  | Reviewed social hisstory report by Vauss                                                                      | 0.50<br>175.00/hr | 87.50  |
|            | CM  | Reviewed 9/14/04 MDT notes                                                                                    | 0.33<br>175.00/hr | 57.75  |
|            | CM  | Reviewed 10/25/04 MDT notes                                                                                   | 0.33<br>175.00/hr | 57.75  |
| 7/8/2005   | CW  | Prepare disclosure documents for OGC and SHO in preparation for hearing; conference with paralegal re: submitting documents to DCPS | 1.00<br>350.00/hr | 350.00 |
| 7/12/2005  | BDL | Assisted attorney to prepare disclosure to DCPS.                                                              | 0.58<br>105.00/hr | 60.90  |

Armond Brown                                                                                              Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/12/2005 | BDL | Contacted parent in reference to the hearing schedule July 20, 2005 and evaluations. | 0.08<br>105.00/hr | 8.40 |
|  | DH | Prepare the student's five-day disclosures. | 1.00<br>350.00/hr | 350.00 |
| 7/19/2005 | CW | Reviewed suspension notices, IEP, IEP meeting notes; conference with parent and reviewed witness questions in preparation for due process hearing | 1.50<br>350.00/hr | 525.00 |
| 7/20/2005 | CW | Reviewed witness questions in preparation for due process hearing; appearance at 825 North Capital Street for administrative due process hearing administered by the Student Hearing Office | 1.75<br>350.00/hr | 612.50 |
| 8/1/2005 | CW | Reviewed HOD with parent; conference with paralegal re: submitting referral to Interdynamics testing agency | 0.75<br>350.00/hr | 262.50 |
|  | CM | Reviewed file correspondence for case update | 0.25<br>150.00/hr | 37.50 |
|  | HR | Discussion with the child's attorney | 0.08<br>105.00/hr | 8.40 |
| 8/3/2005 | HR | Letter to Interdynamics requesting independent clinical evaluations and sent via Facsimile with educational documents attached. | 0.58<br>105.00/hr | 60.90 |
|  | HR | Draft letter to parent reguarding referral sent to Interdynamics. | 0.50<br>105.00/hr | 52.50 |
|  |  | For professional services rendered | 23.01 | $5,180.75 |
|  |  | Additional Charges : |  |  |
| 6/14/2005 |  | Copied documents(Parent-HR) |  | 0.25 |
|  |  | Facsimile(SHO-HR) |  | 6.00 |
| 6/15/2005 |  | Postage; HR letter to parent. |  | 0.37 |
| 6/22/2005 |  | Facsimile: Records' request to Drew ES, Flecher Johnson, OSE, and OGC. |  | 25.00 |
|  |  | Postage; Case status letter to parent |  | 0.37 |
|  |  | Copied: Records' request letter for parent. |  | 1.25 |
| 6/24/2005 |  | Copied documents<br>Hearing Date Notice |  | 0.50 |
|  |  | Postage; letter to parent<br>Hearing Date Notice |  | 0.37 |

Armond Brown                                                                                         Page    4

                                                                                                     <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 6/28/2005 | Copied: documents for parent and advocate. | 17.00 |
| 7/7/2005 | Copied documents- school records w/ltr | 0.50 |
| 7/8/2005 | Postage; records to parent. | 1.52 |
| 7/12/2005 | Copied documents- 5 day disclosure | 36.00 |
| 7/13/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/20/2005 | Taxi service to DCPS for hearing | 6.50 |
| 8/1/2005 | Facsimile Received from DCPS; HOD | 4.00 |
|  | Copied documents; HOD | 4.00 |
| 8/3/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent. | 0.37 |
|  | Facsimile referral to Interdynamics | 23.00 |
| 8/8/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $244.38 |
|  | Total amount of this bill | $5,425.13 |