# EXHIBIT 5



# District of Columbia Public Schools

OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Khalil Bullock
   DOB: 4/26/91
   Date of Determination (HOD/SA): 7/25/05
   Parent/Guardian Name: Carolyn Bullock
   Parent/Guardian Address: 916 46th St., NE, WDC 20019
   Current School: Merritt Education Center
   Home School: Merritt Education Center

3. **Invoice Information**
   Invoice Number: 05-353
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 3/29/05 to 8/8/05
   Amount of Payment Request: $ 7,531.46

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_              August 26, 2005
Signature                          Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
### CONFIDENTIAL

Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| In the Matter of | ) | IMPARTIAL DUE PROCESS |
| | ) | |
| KHALIL BULLOCK, Student, | ) | HEARING OFFICER'S DECISION |
| Date of Birth: 04-26-91 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: July 11, 2005 |
| | ) | |
| vs. | ) | |
| | ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, | ) | Eighth Floor |
| Home School: Merritt Education Center | ) | Washington, D.C. 20002 |
| Respondent. | ) | |
| | ) | |

### SETTLEMENT ORDER

**Parent(s):**          Carolyn Bullock
                        916 46th Street, NE
                        Washington, D.C. 20019

**Counsel for Parent:** John A. Straus, Esq.
                        James E. Brown & Associates, PLLC
                        1220 L. Street, N.W.
                        Suite 700
                        Washington, D.C. 20002

**Counsel for School:** Michael D. Levy, Attorney-Advisor
                        Office of the General Counsel, DCPS
                        825 North Capitol Street, N.E., 9th Floor
                        Washington, D.C. 20002

# HEARING OFFICER'S DECISION

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigative Division*

### Special Education Due Process Hearing

## I. INTRODUCTION

On June 1, 2005, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, John A. Straus, Esq. The request alleges DCPS failed to evaluate the student in all areas of suspected disability and failed to provide an appropriate educational placement for Khalil Bullock.

A Due Process Hearing was convened on June 11, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Michael D. Levy, Esq., Attorney-Advisor, represented DCPS. John A. Straus, Esq., represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated July 1, 2005: KB-1 through KB-15. On behalf of DCPS: Disclosure Letter dated July 1, 2005. Parent's counsel waived a formal reading of the Due Process Rights. The parties did not enter any testimony in this matter, as the parties settled this case on the record.

## II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III. ISSUES

Whether DCPS denied the student FAPE by failing to evaluate the student in all areas of suspected disabilities and by failing to provide an appropriate educational placement for the student?

2.

IV.  **SUMMARY OF RELEVANT EVIDENCE**

At the commencement of the Hearing, the parties represented that they had agreed upon terms to settle this matter. Counsel for the parties requested that the Hearing Officer approve of the terms and incorporate those terms into an Order.

V.  **FINDINGS OF FACT**

The Hearing Officer makes the following findings of fact:

- The terms of the agreement, as set forth in the record, are in the best interest of this student; therefore, the terms shall be incorporated into an Order.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) **DCPS shall, within thirty- (30) calendar days of the issuance of the HOD, convene a MDT/IEP meeting to review all current evaluations, review and revise the student's IEP if warranted and discuss and determine an appropriate educational placement for the 2005-2006 school years.**

2) **In the event the appropriate placement is to a public school, DCPS shall issue a notice of placement within five- (5) schools days of the MDT/IEP team meeting. If the appropriate placement is to a non -public facility, DCPS shall issue a notice of placement within thirty- (30) calendar days of the MDT/IEP team meeting.**

3) **DCPS shall fund an independent tutor, selected by the parent, at a rate not to exceed $50.00 dollars per hour for thirty-six (36) hours.**

3.

4) All communications and notices shall be sent through the parent's counsel.

5) Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.

## VI. APPEAL PROCESS

This is the FINAL ADMINISTRATIVE DECISION. Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____    Date Filed: 07-25-05
Charles R. Jones, Esq., Hearing Officer

Date Issued: 7-25-05

4.

# LEGEND

### ATTORNEYS
| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS
| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES
| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS
| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Khalil Bullock

