# EXHIBIT 6



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Keith Butler
   DOB: 1/27/88
   Date of Determination (HOD/SA): 8/18/05
   Parent/Guardian Name: Lanette Russell
   Parent/Guardian Address: 5581 Chillum Pl., NE, WDC 20011
   Current School: The Pines
   Home School: Coolidge SHS

3. **Invoice Information**
   Invoice Number: 05-354
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 2/7/05 to 8/24/05
   Amount of Payment Request: $ 5,010.95

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_          August 26, 2005
Signature                 Date

(In the Matter of KB DOB 1/27/88 HOD August 18, 2005)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigation Division*
**CONFIDENTIAL**
Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of Keith Butler ) <br> Date of Birth: January 27, 1988 ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> District of Columbia Public Schools ) <br> ("DCPS" or "District") ) <br> Attending School: The Pines ) <br> Respondent. ) <br> ) | **IMPARTIAL DUE PROCESS** <br><br> **HEARING OFFICER'S DECISION** <br><br> Hearing Date: August 1, 2005 <br><br> Held at: 825 North Capitol St. NE <br> Washington, DC |

Counsel for Student:  Roxanne Neloms, Esq.
Domiento C.R. Hill
1220 L Street NW #700
Washington, DC 20005

Counsel for DCPS:  L. Palmer, Esq.
Lenore Verra, Esq.
Office of General Counsel
825 North Capitol St. NE
Washington, DC 20002

**JURISDICATION:**

A Due Process Hearing was convened on August 1, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002, in response to a hearing request submitted by counsel for the student and parent filed June 28, 2005. The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

**DUE PROCESS RIGHTS:**

The parent's counsel waived a formal reading of the due process rights.

1

(In the Matter of KB DOB 1/27/88 HOD August 18, 2005)

### SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel, the testimony of the witness(es) and the documents submitted in the parties' disclosures (KB 1-20 and DCPS 1) which were admitted into the record.[1]

### FINDINGS OF FACT:

The student has been determined to be eligible for special education and related services with a disability classification of learning disabled (LD) and emotional disturbance (ED). The student's most recently attended the Pines Residential Treatment Center (Pines) and was to return from that placement within days of the due process hearing. (KB 6, 15)

On June 7, 2005, parent's counsel requested DCPS convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting to determine a new placement for the student based upon notification from Pines that the student would be soon completing his program at the Pines. (KB 3)

There is no dispute as to the educational benefit of the student at Sunrise Academy. (Stipulation)

### ISSUE(S):

Did DCPS deny the student FAPE by:

1. Failing to reconvene a MDT/IEP meeting, and
2. Failure to provide an appropriate educational placement.

### CONTENTIONS OF THE PARTIES:

DCPS counsel asserted the following:

1. The student is not discharged yet and there is time to convene a meeting to step him down to a less restrictive placement.
2. The policy is for the Pines to notify DCPS that the student is to be discharged; however, DCPS has received not such notification.

The parent's counsel asserted the following:

1. The normal step-down procedure is for there to be a meeting to review the student's progress and determine a new placement prior to the student being discharged.
2. Pines has indicated it cannot keep the student any longer given that he is eligible for a less restrictive environment.

---

[1] The evidence that is the source of the finding of fact is noted within a parenthesis following the finding.

2

(In the Matter of KB DOB 1/27/88 HOD August 18, 2005)

## CONCLUSIONS OF LAW:

Pursuant to 5 DCMR 3030.3 DCPS bears the burden of proof, based solely upon the evidence and testimony presented at the hearing, that the action or proposed placement is adequate to meet the educational needs of the student.

Did DCPS deny the student FAPE by failing to reconvene a MDT/IEP meeting? Conclusion: DCPS did not sustain its burden of proof.

Did DCPS deny the student FAPE by Failure to provide an appropriate educational placement ? DCPS did not sustain its burden of proof.

