# EXHIBIT 7

# District of Columbia Public Schools

OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Joshua Carter
   DOB: 4/12/91
   Date of Determination (HOD/SA): 7/22/05
   Parent/Guardian Name: Carey Carte
   Parent/Guardian Address: 400 Chesapeake St., SE, #202, 20032
   Current School: Oak Hill
   Home School: Oak Hill

3. **Invoice Information**
   Invoice Number: 05-355
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 6/12/05 to 7/22/05
   Amount of Payment Request: $5,129.14

4. **Certification (must be signed by principal attorney).**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                         Date

(In the Matter of JC  DOB: 4/12/91  HOD: July 22, 2005)

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigation Division*
### CONFIDENTIAL
### Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of Joshua Carter ) | IMPARTIAL DUE PROCESS |
| Date of Birth: April 12, 1991 ) | |
| ) | HEARING OFFICER'S DECISION |
| ) | |
| Petitioner (Student), ) | Hearing Date: July 22, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District") ) | |
| Attending School: Oak Hill ) | |
| Respondent. ) | |

Hearing Participants:
Counsel for Student:

    Roxanne Neloms, Esq.
    Domiento C.R. Hill, Esq.
    1220 L Street NW #700
    Washington DC 20002

Counsel for DCPS:

    Sara Moskowitz, Esq.
    Office of General Counsel
    825 North Capitol St. NE
    Washington, DC 20002

### INTRODUCTION:

A Due Process Hearing was convened on July 22, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed June 21, 2005.

### JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

### DUE PROCESS RIGHTS:

1

(In the Matter of JC   DOB: 4/12/91   HOD: July 22, 2005)

The student's counsel waived a formal reading of the due process rights.

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

## FINDINGS OF FACT:

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

## ORDER:

1. DCPS shall fully comply with the settlement agreement ratified by the parties herein dated June 6, 2005, and shall forward an executed financial agreement between KIDSPEACE and DCPS on behalf of the student to both KIDSPEACE and parent's counsel within five (5) business days of the issuance of this Order.

2. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: July 22, 2005

Issued: 7-22-05

2

(In the Matter of JC   DOB: 4/12/91   HOD: July 22, 2005)

## In the MATTER OF Joshua Carter V. DCPS

## INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| JC 1-36 | Parent's Disclosures | Yes |
| DCPS 1- | DCPS Disclosures | Yes |
| | | |
| | * A detailed list of the documents disclosed is contained in the parties' disclosure notices | |

3

(In the Matter of JC  DOB: 4/12/91  HOD: July 22, 2005)

## In the MATTER OF Joshua Carter V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/21/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 6/24/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

(In the Matter of JC   DOB: 4/12/91   HOD: July 22, 2005)

## INDEX OF NAMES

### In the MATTER OF Joshua Carter V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Roxanne Neloms, Esq. Domiento C.R. Hill, Esq. |
| School System's Representative | Sara Moskowitz, Esq. |

5

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Joshua Carter



July 27, 2005
In Reference To:   Joshua Carter

Invoice #10862


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/12/2005 RN | Review letter drafted by Mr. Hill informing DCPS that they have yet to comply with the expressed written terms of the settlement agreement of June 6th, 2005. | | 0.08<br>350.00/hr | 28.00 |
| DH | Draft letter informing DCPS that they have yet to comply with the expressed written terms of the settlement agreement of June 6th, 2005. | | 0.25<br>350.00/hr | 87.50 |
| 6/13/2005 KD | Drafted letter to parent/enclosed copy of Atty's 6-12-05 Ltr to DCPS re ICA or HR to be filed/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |
| 6/14/2005 DH | Review the student's educational file to determine DCPS compliance with the order, conduct educational research regarding the guardian's right to immeidate placement for the student, draft administrative due process hearing request for Ms. Neloms' review. | | 1.67<br>350.00/hr | 584.50 |
| DH | Discussion with the student's guardian regarding the status of the student's upcoming court hearing and status of the student's residential placement. | | 0.17<br>350.00/hr | 59.50 |
| DH | Discussion with the student's probation officer and defense attorney regarding the status of the student's upcoming court hearing and status of the student's residential placement. | | 0.17<br>350.00/hr | 59.50 |
| RN | Review the administrative due process hearing complaint drafted by Mr. Hill. | | 0.25<br>350.00/hr | 87.50 |
| 6/15/2005 KD | Drafted letter to parent/enclosed copy of Atty's 6-17-05 Ltr to DCPS re noncompliance with SA/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |

