# EXHIBIT 8



# District of Columbia Public Schools

**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Ammad Chase-El
   DOB: 11/23/91
   Date of Determination (HOD/SA): 8/18/05
   Parent/Guardian Name: Robin Chase-El
   Parent/Guardian Address: 7438 9th St., NW, WDC 20012
   Current School: Prospect L.C.
   Home School: Prospect L.C.

3. **Invoice Information**
   Invoice Number: 05-356
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 5/26/05 to 8/24/05
   Amount of Payment Request: $ 5,566.88

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_signature_   August 26, 2005
Signature                Date

(In the Matter of AC DOB 11/23/91 HOD August 18, 2005)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigation Division*
CONFIDENTIAL
**Coles B. Ruff, Jr., Due Process Hearing Officer**

| | |
|---|---|
| In the Matter of Ammad Case-El ) | **IMPARTIAL DUE PROCESS** |
| Date of Birth: November 23, 1991 ) | |
| ) | **HEARING OFFICER'S DECISION** |
| Petitioner, ) | Hearing Date: August 1, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District") ) | |
| Attending School: Prospect L.C. ) | |
| Respondent. ) | |

Counsel for Student:     Roxanne Neloms, Esq.
                         1220 L Street NW #700
                         Washington, DC 20005

Counsel for DCPS:        Tiffany Puckett, Esq.
                         Lenore Verra, Esq.
                         Office of General Counsel
                         825 North Capitol St. NE
                         Washington, DC 20002

## JURISDICATION:

A Due Process Hearing was convened on August 1, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002, in response to a hearing request submitted by counsel for the student and parent filed June 28, 2005. The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

## DUE PROCESS RIGHTS:

The parent's counsel waived a formal reading of the due process rights.

## SUMMARY OF THE RELEVANT EVIDENCE:

1

(In the Matter of AC DOB 11/23/91 HOD August 18, 2005)

The Hearing Officer considered the representations made on the record by each counsel, the testimony of the witness(es) and the documents submitted in the parties' disclosures (ACE 1-23 and DCPS 1) which were admitted into the record.[1]

**FINDINGS OF FACT:**

The student is currently fourteen and attended Prospect Learning Center (Prospect) in school year 2004-05. The student's most recent IEP requires him to be a full time special education program. The student is not to return to Prospect for school year 2005-06. (ACE 12)

The parent and DCPS ratified a settlement agreement on May 20, 2005, which required DCPS to convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting within thirty (30) calendar days of the date of the agreement to review and revise the student's IEP if necessary, develop a compensatory education plan if warranted and determine placement if necessary. (ACE 3)

The MDT IEP meeting was to occur on or before June 20, 2005. Pursuant to the agreement the MDT/IEP meeting was to be scheduled through parent's counsel. Also pursuant to the agreement parent's counsel was notify the DCPS Office of Compliance and Mediation of any violation of the agreement prior to filing a hearing request. (ACE 3)

On June 17, 2004, and again on July 7, 2005, parent's counsel sent a notice of non-compliance to the DCPS Officer of Mediation and Compliance. (ACE 6, 7)

On or about July 6, 2005, DCPS issued a proposed notice of placement for the student to attend Coolidge Senior High School without convening the agreed upon MDT/IEP meeting. (ACE 7)

The student has been accepted at the High Road School (High Road). (ACE 23)

There is no dispute as to the educational benefit of High Road. Stipulation)

**ISSUE(S):**

Did DCPS deny the student FAPE by:

1. Failing to comply with May 20, 2005, settlement agreement, and
2. Failing to identify the appropriate educational placement.

---

[1] The evidence that is the source of the finding of fact is noted within a parenthesis following the finding.

2

(In the Matter of AC DOB 11/23/91 HOD August 18, 2005)

## CONTENTIONS OF THE PARTIES:

DCPS counsel asserted there was a meeting scheduled by Prospect and the parent's counsel indicated she was unavailable on that date and has yet to telephone to request a new date.

The parent's counsel asserted there was no correspondence to counsel as required by the agreement to schedule the MDT/IEP meeting. The student is in need of an interim placement and a MDT/IEP meeting.

## CONCLUSIONS OF LAW:

Pursuant to 5 DCMR 3030.3 DCPS bears the burden of proof, based solely upon the evidence and testimony presented at the hearing, that the action or proposed placement is adequate to meet the educational needs of the student.

