# EXHIBIT 10



# District of Columbia Public Schools

## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Martia Conner
   DOB: 7/24/90
   Date of Determination (HOD/SA): 7/8/05
   Parent/Guardian Name: Martina Conner
   Parent/Guardian Address: 5001 Hunt St., NE. #31. WDC 20019
   Current School: Ronald Brown MS
   Home School: Ronald Brown MS

3. **Invoice Information**
   Invoice Number: 05-358
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 3/17/05 to 7/8/05
   Amount of Payment Request: $ 5.858.73

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses
  represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees,
  costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2)
  will benefit from any monies paid as a result of the submission of the enclosed invoice, has a
  pecuniary interest, either through an attorney, officer or employee of the firm, in any special
  education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is
  punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_ (signature)

Signature

August 26, 2005

Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
# STATE ENFORCEMENT & INVESTIGATONS DIVISION

David R. Smith, Due Process Hearing Officer
825 North Capital Street, 8th Floor, N.E.
Washington, DC 20002
(202) 442-5432 (phone); (202) 442-5556(fax)

| | |
|---|---|
| In the Matter of ) | **IMPARTIAL DUE PROCESS** |
| ) | |
| Martia Conner ("Student") ) | **HEARING OFFICER'S DECISION**[1] |
| Date of Birth: July 24, 1990 ) | |
| Petitioner, ) | Hearing Dates: July 7, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol Street, NW |
| ) | 8th Floor |
| ) | Washington, DC 20002 |
| District of Columbia Public Schools ) | |
| 825 North Capitol Street, NW ) | Attending School: |
| Washington, DC 20002 ) | Ronald Brown Middle School |
| ("DCPS" or "District") ) | |
| ) | Hearing Request Received: |
| Respondent.                              ) | June 3, 2005 |


Counsel for Parent

Christopher West, Esq.
1220 L Street, NW
Suite 700
Washington, D.C. 20005

Counsel for DCPS:

Lyana Palmer, Esq.
District of Columbia Public Schools,
9th Floor
825 North Capitol Street, NW
Washington, DC 2002

---

[1] An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Hearing Officer's Determination as a public record.

1

# INDEX OF NAMES

## Martia Conner v. DCPS

| | |
|---|---|
| Principal | |
| Executive Director, PCS | |
| Special Education Coordinator | |
| Special Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Private Education Advocate | |
| Community Support Specialist | |
| CHILD AND CHILD'S DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Christopher West, Esq. |
| School System's Representative | Lyana Palmer, Esq. |
| Observer | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Case 1:06-cv-00274-HHK  Document 1-11  Filed 02/14/2006  Page 5 of 11

# INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## IMPARTIAL DUE PROCESS HEARING

**INTRODUCTION:**

A Due Process Hearing was convened on July 7, 2005 at the District of Columbia Public Schools ("DCPS"), 825 North Capitol Street, N.E. Washington, D.C. 20002. The Hearing was held pursuant to a hearing request submitted by counsel for the parent dated June 3, 2005.

**JURISDICTION:**

The Hearing was held and this decision was written pursuant to the *Individuals with Disabilities Education Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the *Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145,* effective October 21, 1998.

**DUE PROCESS RIGHTS:**

Counsel for the parent waived a formal reading of the due process rights.

**SUMMARY:**

The parties discussed the case on the record and were able to reach an agreement, incorporated herein as an Order below.

**ORDER:**

1.  Within 30 calendar days of the issuance of this HOD, DCPS will convene an MDT/IEP meeting to review current evaluations, review and revise as necessary the student's IEP, discuss and determine an appropriate placement and discuss and create a compensatory education plan for the student, addressing speech and language needs.

2.  The parent also agrees to contact the DCPS office of Mediation and Compliance prior to filling another hearing request concerning the student.

3.  In the event that a new placement is determined appropriate, DCPS will issue a prior notice to an appropriate placement within 5 business days of the meeting if the placement is to a public placement and within 30 calendar days of the meeting if the placement is to a private placement.

5.  All meetings are to be scheduled through student's counsel and any delay in any time line caused by the student, parent or student's counsel shall extend the applicable time line by one day for each day of delay.

**APPEAL PROCESS:**

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

David R. Smith, Esq.
Impartial Hearing Officer

Date: 7-7-05

Issued: 7/8/05

4

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Martia Conner
Martina Conner
5001 Hunt St, NE
Apt # 31
Washington DC 20019


August 15, 2005
In Reference To:    Martia Conner
                    DOB: 7/24/90
                    School: Browne MS

Invoice #10896

        Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/17/2005 | BDL | Conference with parent to discuss opening case and child's educational needs. | 1.50 105.00/hr | 157.50 |
|  | CW | Consultation with parent and legal assistant, research and case preparation. | 1.50 350.00/hr | 525.00 |
| 3/18/2005 | AAG | Record reviewed and drafted initial letter to parent | 0.58 105.00/hr | 60.90 |
| 3/22/2005 | HR | Draft case status letter to parent informing her of letter sent to DCPS requesting an IEP meeting | 0.50 105.00/hr | 52.50 |
|  | CW | Reviewed IEP; drafted letter to Ms. Keeling (Spec. Ed. Coordinator-Ron Brown) and requested that DCPS reschedule IEP meeting to date after Spring break vacation; conference with paralegal re; submitting letters to DCPS | 0.83 350.00/hr | 290.50 |
| 3/28/2005 | HR | Drafted letter requesting records to Ronald Brown Middle School | 0.67 105.00/hr | 70.35 |
|  | HR | Draft case status letter to parent informing them of the records and evaluations request | 0.58 105.00/hr | 60.90 |
| 4/4/2005 | CM | Reviewed Educational Assessment by C Green | 0.50 175.00/hr | 87.50 |
|  | CM | Reviewed social history by Henderson | 0.50 175.00/hr | 87.50 |

