# EXHIBIT 11



# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: London Craig
   DOB: 1/26/90
   Date of Determination (HOD/SA): 8/17/05
   Parent/Guardian Name: Karen Craig
   Parent/Guardian Address: 5424 B St., SE, WDC 20019
   Current School: Fletcher-Johnson
   Home School: Fletcher-Johnson

3. **Invoice Information**
   Invoice Number: 05-359
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 5/17/05 to 7/29/05
   Amount of Payment Request: $ 9,768.77

4. **Certification (must be signed by principal attorney).**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                 Date

# District of Columbia Public Schools
## Office of Management Services
Tonya M. Butler-Truesdale, Esquire, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(202) 518-6867
Facsimile: (202) 442-5556

## Confidential

DC PUBLIC SCHOOL SYSTEM 2005 AUG 16 PM 3: 15

| | | |
|---|---|---|
| LONDON CRAIG, STUDENT | ) | |
| Date of Birth: January 26, 2005 | ) | |
| Petitioner, | ) | Hearing Date: July 29, 2005 |
| v. | ) | |
| THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS | ) | Held at: 825 North Capitol Street, N.E. 8th Floor Washington, D.C. 20002 |
| Respondent. | ) | |

Parents: Ms. Karen Craig
5424 B Street, SE
Washington, DC 20019

Counsel for Petitioner: Miguel A. Hull, Esquire
1220 L Street, NW, Suite 700
Washington, D.C. 20017
(202) 742-2015; Fax: (202) 742-2098

Counsel for DCPS: Stephanie Ramjohn Moore, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.; 9th Floor
Washington, D.C. 20002

*In the Matter of London Craig*

### I. JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

### II. DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

### III. FIVE-DAY DISCLOSURE

**Petitioner**
Presented disclosures labeled LC1-LC15 and presented Juan Fernandez, Brown and Associates, Education Advocate and Karen Craig, Petitioner's parent as witnesses. Petitioner's disclosure labeled LC10 is incomplete due to photocopying error. Both parties were advised that LC10 was incomplete at the initial hearing on June 23, 2005.

**Respondent**
Presented disclosures labeled DCPS 01-DCPS 08 and called Allie Thompson, Special Education Coordinator as a witness. On July 29, 2005, DCPS presented two additional disclosures labeled DCPS 01 and DCPS 02. These documents will be referred to as DCPS 09 and DCPS 10, respectively.

### IV. STATEMENT OF THE CASE

On May 18, 2005 a Due Process Hearing Request was received alleging that the District of Columbia Public Schools failed to:
1. conduct evaluations upon the parent's request;
2. provide the parent with the necessary forms to initiate the evaluation process; and,
3. identify, locate, and evaluate a child pursuant to child find obligations.

The Student Hearing Office, DCPS, scheduled a Due Process Hearing for June 23, 2005. The hearing was convened as scheduled and continued to July 29, 2005 to determine progress of DCPS in acquiring evaluations it agreed to perform on June 20, 2005. The record was held open until June 28, 2005 for the parent to submit a consent to evaluate form and correspondence that she had sent to the DCPS Superintendent's Ombudsman's Office pursuant to her testimony on June 23, 2005.

2

*In the Matter of London Craig*

These documents were not received. The hearing was reconvened on July 29, 2005 at 11:00am at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, DC 20002. Attorney Advisor Stephanie Ramjohn Moore appeared in-person for DCPS. Attorney Miguel Hull appeared in person on behalf of Petitioner.

## V.   FINDINGS OF FACT

In consideration of the hearing record and the testimony of each witness, the Hearing Officer has made the following findings of fact.

This case has been complicated by the conflicting and contradictory testimony provided by the parent, Karen Craig and the failure of the Educational Advocate to alert Petitioner's counsel to the fact that the school offered and attempted to provide evaluations for Petitioner on June 13, 2005. The Hearing Officer gave the parent ample opportunity to demonstrate credibility with respect to all actions taken to request that Petitioner be evaluated.

