# EXHIBIT 12



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm: <u>JAMES E. BROWN & ASSOCIATES, PLLC</u>
    Attorney: <u>JAMES E. BROWN</u>
    Federal Tax ID No.: <u>52-1500760</u>
    D.C. Bar No.: <u>61622</u>

2.  **Student Information**
    Name: Cassie Davis
    DOB: 8/28/88
    Date of Determination (HOD/SA): 7/19/05
    Parent/Guardian Name: Edward & Cassandra Davis
    Parent/Guardian Address: 1250 Miegs Pl. NE. #2. WDC 20002
    Current School: Jos Arz
    Home School: Browne JHS

3.  **Invoice Information**
    Invoice Number: 05-360
    Date Request Submitted: 8/26/05
    Date(s) Services Rendered 11/26/04 to 8/15/05
    Amount of Payment Request $ 8,257.47

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                 Date

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**ENFORCEMENT AND INVESTIGATION DIVISION**

**SPECIAL EDUCATION DUE PROCESS HEARING**

**CONFIDENTIAL**

**HEARING OFFICER'S DETERMINATION**

**STUDENT: Cassie Davis**          **DATE OF BIRTH: 8/28/88**

**ADDRESS: 1250 Miegs Place, N.E.**
**Washington, D.C. 20002**

**PRESENT SCHOOL ATTENDING: Jos Arz**
**HOME SCHOOL:  N/A**

**DATE OF HEARING: July 18, 2005**

**Student's Representative: Christopher West, Esq.**
**Address: 1220 L Street, N.W.**
**Washington, D.C. 20005**
**FAX: 202-742-2098**

**School System's Representative: Michael Levy, Esq.**
**Address: 825 N. Capitol Street, N.E., Washington, D.C. 20002**

2005 JUL 19 AM 11:30
DC PUBLIC SCHOOL SYSTEM

**INTRODUCTION:**

A hearing was held at the District of Columbia Public Schools (DCPS), 825 N. Capitol Street, N.E., Washington, D.C. 20002, on July 18, 2005, at the request of Christopher West, counsel for the parent and the student. Michael Levy represented DCPS, the other party to this hearing.

**JURISDICTION:**

The hearing was held and this decision was written pursuant to the Individuals with Disabilities Education Act (IDEA) (P.L. 101-476), reauthorized as the IDEA Improvement Act of 1997 (P.L. 105-17) 20 U.S.C. 1400 Et. seq.; and their current regulations, specifically the Code of Federal Regulations at 34 CFR Part 300; and District of Columbia Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections 3000-3099.

**DISPOSITION OF THE CASE:**

Counsel for the parties entered a settlement agreement on the record. That accord is incorporated into the following ORDER:

It is hereby **ORDERED** that:

1.   **DCPS agrees to convene an MDT meeting within 45 calendar days of issuance of the HOD to discuss if a psychiatric evaluation is warranted, review current evaluations and review and revise the student's IEP and discuss and determine placement. If a public placement is determined appropriate, a Prior Notice of Placement (PNOP) shall be issued within 5 school days of the MDT meeting. If a private placement is determined appropriate, a PNOP shall be issued within 30 calendar days of the MDT meeting. All meetings shall be scheduled at a mutually agreeable time through counsel for the student. There shall be one day of delay of the above time frame for every day of delay caused by the student, parent or counsel for the student. The MDT team shall discuss and determine if compensatory education is warranted and if so, develop a compensatory education plan.**

2

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

Seymour DuBow, Esq.
Impartial Hearing Officer                    Date filed:  July 19, 2005

Date Issued:  July 19, 2005

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Davis, Cassie




August 15, 2005
In Reference To:   Davis, Cassie

Invoice #10893



Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/26/2004 | BDL | Assisted attorney to withdraw HR. | 0.33 105.00/hr | 34.65 |
| 11/29/2004 | CM | Discussion with paralegal re placement at Joz Arz | 0.42 175.00/hr | 73.50 |
| | HR | Discussion with educational advocate | 0.42 105.00/hr | 44.10 |
| 12/1/2004 | JF | Examine all the ed. info. in prep. for school visit and classroom observation; contacted parent | 1.17 350.00/hr | 409.50 |
| | HR | Reviewed the Settlement Agreement in preparation to send parent case status letter | 0.25 105.00/hr | 26.25 |
| | HR | Draft letter to parent regarding the Settlement Agreement | 0.42 105.00/hr | 44.10 |
| 12/2/2004 | JF | Discussion with Ms. Princess @ Joz Arz Academy regarding Acceptance letter | 0.25 350.00/hr | 87.50 |
| 12/3/2004 | CM | record reviewed and discussion  with attorney re case status | 0.25 175.00/hr | 43.75 |
| | CW | record reviewed and discussion  with advocate re case status | 0.25 350.00/hr | 87.50 |
| | CM | Conference with parent re case status | 0.42 175.00/hr | 73.50 |

