# EXHIBIT 13



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm:                    JAMES E. BROWN & ASSOCIATES, PLLC
    Attorney:                    JAMES E. BROWN
    Federal Tax ID No.:          52-1500760
    D.C. Bar No.:                61622

2.  **Student Information**
    Name:                        Alonzo Dunn
    DOB:                         2/7/92
    Date of Determination (HOD/SA):  7/8/05
    Parent/Guardian Name:        Pamela Brown
    Parent/Guardian Address:     1200 N. Capitol St., NW, #402, 20002
    Current School:              Taft Center
    Home School:                 Walker Jones

3.  **Invoice Information**
    Invoice Number:              05-361
    Date Request Submitted:      8/26/05
    Date(s) Services Rendered    3/16/05 to 8/17/05
    Amount of Payment Request    $ 7,768.78

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                 Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENFORCEMENT AND INVESTIGATION DIVISION

## SPECIAL EDUCATION DUE PROCESS HEARING

## CONFIDENTIAL

## HEARING OFFICER'S DETERMINATION

**STUDENT:** Alonzo Dunn        **DATE OF BIRTH:** 2/7/92

**ADDRESS:** 1200 N. Capitol Street, N.W.
Washington, D.C.

**PRESENT SCHOOL ATTENDING:** Taft Center
**HOME SCHOOL:** Walker-Jones

**DATE OF HEARING:** July 6, 2005

Student's Representative: Roberta Gambale, Esq.
Address: 1220 L Street, N.W.
Washington, D.C. 20005
FAX: 202-742-2098

School System's Representative: Karen Herbert, Esq.
Address: 825 N. Capitol Street, N.E., Washington, D.C. 20002

**INTRODUCTION:**

A hearing was held at the District of Columbia Public Schools (DCPS), 825 N. Capitol Street, N.E., Washington, D.C. 20002, on July 6, 2005, at the request of Roberta Gambale, counsel for the parent and the student.  Karen Herbert represented DCPS, the other party to this hearing.

**JURISDICTION:**

The hearing was held and this decision was written pursuant to the Individuals with Disabilities Education Act (IDEA) (P.L. 101-476), reauthorized as the IDEA Improvement Act of 1997 (P.L. 105-17) 20 U.S.C. 1400 Et. seq.; and their current regulations, specifically the Code of Federal Regulations at 34 CFR Part 300; and District of Columbia Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections 3000-3099.

**DISPOSITION OF THE CASE:**

Counsel for the parties entered a settlement agreement on the record.  That accord is incorporated into the following ORDER:

It is hereby **ORDERED** that:

1.      **DCPS agrees to conduct the following evaluations; speech and language, O.T. and Functional Behavior Assessment (FBA) on the student by July 15th 2005.  DCPS shall provide copies of the evaluations to counsel for the parent 48 hours before the MDT meeting.  If DCPS fails to complete the evaluations in the above time frame, DCPS shall fund independent evaluations within the Superintendent's guidelines.  DCPS screening for ADHD shall be sent to Dr. Taylor-Davis for confirmation of OHI disability classification by MDT team.**

2.      **DCPS agrees to convene an MDT meeting by August 12th 2005 at Taft Center to review all evaluations and Dr. Taylor-Davis's verification and review and revise the IEP, discuss and determine compensatory education and develop a Behavior Management Plan.  All meetings shall be scheduled at a mutually agreeable time through counsel for the student.  There shall be one day of delay of the above time frame for every day of delay caused by the student, parent or counsel for the student.**

2

This is the final administrative decision in this matter.  Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

Seymour DuBow, Esq.
Impartial Hearing Officer                    Date filed:  July 8, 2005

Date Issued:  7/8/05

3

TRANSMISSION VERIFICATION REPORT

```
                                  TIME  : 07/08/2005 15:30
                                  NAME  : STUDENT HEARINGS OFF
                                  FAX   : 2024425556
                                  TEL   : 2024425432
                                  SER.# : BROH3J608601
```

```
DATE,TIME            07/08  15:29
FAX NO./NAME         97422098
DURATION             00:01:01
PAGE(S)              05
RESULT               OK
MODE                 STANDARD
                     ECM
```

