# EXHIBIT 14



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Mariko Ellis
   DOB: 12/19/93
   Date of Determination (HOD/SA): 7/22/05
   Parent/Guardian Name: Keiko Ellis
   Parent/Guardian Address: 2310 40th Pl., NW, #204, 20007
   Current School: Wilson SHS
   Home School: Wilson SHS

3. **Invoice Information**
   Invoice Number: 05-362
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 4/8/05 to 8/1/05
   Amount of Payment Request: $ 4,653.87

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_                         August 26, 2005
Signature                                 Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
### CONFIDENTIAL

Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of ) | IMPARTIAL DUE PROCESS |
| ) | |
| MARIKO ELLIS,   Student, ) | HEARING OFFICER'S DECISION |
| Date of Birth: 12-19-93 ) | |
| ) | |
| Petitioner, ) | Hearing Date: July 20, 2005 |
| ) | |
| vs. ) | |
| ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, ) | Eighth Floor |
| Home School: Wilson Senior HS ) | Washington, D.C. 20002 |
| Attending School: Wilson Senior HS ) | |
| Respondent. ) | |

## SETTLEMENT ORDER

Parent(s):            Keiko Ellis
                     2310 40th Place, N.W. #204
                     Washington, D.C. 20007

Counsel for Student:  Roberta L. Gambale, Esq.
                     James E. Brown & Associates, PLLC
                     1220 L. Street, NW
                     Suite 700
                     Washington, D.C. 20005

Counsel for School:   Katherine G. Rodi, Attorney-Advisor
                     Office of the General Counsel, DCPS
                     825 North Capitol Street, N.E., 9th Floor
                     Washington, D.C. 20002

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigative Division*

### Special Education Due Process Hearing

## I. INTRODUCTION

On June 15, 2005, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Roberta L. Gambale, Esq. The request alleges DCPS failed to comply with a Settlement Agreement dated March 24, 2005.

A Due Process Hearing was reconvened on July 20, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Katherine G. Rodi, Esq., Attorney-Advisor represented DCPS. Roberta L. Gambale, Esq. represented the parent. Five- Day Disclosure Letters were entered into the record without objection of either party. On behalf of the parent: Disclosure Letter dated July 12, 2005: ME-1 through ME-7. On behalf of DCPS: Disclosure Letter dated July 13, 2005. Counsel for the student waived a formal reading of the Due Process Rights. The parties did not introduce any testimony in this matter, as the case was settled on the record.

## II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III. ISSUES

Whether DCPS denied the student FAPE by failing to comply with a Settlement Agreement dated March 24, 2005?

2.

IV.   **SUMMARY OF RELEVANT EVIDENCE**

At the commencement of the Hearing, the parties represented that they had agreed upon terms to settle this matter. Counsel for the parties requested that the Hearing Officer approve of the terms and incorporate those terms into an Order.

V.   **FINDINGS OF FACT**

The Hearing Officer makes the following findings of fact:

- The terms of the agreement, as set forth in the record, are in the best interest of this student; therefore, the terms are approved and incorporated into an Order.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) **DCPS shall, within thirty- (30) calendar days of the issuance of the HOD, convene a MDT/IEP meeting to review Vocational Evaluation and to discuss and determine a Transition Plan for Mariko Ellis.**

2) **All communications and notices shall be sent through the counsel for the student.**

3) **Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.**

3.

## VI.  APPEAL PROCESS

This is the **FINAL ADMINISTRATIVE DECISION**. Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____   Date Filed: 07-21-05
Charles R. Jones, Esq., Hearing Officer

Date Issued: 7-22-05

4.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hilt, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Mariko Ellis

August 01, 2005
In Reference To:   Mariko Ellis

Invoice #10865

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/8/2005 | MM | Reviewed hod dated 3/24/05 | 0.33<br>175.00/hr | 57.75 |
| 4/26/2005 | YA | Draft status letter to parent re: tutoring services | 0.75<br>105.00/hr | 78.75 |
| 5/10/2005 | RG | Conference with parent | 0.33<br>350.00/hr | 115.50 |
| 5/11/2005 | YA | Prepared and sent placement packages to independent private tutoring | 1.00<br>105.00/hr | 105.00 |
| | MM | Drafted letter to private school | 0.50<br>175.00/hr | 87.50 |
| 5/13/2005 | YA | Phone call to independent private tutor re: tutoring services | 0.33<br>105.00/hr | 34.65 |
| 5/24/2005 | MM | developed hearing request notice for atty. | 0.75<br>175.00/hr | 131.25 |
| 5/25/2005 | MM | File review and developed monthly case status report documented the latest communication with the school and parent. | 0.58<br>175.00/hr | 101.50 |
| 6/3/2005 | YA | Phone call from parent re, tutoring | 0.33<br>105.00/hr | 34.65 |
| 6/13/2005 | RG | Prepared and file due process hearing request to DCPS to address non compliance and Settlement and ESY | 1.50<br>350.00/hr | 525.00 |

