# EXHIBIT 15



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Jonathan Fennell
   DOB: 2/15/95
   Date of Determination (HOD/SA): 7/22/05
   Parent/Guardian Name: Dina Fennell
   Parent/Guardian Address: 3812 V St., SE, #301, WDC 20020
   Current School: Beers ES
   Home School: Beers ES

3. **Invoice Information**
   Invoice Number: 05-363
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 5/26/05 to 8/2/05
   Amount of Payment Request: $ 4,661.93

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_  August 26, 2005
Signature                Date

# District of Columbia Public Schools
## State Enforcement and Investigation Division
Terry Michael Banks, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(571) 437-7381
Facsimile: (202) 442-5556

## Confidential

| | |
|---|---|
| JONATHAN FENNELL, STUDENT | ) |
| Date of Birth: February 15, 1995 | ) |
| Petitioner, | ) Hearing Date: July 8, 2005 |
| v. | ) Request for Hearing: May 26, 2005 |
| THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS | ) |
| Respondent. | ) Held at: 825 North Capitol Street, N.E. |
| | ) 8th Floor |
| | ) Washington, D.C. 20002 |
| Student Attending: Beers Elementary School | ) |

## HEARING OFFICER'S DECISION

| | |
|---|---|
| Parents: | Ms. Dina Fennell, Mother<br>3812 V Street, S.E.; #301<br>Washington, D.C. 20020 |
| Counsel for Petitioner: | John Straus, Esquire<br>James E. Brown & Associates<br>1220 L Street, N.W.; Suite 700<br>Washington, D.C. 20005<br>(202) 742-2000; Fax: (202)742-2098 |
| Counsel for DCPS: | Aaron E. Price, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E.<br>9th Floor<br>Washington, D.C. 20002 |

An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Decision as a public record.

## INDEX OF NAMES

| Child | Jonathan Fennell |
|---|---|
| Child's Parent(s) (specific relationship) | Dina Fennell, Mother |
| Child/Parent's Representative | John Straus, Esquire |
| School System's Representatives | Aaron E. Price, Esquire |

**Jurisdiction**

This hearing was conducted in accordance with the rights established under the Individuals With Disabilities Act ("IDEA"), 20 U.S.C. Sections 1400 et seq., Title 34 of the Code of Federal Regulations, Part 300; Title V of the District of Columbia ("District" or "D.C.") Municipal Regulations ("DCMR"), re-promulgated on February 19, 2003; and Title 38 of the D.C. Code, Subtitle VII, Chapter 25.

**Introduction**

Petitioner is a ten year-old student attending Beers Elementary School ("Beers"). On May 26, 2005, Petitioner filed a *Request for Hearing* ("*Request*") alleging that the District of Columbia Public Schools ("DCPS") had failed to identify Petitioner as a child with a disability. The due process hearing was convened on July 8, 2005. The parties' Five Day Disclosure Notices were admitted into evidence. Neither party offered oral testimony at the hearing. The parties agreed to relief for Petitioner as described in the Findings of Fact below.

**Findings of Fact**

1. Petitioner is a ten year-old student attending Beers.[1]

2. During the hearing, the parties agreed to the following relief for Petitioner:

    A. DCPS shall fund an independent clinical psychological evaluation.
    B. Within thirty (30) days of its receipt of the clinical psychological evaluation, DCPS shall convene a Multidisciplinary Team ("MDT") meeting to review all current evaluations and determine Petitioner's eligibility for special education services. If Petitioner is found to be eligible, the MDT shall develop an IEP and discuss placement alternatives.
    C. DCPS shall coordinate scheduling all meetings through Petitioner's counsel, including a resolution meeting, if necessary.
    D. Any delay in meeting any of the deadlines attributable to Petitioner will extend DCPS' deadlines on a day-for-day basis.

**Conclusions of Law**

The parties' agreement is in Petitioner's best interests and its terms will be substantially included in the order below.

---

[1] *Request* at 1.

## ORDER

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, and the representations of the parties' counsel at the hearing, this 22nd day of July 2005, it is hereby

**ORDERED**, that Petitioner shall obtain an independent clinical psychological evaluation in accordance with 5 DCMR Section 3027.5. Petitioner's counsel shall forward copies of the completed evaluation, along with a written request to convene the MDT meeting described below, to the Special Education Coordinator at Beers and the DCPS Office of Mediation and Compliance by facsimile and first-class mail.

