# EXHIBIT 16



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

**1.**    **Attorney Information**
| | |
|---|---|
| Law Firm: | JAMES E. BROWN & ASSOCIATES, PLLC |
| Attorney: | JAMES E. BROWN |
| Federal Tax ID No.: | 52-1500760 |
| D.C. Bar No.: | 61622 |

**2.**    **Student Information**
| | |
|---|---|
| Name: | Norville Fenwick |
| DOB: | 12/28/91 |
| Date of Determination (HOD/SA): | 8/22/05 |
| Parent/Guardian Name: | Quenitra Fenwick |
| Parent/Guardian Address: | 5186 Eastern Ave., NE, #204, 20011 |
| Current School: | LaSalle E.S. |
| Home School: | LaSalle E.S. |

**3.**    **Invoice Information**
| | |
|---|---|
| Invoice Number: | 05-364 |
| Date Request Submitted: | 8/26/05 |
| Date(s) Services Rendered | 5/20/05 to 8/4/05 |
| Amount of Payment Request | $ 6,036.40 |

**4.**    **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                                      Date

# District of Columbia Public Schools

### Office of Management Services

## Tonya M. Butler-Truesdale, Esquire

**Independent Due Process Hearing Officer**
825 North Capitol Street, N.E., 8th Floor
Washington, DC 20002-4232
(202) 518-6867
Facsimile: (202) 442-5556

# CONFIDENTIAL

## HEARING OFFICER'S DETERMINATION

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS HEARING** |
| | ) | |
| Norville Fenwick, Student | ) | |
| Date of Birth: 12/28/91 | ) | **DECISION AND ORDER** |
| | ) | |
| Petitioner | ) | Hearing Dates: August 2, 2005 |
| | ) | |
| v. | ) | Held at: 825 North Capitol Street, NE, 8th Floor |
| | ) | Washington, D.C. 20002 |
| District of Columbia Public | ) | |
| Schools, | ) | |
| | ) | |
| Respondent. | ) | |

Parent(s):  Ms. Quenitra Fenwick
5186 Eastern Avenue, NE, Apartment 204
Washington, DC 20011

Counsel for Parent(s):  Roxanne D. Neloms, Esquire
James E. Brown & Associates, PLLC
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005

Counsel for School:  Charles McCollough, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, DC 20002

*In the Matter of Norville Fenwick*

## I.    JURISDICTION

The Due Process Hearing was convened and this Order is written
pursuant to Public Law 105-17, the *Individuals with Disabilities Education
Act of 1997 (I.D.E.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et
seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations
Act, effective October 21, 1998; and the Rules of the Board of Education of
the District of Columbia.

## II.    DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURE

Petitioner presented no witnesses and presented a disclosure letter identifying the packet
as containing NF1-NF16. The disclosure packet was untabbed. No disclosures were
received from Respondent and no witnesses were presented.

## IV.    STATEMENT OF THE CASE

On July 28, 2005 a Due Process Hearing Request was received alleging that the
District of Columbia Public Schools failed to convene a manifestation determination
review and failed to adhere to a May 20, 2005 Hearing Officer's Determination by
convening an MDT/IEP meeting within 30 calendar days of the issuance of the Order.
The Student Hearing Office of DCPS scheduled a Due Process Hearing for August 2,
2005 at Whittier Elementary School in Washington, D.C. The Hearing convened as
scheduled. Attorney Advisor Charles McCollough appeared in person for DCPS.
Attorney Roxanne Neloms appeared in person on behalf of Petitioner.

DCPS made a preliminary motion for dismissal based on the Petitioner's listing of the
incorrect school on the hearing request. The hearing officer took judicial notice of
Petitioner's typo since the correct school and incorrect school listed on the hearing
request are very similar and commonly mistaken.

## V.    FINDINGS OF FACT

DCPS proffered that meetings were established with Petitioner's grandmother and that
Petitioner's request for travel reimbursement were sent to the incorrect office. Petitioner
demonstrated by the hearing request that Petitioner's grandmother is not responsible for
Petitioner and that the hearing request was filed for Petitioner's natural parent. DCPS did
not meet its burden and failed to demonstrate that any meetings had been convened or
scheduled.

