# EXHIBIT 18

Case 1:06-cv-00274-HHK  Document 1-19  Filed 02/14/2006  Page 1 of 13



## District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

### APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
### PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Melvin Funetes
   DOB: 7/16/91
   Date of Determination (HOD/SA): 7/28/05
   Parent/Guardian Name: Marisol Sagastisado
   Parent/Guardian Address: 1228 11th St., NW, #4, WDC 20001
   Current School: Francis JHS
   Home School: Francis JHS

3. **Invoice Information**
   Invoice Number: 05-366
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 3/22/05 to 8/2/05
   Amount of Payment Request: $6,808.71

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_        August 26, 2005
Signature                   Date

# District of Columbia Public Schools
## State Enforcement and Investigation Division
Terry Michael Banks, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(571) 437-7381
Facsimile: (202) 442-5556

## Confidential

| | |
|---|---|
| MELVIN FUENTES, STUDENT ) | |
| ) | |
| Date of Birth: July 16, 1991 ) | |
| ) | |
| Petitioner, ) | Hearing Date: June 20, 2005 |
| ) | |
| v. ) | Request for Hearing: May 11, 2005 |
| ) | |
| THE DISTRICT OF COLUMBIA ) | |
| PUBLIC SCHOOLS ) | |
| ) | Held at: 825 North Capitol Street, N.E. |
| Respondent. ) | 8th Floor |
| ) | Washington, D.C. 20002 |
| Student Attending: ) | |
| Francis Junior High School ) | |

### HEARING OFFICER'S DECISION

| | |
|---|---|
| **Parents:** | Ms. Marisol Sagastisado, Mother |
| | 1228 – 11th Street, N.W.; #4 |
| | Washington, D.C. 20001 |
| **Counsel for Petitioner:** | Miguel A. Hull, Esquire |
| | James E. Brown & Associates |
| | 1220 L Street, N.W. |
| | Suite 700 |
| | Washington, D.C. 20005 |
| | (202) 742-2000; Fax: (202) 742-2098 |
| **Counsel for DCPS:** | Karen J. Herbert, Esquire |
| | Office of the General Counsel, DCPS |
| | 825 North Capitol Street, N.E.; 9th Floor |
| | Washington, D.C. 20002 |

An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Decision as a public record.

## INDEX OF NAMES

| | |
|---|---|
| Child's Name | Melvin Fuentes |
| Child's Parent(s) (specific relationship) | Marisol Sagastisado |
| Child/Parent's Representative | Miguel A. Hull, Esquire |
| School System's Representative | Karen J. Herbert, Esquire |
| Interpreter | Graciela Martinez |

**Jurisdiction**

This hearing was conducted in accordance with the rights established under the Individuals With Disabilities Act ("IDEA"), 20 U.S.C. Sections 1400 et seq., Title 34 of the Code of Federal Regulations, Part 300; Title V of the District of Columbia ("District" or "D.C.") Municipal Regulations ("DCMR"), re-promulgated on February 19, 2003; and Title 38 of the D.C. Code, Subtitle VII, Chapter 25.

**Introduction**

Petitioner is a fourteen year-old student attending Francis Junior High School ("Francis"). On May 11, 2005 Petitioner filed a *Request for Hearing* ("*Request*") alleging that the District of Columbia Public Schools ("DCPS") failed to identify Petitioner as a child with a disability. The due process hearing was convened on June 20, 2005. The parties' Five Day Disclosure Notices were admitted into evidence at the hearing. Neither party offered oral testimony at the hearing. The parties agreed to relief for Petitioner as is described in the Findings of Fact below.

