# EXHIBIT 19



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Juan Gordon
   DOB: 10/30/88
   Date of Determination (HOD/SA): 8/15/05
   Parent/Guardian Name: Valerie Gordon
   Parent/Guardian Address: 2333 24th St., SE, # 1907
   Current School: St. Francis Xavier Catholic School
   Home School: St. Francis Xavier Catholic School

3. **Invoice Information**
   Invoice Number: 05-367
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 3/22/05 to 8/23/05
   Amount of Payment Request $ 7,803.42

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses
  represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees,
  costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2)
  will benefit from any monies paid as a result of the submission of the enclosed invoice, has a
  pecuniary interest, either through an attorney, officer or employee of the firm, in any special
  education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is
  punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____                    August 26, 2005
Signature                                           Date

## District of Columbia Public Schools
### Office of Management Services
## Tonya M. Butler-Truesdale, Esquire
### Independent Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, DC 20002-4232
(202) 518-6867
Facsimile: (202) 442-5556

## CONFIDENTIAL

### HEARING OFFICER'S DETERMINATION

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS HEARING** |
| | ) | |
| Juan Gordan, Student | ) | |
| Date of Birth: 10/30/88 | ) | **DECISION AND ORDER** |
| | ) | |
| Petitioner | ) | Hearing Dates: July 26, 2005 |
| | ) | |
| v. | ) | Held at: 825 North Capitol Street, NE, 8th Floor |
| | ) | Washington, D.C. 20002 |
| District of Columbia Public | ) | |
| Schools, | ) | |
| | ) | |
| Respondent. | ) | |

Parent(s):              Ms. Valerie Gordan
                        2333 24th Street, SE, Apt. #1907
                        Washington, DC 20020

Counsel for Parent(s):  Roxanne D. Neloms, Esquire
                        James E. Brown & Associates, PLLC
                        Attorneys at Law
                        1220 L Street, NW
                        Suite 700
                        Washington, DC 20005

Counsel for School:     Rashida Chapman, Esquire
                        Office of the General Counsel, DCPS
                        825 North Capitol Street, N.E., 9th Floor
                        Washington, DC 20002

*In the Matter of Juan Gordan*

**I.    JURISDICTION**

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

**II.    DUE PROCESS RIGHTS**

Parent's counsel waived a formal reading of the due process rights.

**III.    FIVE-DAY DISCLOSURE**

Petitioner: No witnesses were present or called to testify because the parties settled and presented disclosures JG#1- JG#4 were presented.

Respondent: No witnesses were present or called to testify because the parties settled and no disclosures were presented.

**IV.    STATEMENT OF THE CASE**

A Due Process Hearing Request was received alleging that the District of Columbia Public Schools failed to evaluate the Petitioner for special education services and, assess the Petitioner in all areas of suspected disability. The Student Hearing Office, DCPS, scheduled a Due Process Hearing for July 26, 2005 at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, DC 20002. The Hearing convened as scheduled. Attorney Advisor Rashida Chapman appeared in-person for DCPS. Attorney Roxanne Neloms appeared in person on behalf of Petitioner. No testimony was taken because the parties settled.

**V.    FINDINGS OF FACT**

In consideration of the hearing record, the Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated. The hearing officer entered the parties Settlement on the Record as follows:

*In the Matter of Juan Gordan*

## VI.   ORDER

1. DCPS shall fund an independent Occupational Therapy Evaluation pursuant to the Superintendent's cost guidelines.
2. Within fifteen school days of the receipt of the Occupational Therapy Evaluation, DCPS shall convene a MDT meeting to review all evaluations, discuss and determine the best way to implement the assessments to rule out ADHD and revise the IEP as necessary.
3. All meetings will be scheduled through parent's counsel; and,
4. DCPS will be granted a day for day extension for any delay caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

**This is the FINAL ADMINISTRATIVE DECISION. An Appeal can be made to a court of competent jurisdiction within thirty (30) days of this Order's issue date.**

