# EXHIBIT 20



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Tyrone Hall
   DOB: 3/22/92
   Date of Determination (HOD/SA): 8/1/05
   Parent/Guardian Name: Ethel Hall
   Parent/Guardian Address: 1730 7th St., NW, #310, WDC 20001
   Current School: Shaw JHS
   Home School: Shaw JHS

3. **Invoice Information**
   Invoice Number: 05-368
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 6/10/05 to 8/8/05
   Amount of Payment Request: $5,658.51

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____        August 26, 2005
Signature                                Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## CONFIDENTIAL

Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of ) | **IMPARTIAL DUE PROCESS** |
| ) | |
| TYRONE HALL      Student, ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: 03-22-92 ) | |
| ) | |
| Petitioner, ) | Hearing Date: July 18, 2005 |
| ) | |
| vs. ) | |
| ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, ) |         Eighth Floor |
| Shaw Junior High School ) |         Washington, D.C. 20002 |
| Respondent. ) | |
| ) | |

## SETTLEMENT ORDER

2005 JUL 30 PM 5: 48
DC PUBLIC SCHOOL SYSTEM

Parent(s):          Ethel Hall
                    1730 7th Street, N.W.
                    Washington, D.C. 20001

Counsel for Parent: Miguel a. Hull, Esq.
                    James E. Brown & Associates, PLLC
                    1220 L Street, N.W.
                    Suite 700
                    Washington, D.C. 20005

Counsel for School: Quinne Harris-Lindsey, Attorney- Advisor
                    Office of the General Counsel, DCPS
                    825 North Capitol Street, N.E., 9th Floor
                    Washington, D.C. 20002

# HEARING OFFICER'S DECISION

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
*State Enforcement and Investigative Division*

**Special Education Due Process Hearing**

### I. INTRODUCTION

On June 13, 2005, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, miguel A. Hull, Esq. The request alleges DCPS failed to provide an appropriate placement for the student and failed to evaluate student in all areas of suspected disabilities.

A Due Process Hearing was convened on July 18, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Quinne Lindsey-Harris, Esq., Attorney-Advisor, represented DCPS. Miguel A. Hull, Esq., represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated July 11, 2005: TH-1 through TH-14. On behalf of DCPS: Disclosure Letter dated July 11, 2005. Parent's counsel waived a formal reading of the Due Process Rights. The parties did not enter any testimony in this matter, as the parties settled this case on the record.

### II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

### III. ISSUES

Whether DCPS denied the student FAPE by failing to provide an appropriate placement for the student and by failing to evaluate student in all areas of suspected disabilities

2.

IV. **SUMMARY OF RELEVANT EVIDENCE**

At the commencement of the Hearing, the parties represented that they had agreed upon terms to settle this matter. Counsel for the parties requested that the Hearing Officer approve of the terms and incorporate those terms into an Order.

V. **FINDINGS OF FACT**

The Hearing Officer makes the following findings of fact:

- The terms of the agreement, as set forth in the record, are in the best interest of this student; therefore, the terms shall be incorporated into an Order.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) DCPS shall, on or before August 5, 2005, reconvene an MDT/IEP placement meeting to review all evaluations, review and revise the student's IEP if warranted and discuss and determine appropriate educational placement for Tyrone Hall for the 2005-2006 school years.

2) In the event the appropriate placement is to a public school, DCPS shall issue a notice of placement within five- (5) schools days of the MDT/IEP team meeting. If the appropriate placement is to a non- public facility, DCPS shall issue a notice of placement within thirty- (30) calendar days of the MDT/IEP team meeting.

3) DCSP shall, on or before September 13, 2005; conduct a Functional Behavioral Assessment and if warranted develop a Behavioral Intervention Plan for Tyrone Hall.

3.

4) DCPS shall develop a Compensatory Education for Tyrone Hall for the period beginning February 10, 2005 and ending June 13, 2005, to include the form and format for compensatory educational relief.

5) All communications and notices shall be sent through the parent's counsel.

6) Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.

## VI.   APPEAL PROCESS

This is the **FINAL ADMINISTRATIVE DECISION**. Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____      Date Filed: 07-30-05
Charles R. Jones, Esq., Hearing Officer

Date Issued: 8-1-05

4.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Tyrone L. Hall
Ethel Hall
1730 7th St, NW
Apt # 310
Washington DC 20001


August 08, 2005

In Reference To: Tyrone L. Hall
DOB: 3/22/92
School: Shaw JHS
Home School: Shaw JHS

Invoice #10884

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/10/2005 | MH | Consultation with parent and legal assistant, research and case preparation. | 1.50 350.00/hr | 525.00 |
| | MH | Prepared and file due process hearing request to DCPS. Includes research on issues raised, discussion with parent and drafting and revising of claims made. | 1.83 350.00/hr | 640.50 |
| | AAG | Conference with parent to discuss opening case and child's educational needs; draft initial letter to parent. | 1.50 105.00/hr | 157.50 |
| 6/14/2005 | HR | Drafted letter requesting records at Shaw Junior High School | 0.83 105.00/hr | 87.15 |
| | HR | Prepared and sent placement package to Accotink Alternative | 0.67 105.00/hr | 70.35 |
| | HR | Prepared and sent placement package to Sunrise Academy | 0.67 105.00/hr | 70.35 |
| | HR | Prepared and sent placement package to High Roads School of Washington, DC | 0.67 105.00/hr | 70.35 |
| 6/16/2005 | HR | Draft letter to parent detailing the hearing request | 0.58 105.00/hr | 60.90 |
| 6/17/2005 | HR | Draft letter to parent informing them of the records requested and placement packets sent out | 0.58 105.00/hr | 60.90 |

