# EXHIBIT 21



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Tequan Hammond
   DOB: 2/24/96
   Date of Determination (HOD/SA): 7/25/05
   Parent/Guardian Name: Venessa Hammond
   Parent/Guardian Address: 318 20th St., NE, WDC 20002
   Current School: Gibbs E.S.
   Home School: Gibbs E.S.

3. **Invoice Information**
   Invoice Number: 05-369
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 6/7/05 to 8/4/05
   Amount of Payment Request: $ 4,504.88

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

• all services listed on the enclosed invoices were actually performed;
• the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
• the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
• no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
• I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_signature_                                August 26, 2005
Signature                                        Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## CONFIDENTIAL

### Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of ) | IMPARTIAL DUE PROCESS |
| ) | |
| TEQUAN HAMMOND, Student, ) | HEARING OFFICER'S DECISION |
| Date of Birth: 02-24-96 ) | |
| ) | |
| Petitioner, ) | Hearing Date: July 21, 2005 |
| ) | |
| vs- ) | |
| ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, ) | Eighth Floor |
| Gibbs Elementary School ) | Washington, D.C. 20002 |
| Respondent. ) | |

## SETTLEMENT ORDER

**Parent(s):**            Vanessa Hammond
                          318 20th Street, N.E.
                          Washington, D.C. 20002

**Counsel for Parent:**   Delores Scott McKnight, Esq.
                          James Brown & Associates, PLLC
                          1220 L Street, N.W.
                          Suite 700
                          Washington, D.C. 20005

**Counsel for School:**   Tiffany Puckett, Attorney- Advisor
                          Office of the General Counsel, DCPS
                          825 North Capitol Street, N.E., 9th Floor
                          Washington, D.C. 20002

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

### State Enforcement and Investigative Division
### Special Education Due Process Hearing

## I. INTRODUCTION

On June 17, 2005, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Delores Scott McKnight, Esq. The request alleges DCPS failed to evaluate the student in all areas of suspected disabilities.

A Due Process Hearing was convened on July 21, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Tiffany Puckett, Esq., Attorney-Advisor, represented DCPS. Delores Scott McKnight, Esq., represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated July 18, 2005: TH-1 through TH-14. On behalf of DCPS: Disclosure Letter dated July 18, 2005: DCPS-01 through DCPS-10. Parent's counsel waived a formal reading of the Due Process Rights. The parties did not introduce any testimony in this case, as the matter was settled on the record.

## II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III. ISSUES

Whether DCPS denied the student FAPE by failing to evaluate the student in all areas of suspected disabilities?

2.

IV. **SUMMARY OF RELEVANT EVIDENCE**

At the commencement of the Hearing, the parties represented that they had agreed upon terms to settle this matter. Counsel for the parties requested that the Hearing Officer approve of the terms and incorporate those terms into an Order.

V. **FINDINGS OF FACT**

The Hearing Officer makes the following findings of fact:

- The terms of the agreement, as set forth in the record, are in the best interest of this student; therefore, the terms shall be incorporated into an Order.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) DCPS shall, within thirty- (30) calendar days of the issuance of the HOD, conduct a Speech and Language Evaluation.

2) In the event DCPS fails to timely conduct the aforementioned evaluation, the parent is authorized to obtain an independent evaluation at DCPS expense pursuant to the Superintendent's Directive on outside consultant fees.

3) DCPS shall, within fifteen- (15) business days of receipt of the evaluation, convene a BLMDT team meeting to determine eligibility of the student for special education services. If the student is determined ineligible, DCPS shall issue a notice of ineligibility. If the student is determined to be eligible, DCPS will develop an appropriate IEP, and discuss and determine appropriate educational placement for the 2005-2006 school years.

4) In the event the appropriate placement is to a public school, DCPS shall issue a notice of placement within five- (5) schools days of the MDT/IEP team meeting. If the appropriate placement is to a non- public facility, DCPS shall issue a notice of placement within thirty- (30) calendar days of the MDT/IEP team meeting.

3.

5) DCPS shall also consider Compensatory Education for Tequan Hammond and, if warranted, develop a Compensatory Education Plan including an appropriate amount of hours, the form and format for compensatory educational relief.

6) All communications and notices shall be sent through the parent's counsel.

7) Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.

## VI.  APPEAL PROCESS

This is the FINAL ADMINISTRATIVE DECISION. Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____    Date Filed: 07-25-05
Charles R. Jones, Esq., Hearing Officer

Date Issued: 7-25-05

4.