August 08, 2005
In Reference To:    Khalil Bullock

Invoice #10880

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2005 | JS | Record reviewed and discussion with Skinner | 0.17<br>350.00/hr | 59.50 |
| | TS | Discussion with the child's attorney | 0.17<br>175.00/hr | 29.75 |
| | TS | Phone call to Accotink Academy-schduled ESY mtg-left msg pc/ from Accotink Academy-confirming ESY mtg.-IRP mtg. due end of May | 0.50<br>175.00/hr | 87.50 |
| 3/30/2005 | DP | Drafted letter to DCPS / Attorney notifying of a possible settlement violation. | 0.52<br>105.00/hr | 54.60 |
| | DP | Drafted letter to parent notifying of a possible settlement violation. | 0.52<br>105.00/hr | 54.60 |
| | JS | Reviewed letter to Mediation and Compliance, Rhondalyn Primes, Office of General Counsel, and parent | 0.08<br>350.00/hr | 28.00 |
| | JS | Prepared due process hearing request to DCPS | 1.50<br>350.00/hr | 525.00 |
| 4/1/2005 | TS | File review for progress and/or violations | 0.17<br>175.00/hr | 29.75 |
| 4/4/2005 | TS | Phone call from Sped. coord.@ Accotink Academy-esy mtg schduled for tomorrow-need to set-up annual review-date avail-will check schedule an get back to me | 0.33<br>175.00/hr | 57.75 |

Khalil Bullock                                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2005 | JS | file due process hearing request to DCPS | 0.08<br>350.00/hr | 28.00 |
| 4/12/2005 | TS | Reviewed HR | 0.17<br>175.00/hr | 29.75 |
|  | TS | Phone call to Ms.Allen @ Accotink Academy/mtg. sch. avail. | 0.33<br>175.00/hr | 57.75 |
| 4/14/2005 | JS | Phone call from parent regarding assault on the bus | 0.33<br>350.00/hr | 115.50 |
|  | JS | Reviewed letter to parent | 0.08<br>350.00/hr | 28.00 |
|  | DP | Drafted letter to parent notifying of the administrative due process hearing scheduled by DCPS. | 0.42<br>105.00/hr | 44.10 |
| 4/15/2005 | TS | Phone call to Ms. Noll regarding manifestation meeting. We recieved the notice with conflicting dates. Need to confirm date. Left message on vioce mail. | 0.17<br>175.00/hr | 29.75 |
|  | TS | Phone call from Ms. Noll. will send via facsimile corrected notice | 0.17<br>175.00/hr | 29.75 |
| 4/20/2005 | JS | Phone call from parent regarding suspension and IEP meeting | 0.17<br>350.00/hr | 59.50 |
| 4/21/2005 | JS | Phone call from Milo Howard regarding manifestation meeting | 0.17<br>350.00/hr | 59.50 |
| 4/26/2005 | JS | Phone call to Howard Milo regarding IEP meeting and transport | 0.17<br>350.00/hr | 59.50 |
|  | JS | Phone call to parent regarding IEP team meeting and transportation | 0.33<br>350.00/hr | 115.50 |
| 4/29/2005 | DP | Drafted continuance letter to DCPS / Attorney | 0.50<br>105.00/hr | 52.50 |
| 5/10/2005 | TS | Attended MDT/IEP/Manifestation Meeting @ 825 N.Capitol | 4.00<br>175.00/hr | 700.00 |
|  | TS | Reviewed file and prepared for mtg. | 1.00<br>175.00/hr | 175.00 |
| 5/11/2005 | DP | Drafted letter to parent regarding hearing request filed with the DCPS student hearing office. | 0.53<br>105.00/hr | 55.65 |
|  | JS | Prepared and file amended due process hearing request to DCPS | 1.00<br>350.00/hr | 350.00 |

Khalil Bullock                                                                                                                    Page    3

|            |    |                                                                                                                                                                                                                                            | Hrs/Rate        | Amount |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 5/13/2005  | DP | Prepared and sent placement packages to Pathways, High Road, and Prospect.                                                                                                                                                                                 | 2.00 105.00/hr  | 210.00 |
|            | JS | Reviewed letters to High Roads, Pathways, and Phillips School                                                                                                                                                                                              | 0.08 350.00/hr  | 28.00  |
| 5/18/2005  | TS | Phone call to mom- DCALA visit?-bus situation-school selections-left msg. on vm                                                                                                                                                                            | 0.17 175.00/hr  | 29.75  |
| 5/20/2005  | JS | Record reviewed and discussion with Skinner                                                                                                                                                                                                                | 0.17 350.00/hr  | 59.50  |
|            | TS | Discussion with the child's attorney                                                                                                                                                                                                                       | 0.17 175.00/hr  | 29.75  |
| 5/24/2005  | DP | Assisted attorney to prepare disclosure to DCPS.                                                                                                                                                                                                           | 1.83 105.00/hr  | 192.15 |
|            | JS | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings.                                                                                     | 2.00 350.00/hr  | 700.00 |
| 6/1/2005   | JS | Appearance to 825 North Capital for due process hearing. Continued the hearing.                                                                                                                                                                            | 1.50 350.00/hr  | 525.00 |
| 6/8/2005   | DP | Drafted letter to parent notifying of the date scheduled for the administrative due process hearing.                                                                                                                                                       | 0.42 105.00/hr  | 44.10  |
|            | JS | Reviewed letter to parent                                                                                                                                                                                                                                  | 0.08 350.00/hr  | 28.00  |
| 6/28/2005  | JS | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings.                                                                                     | 1.00 350.00/hr  | 350.00 |
| 6/29/2005  | DP | Assisted attorney to prepare disclosure to DCPS.                                                                                                                                                                                                           | 1.50 105.00/hr  | 157.50 |
|            | DP | Discussion with advocate                                                                                                                                                                                                                                   | 0.17 105.00/hr  | 17.85  |
| 6/30/2005  | TS | Phone call to parent/how is he doing/paretn home schooled for the remainder of the school year/ DCPS did not send trans. for him to get to DCALA/ Does not want him at DCALA/other school options/dis. High Roads and Phillips/comp-ed tutoring-Sylvan Learning Center? | 0.75 175.00/hr  | 131.25 |
| 7/1/2005   | TS | Reviewed MDT notes/file and notes taken during conversation with parent and wrote case status for atty.                                                                                                                                                    | 0.50 175.00/hr  | 87.50  |
| 7/8/2005   | JS | Prepared for Due Process Hearing                                                                                                                                                                                                                           | 1.50 350.00/hr  | 525.00 |