## ORDER:

1. DCPS shall immediately place and fund the student at Sunrise Academy on an interim basis as of the day following the due process hearing.
2. DCPS shall, within fifteen (15) school days of the issuance of this Order convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting to review and revise the student's IEP as appropriate, and discuss and determine placement.
3. DCPS shall issue a prior notice of placement within five (5) business days of the MDT meeting if the recommended placement is public and within thirty (30) calendar days of the meeting if a private placement is recommended.
4. Scheduling of the MDT/IEP meeting is to be arranged through parent's counsel.
5. DCPS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, his parent and/or representative(s).

(In the Matter of  DOB:  HOD: August , 2005)

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: August  , 2005

Issued: Aug 18-2005

(In the Matter of KB DOB 1/27/88 HOD August 18, 2005)

## In the MATTER OF Keith Butler V. DCPS

## INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| KB 1-20 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness List | Yes |
| | * A detailed list of the documents disclosed is contained in the parties' disclosure notices | |

(In the Matter of KB  DOB 1/27/88  HOD August 18, 2005)

## In the MATTER OF Keith Butler V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|------|-------------|
| 6/28/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 7/5/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

(In the Matter of KB DOB 1/27/88 HOD August 18, 2005)

## INDEX OF NAMES

### In the MATTER OF Keith Butler V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Coordinator | |
| School Psychologist | |
| Regular Education Teacher | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | Ms. Lynette Russell (Mother) Ms. Jacqueline Isley (Aunt) |
| Child/Parent's Representative | Roxanne Neloms, Esq. Domiento C.R. Hill, Esq. |
| School System's Representative | Lenore Verra, Esq. |
| Parent's Educational Advocate | |

7

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Keith Butler

August 24, 2005
In Reference To:   Keith Butler
Invoice #10914

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/7/2005 | DD | Reviewed file and HOD | 1.00<br>175.00/hr | 175.00 |
| 2/10/2005 | KD | Drafted letter to parent/enclosed copy of 2-7-05 HOD / copy to advc and file | 0.42<br>105.00/hr | 44.10 |
|  | KD | Reviewed 2-7-05 HOD | 0.08<br>105.00/hr | 8.40 |
| 4/25/2005 | KD | Drafted letter to parent/enclosed copy of Monthly Psychiatric and Clinical Records from the Pines/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 6/7/2005 | RN | Review letter drafted by Mr. Hill regarding the District of Columbia Public Schools duty to reconvene the student's MDT/IEP Meeting to locate a new educational placement. | 0.17<br>350.00/hr | 59.50 |
|  | DH | Draft and send letter to the Acting Chief of Special Education Reform for the District of Columbia Public Schools and Office of Mediation and Compliance requesting the reconvening of the student's MDT/IEP Meeting to locate a new educational placement. | 0.25<br>350.00/hr | 87.50 |
|  | BDL | Drafted letter to parent re: letter sent to OSE. | 0.50<br>105.00/hr | 52.50 |
| 6/16/2005 | KD | Prepared and sent placement package to RCA | 0.67<br>105.00/hr | 70.35 |

Keith Butler                                                                                               Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2005 | KD | Prepared and sent placement package to Pathways | 0.50<br>105.00/hr | 52.50 |
|  | KD | Prepared and sent placement package to Sunrise Academy | 0.50<br>105.00/hr | 52.50 |
|  | KD | Drafted letter to parent/enclosed copies of Plcmnt Ref Ltrs/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 6/27/2005 | DH | Review the student's educational file, conduct educational research to determine DCPS' duty to have the student placed in an appropriate special education program, draft administrative due process hearing request for Ms. Nelom's review. | 2.00<br>350.00/hr | 700.00 |
|  | RN | Review the administrative due process hearing request drafted by Mr. Hill. | 0.17<br>350.00/hr | 59.50 |
| 6/28/2005 | KD | Drafted letter to parent/enclosed copy of 6-26-05 HR/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/8/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| 7/12/2005 | DH | Discussion with the father regarding the student's discharge and placement at Sunrise for the fall. | 0.17<br>350.00/hr | 59.50 |
| 7/25/2005 | KD | Assist attorney to prepare disclosure to DCPS | 1.00<br>105.00/hr | 105.00 |
|  | DH | Review the student's educational file, prepare five-day disclosures for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | RN | Review five-day disclosures. | 0.25<br>350.00/hr | 87.50 |
| 7/27/2005 | KD | Phone call to Sunrise Academy re testimony required at upcoming hearing | 0.08<br>105.00/hr | 8.40 |
| 7/28/2005 | KD | Phone call to parent re relocation of upcoming hearing | 0.08<br>105.00/hr | 8.40 |
|  | KD | Drafted letter to parent/enclosed copy of HN at new location/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/31/2005 | RN | Prepare for the student's administrative due process hearing with Mr. Hill, co-counsel. | 1.50<br>350.00/hr | 525.00 |
|  | DH | Prepare for the student's administrative due process hearing with Ms. Neloms, lead counsel. | 1.50<br>350.00/hr | 525.00 |