Joshua Carter                                                                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/20/2005 | KD | faxed 6-20-05 HR to SHO per Atty Hill/added fax confirmation to file and case notes | 0.17 105.00/hr | 17.85 |
|  | KD | Drafted letter to parent/enclosed copy of 6-20-05 HR/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 6/23/2005 | DD | Reviewed file and letter to mediation and Compliance | 0.50 175.00/hr | 87.50 |
| 6/27/2005 | KD | Drafted letter to parent/enclosed copy of HN for 7-22-05/copy to advc, file, Atty Neloms, and file/added to case notes/posted same to Outlook Calendar | 0.58 105.00/hr | 60.90 |
| 6/30/2005 | DD | Reviewed file and correspondence with DCPS | 1.33 175.00/hr | 232.75 |
| 7/15/2005 | KD | Prepare disclosure to DCPS | 2.00 105.00/hr | 210.00 |
|  | RN | Review the student's five-day disclosures prepared by Mr. Hill. | 0.17 350.00/hr | 59.50 |
|  | DH | Review the student's educational file, prepare five-day disclosures. | 1.50 350.00/hr | 525.00 |
| 7/21/2005 | RN | Prepare for the student's administrative due process hearing with Mr. Hill. | 1.00 350.00/hr | 350.00 |
|  | DH | Prepare for the student's administrative due process hearing with Ms. Neloms. | 1.50 350.00/hr | 525.00 |
| 7/22/2005 | RN | Appear at the student's administrative due process hearing with Mr. Hill. | 1.50 350.00/hr | 525.00 |
|  | DH | Appear at the student's administrative due process hearing with Ms. Neloms | 1.50 350.00/hr | 525.00 |
|  | DH | Prepare for the student's administrative due process hearing with Ms. Neloms. | 1.00 350.00/hr | 350.00 |
|  | RN | Prepare for the student's administrative due process hearing with Mr. Hill. | 1.00 350.00/hr | 350.00 |
|  |  | For professional services rendered | 17.60 | $4,857.30 |

Joshua Carter                                                                                           Page    3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 6/8/2005 | Copied: SA letter for parent. | 1.75 |
| 6/12/2005 | Facsimile(OMC-letter) | 2.00 |
| 6/13/2005 | Postage; HR letter to parent. | 0.37 |
|  | Copied: HR letter for parent and advocate. | 1.50 |
| 6/14/2005 | Facsimile: Letter to OMC. | 2.00 |
| 6/15/2005 | Postage; Attorney's letter to DCPS to parent. | 0.37 |
|  | Copied: Noncompliance with SA for parent and advocate. | 1.50 |
| 6/20/2005 | Copied documents(Parent/Adv-6/20/05 HR+CVR letter) | 36.00 |
|  | Facsimile: HR letter to SHO. | 5.00 |
|  | Postage; HR letter to parent. | 0.60 |
| 6/27/2005 | Postage; HN letter to parent. | 0.37 |
|  | Copied: HN letter for parent, file, advocate, and attorney. | 2.00 |
| 7/13/2005 | Facsimile: Letter to OMC. | 2.00 |
| 7/15/2005 | Copied: Disclosure for SHO and OGC. | 85.50 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/22/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$271.84** |
|  |  |  |
|  | **Total amount of this bill** | **$5,129.14** |