Did DCPS deny the student FAPE by failing to comply with May 20, 2005, settlement agreement? Conclusion: DCPS did not sustain its burden of proof. There was no evidence presented that DCPS convened or attempted to convene the MDT/IEP meeting as required by the settlement agreement.

Did DCPS deny the student FAPE by failing to identify the appropriate educational placement? Conclusion: DCPS did not sustain its burden of proof. The student is in need of a full time special education placement and has not convened a meeting to determine placement.

## ORDER:

1. DCPS shall immediately place and fund on an interim basis the student at the High Road School of Washington.
2. DCPS shall, within thirty (30) days of the issuance of this Order convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting to review the student's evaluations, determine whether additional evaluations are needed, and discuss and determine placement and discuss and determine compensatory education and develop a plan if warranted.
3. DCPS shall issue a prior notice of placement within five (5) business days of the MDT meeting if the recommended placement is public and within thirty (30) calendar days of the meeting if a private placement is recommended.
4. Scheduling of the MDT/IEP meeting is to be arranged through parent's counsel.
5. DCPS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, his parent and/or representative(s).

3

(In the Matter of     DOB:     HOD: August , 2005)

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: August   , 2005

Issued: August 18, 2005

(In the Matter of AC DOB 11/23/91 HOD August 18, 2005)

## In the MATTER OF Ammad Chase-El V. DCPS

## INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| ACE 1-23 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness List | Yes |
| | | |
| | | |
| | | |
| | | |
| | * A detailed list of the documents disclosed is contained in the parties' disclosure notices | |

5

(In the Matter of AC DOB 11/23/91 HOD August 18, 2005)

## In the MATTER OF Ammad Chase-El V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/28/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 7/5/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

6

(In the Matter of AC  DOB 11/23/91  HOD August 18, 2005)

# INDEX OF NAMES

## In the MATTER OF Ammad Chase-El V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Coordinator | |
| School Psychologist | |
| Regular Education Teacher | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Roxanne Neloms, Esq. Domiento C.R. Hill, Esq. |
| School System's Representative | Lenore Verra, Esq. |
| Parent's Educational Advocate | |

7

# LEGEND

### ATTORNEYS
| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS
| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES
| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS
| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Ammaad Chase-El
Washington DC 20011

August 24, 2005
In Reference To: Ammaad Chase-El
Invoice #10918

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2005 | KD | Phone call from Katherine Thomas School re Placmnt Ref | 0.08<br>105.00/hr | 8.40 |
|  | KD | Draft and send correspondence to Atty Hill re call from Katherine Thomas School re placement referral | 0.08<br>105.00/hr | 8.40 |
|  | KD | Drafted letter to parent/enclosed copy of 5-25-05 SA/copy to advc and file/added to case notes/posted deadline issues to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| 6/14/2005 | RN | Review letter of noncompliance to the DCPS Office of Mediation and Compliance drafted by Mr. Hill. | 0.08<br>350.00/hr | 28.00 |
|  | DH | Draft letter of noncompliance to the DCPS Office of Mediation and Compliance. | 0.17<br>350.00/hr | 59.50 |
| 6/17/2005 | KD | Reviewed 5-25-05 SA and provided Case Status Review to Atty Hill and case file/added to case notes | 0.33<br>105.00/hr | 34.65 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's Ltr to DCPS re noncompliance w/SA/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 6/27/2005 | DH | Review the student's educational file, conduct educational research to determine DCPS' duty to comply with the expressed written terms of the settlement agreement, and remedies available to the parent, draft administrative due process hearing request for Ms. Nelom's review. | 2.00<br>350.00/hr | 700.00 |
|  | RN | Review the administrative due process hearing request drafted by Mr. Hill. | 0.17<br>350.00/hr | 59.50 |