Martia Conner                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2005 | CM | Reviewed 2/26/04 IEP | 0.50<br>175.00/hr | 87.50 |
|  | CM | Reviewed speech and language report by Veeranagappa | 0.50<br>175.00/hr | 87.50 |
| 4/11/2005 | CW | Reviewed documents submitted by Brown MS: IEP, psychoeducational assessment, clinical assessment, and speech/language assessment; reviewed teacher reports and  psychosocial summary | 0.83<br>350.00/hr | 290.50 |
| 4/14/2005 | CW | Record reviewed and discussion with advocate re case status and need for observation | 0.25<br>350.00/hr | 87.50 |
|  | CM | Record reviewed and discussion with attorney re case status and need for observation | 0.25<br>175.00/hr | 43.75 |
| 5/31/2005 | CW | Conference with parent, and discussed DCPS' intent to conduct evaluations; discussed placement options for 2005-2006 SY | 1.00<br>350.00/hr | 350.00 |
| 6/1/2005 | CW | Teleconference with parent and discussed DCPS convening IEP meeting without parent's participation; reviewed copy of IEP; drafted request for due process hearing | 1.17<br>350.00/hr | 409.50 |
| 6/3/2005 | CW | Record reviewed and discussion with educational advocate re: filing of request for hearing | 0.25<br>350.00/hr | 87.50 |
|  | CM | Record reviewed and discussion with attorney re case status | 0.25<br>175.00/hr | 43.75 |
|  | BDL | Assisted attorney with sending HR to SHO. | 0.25<br>105.00/hr | 26.25 |
|  | BDL | Drafted letter to parent with HR. | 0.50<br>105.00/hr | 52.50 |
| 6/14/2005 | BDL | Drafted letter to parent informing them of the notice of hearing | 0.50<br>105.00/hr | 52.50 |
| 6/24/2005 | CW | Reviewed request for hearing; conference with parent and reviewed witness questions in preparation for hearing | 1.00<br>350.00/hr | 350.00 |
| 6/28/2005 | CM | Prepared for Due Process Hearing; reviewed disclosure: 4/14/05 IEP, clinical evaluation by Wilder, speech and language report by Veeranagappa, psychoed report by White, speech and language report by Bates, psychoed report by Green, social history by Henderson and school records | 2.00<br>175.00/hr | 350.00 |
| 6/29/2005 | AAG | Assisted attorney in preparation of 5-day disclosure | 1.50<br>105.00/hr | 157.50 |

Martia Conner

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/29/2005 CW | Prepare disclosure documents for OGC and SHO in preparation for hearing; conference with paralegal re: preparing documents | 1.00 350.00/hr | 350.00 |
| 7/6/2005 CW | Reviewed IEP meeting notes, speech-language evaluation and psychoeducational evaluation in preparation for hearing; teleconference with parent and reviewed witness questions in preparation for hearing | 1.75 350.00/hr | 612.50 |
| 7/7/2005 CW | Appearance to 825 North Capital for due process hearing administered by Hearing Officer Jones | 2.25 350.00/hr | 787.50 |
| 7/8/2005 BDL | Drafted letter to parent with copy HOD. | 0.42 105.00/hr | 44.10 |
| | For professional services rendered | 23.33 | $5,663.00 |
| | Additional Charges : | | |
| 3/17/2005 | Copied documents; intake documents | | 8.00 |
| 3/18/2005 | Copied documents | | 0.50 |
| | Postage; letter to parent | | 0.37 |
| 3/22/2005 | Postage; Sent case status to the parent. | | 0.37 |
| | Copied letter to DCPS re: meeting with case status for the parent. | | 0.50 |
| 3/28/2005 | Facsimile(Ronald Brown MS-Records reg.) | | 5.00 |
| | Facsimile(OGC-Records reg.) | | 5.00 |
| | Facsimile(OSE-Records reg.) | | 5.00 |
| | Copied documents(Parent-request letter for evals+records) | | 2.25 |
| | Copied documents(Parent-records reg.w/letter) | | 0.75 |
| 3/29/2005 | Postage; Letter to the parent. | | 0.37 |
| 6/3/2005 | Copied documents; HR | | 2.50 |
| | Facsimile: HR letter to OGC and SHO. | | 5.00 |
| 6/6/2005 | Postage; HR letter to parent | | 0.37 |
| | Copied documents; letter to parent | | 0.50 |
| 6/14/2005 | Copied documents(Parent-HN) | | 0.50 |
| 6/15/2005 | Postage; HN letter to parent. | | 0.37 |

Martia Conner                                                                                          Page      4

                                                                                                       Amount

| | | |
|---|---|---|
| 6/29/2005 | Copied: Disclosure. | 31.00 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/8/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Facsimile Received from DCPS; HOD | 5.00 |
| | Copied documents; HOD | 5.00 |
| | Copied documents; letter to parent | 0.50 |
| | Total costs | $195.73 |
| | Total amount of this bill | $5,858.73 |