The only testimony of the parent, a critical witness, which could be corroborated was the allegation that Ms. Pretlow (Petitioner's general education teacher) suggested that Petitioner should be tested. Mr. Juan Fernandez, Petitioner's education advocate credibly testified that Ms. Pretlow stated at the June 20, 2005 IEP that she suggested evaluations to the parent as early as September of 2004. Ms. Allie Thompson, the Special Education Coordinator confirmed that Ms. Pretlow made these statements at the June 20, 2005 IEP meeting.

Reliable testimony that it was suggested to Petitioner's parent that Petitioner be tested is insufficient evidence to conclude that the parent actually requested testing prior to May 17, 2005, the date she submitted an incomplete request form which did not include Petitioner's name. Petitioner's counsel subsequently submitted another request on May 23, 2005 which included Petitioner's name.

Petitioner vehemently testified that she had several conversations which evolved into confrontations with the school principal, Mr. Slade, regarding testing. Yet, Mr. Slade was not compelled by counsel to attend the hearing. The parent's testimony regarding the complications she experienced with Mr. Slade is compelling but must be given less weight given the fact that much of her testimony is contradictory.

She is uncertain about specific dates, she failed to indicate on the DCPS enrollment forms that the Petitioner was ever a special education student, she was unable to assist the hearing officer in drafting a credible or reliable timeline of events, she was unable to recall specifically how many times she visited the school while attempting to enroll her son, and, she failed to provide the letters or proof of communication with the Superintendent's Office regarding her concerns pursuant to her testimony.

Moreover, Ms. Thompson, the Special Education Coordinator had to pick up prior records regarding Petitioner's special education status in Maryland herself by driving to Thurogood Marshall School. Given that Petitioner was formally in the special education system in another school system it is difficult to understand the problems the parent encountered with beginning the eligibility process in the District of Columbia. But, Ms. Thompson's actions demonstrate that the school was prepared and willing to fulfill its responsibilities and even do a little more by retrieving documentation that the parent should have provided to the school.

DCPS proved by a preponderance of evidence that they acted as soon as they received a completed and signed request to evaluate. In this case, there can be no finding of a failure to evaluate absent more credible testimony from the parent. Nor is there sufficient evidence of a child find violation. Ms. Thompson's testimony that Petitioner's record of absences complicated any possibility of identification is credible. However, the testimony of Ms. Thompson also revealed that no dates had been established for conducting evaluations since Petitioner was not available on June 20, 2005 and no follow-up IEP has been scheduled.

Hence the Hearing Officer hereby issues the following Order.

## VI. **ORDER**

1. DCPS shall perform all evaluations determined necessary by the June 20, 2005 IEP meeting no later than October 7, 2005.

2. DCPS shall convene and MDT/IEP within 15 school days of the receipt of the last evaluation. The MDT/IEP team shall review the student's evaluations. If the evaluations reveal that the Petitioner is eligible to receive Special Education, the IEP team shall develop an IEP as appropriate; discuss and determine placement.

3. If Placement is to a DCPS public school, DCPS shall have five (5) calendar days to issue the prior notice of placement. If placement is to a non-public or private school, DCPS shall have thirty (30) calendar days and if placement is to a residential facility DCPS shall have sixty (60) calendar days to issue the prior notice of placement.

4. All meetings will be scheduled through parent's counsel.

5. DCPS will be granted a day for day extension for any delay caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

6. Both DCPS and Parent's counsel will provide the Hearing Officer with an update or summary of the MDT/IEP within 10 days of the team meeting.