Davis, Cassie                                                                                        Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2004 | CM | Conference with parent re recent IEP/Placement meeting and status of admission to Joz Arz | 0.50 175.00/hr | 87.50 |
| 12/6/2004 | AAG | File Review and sent letter to parent/student | 0.17 105.00/hr | 17.85 |
| 12/9/2004 | CW | Teleconference with Ms. Whitaker Taylor (JOZ ARZ) and discussed status of student's admissions to the program | 0.33 350.00/hr | 115.50 |
| 12/13/2004 | CM | Conference with parent re case status | 0.50 175.00/hr | 87.50 |
| 12/15/2004 | CW | Teleconference with Ms. Whittaker and discussed student's admission into program; discussed start date; reveiwed settlement agreement | 0.33 350.00/hr | 115.50 |
| 12/23/2004 | CW | Reviewed progress reports from New Hope Residential Treatment Center; teleconference with father in order to discuss arrangements at Jos Arz Residential programs. | 1.00 350.00/hr | 350.00 |
| | CW | Teleconference with Ms. Whitaker (Jos Arz) and discussed admissions process and need for dedicated aid | 0.33 350.00/hr | 115.50 |
| | CW | Teleconference with Ms. McGarity (New Hope Treatment Center) and detailed progress of student's transition to Jos Arz center | 0.33 350.00/hr | 115.50 |
| 12/30/2004 | WB | Assisted attorney drafting & sending letter to Judith Smith, Jos Arz Residential Treatment Center, Ruth Blake, New Hope Residential Treatment Center and OGC requesting settlement agreement compliance | 0.50 105.00/hr | 52.50 |
| 1/4/2005 | CM | Record reviewed and discussion with attorney and paralegal re need for dedicated aide | 0.08 175.00/hr | 14.00 |
| | HR | Case review and discussion with attorney and advocate regarding case status | 0.08 105.00/hr | 8.40 |
| | CW | Record reviewed and discussion with paralegal and advocate re: review of case status | 0.08 350.00/hr | 28.00 |
| 1/5/2005 | CW | Conference with Ms. McGarrity (New Hope Residential Center) and discussed status of student being removed from program | 0.33 350.00/hr | 115.50 |
| | CW | Conference with parent and discussed admission policies for Jos Arz Residential Center | 0.75 350.00/hr | 262.50 |
| 1/18/2005 | CW | Teleconference with Ms. Grafton and discussed admissions status to JOS ARZ residential program | 0.17 350.00/hr | 59.50 |
| | CW | Conference with parent and discussed status of discharge from New Hope Residential Center | 0.25 350.00/hr | 87.50 |

Davis, Cassie                                                                                              Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2005 | CW | Conference with parent, via telephone, and discussed transportation from New Hope to Jos ARZ residential center | 0.25 350.00/hr | 87.50 |
| 2/7/2005 | CM | Conference with parent and Ms. Whitaker at Joz Arz re Cassie's transition to new placement and need for medical records from New Hope Center | 0.67 175.00/hr | 117.25 |
| 3/3/2005 | HR | Discussion with attorney and sent case status to parent | 0.25 105.00/hr | 26.25 |
| | CW | Reviewed settlement agreement; teleconference with Ms. Whittaker (JoZ-ARZ) and parent and discussed placement in program; drafted letter to parent detailing status of case and closure letter; conference with paralegal re; submitting letter to parent | 1.00 350.00/hr | 350.00 |
| 4/4/2005 | CM | Conference with parent re need for new placement for student | 0.50 175.00/hr | 87.50 |
| 4/5/2005 | CM | Drafted case status report to attorney | 0.33 175.00/hr | 57.75 |
| 5/16/2005 | BDL | Assisted attorney with sending letter to Judith Smith, Jack Schrieveman, Ruth Blake, Kimberly Grafton and Jonna McGarney. | 1.00 105.00/hr | 105.00 |
| | CW | Drafted letter to Judith Smith, Ruth Blake, Arthur Fields and OGC requesting DCPS reimburse New Hope treatment center for psychiatric evaluation; conference with paralegal re: submitting letter | 0.67 350.00/hr | 234.50 |
| 5/17/2005 | BDL | Drafted letter to parent re: letter to Judith Smith. | 0.50 105.00/hr | 52.50 |
| 6/9/2005 | CW | Conference with parent and discussed closing of Jos-Arz Academy; discussed placement options for 2005-06 SY; discussed DCPS' failure to conduct psychiatric evaluation | 0.67 350.00/hr | 234.50 |
| 6/10/2005 | BDL | Assisted attorney with sending HR to SHO. | 0.17 105.00/hr | 17.85 |
| | BDL | Drafted letter to parent with HR. | 0.50 105.00/hr | 52.50 |
| | CW | Reviewed IEP; prepared and filed request for due process hearing in order to address DCPS' failure to provide an appropriate placement; DCPS' failure to conduct psychiatric evaluation; DCPS' failure to provide special education services;  request for compensatory education services; conference with paralegal re: filing request for hearing | 2.25 350.00/hr | 787.50 |
| 6/24/2005 | AAG | Drafted letter to parent RE: Hearing date notice | 0.79 105.00/hr | 82.95 |