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENFORCEMENT AND INVESTIGATION DIVISION

### SPECIAL EDUCATION DUE PROCESS HEARING

### CONFIDENTIAL

### HEARING OFFICER'S DETERMINATION

**STUDENT:** Alonzo Dunn          **DATE OF BIRTH:** 2/7/92

**ADDRESS:** 1200 N. Capitol Street, N.W.
Washington, D.C.

**PRESENT SCHOOL ATTENDING:** Taft Center
**HOME SCHOOL:** Walker-Jones

**DATE OF HEARING:** July 6, 2005



**Student's Representative:** Roberta Gambale, Esq.
**Address:** 1220 L Street, N.W.
Washington, D.C. 20005
**FAX:** 202-742-2098

**School System's Representative:** Karen Herbert, Esq.
**Address:** 825 N. Capitol Street, N.E., Washington, D.C. 20002

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Dunn, Alonzo

August 17, 2005
In Reference To:   Dunn, Alonzo

Invoice #10898

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2005 | RB | Received meeting notice from Taft Center; reviewed calendar; signed acceptance and faxed to Taft | 0.25<br>175.00/hr | 43.75 |
| 3/25/2005 | RB | Telephone call from Taft Center | 0.08<br>175.00/hr | 14.00 |
| 3/28/2005 | RB | Telephone call to Taft Center/L. Workman re meeting date, settlement agreement, and meeting agenda | 0.25<br>175.00/hr | 43.75 |
| 3/29/2005 | RB | Reviewed 3/25/05 HOD; tickled calendar for tutoring due date | 0.17<br>175.00/hr | 29.75 |
| | RB | Drafted letter to Taft Center; faxed letter with copy of HOD | 0.33<br>175.00/hr | 57.75 |
| | MH | Reviewed HOD received this week in office.  Developed case strategy in light of decision in HOD. | 0.25<br>350.00/hr | 87.50 |
| 3/30/2005 | HR | Draft case status letter to parent detailing the Hearing Officer's Determination | 0.50<br>105.00/hr | 52.50 |
| 4/12/2005 | YA | Draft letter to parent re: status | 0.58<br>105.00/hr | 60.90 |
| 4/18/2005 | RB | Prepared 4/19/05 meeting agenda | 0.75<br>175.00/hr | 131.25 |
| | RB | Reviewed 3/25/05 HOD to prepare meeting agenda | 0.25<br>175.00/hr | 43.75 |

Dunn, Alonzo                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/18/2005 | RB | Reviewed 5/6/98 PE and 2004 clinical evaluation to prepare 4/19/05 meeting agenda | 0.42 175.00/hr | 73.50 |
| 4/19/2005 | RB | Attended MDT/IEP @ Taft Center plus classroom visit | 3.50 175.00/hr | 612.50 |
|  | RB | Phone call to parent re meeting outcomes and placement for SY 05-06 | 0.33 175.00/hr | 57.75 |
| 4/20/2005 | YA | distribute MDT Notes fo file, attorney and parent | 0.33 105.00/hr | 34.65 |
|  | RB | Collated meeting documents and asked paralegal to copy for attorney and parent then file | 0.17 175.00/hr | 29.75 |
|  | RB | Memo to attorney re meeting outcomes | 0.58 175.00/hr | 101.50 |
| 4/21/2005 | YA | Draft status letter to parent re: MDT Meeting Notes enclosed | 0.75 105.00/hr | 78.75 |
| 5/16/2005 | RB | Memo to attorney re deadline for WLA and FBA | 0.08 175.00/hr | 14.00 |
| 5/17/2005 | RG | Reviewed file to ascertain compliance status w agreementto evaluate | 0.42 350.00/hr | 147.00 |
|  | RG | Drafted letter to DCPS / Attorney to Taft Sped Coordniator to follow up on evals | 0.33 350.00/hr | 115.50 |
| 5/27/2005 | RG | Reviewed to ascertain DCPS compliance status w request for evals and 5/17/05 letter | 0.58 350.00/hr | 203.00 |
| 6/2/2005 | RG | Prepared and file due process hearing request to DCPS to address 500.530-536; 300.344;347;342; 341;300.300. | 2.00 350.00/hr | 700.00 |
| 6/3/2005 | YA | Draft status letter to parent re, Hearing Request Notice enclosed | 0.75 105.00/hr | 78.75 |
| 6/9/2005 | RB | Drafted and faxed letter to student at Taft Center | 0.33 175.00/hr | 57.75 |
| 6/13/2005 | YA | Draft status letter to parent re, Hearing Date Notice | 0.58 105.00/hr | 60.90 |
| 6/15/2005 | RB | Memo from attorney re hearing date; calendarized | 0.17 175.00/hr | 29.75 |
| 6/16/2005 | RB | Received psychoeducational evaluation; memo to attorney | 0.17 175.00/hr | 29.75 |