Mariko Ellis                                                                                                  Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/14/2005 | YA | Draft status letter to parent re, Hearing Request | 0.75<br>105.00/hr | 78.75 |
| 6/20/2005 | MM | Reviewed hr dated 6/14/05 and documenteed issues field on. | 0.33<br>175.00/hr | 57.75 |
| 6/22/2005 | YA | Draft status letter to parent re, Hearing Date Notice | 0.58<br>105.00/hr | 60.90 |
| 6/28/2005 | RG | Conference with parent | 0.33<br>350.00/hr | 115.50 |
| 6/29/2005 | MM | and record information regarding communication with parents and school. | 0.58<br>175.00/hr | 101.50 |
|  | MM | File review and developed monthly case status report and record information regarding communication with parents and school. | 0.58<br>175.00/hr | 101.50 |
| 7/5/2005 | MM | Conference with parent | 0.33<br>175.00/hr | 57.75 |
|  | MM | Discussion with school | 0.25<br>175.00/hr | 43.75 |
| 7/12/2005 | YA | Prepare disclosure to Office of General Counsel and Student Hearing Office | 1.50<br>105.00/hr | 157.50 |
|  | RG | Prepare disclosure to DCPS | 0.67<br>350.00/hr | 234.50 |
| 7/19/2005 | YA | log in case note receipt of report card | 0.17<br>105.00/hr | 17.85 |
|  | RG | Prepared for Due Process Hearing and pre hearing conference w mom and researchre: transition plans | 2.00<br>350.00/hr | 700.00 |
|  | MM | Prepared for Due Process Hearing | 1.50<br>175.00/hr | 262.50 |
| 7/20/2005 | RG | Appearance to 825 North Capital for due process hearing and discussion re: settlement to be entered on record and transitional needs of student | 1.50<br>350.00/hr | 525.00 |
|  | YA | file back disclosure documents in file | 0.33<br>105.00/hr | 34.65 |
|  | MM | Discussion with school | 0.25<br>175.00/hr | 43.75 |
|  | MM | Appearance to 825 North Capital for due process hearing | 1.50<br>175.00/hr | 262.50 |

Mariko Ellis                                                                                                       Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2005 | MM | File review and developed monthly case status report | 0.58<br>150.00/hr | 87.00 |
| 7/25/2005 | YA | log in case note receipt of Clinical | 0.25<br>95.00/hr | 23.75 |
| 7/26/2005 | YA | Drafted letter to parent re, HOD | 0.58<br>95.00/hr | 55.10 |
|  | YA | Log in case note and tickle deadline | 0.25<br>95.00/hr | 23.75 |
|  | RG | Reviewed HOD and compliance deadlines | 0.25<br>275.00/hr | 68.75 |
| 7/28/2005 | MM | File review and developed monthly case status report and developed a report regarding the communication with the parent the school and list the latest thing that occurred and what needs to be done next. | 0.33<br>150.00/hr | 49.50 |
|  |  | For professional services rendered | 21.79 | $4,435.05 |

Additional Charges :

| | | |
|---|---|---|
| 4/26/2005 | Copied status letter for the parent. | 0.25 |
| 4/27/2005 | Postage; letter to the parent re: tutoring services. | 0.37 |
| 5/11/2005 | Facsimile: Referral and tutoring to private tutor. | 23.00 |
| 6/13/2005 | Facsimile: HR letter to SHO. | 7.00 |
| 6/14/2005 | Copied: HR letter for parent and advocate. | 3.50 |
| 6/15/2005 | Postage; HR letter to parent. | 0.60 |
| 6/22/2005 | Copied: HDN letter for parent. | 0.50 |
|  | Postage; HDN letter to parent. | 0.37 |
| 7/12/2005 | Copied documents; disclosures | 55.50 |
| 7/13/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/22/2005 | Facsimile Received from DCPS; HOD | 5.00 |
| 7/27/2005 | Copied documents- HOD | 5.00 |
|  | Copied documents- Ltr re: HOD | 0.25 |
|  | Postage; letter to parent re: HOD. | 0.60 |

Mariko Ellis                                                                                                         Page    4

                                                                                                                    Amount

8/1/2005  File review preparation of bill and invoice audit                                                           96.88

          Total costs                                                                                              $218.82

          Total amount of this bill                                                                              $4,653.87