**IT IS FURTHER ORDERED**, that DCPS shall convene an MDT meeting within thirty days of its receipt of the clinical psychological evaluation to review all current evaluations and determine Petitioner's eligibility for special education services. DCPS shall coordinate scheduling the MDT meeting, and any meeting in which Petitioner's placement is discussed or determined, with Petitioner's counsel, John Straus, Esquire, (202) 742-2000. If Petitioner is found to be eligible, the MDT shall develop an IEP and discuss placement alternatives.

**IT IS FURTHER ORDERED**, that DCPS shall afford Petitioner's parent an opportunity to participate in any meeting in which Petitioner's placement is discussed or determined. The DCPS placement representative shall advise Petitioner's parent of the advantages and disadvantages for Petitioner with respect to each school that is discussed, including any schools proposed by the parent. DCPS shall provide Petitioner's parent an explanation for the placement DCPS proposes, and the reasons for the proposal shall be provided in the Meeting Notes. DCPS shall issue a Prior Notice within seven days of the MDT meeting if Petitioner is placed in a public facility or within 30 days if Petitioner is placed in a private facility.

**IT IS FURTHER ORDERED**, that in the event of DCPS' failure to comply with the terms of this Order, Petitioner's counsel will contact the Special Education Coordinator at Beers and the DCPS Office of Mediation & Compliance to attempt to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

**IT IS FURTHER ORDERED**, that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED**, that this Order is effective immediately.

**Notice of Right to Appeal Hearing Officer's Decision and Order**

This is the final administrative decision in this matter. Any party aggrieved by the findings and/or decision may bring a civil action in any state court of competent jurisdiction or in a district court of the United States without regard to the amount in controversy, in accordance with 20 U.S.C. Section 1415(i)(2)(A) within thirty days of the entry of the Hearing Officer's Decision.[2]

                                                                                                */s/ Terry Michael Banks*
                                                                                                  Terry Michael Banks
                                                                                                  Hearing Officer

Date: July 22, 2005

Issued: 7-22-05

Copies to:

John Straus, Esquire
James E. Brown & Associates
1220 L Street, N.W.; Suite 700
Washington, D.C. 20005
(202) 742-2000; Fax: (202)742-2098

Aaron E. Price, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

---

[2] *See Amman v. Town of Stow*, 991 F.2d 929, 931(1st Cir. 1993) (since the IDEA does not set a time limit for lawsuits brought under its terms, the district court must "borrow" the most analogous statute of limitations under state law); *Spiegler v. District of Columbia*, 866 F.2d 461, 463-64 (D.C. Cir. 1989)(borrowing a 30-day limitations period for review of agency orders and applying it to an appeal from a decision under the predecessor to IDEA). In the District of Columbia, the Rules of the Board of Education do not prescribe a time limit for bringing the civil action authorized by the IDEA and the Board's Regulations, 5 D.C.M.R. Section 3032.5. The D.C. Administrative Procedures Act defers to the District of Columbia Court of Appeals to set the limitation period for filing an appeal from a final agency action. D.C. Code §2-510(a). Under the Court's rules, a petition for review of an agency order must be filed within thirty days. D.C. Ct. App. Rule 15(a).

5

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Jonathan Fennell
Dina Fennell
3812 V Street, SE
Apt # 301
Washington DC 20020

August 02, 2005

In Reference To:   Jonathan Fennell
DOB: 1/1/98
Attending School: Anne Beers ES
Home School: Anne Beers ES

Invoice #10872

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2005 | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.50 105.00/hr | 157.50 |
| | JS | Consultation with parent and legal assistant, research and case preparation. | 1.50 350.00/hr | 525.00 |
| | TS | Reviewed HR | 0.25 175.00/hr | 43.75 |
| | JS | Prepared and file due process hearing request to DCPS | 2.00 350.00/hr | 700.00 |
| 5/27/2005 | JS | Reviewed letters to Beers, Office of General Counsel, Office of Special Education & parent | 0.08 350.00/hr | 28.00 |
| | DP | Drafted letter requesting evals to DCPS | 0.67 105.00/hr | 70.35 |
| | DP | Drafted letter to parent | 0.58 105.00/hr | 60.90 |
| 6/1/2005 | TS | Reviewed Intake packet-made file notes | 2.00 175.00/hr | 350.00 |
| | JS | Reviewed letter to parent | 0.08 350.00/hr | 28.00 |