2

*In the Matter of Norville Fenwick*

## VI.   ORDER

1. Petitioner shall file an amended hearing request with Petitioner's proper school of enrollment by correcting the typo referring to Petitioner's current school of enrollment and correcting parent's total transportation expenses to be reimbursed.
2. DCPS shall immediately reimburse to parent $157.60 for transportation expenses incurred on September 17, 2004 for transporting Petitioner from Devereux Residential Treatment Program.
3. DCPS shall convene an MDT/IEP meeting, review all evaluations, review and revise Petitioner's IEP, discuss and determine placement, discuss and determine if compensatory education is warranted within 45 calendar days of the issuance of this Order.
4. If the team determines that a change of placement is warranted, DCPS shall issue prior notice of placement. If Placement is to a DCPS public school, DCPS shall have five (5) calendar days to issue the prior notice of placement. If placement is to a non-public or private school, DCPS shall have thirty (30) calendar days and if placement is to a residential facility DCPS shall have sixty (60) calendar days to issue the prior notice of placement;
5. All meetings will be scheduled through parent's counsel; and,
6. DCPS will be granted a day for day extension for any delay caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

**This is the FINAL ADMINISTRATIVE DECISION. An Appeal can be made to a court of competent jurisdiction within thirty (30) days of this Order's issue date.**

_____
Tonya M. Butler Truesdale, Esquire
Hearing Officer

August 20, 2005
Date

Issued:  _08 - 22 - 05_____
Student Hearing Office, DCPS

3

# District of Columbia Public Schools
## *Office of Compliance*
# STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: *08-22-05*

TO: *R. Neloms*

FROM:  STUDENT HEARING OFFICE

RE: *HOD - Norville Fenwick*

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Tony, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Fenwick, Norvil




August 25, 2005
In Reference To:   Fenwick, Norvil

Invoice #10921


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2005 KD | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn/copy to advc and file/added to case notes/posted same to Outlook Calendar | | 0.50 105.00/hr | 52.50 |
| KD | Drafted letter to parent/enclosed copy of LOI and Atty's 5-19-05 Ltr accptng MDT date/copy to advc and file/added to case notes | | 0.42 105.00/hr | 44.10 |
| 5/23/2005 DH | Prepare and send letter to the DCPS Office of Mediation and Compliance providing a copy of the parent's outstanding receipts and request for reimbursement. | | 0.42 350.00/hr | 147.00 |
| 5/25/2005 KD | Reviewed 5-20-05 HOD and added deadline issues to Outlook Calendar | | 0.17 105.00/hr | 17.85 |
| KD | Drafted letter to parent/enclosed copy of 5-20-05 HOD/copy to advc and file/added to case notes | | 0.42 105.00/hr | 44.10 |
| KD | Drafted letter to parent/enclosed copy of Atty's 5-20-05 Ltr to DCPS re trnsprtn reimbursmnt to prnt / copy to advc and file/added to case notes | | 0.42 105.00/hr | 44.10 |
| 6/1/2005 DD | Reviewed correspondence to the Office of Mediation and Compliance. | | 0.08 175.00/hr | 14.00 |
| DD | Reviewed HOD | | 0.50 175.00/hr | 87.50 |
| 6/9/2005 DD | Reviewed file for upcoming IEP meeting | | 1.00 175.00/hr | 175.00 |