**Findings of Fact**

1. Petitioner is a fourteen year-old student attending Francis.[1]

2. During the hearing, the parties agreed to the following relief for Petitioner:

    A. DCPS will conduct the following bilingual evaluations of Petitioner on or before July 31, 2005: psychoeducational, social history, and clinical psychological. In the event additional evaluations are recommended, DCPS shall conduct these evaluations as well.
    B. Within fifteen (15) days of its completion of the evaluations, DCPS shall convene a Multidisciplinary Team ("MDT") meeting. The MDT shall review all current evaluations and determine Petitioner's eligibility for special education services. If the MDT determines that Petitioner is not eligible, it shall issue a Notice of Ineligibility. If the MDT determines that Petitioner is eligible, it shall develop an Individualized Education Program ("IEP") and discuss placement alternatives.
    C. DCPS shall issue a Prior Notice within 5 school days of the BLMDT meeting if Petitioner is placed in a public facility or within 30 days if Petitioner is placed in a private facility.
    D. DCPS will coordinate scheduling the BLMDT meeting with Petitioner's counsel.
    E. Any delay in meeting any of the deadlines attributable to Petitioner will extend DCPS' deadlines on a day-for-day basis.

---

[1] *Request* at 1.

3

**Conclusions of Law**

The parties' agreement is in Petitioner's best interests and its terms will be substantially included in the order below.

## ORDER

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, and the representations of the parties' counsel at the hearing, this 28th day of July 2005, it is hereby

**ORDERED**, that on or before July 31, 2005, DCPS shall complete the following bilingual evaluations of Petitioner: psychoeducational, social history, and clinical psychological. DCPS shall forward copies of the completed evaluations to Petitioner's counsel immediately upon their completion and no later than 72 hours prior to the MDT meeting described below. In the event additional evaluations are recommended in the evaluations ordered above, DCPS shall complete these evaluations on or before August 12, 2005.

**IT IS FURTHER ORDERED**, that within fifteen (15) days of its completion of the evaluations, DCPS shall convene an MDT meeting. DCPS will coordinate scheduling the MDT meeting, and any meeting in which Petitioner's placement is discussed or determined, with Petitioner's counsel, Miguel Hull, Esquire, (202) 742-2000. The MDT shall review all current evaluations and determine Petitioner's eligibility for special education services. If the MDT determines that Petitioner is not eligible, it shall issue a Notice of Ineligibility. If the MDT determines that Petitioner is eligible, it shall develop an IEP and discuss placement alternatives.

**IT IS FURTHER ORDERED**, that DCPS shall afford Petitioner's parent an opportunity to participate in any meeting in which Petitioner's placement is discussed or determined. The DCPS placement representative shall advise Petitioner's parent of the advantages and disadvantages for Petitioner with respect to each school that is discussed, including any schools proposed by the parent. DCPS shall provide Petitioner's parent an explanation for the placement DCPS proposes, and the reasons for the proposal shall be provided in the Meeting Notes. DCPS shall issue a Prior Notice within seven days if Petitioner is placed in a public facility or within 30 days if Petitioner is placed in a private facility.

**IT IS FURTHER ORDERED**, that in the event of DCPS' failure to comply with the terms of this Order, Petitioner's counsel will contact the Special Education Coordinator at Francis and the DCPS Office of Mediation & Compliance to attempt to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

**IT IS FURTHER ORDERED,** that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED,** that this Order is effective immediately.

**Notice of Right to Appeal Hearing Officer's Decision and Order**

This is the final administrative decision in this matter. Any party aggrieved by the findings and/or decision may bring a civil action in any state court of competent jurisdiction or in a district court of the United States without regard to the amount in controversy, in accordance with 20 U.S.C. Section 1415(i)(2)(A) within thirty days of the entry of the Hearing Officer's Decision.[2]

_____
Terry Michael Banks
Hearing Officer

Date: July 28, 2005

Issued: 7-28-05

---

[2] See *Amman v. Town of Stow*, 991 F.2d 929, 931(1ˢᵗ Cir. 1993) (since the IDEA does not set a time limit for lawsuits brought under its terms, the district court must "borrow" the most analogous statute of limitations under state law); *Spiegler v. District of Columbia*, 866 F.2d 461, 463-64 (D.C. Cir. 1989)(borrowing a 30-day limitations period for review of agency orders and applying it to an appeal from a decision under the predecessor to IDEA). In the District of Columbia, the Rules of the Board of Education do not prescribe a time limit for bringing the civil action authorized by the IDEA and the Board's Regulations, 5 D.C.M.R. Section 3032.5. The D.C. Administrative Procedures Act defers to the District of Columbia Court of Appeals to set the limitation period for filing an appeal from a final agency action. D.C. Code §2-510(a). Under the Court's rules, a petition for review of an agency order must be filed within thirty days. D.C. Ct. App. Rule 15(a).