_____                    August 14, 2005
Tonya M. Butler-Truesdale, Esquire                   Date
Hearing Officer

Issued: _8 - 15 - 05_____
Student Hearing Office, DCPS

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Juan Gordon




August 23, 2005
In Reference To:   Juan Gordon

Invoice #10909



Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/22/2005 RN | Draft letter to school and parent regarding IEP meeting. | 0.42 350.00/hr | 147.00 |
| 3/29/2005 CMM | Drafted letter to parent detailing speech and language evaluation and letter  sent to Staton ES | 0.58 105.00/hr | 60.90 |
| 3/31/2005 RN | Records review of speech and language from school. | 0.78 350.00/hr | 273.00 |
| 4/25/2005 RN | Draft letter to school and parent confirming MDT meeting. | 0.42 350.00/hr | 147.00 |
| 4/29/2005 CMM | Drafted letter to parent with confirmation of MDT meeting | 0.50 105.00/hr | 52.50 |
| 5/4/2005 CG | Attended MDT/IEP @ STANTON ES | 4.00 175.00/hr | 700.00 |
| CG | Reviewed SA AGREEMENT DATED: MARCH 15, 2005 FOR PREP FOR MDT | 0.25 175.00/hr | 43.75 |
| CG | Reviewed PSYCO-ED PREP FOR MDT | 1.47 175.00/hr | 257.25 |
| 5/9/2005 RN | Records review of information from advocate concerning meeting at school; team failed to develop an IEP which connected with all information. | 0.75 350.00/hr | 262.50 |

Juan Gordon                                                                                     Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2005 | RN | Prepared and file due process hearing request to DCPS; reviewed information concerning caselaw in association with failure to comprehensivley evaluate and program for all levels of disability. | 2.00 350.00/hr | 700.00 |
| 5/12/2005 | CG | File review and developed case status report from MDT on 05/04/05 | 0.92 175.00/hr | 161.00 |
| 5/16/2005 | CMM | Assist attorney to file due process hearing request | 0.17 105.00/hr | 17.85 |
| 5/20/2005 | CMM | Review hearing request and drafted letter to parent detailing hearing request | 0.58 105.00/hr | 60.90 |
| 6/9/2005 | RN | Draft letter to school confirming MDT meeting. | 0.42 350.00/hr | 147.00 |
|  | CMM | Assist attorney in sending MDT confirmation meeting letter @ Stanton ES | 0.25 105.00/hr | 26.25 |
| 6/10/2005 | CMM | Drafted letter to parent with MDT confirmation meeting letter sent to school/enclosed placement consideration letters sent out | 0.50 105.00/hr | 52.50 |
|  | CMM | Prepared and sent placement package to Accotink Academy | 1.00 105.00/hr | 105.00 |
|  | CMM | Prepared and sent placement package to Kennedy Institute | 1.00 105.00/hr | 105.00 |
| 6/13/2005 | RN | Prepare disclosure for legal assistant; reviewed information in file in connection with the hearing. | 2.00 350.00/hr | 700.00 |
|  | RN | Phone call from teacher; will be present at the hearing. | 0.08 350.00/hr | 28.00 |
| 6/16/2005 | CG | Reviewed comp ed plan and/ MDT notes | 1.20 175.00/hr | 210.00 |
|  | CMM | Drafted letter to parent with hearing notice | 0.50 105.00/hr | 52.50 |
|  | RN | Preparation of hearing; reviewed information and documents; drafted opening and closing; direct and cross examiantion questions. Discussed information with Ms. Phillips; teacher for student. | 2.00 350.00/hr | 700.00 |
|  | CMM | Assisted attorney to prepare disclosure to DCPS | 1.50 105.00/hr | 157.50 |
|  | CG | Draft letter to revise comp ed plan | 0.42 175.00/hr | 73.50 |