Tyrone L. Hall                                                                                                         Page    2

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2005 | HR | Phone call to mom to inform her of the status of placement consideration packet sent June 14, 2005. Informed her on who to contact to coordinate visits and informed her of hearing information confirmed attendances, and updated case status report with details of phone call | 0.25 105.00/hr | 26.25 |
| | MH | Prepare disclosure to DCPS with assistance from paralegal. Reviewed entire file and identified potential exhibits and witnesses; prepared exhibit packet and cover letter and supervised delivery to DCPS counsel. | 1.92 350.00/hr | 672.00 |
| | CS | Research educational needs re case status review for M. Hull | 0.50 175.00/hr | 87.50 |
| | HR | Draft letter to parent informing her of hearing notice | 0.42 105.00/hr | 44.10 |
| | HR | Phone call to High Roads of Washington, DC to check on the status of placement consideration packet sent June 14, 2005. Updated case status report with details of phone call | 0.25 105.00/hr | 26.25 |
| | HR | Phone call to Accotink Academy to check on the status of placement consideration packet sent June 14, 2005. Updated case status report with details of phone call | 0.17 105.00/hr | 17.85 |
| | HR | Phone call to Sunrise Academy to check on the status of placement consideration packet sent June 14, 2005. Updated case status report with details of phone call | 0.25 105.00/hr | 26.25 |
| | HR | Assisted attorney to prepare disclosure to DCPS | 1.00 105.00/hr | 105.00 |
| 7/15/2005 | MH | Prepared for Due Process Hearing. Reviewed parents' and DCPS's disclosure materials, researched issues raised, and prepared potential witness questions and legal arguments for hearing. | 1.50 350.00/hr | 525.00 |
| 7/18/2005 | JF | Prepared for Due Process Hearing by reviewing all educational data and/or legal documentation in the file. Contacted Parent | 1.50 350.00/hr | 525.00 |
| | MH | Prepared for Due Process Hearing. Reviewed DCPS and parent's disclosure materials. Research on issues raised. Prepared potential witness questions and legal arguments for hearing. | 2.00 350.00/hr | 700.00 |
| | MH | Appearance to 825 North Capital for due process hearing. Includes time waiting for hearing to begin and last minute preparation. | 2.00 350.00/hr | 700.00 |
| 7/19/2005 | HR | Draft case status letter to parent informing them of placement packages sent out for consideration | 0.42 105.00/hr | 44.10 |
| | HR | Draft letter regarding placement consideration and prepared and sent placement packet via facsimile to Rock Creek Academy. | 0.50 105.00/hr | 52.50 |

Tyrone L. Hall                                                                                                      Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/8/2005 | HR | Draft letter to Shaw Junior High School regarding the Hearing Officer's Determination and sent letter with attached copy of the order via facsimile to the school. | 0.50 105.00/hr | 52.50 |
|  | HR | Draft case status letter to parent detailing the hearing officer's determination | 0.50 105.00/hr | 52.50 |
|  |  | For professional services rendered | 22.51 | $5,399.80 |
|  |  | Additional Charges : |  |  |
| 6/10/2005 |  | Postage; letter to parent |  | 0.37 |
|  |  | Copied documents |  | 0.50 |
| 6/14/2005 |  | Facsimile(OSE-Records reg.) |  | 5.00 |
|  |  | Copied documents(Acctink Alternetive Placement Package) |  | 9.00 |
|  |  | Copied documents(High Roads-Placement Packets) |  | 9.00 |
|  |  | Copied documents(Sunrise Academy-Placement Packets) |  | 9.00 |
|  |  | Facsimile(Shaw JHS-Records reg.) |  | 5.00 |
| 6/15/2005 |  | Postage; Placement packages. |  | 7.00 |
| 6/16/2005 |  | Copied: HR letter for parent. |  | 1.50 |
| 6/17/2005 |  | Postage; Case status letter to parent |  | 0.37 |
|  |  | Postage; HR letter to parent. |  | 0.60 |
|  |  | Copied: Placement letter, records request, and case status letter for parent. |  | 1.50 |
| 7/11/2005 |  | Copied: Disclosure for SHO and OGC. NOH letter for parent. |  | 36.75 |
|  |  | Postage; Case status letter to parent. |  | 0.37 |
|  |  | Messenger Service to and from DCPS (5-day Disclosures) |  | 20.00 |
| 7/18/2005 |  | Sedan taxi service to and from DCPS for hearing |  | 14.00 |
| 7/19/2005 |  | Postage; case status letter to parent. |  | 0.37 |
|  |  | Copied: Placement letter for parent. |  | 0.50 |
|  |  | Facsimile: Placement packet to RCA. |  | 31.00 |
| 8/1/2005 |  | Facsimile Received from DCPS; HOD |  | 5.00 |

Tyrone L. Hall                                                                                                Page    4

                                                                                                              Amount

| Date | Description | Amount |
|---|---|---|
| 8/1/2005 | Copied documents; HOD | 5.00 |
| 8/8/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $258.71 |
| | Total amount of this bill | $5,658.51 |