## District of Columbia Public Schools
### *Office of Compliance*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



### FACSIMILE SHEET

Date: 7-25-05

TO: Mcknight

FROM: STUDENT HEARING OFFICE

RE: HOD- Tequan Hammond

TOTAL NUMBER OF PAGES, INCLUDING COVER: 5

COMMENTS:

**CONFIDENTIALITY NTOICE**: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

### ATTORNEYS
| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS
| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES
| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS
| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Tequan Hammond
Vanessa Hammond
318 20th Street, NE
Washington DC 20002

August 04, 2005

In Reference To:   Tequan Hammond
                   DOB: 2/24/96
                   School: Gibbs ES

Invoice #10877

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2005 | AAG | Conference with parent to discuss opening case and child's educational needs. | 0.92<br>105.00/hr | 96.60 |
| | DSM | Consultation with parent and legal assistant, research and case preparation. | 0.92<br>350.00/hr | 322.00 |
| 6/8/2005 | AAG | Drafted letter to parent | 0.69<br>105.00/hr | 72.45 |
| 6/9/2005 | DSM | Prepared and file due process hearing request to DCPS | 2.00<br>350.00/hr | 700.00 |
| 6/14/2005 | WD | Reviewed intake. | 0.50<br>175.00/hr | 87.50 |
| 6/15/2005 | DSM | Phone call from mother, client suspended again. Suspensions support ED, among other things. | 0.17<br>350.00/hr | 59.50 |
| 6/21/2005 | WB | Drafted letter requesting records from Gibbs ES and DPCS | 0.50<br>105.00/hr | 52.50 |
| | WB | Requested evaluations from Gibbs ES and DPCS | 0.50<br>105.00/hr | 52.50 |
| 7/1/2005 | JEB | Examined and certified hearing request filed by attorney | 0.58<br>350.00/hr | 203.00 |
| | WB | Drafted letter to parent w/ HR filed on 6/16/05 enclosed | 0.50<br>105.00/hr | 52.50 |

Tequan Hammond                                                                                              Page    2

|            |     |                                                                                                                              | Hrs/Rate       | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|----------------|----------|
| 7/15/2005  | WB  | Drafted letter requesting records (REVISED) from Gibbs ES and DCPS                                                           | 0.50 105.00/hr | 52.50    |
|            | WB  | Requested evaluations (REVISED) from Gibbs ES and DCPS                                                                       | 0.50 105.00/hr | 52.50    |
|            | WB  | Drafted letter to parent re: case status, (REVISED) records and evaluations re-requested from Gibbs ES and DCPS              | 0.50 105.00/hr | 52.50    |
|            | WB  | Drafted letter to parent w/ HR filed on 6/16/05 enclosed                                                                     | 0.50 105.00/hr | 52.50    |
| 7/18/2005  | WB  | Assisted attorney to prepare disclosure to DCPS                                                                              | 1.50 105.00/hr | 157.50   |
|            | WB  | Drafted letter to parent w/ HDN enclosed for hearing on 7/21/05 @ 1:00 pm                                                    | 0.50 105.00/hr | 52.50    |
|            | WB  | Conference with parent re: case status and upcoming hearing on 7/21/05 @ 1:00 pm                                             | 0.17 105.00/hr | 17.85    |
| 7/19/2005  | DSM | Prepared for Due Process Hearing                                                                                             | 1.50 350.00/hr | 525.00   |
|            | DSM | Phone call to Ms. Hammond. She will attend July 21 hearing at 1:00 PM.                                                       | 0.13 350.00/hr | 45.50    |
|            | WD  | Reviewed hearing request.                                                                                                    | 0.67 175.00/hr | 117.25   |
|            | DSM | Read/analyzed DCPS' disclosure in preparation for hearing on July 21. Documents include student evaluation plan; socia work report, and clinical evaluation. | 0.50 350.00/hr | 175.00   |
| 7/21/2005  | DSM | Preparing opening, direct examination and closing, as part of hearing notebook for today's hearing.                          | 1.50 350.00/hr | 525.00   |
|            | DSM | Appearance to 825 North Capital for due process hearing                                                                      | 2.00 350.00/hr | 700.00   |
| 7/26/2005  | WB  | Drafted letter to parent w/ HOD issued on 7/25/05 enclosed                                                                   | 0.50 105.00/hr | 52.50    |
|            |     | For professional services rendered                                                                                           | 18.25          | $4,276.65 |

Tequan Hammond                                                                                           Page    3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 6/7/2005 | Copied documents; intake documents | 2.50 |
| 6/8/2005 | Postage; letter to parent | 0.37 |
|  | Copied documents | 0.50 |
| 6/16/2005 | Facsimile to SHO: HR | 4.00 |
|  | Copied documents; HR | 2.00 |
| 6/21/2005 | Facsimile requests to DCPS | 17.00 |
| 7/1/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 7/15/2005 | Copied documents; letter to parent | 0.50 |
|  | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
|  | Postage; letter to parent | 0.37 |
| 7/18/2005 | Facsimile: Records and evaluations request to Gibbs ES, Office of Special Ed., and OGC. | 21.00 |
|  | Copied: Disclosure for DCPS. | 50.50 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/26/2005 | Facsimile Received from DCPS; HOD | 5.00 |
|  | Copied documents; HOD | 5.00 |
|  | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 8/4/2005 | File review preparation of bill and invoice audit | 96.88 |

    Total costs                                                                                      $228.23

    Total amount of this bill                                                                $4,504.88