Khalil Bullock                                                                                           Page   4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2005 | JS | Conduct final review of the student's educational file, conduct last minute educational research, conduct final review of DCPS's five day disclosures, review questions for direct, possible redirect, and possible cross, review opening and closing statements, and conduct final witness preparation with the parent and educational advocate for the student's upcoming administrative due process hearing and appear at the student's administrative due process hearing. | 2.00<br>350.00/hr | 700.00 |
|  | TS | Reviewed advocate file and disclosure-prepared for hearing | 0.50<br>175.00/hr | 87.50 |
| 8/2/2005 | DP | Drafted letter to parent regarding HOD recieved by this office from DCPS. | 0.52<br>105.00/hr | 54.60 |
| 8/3/2005 | JS | Reviewed letter to parent | 0.08<br>350.00/hr | 28.00 |
| 8/5/2005 | JS | Phone call from parent regarding the Hearing Officer Determination | 0.33<br>350.00/hr | 115.50 |
|  | JS | Reviewed letter to High Roads | 0.08<br>350.00/hr | 28.00 |
|  | JS | Reviewed letter to Parkmont | 0.08<br>350.00/hr | 28.00 |
|  | DP | Drafted letter to parent regarding placement packs sent to private schools. | 0.52<br>105.00/hr | 54.60 |
|  | DP | Prepared and sent placement packages to Parkmont and High Road School. | 1.25<br>105.00/hr | 131.25 |
|  |  | For professional services rendered | 32.78 | $7,259.00 |
|  |  | Additional Charges : |  |  |
| 3/30/2005 |  | Copied documents; letter to parent |  | 0.50 |
| 3/31/2005 |  | Postage; letter to parent<br>RE: Settlement agreement |  | 0.37 |
| 4/7/2005 |  | Copied documents; hearing request |  | 2.50 |
|  |  | Facsimile to SHO<br>Hearing request |  | 5.00 |
| 4/14/2005 |  | Postage; letter to parent<br>Hearing date notice |  | 0.37 |
|  |  | Copied documents; letter to parent |  | 0.50 |

Khalil Bullock                                                                                                   Page    5

                                                                                                                  <u>Amount</u>

| Date | Description | Amount |
|---|---|---:|
| 4/29/2005 | Facsimile continuance Hearing to SHO and OGC. | 4.00 |
| 5/10/2005 | Copied documents(Adv/MDT notes) | 1.50 |
| 5/11/2005 | Postage; Hearing notice letter to parent. | 0.37 |
| | Facsimile: HR to SHO. | 6.00 |
| 5/13/2005 | Postage; placement package to Pathways, High Roads, Prospect | 6.63 |
| 5/16/2005 | Postage; HR letter to parent | 0.60 |
| | Copied documents; letter to parent | 0.50 |
| 5/24/2005 | Copied: Disclosure for Attorney, SHO, and OGC. | 76.00 |
| 6/8/2005 | Postage; HRN letter to parent. | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| 7/1/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/11/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 7/26/2005 | Copied documents; HOD | 5.00 |
| | Facsimile Received from DCPS; HOD | 5.00 |
| 8/2/2005 | Postage; letter to parent re: HOD. | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| 8/5/2005 | Copied: Placement referral for High Rd. | 25.00 |
| 8/8/2005 | File review preparation of bill and invoice audit | 96.88 |
| | **Total costs** | **$272.46** |
| | **Total amount of this bill** | **$7,531.46** |