Keith Butler                                                                                          Page    3

|            |    |                                                                                                                                          | Hrs/Rate          | Amount   |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 8/1/2005   | RN | Prepare for the student's administrative due process hearing.                                                                            | 1.00<br>350.00/hr | 350.00   |
|            | DH | Prepare for the student's administrative due process hearing.                                                                            | 1.00<br>350.00/hr | 350.00   |
|            | DH | Appear at the student's administrative due process hearing.                                                                              | 1.00<br>350.00/hr | 350.00   |
|            | RN | Appear at the student's administrative due process hearing.                                                                              | 1.00<br>350.00/hr | 350.00   |
| 8/19/2005  | KD | Drafted letter to parent/enclosed copy of 8-18-05 HOD/copy to advc and file/added to case notes/posted deadline issues to Outlook and Desk Calendars | 0.50<br>105.00/hr | 52.50    |
|            |    | For professional services rendered                                                                                                       | 18.52             | $4,712.05 |

Additional Charges :

| Date       | Description                                                                                                   | Amount |
|------------|---------------------------------------------------------------------------------------------------------------|--------|
| 2/10/2005  | Postage; Letter to the parent with HOD.                                                                       | 0.37   |
|            | Copied HOD with cover letter for the parent and advocate.                                                     | 2.50   |
| 4/25/2005  | Postage; letter to parent with monthly psychological and clinical reprots from The Pines.                     | 1.06   |
|            | Copied psycho and clinical reports to the parent and advocate.                                                | 10.50  |
| 6/7/2005   | Facsimile: Meeting request to OSE.                                                                            | 10.00  |
| 6/8/2005   | Postage; letter to parent.                                                                                    | 0.83   |
| 6/16/2005  | Copied: Intake forms and case notes for file.                                                                 | 3.00   |
|            | Copied: Placement package for RCA, Sunrise, and pathways. Placement letter for parent and advocate.           | 55.25  |
|            | Postage; Placement letter to parent                                                                           | 0.37   |
|            | Postage; Placement packets to: RCA, Sunrice Academy and Pathways.                                             | 8.70   |
| 6/28/2005  | Copied: HR letter for parent and advocate.                                                                    | 3.50   |
|            | Postage; HR letter to parent.                                                                                 | 0.60   |
| 7/8/2005   | Copied documents-HN and Cvr Ltr                                                                               | 1.00   |
|            | Postage; HN letter to parent.                                                                                 | 0.37   |
| 7/25/2005  | Copied: Disclosure for SHO and OGC.                                                                           | 52.00  |

Keith Butler                                                                                                           Page    4

|  | Amount |
|---|---:|
| 7/25/2005 Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/28/2005 Postage; letter to parent re: HN at new location. | 0.37 |
| Copied documents to parent and advocate: HN and cover letter | 1.00 |
| 8/19/2005 Postage; letter to parent re: HOD. | 0.60 |
| Copied: HOD letter for parent and advocate. | 4.00 |
| Facsimile: HOD to Sunrise Academy. | 8.00 |
| Facsimile: Transportation form and HOD to DCPS and Sunrise Academy. | 18.00 |
| 8/24/2005 File review preparation of bill and invoice audit | 96.88 |
| Total costs | $298.90 |
| Total amount of this bill | $5,010.95 |