Ammaad Chase-El                                                                                                           Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/28/2005 | KD | Drafted letter to parent/enclosed copy of 6-27-05 HR/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 7/5/2005 | KD | Phone call from parent re LOI and MDT dates to be faxed to Atty Hill today | 0.08 105.00/hr | 8.40 |
| 7/7/2005 | DH | Discussion with the student's mother regarding his placement for the fall. | 0.17 350.00/hr | 59.50 |
|  | DH | Draft and send letter to DCPS regarding compliance with the expressed written terms of the settlement agreement. | 0.17 350.00/hr | 59.50 |
|  | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50 105.00/hr | 52.50 |
|  | RN | Review letter drafted by Mr. Hill regarding DCPS' noncompliance with the expressed written terms of the settlement agreement. | 0.08 350.00/hr | 28.00 |
| 7/15/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 7-7-05 Ltr to DCPS re HR to be filed/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 7/21/2005 | DD | Reviewed file and request for IEP/MDT | 0.42 175.00/hr | 73.50 |
| 7/25/2005 | DH | Review the student's educational file, prepare five-day disclosures for the student's administrative due process hearing. | 1.50 350.00/hr | 525.00 |
|  | KD | Assist attorney to prepare disclosure to DCPS | 1.00 105.00/hr | 105.00 |
|  | RN | Review five-day disclosures. | 0.25 350.00/hr | 87.50 |
| 7/27/2005 | KD | Phone call to High Road re testimony required at upcoming hearing | 0.08 105.00/hr | 8.40 |
| 7/28/2005 | KD | Drafted letter to parent/enclosed copy of HN at new location/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
|  | KD | Phone call to parent re relocation of upcoming hearing | 0.08 105.00/hr | 8.40 |
| 7/31/2005 | DH | Prepare for the student's administrative due process hearing with Ms. Neloms, lead attorney. | 1.50 350.00/hr | 525.00 |
|  | RN | Prepare for the student's administrative due process hearing with Mr. Hill, co-counsel. | 1.50 350.00/hr | 525.00 |
| 8/1/2005 | RN | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |

Ammaad Chase-El                                                                                           Page    3

|            |      |                                                                                                                                                         | Hrs/Rate          | Amount     |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 8/1/2005   | DH   | Prepare for the student's administrative due process hearing.                                                                                           | 1.00 350.00/hr    | 350.00     |
|            | DH   | Transportation to an appearance at the student's administrative due process hearing.                                                                    | 1.50 350.00/hr    | 525.00     |
|            | RN   | Transportation to an appearance at the student's administrative due process hearing.                                                                    | 1.50 350.00/hr    | 525.00     |
|            | DD   | Reviewed file and appear at the student's administrative due process hearing.                                                                           | 1.83 175.00/hr    | 320.25     |
| 8/19/2005  | KD   | Completed Transportation Form and faxed w/8-18-05 HOD to OSE and High Roads/filed confirmation in case file and added to case notes                     | 0.33 105.00/hr    | 34.65      |
|            | KD   | Drafted letter to parent/enclosed copy of 8-18-05 HOD/copy to advc and file/added to case notes/posted deadline issues to Outlook and Desk Calendars    | 0.50 105.00/hr    | 52.50      |
|            |      | For professional services rendered                                                                                                                      | 20.08             | $5,350.45  |

Additional Charges :

| Date       | Description                                                                        | Amount |
|------------|------------------------------------------------------------------------------------|--------|
| 5/26/2005  | Copied documents- 5/25/05 Sa and withdrawal of Hr w/ Cvr Ltr                       | 3.00   |
|            | Postage; SA and withdrawal of HR letter to parent                                  | 0.37   |
| 6/17/2005  | Postage; Notice of non-compliance to parent.                                       | 0.37   |
|            | Copied: Notice of non-compliance with SA for parent and advocate.                  | 1.50   |
|            | Facsimile: Notice of non-compliance to DCPS.                                       | 2.00   |
| 6/28/2005  | Postage; HR letter to parent.                                                      | 0.60   |
|            | Copied: HR letter for parent and advocate.                                         | 4.00   |
| 7/7/2005   | Copied: HN letter for parent and advocate.                                         | 1.00   |
|            | Postage; HN letter to parent.                                                      | 0.37   |
| 7/15/2005  | Copied: HR to be filed for parent and advocate.                                    | 1.50   |
|            | Postage; HR to filed letter to parent.                                             | 0.37   |
| 7/25/2005  | Copied: Disclosure for SHO and OGC.                                                | 52.50  |
|            | Messenger Service to and from DCPS (5-day Disclosures)                             | 20.00  |
| 7/28/2005  | Postage; letter to parent re: HN at new location.                                  | 0.37   |

Ammaad Chase-El                                                                                               Page    4

                                                                                                                   Amount

| Date | Description | Amount |
|---|---|---|
| 7/28/2005 | Copied documents to parent and advocate: HN and cover letter | 1.00 |
| 8/19/2005 | Postage; letter to parent re: HOD. | 0.60 |
|  | Copied: HOD letter for parent and advocate. | 4.00 |
|  | Facsimile: HOD to High Road. | 8.00 |
|  | Facsimile: Transportation form and HOD to DCPS and High Road. | 18.00 |
| 8/24/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$216.43** |
|  | **Total amount of this bill** | **$5,566.88** |