*In the Matter of London Craig*

7. There is no prevailing party status for Petitioner in this case.

**Notice of Right to Appeal Hearing Officer's Decision and Order**

This is the final administrative decision in this matter. Any party aggrieved by the findings and/or decision may bring a civil action in any state court of competent jurisdiction or in a district court of the United States without regard to the amount in controversy, in accordance with 20 U.S.C. Section 1415(i)(2)(A) within thirty days of the entry of the Hearing Officer's Decision.[1]

_____
Tonya M. Butler-Truesdale, Esquire
Hearing Officer

Date: August 16, 2005

Issued: 08-17-05

Copies to:

Miguel A. Hull, Esquire
1220 L Street, NW, Suite 700
Washington, D.C. 20017
(202) 742-2015; Fax: (202) 742-2098

Stephanie Ramjohn Moore, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.; 9th Floor
Washington, D.C. 20002

5

# District of Columbia Public Schools
## Office of Compliance
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## FACSIMILE SHEET

Date: 08-17-05

TO: Hull

FROM: STUDENT HEARING OFFICE

RE: HOD - London Craig

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

**CONFIDENTIALITY NTOICE:** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# FACSIMILE TRANSMITTAL FORM

Law Office
TONYA M. BUTLER - TRUESDALE
Attorney At Law
Washington, DC
(202) 518-6867

Date of Transmission: __08/16/05__

To: __SHO__

Fax Number of Recipient: _____

From: _____

Fax Number of Sender: __(202) 518-3666__

Total Number of Pages (including cover sheet): __06__

Comments: __CRAIG__

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to the above address via the U.S. Postal Service.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
London Craig
Karen Craig
5424 B Street, SE
Washington DC 20019


August 24, 2005
In Reference To:   London Craig
                   DOB: 1/29/90
                   School: Fletcher-Johnson JHS

Invoice #10919

   Professional Services

|            |     |                                                                                                                                                       | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 5/17/2005  | MH  | Prepared and file due process hearing request to DCPS                                                                                                 | 2.00 350.00/hr    | 700.00 |
|            | AAG | Conference with parent to discuss opening case and child's educational needs.                                                                         | 1.50 95.00/hr     | 142.50 |
|            | MH  | Consultation with parent and legal assistant, research and case preparation.                                                                          | 1.50 350.00/hr    | 525.00 |
| 5/20/2005  | AAG | Drafted letter to parent                                                                                                                              | 0.65 105.00/hr    | 68.25  |
| 5/23/2005  | MH  | Drafted letter to DCPS / Attorney regarding evaluations that should have been completed by now. Includes research on issue raised and drafting and revising of letter. | 0.58 350.00/hr    | 203.00 |
| 5/24/2005  | HR  | Drafted letter requesting records at Fletcher Johnson Educational Center and sent it via facsimile to the school, to the Office of Special Education, and to the Office of the General Counsel | 0.67 105.00/hr    | 70.35  |
|            | HR  | Draft case status letter to parent detailing the hearing request and informing them of records and reevaluations requested from Fletcher Johnson Educational Center | 0.67 105.00/hr    | 70.35  |
| 6/2/2005   | JF  | Discussion with child's attorney and parent regarding meeting scheduled for next week                                                                 | 0.25 350.00/hr    | 87.50  |

London Craig                                                                                                           Page    2