Davis, Cassie

Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/5/2005 | CW | Reviewed documents from Jos Arz Academy; conference with parent and discussed placement options for student; drafted letter to Dwight Thomas, Ruth Blake, OGC requesting convening of MDT meeting; conference with paralegal re: submitting letters to DCPS | 1.00 350.00/hr | 350.00 |
| | BDL | Assisted attorney with sending letter to Ruth Blake and Mr. Thomas. | 0.33 105.00/hr | 34.65 |
| | CM | Prepared for due process hearing; reviewed disclosure, psychiatric summary by Martin, Joz Arz progress reports, 4/15/05 IEP, Cognitive report by Kelley, Neuropsychological report by Kelley, Psychiatric Review report by Wilder, speech and language report by Stott and file correspondence | 1.75 175.00/hr | 306.25 |
| | BDL | Prepared and sent placement packages to Highroads, The Pathways and Rock Creek Academy. | 1.58 105.00/hr | 165.90 |
| 7/8/2005 | CW | Prepare disclosure documents for OGC and SHO in preparation for hearing | 1.00 350.00/hr | 350.00 |
| 7/11/2005 | BDL | Assisted attorney to prepare disclosure to DCPS. | 0.67 105.00/hr | 70.35 |
| | DH | Prepare the student's five-day disclosures. | 1.50 350.00/hr | 525.00 |
| 7/12/2005 | BDL | Contacted parent in reference to the hearing schedule July 19, 2005. | 0.08 105.00/hr | 8.40 |
| 7/18/2005 | CW | Appearance to 825 North Capital for due process hearing administered by Hearing Officer Dubow; reviewed disclosure documents in preparation for hearing; conference with parent and reviewe witness questions in preparation for hearing | 2.50 350.00/hr | 875.00 |
| 7/26/2005 | CW | Reviewed HOD with parent, via telephone; discussed completion of assessment | 0.33 350.00/hr | 115.50 |
| | BDL | Drafted letter to parent with copy of the HOD.. | 0.50 105.00/hr | 52.50 |
| 8/5/2005 | CW | Conference with parent and reviewed HOD; discussed JOS-Arz's referral to Pathways Program; reviewed placement options for 2005-06 school year | 0.67 350.00/hr | 234.50 |
| | | For professional services rendered | 31.37 | $7,938.70 |

Davis, Cassie                                                                                        Page    5

        Additional Charges :

| | | Amount |
|---|---|---:|
| 11/26/2004 | Postage; letter to parent | 0.37 |
| 12/1/2004 | Postage; letter to parent | 0.60 |
| | Made Photocopies<br>SA with withdrawal letter | 0.75 |
| 12/6/2004 | Postage; letter to parent | 0.37 |
| 3/3/2005 | Copied documents; status letter to parent | 0.50 |
| | Postage; Sent case status letter to the parent. | 0.37 |
| 5/16/2005 | Facsimile: Letter to Judith Smith, Jack Scheidman, Kim Grafton, OGC, Ruth Blake, and Jonna McGarity. | 10.00 |
| 5/17/2005 | Postage;   letter to parent | 0.83 |
| | Copied: letter to Judith Smith for parent. | 3.00 |
| 6/10/2005 | Postage; HR letter to parent | 0.60 |
| | Copied documents(Parent-HR) | 2.00 |
| | Facsimile(SHO-HR) | 6.00 |
| 6/24/2005 | Postage; letter to parent<br>Hearing Date Notice | 0.37 |
| | Copied documents<br>Hearing Date Notice | 0.50 |
| 7/1/2005 | Facsimile: documents to R. Blake and D. Thomas. | 4.00 |
| 7/5/2005 | Copied: Placement package for RCA, Pathways, and High Roads. | 54.75 |
| | Postage; letter to parent. | 0.37 |
| | Postage; documents to Pathways, RCA, and High roads. | 9.39 |
| | Copied: Placement package letter for parent. | 0.25 |
| 7/11/2005 | Copied: Disclosure for SHO, OGC, and attorney. | 84.00 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/18/2005 | Sedan taxi service to and from  DCPS for hearing | 14.00 |

Davis, Cassie                                                                          Page      6

                                                                                       Amount

7/20/2005 Facsimile Received from DCPS; HOD                                               4.00

          Copied documents; HOD                                                          4.00

7/28/2005 Postage; letter to parent.                                                     0.37

          Copied documents; letter to parent                                             0.50

8/15/2005 File review preparation of bill and invoice audit                             96.88

          Total costs                                                                 $318.77

          Total amount of this bill                                                $8,257.47