Dunn, Alonzo

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2005 | RB | Asked paralegal to copy and file psychoeducational evaluation | 0.17 175.00/hr | 29.75 |
| | RG | Reviewed | 0.17 350.00/hr | 59.50 |
| 6/17/2005 | YA | copy evaluation , file and write on case log | 0.25 105.00/hr | 26.25 |
| 6/28/2005 | YA | Assisted attorney to prepare disclosure to Office of General Counsel and Student Hearing Office | 1.50 105.00/hr | 157.50 |
| | RG | Prepare disclosure to DCPS | 1.00 350.00/hr | 350.00 |
| 7/5/2005 | RB | Reviewed psychoeducational evaluation of 5/4/05 | 0.42 175.00/hr | 73.50 |
| | RB | Prepared for Due Process Hearing: reviewed disclosure packet and prepared testimony outline | 2.08 175.00/hr | 364.00 |
| | RB | Phone call to parent re 7/6/05 hearing | 0.08 175.00/hr | 14.00 |
| | RG | Prepared for Due Process Hearing; discussion with Dr. B; –review memos and her notes re basis for evals; call to KH re: settlement agreement; call to parent- Ms. Brown to remind her of hrg; | 2.00 350.00/hr | 700.00 |
| | YA | Phone call to parent re, remind of hearing | 0.25 105.00/hr | 26.25 |
| 7/6/2005 | RB | Discussion with attorney: case status and recent parent contact | 0.17 175.00/hr | 29.75 |
| | RB | Appearance to 825 North Capital for due process hearing | 1.75 175.00/hr | 306.25 |
| | RB | Phone call to parent re child's attendance at summer school and need for medical report of ADHD | 0.25 175.00/hr | 43.75 |
| | RG | Appearance to 825 North Capital for due process hearing; confirm student will be in school and follow up letter to Workman re: testing; | 2.50 350.00/hr | 875.00 |
| | RG | Discussion with advocate re: case status and contact with parent | 0.17 350.00/hr | 59.50 |
| 7/8/2005 | RG | Reviewed HOD; call from Workman at Taft re: eval schedule; follow up letter confirming newdeadlines | 0.50 350.00/hr | 175.00 |
| 7/11/2005 | RB | Memo to attorney re Taft Center report about evaluations | 0.17 175.00/hr | 29.75 |