Jonathan Fennell                                                                                                      Page    2

                                                                                                           Hrs/Rate    Amount

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2005 | DP | Drafted letter to parent regarding hearing request filed with the DCPS student hearing office. | 0.50 105.00/hr | 52.50 |
| | JEB | Examined and certified hearing request filed by attorney | 0.58 350.00/hr | 203.00 |
| 6/6/2005 | JS | Phone call to parent regarding suspension | 0.33 350.00/hr | 115.50 |
| | JS | Reviewed letter to parent | 0.08 350.00/hr | 28.00 |
| | DP | Drafted letter to parent notifying of the date for the administrative due process hearing. | 0.42 105.00/hr | 44.10 |
| 6/7/2005 | JS | Phone call to parent regarding threatened suspension | 0.17 350.00/hr | 59.50 |
| 6/22/2005 | JS | Phone call to parent regarding suspension | 0.17 350.00/hr | 59.50 |
| 6/27/2005 | DP | Assisted attorney to prepare disclosure to DCPS. | 1.75 105.00/hr | 183.75 |
| | JS | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings. | 1.00 350.00/hr | 350.00 |
| 7/7/2005 | JS | Record reviewed and discussion with Skinner | 0.17 350.00/hr | 59.50 |
| | TS | Discussion with the child's attorney | 0.17 175.00/hr | 29.75 |
| 7/8/2005 | JS | Phone call to parent regarding hearing | 0.17 350.00/hr | 59.50 |
| | JS | Conduct final review of the student's educational file, conduct last minute educational research, conduct final review of DCPS's five day disclosures, review questions for direct, possible redirect, and possible cross, review opening and closing statements, and conduct final witness preparation with the parent and educational advocate for the student's upcoming administrative due process hearing and appear at the student's administrative due process hearing. | 2.00 350.00/hr | 700.00 |
| | TS | Reviewed file & disclosures-prepared for hearing | 0.50 175.00/hr | 87.50 |
| 7/22/2005 | JEB | Examined HOD; contacted parent; instructed paralegal to send to parent | 0.33 350.00/hr | 115.50 |

Jonathan Fennell                                                                                               Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2005 | DP | Draft letter to Francis and Associates requesting independent evaluaiton. | 0.58 105.00/hr | 60.90 |
| 7/26/2005 | DP | Drafted letter to parent regarding evaluation referral to Francis and Associates. | 0.50 105.00/hr | 52.50 |
| 7/27/2005 | DP | Drafted letter to parent regarding HOD sent by DCPS. | 0.50 105.00/hr | 52.50 |
|  | JS | Reviewed letter to parent | 0.08 350.00/hr | 28.00 |
|  | JEB | Examined HOD; contacted parent; instructed paralegal to send to parent | 0.33 350.00/hr | 115.50 |
|  |  | For professional services rendered | 18.99 | $4,420.50 |

Additional Charges :

| 5/26/2005 | Copied documents; intake documents | 20.00 |
|---|---|---|
|  | Facsimile: HR letter to SHO. | 5.00 |
|  | Copied documents; hearing request | 2.50 |
| 5/27/2005 | Facsimile- Records request for eval | 18.00 |
|  | Postage; letter to parent | 1.52 |
| 6/2/2005 | Postage; HR letter to parent | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
| 6/6/2005 | Postage; Hearing notice letter to parent | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
| 6/30/2005 | Copied: Disclosure for OGC, SHO, and attorney. | 32.25 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/8/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 7/22/2005 | Copied documents; HOD | 6.00 |
|  | Facsimile Received from DCPS; HOD | 6.00 |
| 7/25/2005 | Copied: Evaluations referral for Francis and Associates. | 14.00 |
| 7/26/2005 | Postage; evaluation referral. | 2.44 |

Jonathan Fennell                                                                                                          Page    4

                                                                                                                       <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 7/27/2005 | Postage; letter to parent re: evaluation referral and HOD. | 0.60 |
|  | Copied documents; letter to parent | 0.50 |
| 8/2/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $241.43 |
|  | Total amount of this bill | $4,661.93 |