Fenwick, Norvil

Page   2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2005 | KD | Phone call from Juan of High Roads re MDT Mtng and no shows | 0.08 105.00/hr | 8.40 |
|  | KD | Phone call to Advc Davis re call from High Roads about MDT Mtng at 9:00 am | 0.08 105.00/hr | 8.40 |
| 6/23/2005 | GMH | Examined HOD; contacted parent | 0.67 175.00/hr | 117.25 |
|  | DH | Review the student's educational file to determine DCPS compliance with the most recent order, conduct educational research regarding remedies available to the parent, draft administrative due process hearing request for Ms. Nelom's review. | 2.00 350.00/hr | 700.00 |
|  | RN | Review the student's administrative due process complaint filed by Mr. Hill. | 0.33 350.00/hr | 115.50 |
|  | GMH | Researched placement issues and options for ED students at LD online. | 2.00 175.00/hr | 350.00 |
|  | GMH | Phone call to parent, discussed status at High Roads and progress as well as HOD violations. | 0.50 175.00/hr | 87.50 |
| 6/28/2005 | KD | Drafted letter to parent/enclosed copy of 6-23-05 HR/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 7/8/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50 105.00/hr | 52.50 |
| 7/15/2005 | DD | Reviewed request for an administrative due process hearing. | 0.17 175.00/hr | 29.75 |
| 7/26/2005 | DH | Review the student's educational file, prepare five-day disclosures for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
|  | RN | Review five-day disclosures prepared by Mr. Hill. | 0.25 350.00/hr | 87.50 |
|  | KD | Assist attorney to prepare disclosure to DCPS | 1.00 105.00/hr | 105.00 |
| 7/29/2005 | KD | Phone call to parent re change in location of upcoming hearing and to confirm date and time | 0.08 105.00/hr | 8.40 |
|  | KD | Drafted letter to parent/enclosed copy of Notice from DCPS re Change in Location of upcoming hearing/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 8/1/2005 | DH | Prepare for the student's administrative due process hearing. | 1.50 350.00/hr | 525.00 |

Fenwick, Norvil

Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2005 | RN | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
| | DD | Reviewed file for up coming hearing | 1.00<br>175.00/hr | 175.00 |
| 8/2/2005 | DH | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
| | RN | Appear and at the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
| | DH | Appear and at the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
| | DD | Appearance to 825 North Capital for due process hearing | 1.00<br>175.00/hr | 175.00 |
| | RN | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
| 8/3/2005 | KC | Drafted letter to private school (High Roads) re: response to proposed meeting dates. | 0.92<br>175.00/hr | 161.00 |
| 8/4/2005 | KC | Drafted letter to private school (High Roads) re: meeting. REvision of proposed dates. (faxed) | 0.83<br>175.00/hr | 145.25 |
| | KC | Drafted letter to  parent re: proposal of MDT meeting dates. (mailed) | 0.83<br>175.00/hr | 145.25 |
| | | For professional services rendered | 24.51 | $5,811.05 |
| | | Additional Charges : | | |
| 5/20/2005 | | Postage;  Attorney's letter to High Rd, LOI, and MDT confirmation to parent. | | 0.60 |
| | | Copied: Attorney's letter High Rds, LOI, and MDT confirmation for parent advocate. | | 3.50 |
| | | Facsimile: letter to OMC. | | 8.00 |
| | | Facsimile Received from DCPS; HOD | | 4.00 |
| | | Copied documents; HOD | | 4.00 |
| 5/25/2005 | | Postage; letter to DCPS and HOD to parent. | | 1.66 |
| | | Copied: Letter to DCPS, and HOD for parent and advocate. | | 7.50 |
| 6/24/2005 | | Messenger Service to and from DCPS ( Due Process Hearing Request) | | 20.00 |

Fenwick, Norvil                                                          Page    4

                                                                        __Amount__

| | | |
|---|---|---:|
| 6/28/2005 | Postage; HR letter to parent. | 0.60 |
| | Copied: HR letter for parent and advocate. | 3.00 |
| 7/8/2005 | Postage; HN letter to parent. | 0.37 |
| | Copied documents-HN and Cvr Ltr | 1.00 |
| 7/26/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: Disclosure for SHO and OGC. | 45.00 |
| 7/29/2005 | Postage; letter to parent re: HN at new location. | 0.37 |
| | Copied documents to parent and advocate:  HN and cover letter | 1.00 |
| 8/2/2005 | Copied: letter for file and attorney. | 1.00 |
| 8/3/2005 | Facsimile MDT/HR to High Roads | 3.00 |
| | Copied documents; copy of DCPS mtg confirmation | 0.50 |
| 8/4/2005 | Postage; letter to parent. | 0.37 |
| | Copied documents; letter | 1.00 |
| | Facsimile letter to High Road | 2.00 |
| | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $225.35 |
| | Total amount of this bill | $6,036.40 |