5

Copies to:

Miguel A. Hull, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 742-2000; Fax: (202) 742-2098

Karen J. Herbert, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Melvin Fuentes
Marisol Sagastisado
1148 11th Street, NW
Apt # 4
Washington DC 20001


August 02, 2005
In Reference To:   Melvin Fuentes
                   DOB: 7/16/91
                   School: Francis JHS

Invoice #10873

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2005 | MH | Consultation with parent and legal assistant, research and case preparation. | 1.00 350.00/hr | 350.00 |
| | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.00 105.00/hr | 105.00 |
| 3/24/2005 | AAG | Drafted initial letter to parent with translation | 0.83 105.00/hr | 87.15 |
| 4/8/2005 | HR | Drafted letter requesting records at Francis Junior High School submitted letter via fax to the school, to the office of special education, and to the Office of General Counsel. | 0.67 105.00/hr | 70.35 |
| | HR | Requested evaluations at Francis Junior High School submitted letter via fax to the school, to the office of special education, and to the Office of General Counsel. | 0.67 105.00/hr | 70.35 |
| | HR | Draft case status letter to parent informing them of the records and evaluations requested from Francis Junior High School. | 0.50 105.00/hr | 52.50 |
| 4/19/2005 | JF | Reviewed case with educational advocate | 0.33 350.00/hr | 115.50 |
| | CF | Reviewed with the attorney | 0.33 175.00/hr | 57.75 |
| 4/20/2005 | JF | Discussion with Ms. Gross, Special Ed. Coordinator at Francis JHS regarding SEP meeting, conatcted parent | 0.25 350.00/hr | 87.50 |

Melvin Fuentes                                                                                                              Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2005 | CF | Reviewed evaluations, IEP, meeting notes and prepare for classroom observation | 1.50<br>175.00/hr | 262.50 |
| 4/22/2005 | CF | Reviewed case: evaluations and IEP | 0.33<br>175.00/hr | 57.75 |
| 4/25/2005 | CF | Phone call to school to coordinate classroom observation | 0.25<br>175.00/hr | 43.75 |
| 4/27/2005 | CF | Reviewed case and prepare for TAT meeting | 0.50<br>175.00/hr | 87.50 |
| 4/28/2005 | MM | Attended TAT meeting at school | 3.00<br>175.00/hr | 525.00 |
|  | CF | Attended TAT meeting at school | 3.00<br>175.00/hr | 525.00 |
| 5/2/2005 | CF | Reviewed case and prepare for classroom observation | 0.50<br>175.00/hr | 87.50 |
| 5/3/2005 | CF | Reviewed case with the attorney | 0.50<br>175.00/hr | 87.50 |
|  | MH | Reviewed case with the advocate | 0.50<br>350.00/hr | 175.00 |
| 5/5/2005 | CF | Reviewed case and prepare for classroom observation | 0.50<br>175.00/hr | 87.50 |
| 5/6/2005 | CF | Attended SEP meeting at school | 4.00<br>175.00/hr | 700.00 |
|  | CF | Reviewed case a write a report of classroom observation and SEP to the attorney | 0.50<br>175.00/hr | 87.50 |
|  | CF | School visit; classroom observation | 1.00<br>175.00/hr | 175.00 |
| 5/11/2005 | MH | Prepared and file due process hearing request to DCPS. Includes research on issues raised, and drafting and revising of claims made. | 1.33<br>350.00/hr | 465.50 |
| 5/16/2005 | CF | Phone call from school to discuss some student situation | 0.08<br>175.00/hr | 14.00 |
|  | CF | Phone call to school and left message to Assistant Principal | 0.08<br>175.00/hr | 14.00 |
|  | CF | School visit for a meeting with Assistant Principal | 1.50<br>175.00/hr | 262.50 |