Juan Gordon                                                                 Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2005 | CG | Attended MDT/IEP @ school | 3.17 175.00/hr | 554.75 |
|  | CMM | Phone call to parent regarding hearing schedule | 0.17 105.00/hr | 17.85 |
| 6/17/2005 | RN | Draft of motion for cotinuance; discussed with attorney advisor at DCPS; agreed. | 0.67 350.00/hr | 234.50 |
|  | CG | File review and developed  monthly case status report | 1.08 175.00/hr | 189.00 |
| 6/20/2005 | CMM | Phone call to parent and notify them of hearing been reschedule | 0.17 105.00/hr | 17.85 |
| 7/6/2005 | RN | Preparation of letter informing of changes in IDEIA and requesting that current infomation be forwraded. | 0.42 350.00/hr | 147.00 |
| 7/11/2005 | CG | Reviewed Comp ED plan ( faxed letter to Sped requesting new Comp Ed Plan)date: 06/16/05 | 0.42 175.00/hr | 73.50 |
| 7/20/2005 | CMM | Letter to parent re: recent changes to law, request of resolution meeting, and copy to advocate and file. | 0.17 105.00/hr | 17.85 |
| 7/22/2005 | RN | Reviewed documents from continuance; reviewed issues presented in hearing. | 1.00 350.00/hr | 350.00 |
| 7/26/2005 | RN | Appearance at 825 N. Capital; settled on the record. | 1.50 350.00/hr | 525.00 |
| 8/18/2005 | CMM | Review HOD and drafted letter to parent detailing HOD issued 8/14/05 | 0.58 105.00/hr | 60.90 |
|  | CMM | Prepared and sent evaluation referral to Conaboy & Associates | 1.00 105.00/hr | 105.00 |
|  |  | For professional services rendered | 34.06 | $7,534.10 |
|  |  | Additional Charges : |  |  |
| 3/22/2005 |  | Postage; letter to parent |  | 0.37 |
|  |  | Copied documents; letter to parent |  | 0.50 |
|  |  | Facsimile letter to Stanton |  | 2.00 |
| 3/24/2005 |  | Copied documents; S&L |  | 1.50 |
| 3/29/2005 |  | Postage; letter to parent with S/L evaluation with HR.. |  | 0.60 |

Juan Gordon                                                                          Page     4

|  |  | Amount |
|---|---|---:|
| 3/29/2005 | Copied documents; letter to parent | 0.50 |
|  | Copied documents; letter to parent | 0.50 |
| 4/25/2005 | Copied documents; letter to parent | 0.50 |
|  | Copied documents; letter to parent | 0.50 |
| 4/26/2005 | Facsimile MDT letter to Stanton | 2.00 |
|  | Facsimile(DCPS-) | 6.00 |
| 4/29/2005 | Postage; letter to parent with MDT meeting conference date. | 0.37 |
|  | Copied documents<br>status letter | 1.25 |
| 5/16/2005 | Facsimile: Due process HR to SHO. | 5.00 |
| 5/20/2005 | Copied: HR letter for parent. | 1.75 |
|  | Postage; HR letter to parent | 0.60 |
| 6/9/2005 | Facsimile: MDT confirmation letter to Ms. Wilson at Assuption School, and Staton School. | 6.00 |
| 6/10/2005 | Copied: Placement packages for Kennedy Institute and Accotink Academy. | 16.50 |
|  | Copied: Case status letter for parent. | 1.00 |
|  | Postage; Placement packages to Accotink Academy and Kennedy Institute. | 3.04 |
|  | Postage; Case status letter to parent | 0.60 |
| 6/16/2005 | Copied: Disclosure for OGC, SHO, and attorney. | 75.00 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: HND letter for parent. | 0.25 |
|  | Postage; HND letter to parent | 0.37 |
| 6/17/2005 | Facsimile: letter to SHO. | 2.00 |
| 7/20/2005 | Postage; Changes to law letter to parent. | 0.37 |
|  | Copied: changes of law letter for parent. | 0.50 |
| 7/26/2005 | Sedan taxi service to and from  DCPS for hearing | 14.00 |
| 8/15/2005 | Facsimile Received from DCPS; HOD | 4.00 |

Juan Gordon                                                                                    Page    5

                                                                                                 Amount

| | | |
|---|---|---|
| 8/15/2005 | Copied documents; HOD | 4.00 |
| 8/18/2005 | Postage; letter to parent HOD. | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| 8/23/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $269.32 |
| | Total amount of this bill | $7,803.42 |