|            |    |                                                                                                                                                                                   | Hrs/Rate           | Amount   |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|----------|
| 6/8/2005   | MH | Conference with parent regarding case status, pending hearing.                                                                                                                                      | 0.33<br>350.00/hr  | 115.50   |
|            | JF | Reviewed hearing request                                                                                                                                                                            | 0.42<br>350.00/hr  | 147.00   |
| 6/13/2005  | MH | Pre-hearing conference with attorney and parent. Reviewed and discussed issues for hearing next week. Discussed additional concerns that have arrisen since filing of hearing request.              | 0.58<br>350.00/hr  | 203.00   |
|            | JF | Prepared for MDT/IEP by reviewing all educational information in file, discussed strategies with attorney and parent                                                                                 | 1.50<br>350.00/hr  | 525.00   |
| 6/14/2005  | HR | Draft letter to parent informing them of the notice of hearing received.                                                                                                                            | 0.42<br>105.00/hr  | 44.10    |
| 6/16/2005  | HR | Assisted attorney to prepare disclosure to DCPS                                                                                                                                                     | 1.50<br>105.00/hr  | 157.50   |
|            | MH | Prepare disclosure to DCPS with assistance from paralegal. Reviewed entire file and identified potential exhibits and witnesses. Prepared exhibit packet and cover letter and supervised delivery to DCPS counsel. | 1.50<br>350.00/hr  | 525.00   |
| 6/17/2005  | CF | Reviewed case and prepared for SEP meeting                                                                                                                                                          | 1.00<br>175.00/hr  | 175.00   |
|            | CF | Phone call to parent regarding SEP meeting                                                                                                                                                          | 0.33<br>175.00/hr  | 57.75    |
| 6/20/2005  | CF | Reported SEP meeting's results to the attorney                                                                                                                                                      | 0.50<br>175.00/hr  | 87.50    |
|            | JF | Attended MDT/IEP @ Fletcher-Johnson                                                                                                                                                                  | 4.00<br>350.00/hr  | 1,400.00 |
|            | CF | Attended MDT/SEP @ school                                                                                                                                                                           | 4.00<br>175.00/hr  | 700.00   |
| 6/22/2005  | MH | Prepared for Due Process Hearing. Reviewed DCPS and parents' disclosure materials, researched issues raised, and prepared potential witness questions and arguments for hearing.                    | 1.33<br>350.00/hr  | 465.50   |
| 6/23/2005  | MH | Appearance to 825 North Capital for due process hearing part one.                                                                                                                                   | 1.92<br>350.00/hr  | 672.00   |
| 7/5/2005   | JF | Received and responded to letter of invitation from Fletcher Johnson regarding meeting                                                                                                              | 0.33<br>350.00/hr  | 115.50   |
|            | HR | Draft letter to parent regarding notice of hearing                                                                                                                                                  | 0.42<br>105.00/hr  | 44.10    |

London Craig                                                                                       Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/7/2005 | JF | Prepared for Due Process Hearing, this is the second part of the hearing, will testify on recent information obtained from school | 1.50 350.00/hr | 525.00 |
|  | JF | Prepared for Due Process Hearing, discussed case with child's attorney | 1.50 350.00/hr | 525.00 |
| 7/22/2005 | HR | Phone call to parents informing them of hearing and confirming attendance | 0.17 105.00/hr | 17.85 |
|  | MH | Drafted letter to DCPS / Attorney regarding part II of due process hearing. | 0.33 350.00/hr | 115.50 |
| 7/26/2005 | HR | Phone call to mom regarding hearing | 0.08 105.00/hr | 8.40 |
| 7/28/2005 | MH | Prepared for Due Process Hearing. Reviewed disclosure materials, researched issues raised, and prepared legal arguments and witness questions for hearing. | 0.92 350.00/hr | 322.00 |
| 7/29/2005 | MH | Part two of due process hearing. Includes last minute preparations with client and potential witnesses. | 2.00 350.00/hr | 700.00 |
|  |  | For professional services rendered | 34.40 | $9,515.15 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 5/17/2005 | Copied: Intake. | 17.50 |
|  | Facsimile HR to SHO | 6.00 |
| 5/24/2005 | Facsimile(OGC-records req.) | 5.00 |
|  | Copied: HR, records and reevaluations request, case status for parent. | 3.50 |
|  | Facsimile(OSE-records req.) | 5.00 |
|  | Facsimile(Fleteher Johnson EC records req.) | 5.00 |
| 6/9/2005 | Copied: documents | 15.00 |
| 6/10/2005 | Copied documents(Parent-letter) | 1.50 |
| 6/14/2005 | Copied: NOH letter for parent. | 0.50 |
| 6/15/2005 | Postage; NOH letter to parent. | 0.37 |
| 6/16/2005 | Copied: Disclosure for SHO, OGC, and attorney. | 76.50 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |

| London Craig | Page 4 |
| --- | ---: |
| | **Amount** |
| 7/5/2005 Copied: NOH letter for parent. | 0.50 |
| Postage; Case status letter to parent. | 0.37 |
| 7/29/2005 File review preparation of bill and invoice audit | 96.88 |
| Total costs | $253.62 |
| Total amount of this bill | $9,768.77 |