Dunn, Alonzo                                                                                           Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2005 RB | Telephone call from Taft Center re status of OT evaluation; S/L evaluation; and FBA evaluation | | 0.25<br>175.00/hr | 43.75 |
| 7/25/2005 RB | Reviewed FBA and IBP draft; memo to attorney | | 0.33<br>175.00/hr | 57.75 |
| RB | Reviewed Speech / Language report of 7/05; memo to attorney | | 0.50<br>175.00/hr | 87.50 |
| RB | Reviewed OT evaluation; memo to attorney | | 0.50<br>175.00/hr | 87.50 |
| YA | log in case note receipt of FBA, OT and S/P | | 0.17<br>95.00/hr | 16.15 |
| 7/27/2005 RB | Memo from attorney re request for audiological evaluation, deadline; tickled calendar | | 0.17<br>175.00/hr | 29.75 |
| RG | Reviewed speech and ot evals reviewed fba discussed with advocate/ drafted letter to DCPS re: audiological eval requested; instructions to YA re: status letter for mom | | 1.50<br>275.00/hr | 412.50 |
| 7/28/2005 YA | Drafted letter to parent re, evaluations | | 0.75<br>95.00/hr | 71.25 |
| 8/8/2005 RG | Reviewed and call to SHO to folllow up on HOD | | 0.33<br>275.00/hr | 90.75 |
| 8/9/2005 RB | Telephone call from Taft Center re audiological evaluation and meeting 8/12/05 | | 0.17<br>175.00/hr | 29.75 |
| RB | Phone call to parent to remind her of 8/12/05 meeting at Taft Center; memo to attorney | | 0.17<br>175.00/hr | 29.75 |
| 8/11/2005 RB | Telephone call from and to Taft Center re rescheduling meeting to 8/17/05 | | 0.33<br>175.00/hr | 57.75 |
| RB | Phone call to parent about changed meeting date/time | | 0.17<br>175.00/hr | 29.75 |
| RB | Discussed with advocate Hohman attending 8/17 meeting; copied case notes; retrieved main file; made packet for advocate | | 0.33<br>175.00/hr | 57.75 |
| 8/16/2005 YA | Drafted letter to parent re, Hearing Officer's Determination enclosed | | 0.58<br>95.00/hr | 55.10 |
| | For professional services rendered | | 34.58 | $7,466.20 |

Dunn, Alonzo                                                          Page    5

       Additional Charges :

|  |  | Amount |
|---|---|---:|
| 3/16/2005 | Facsimile meeting acceptance letter to Taff Center. | 2.00 |
| 3/28/2005 | Facsimile Received from DCPS; HOD | 8.00 |
|  | Copied documents; HOD | 6.00 |
| 3/29/2005 | Copied documents for the advocate. | 0.50 |
|  | Facsimile Taft Center HOD | 6.00 |
| 3/30/2005 | Postage; Letter to the parent. | 0.60 |
|  | Copied documents<br>RE: HOD with cover letter  to parent and advocate | 2.25 |
| 4/12/2005 | Copied documents(Parent-status letter) | 0.25 |
| 4/13/2005 | Postage; letter to parent | 0.37 |
| 4/18/2005 | Copied meeting agenda for the advocate. | 0.50 |
| 4/20/2005 | Copied documents | 5.25 |
| 4/21/2005 | Copied letter re: MDT notes for the parent. | 0.25 |
| 4/22/2005 | Postage; letter to parent with MDT meeting notes. | 1.29 |
| 6/3/2005 | Copied: HR letter for parent and advocate. | 3.50 |
|  | Copied: HR letter for parent. | 0.25 |
| 6/6/2005 | Postage; HR letter to parent. | 0.60 |
| 6/8/2005 | Facsimile: Letter Taft Center. | 2.00 |
| 6/9/2005 | Copied: letter for advocate. | 0.25 |
| 6/13/2005 | Copied: HDN letter for parent and advocate. | 1.00 |
| 6/14/2005 | Postage; HDN letter to parent | 0.37 |
| 6/17/2005 | Copied: Psycho-ed for file. | 1.75 |
|  | Copied: Psycho-ed for file. | 1.75 |
| 6/28/2005 | Copied: Disclosure for SHO, OGC, and attorney. | 103.00 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |

Dunn, Alonzo                                                                 Page    6

                                                                                 Amount

| | | |
|---|---|---:|
| 7/5/2005 | Copied: Hearing testimony outline for advocate. | 0.75 |
| 7/6/2005 | Sedan taxi service to and from  DCPS for hearing | 14.00 |
| 7/25/2005 | Copied: FBA evaluations for advocate. | 3.00 |
| 7/28/2005 | Copied: complete evaluations letter for parent. | 0.25 |
| | Postage; letter to parent re: completed evaluations. | 0.37 |
| | Copied documents to parent:  FBA, S/P, DT | 7.00 |
| 8/9/2005 | Facsimile Received from DCPS; HOD | 5.00 |
| | Copied documents; HOD | 5.00 |
| 8/11/2005 | Copied documents; case notes for meeting | 2.00 |
| 8/16/2005 | Postage; letter to parent re: HOD. | 0.60 |
| 8/17/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $302.58 |
| | Total amount of this bill | $7,768.78 |