Melvin Fuentes                                                                                                                                         Page    3

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/19/2005 | JEB | Examined and certified hearing request filed by attorney | 0.58 350.00/hr | 203.00 |
| | HR | Draft case status letter to parent detailing the hearing request | 0.50 105.00/hr | 52.50 |
| 5/25/2005 | HR | Draft letter to parent regarding notice of hearing received | 0.42 105.00/hr | 44.10 |
| 6/7/2005 | CF | Reviewed case | 0.33 175.00/hr | 57.75 |
| 6/8/2005 | HR | Draft letter to the Student Hearing Office requesting an interpreter for the upcoming hearing sent letter via facsimile and sent copy to the Attorney Advisor, Office of General Counsel Office | 0.50 105.00/hr | 52.50 |
| 6/13/2005 | HR | Assisted attorney to prepare disclosure to DCPS | 1.33 105.00/hr | 139.65 |
| | MH | Prepare disclosure to DCPS with assistance from paralegal. Reviewed entire file and identified potential exhibits and witnesses. Prepared exhibit packet and cover letter and supervised delivery to DCPS counsel. | 1.33 350.00/hr | 465.50 |
| 6/17/2005 | HR | Phone call to parent regarding hearing | 0.25 105.00/hr | 26.25 |
| | MH | Prepared for Due Process Hearing. Reviewed parent's and DCPS's disclosure materials, research on issues raised, prepared legal arguments and potential witness questions, and discussion and review with parent. | 1.50 350.00/hr | 525.00 |
| 6/20/2005 | MH | Appearance to 825 North Capital for due process hearing | 1.00 350.00/hr | 350.00 |
| 7/25/2005 | CF | Phone call from parent regards status case. | 0.17 175.00/hr | 29.75 |
| | | For professional services rendered | 32.56 | $6,599.60 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 3/22/2005 | Copied Intake documents for the parent and advocate. | 4.00 |
| 3/24/2005 | Copied documents | 1.00 |
| | Postage; letter to parent | 0.37 |
| 4/8/2005 | Facsimile records/evals request to Francis JHS/OSE/OGC | 24.00 |

Melvin Fuentes                                                                                               Page    4

|            |                                                              | Amount   |
|------------|--------------------------------------------------------------|----------|
| 4/8/2005   | Postage; letter to parent                                    | 0.37     |
|            | Copied documents                                             | 3.00     |
|            | records and evaluations request                              |          |
| 4/20/2005  | Copied documents                                             | 1.50     |
| 4/25/2005  | Facsimile                                                    | 2.00     |
|            | Classroom observation meeting date                           |          |
| 5/19/2005  | Copied: HR letter for parent.                                | 1.50     |
|            | Postage; Letter to the parent.                               | 0.37     |
| 5/26/2005  | Copied documents; NOH w/ Ltr.                                | 0.50     |
|            | Postage; Case status letter to parent                        | 0.37     |
| 6/8/2005   | Facsimile- leg. Interpreter                                  | 2.00     |
|            | Facsimile- leg. Interpreter                                  | 2.00     |
| 6/13/2005  | Messenger Service to and from DCPS (5-day Disclosures)       | 20.00    |
|            | Copied: Disclosure for SHO, OGC and attorney.                | 35.25    |
| 7/28/2005  | Facsimile Received from DCPS; HOD                            | 7.00     |
|            | Copied documents; HOD                                        | 7.00     |
| 8/2/2005   | File review preparation of bill and invoice audit            | 96.88    |
|            | Total costs                                                  | $209.11  |
|            | Total amount of this bill                                    | $6,808.71|