# EXHIBIT 23



# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   - Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   - Attorney: JAMES E. BROWN
   - Federal Tax ID No.: 52-1500760
   - D.C. Bar No.: 61622

2. **Student Information**
   - Name: Jervon Herbin
   - DOB: 12/31/88
   - Date of Determination (HOD/SA): 8/15/05
   - Parent/Guardian Name: Jeraldine Herbin
   - Parent/Guardian Address: 1022 4th St., NE, WDC
   - Current School: MM Washington SHS
   - Home School: MM Washington SHS

3. **Invoice Information**
   - Invoice Number: 05-371
   - Date Request Submitted: 8/26/05
   - Date(s) Services Rendered: 10/20/03 to 7/25/05
   - Amount of Payment Request: $ 5,624.86

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____     August 26, 2005
Signature                          Date

# District of Columbia Public Schools
## Office of Management Services
Tanya M. Butler-Truesdale, Esquire, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(202) 518-6867
Facsimile: (202) 442-5556
### Confidential

| | | |
|---|---|---|
| JERVON HERBIN, STUDENT | ) | |
| Date of Birth: December 31, 1988 | ) | |
| Petitioner, | ) | Hearing Date: July 25, 2005 |
| v. | ) | |
| THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS | ) | |
| and | ) | |
| Respondent. | ) | Held at: 825 North Capitol Street, N.E.<br>8th Floor<br>Washington, D.C. 20002 |

## HEARING OFFICER'S DECISION

**Parents:**  Ms. Jeraldine Herbin
1022 4th Street, NE
Washington, D.C.

**Counsel for Petitioner:**  Christopher L. West, Esquire
James E. Brown & Associates
1220 L Street, N.W.; Suite 700
Washington, D.C. 20005
(202) 742-2000; Fax: (202)742-2098

**Counsel for DCPS:**  Katherine Rodi, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

*In the Matter of Jervon Herbin*

### I. JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

### II. DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

### III. FIVE-DAY DISCLOSURE

Petitioner: No witnesses were present or called to testify because the parties settled and presented disclosures labeled JH1-JH6.

Respondent: No witnesses were present or called to testify because the parties settled and presented disclosures labeled DCPS 01-DCPS 07.

### IV. STATEMENT OF THE CASE

The Student Hearing Office, DCPS, scheduled a Due Process Hearing for July 25, 2005 at 3:00pm. The hearing was convened as scheduled at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, DC 20002. Petitioner alleges that DCPS failed to
1. provide and interim alternative placement provide an appropriate placement for Petitioner;
2. convene a manifestation review meeting;
3. implement the Petitioner's IEP;
4. convene an IEP meeting for the purposes of developing a behavior intervention plan; and,
5. provide a written notice informing the parent of a statement of specific grounds for disciplinary action.

Attorney Advisor Katherine Rodi appeared in-person for DCPS. Attorney Christopher West appeared in person on behalf of Petitioner.

### V. FINDINGS OF FACT

In consideration of the hearing record, the Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated. The hearing officer entered the parties **Settlement on the Record** as follows:

*In the Matter of Jervon Herbin*

## VI.  ORDER

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, the testimony presented at the hearing, and representations of the parties' counsel at the hearing, this 8th day of April, it is hereby

**ORDERED**, that DCPS shall convene a MDT/IEP meeting within 30 calendar days of the issuance of this Order to address behavioral concerns, develop behavior interventions and, determine what if any evaluations should be performed.

**IT IS ALSO ORDERED**, that all meetings will be scheduled through parent's counsel and, DCPS will be granted a day for day extension for any delay caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

**IT IS FURTHER ORDERED**, that this Order is effective immediately.

_____
Tonya M. Butler-Truesdale, Esquire
Hearing Officer

August 14, 2005
Date

Issued: _8-15-05_
Student Hearing Office, DCPS

3

# LEGEND

### ATTORNEYS
| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS
| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES
| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS
| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Herbin, Jervon

August 23, 2005
In Reference To: Herbin, Jervon

Invoice #10912

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2003 | CW | Reviewed IEP meeting notes; and progress reports | 0.33<br>350.00/hr | 115.50 |
| 10/22/2003 | JEB | Contact with parent: Reported Advocate's assessment | 0.58<br>350.00/hr | 203.00 |
| 10/27/2003 | CW | Reviewed MDT meeting notes and 2003-2004 progress reports | 0.50<br>350.00/hr | 175.00 |
| 10/31/2003 | MM | File review and developed monthly case status report | 0.58<br>175.00/hr | 101.50 |
| 11/3/2003 | CW | Record reviewed and discussion with educational advocate re: status of case | 0.25<br>350.00/hr | 87.50 |
|  | MM | Record reviewed and discussion with attorney re: status of case | 0.25<br>150.00/hr | 37.50 |
| 11/6/2003 | CW | Record reviewed and discussion with educational advocate re: recommendation for additional counseling | 0.33<br>350.00/hr | 115.50 |
|  | MM | Record reviewed and discussion with attorney re: recommendation for additional counseling | 0.33<br>150.00/hr | 49.50 |
| 11/24/2003 | CW | Record reviewed and discussion with education advocate re: status of evaluations | 0.17<br>350.00/hr | 59.50 |
|  | MM | Record reviewed and discussion with attorney re: status of evaluations | 0.17<br>150.00/hr | 25.50 |

Herbin, Jervon                                                                                                                    Page    2

|            |     |                                                                                                                                                                                                                      | Hrs/Rate          | Amount  |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 12/17/2003 | JEB | File Review and sent letter to parent/student                                                                                                                                                                                          | 0.25<br>350.00/hr | 87.50   |
| 12/24/2003 | MM  | File review and developed monthly case status report                                                                                                                                                                                   | 0.75<br>175.00/hr | 131.25  |
| 12/29/2003 | MM  | File review and developed monthly case status report                                                                                                                                                                                   | 0.75<br>175.00/hr | 131.25  |
| 1/7/2004   | CW  | Conference with parent, via telephone, and discussed progress and Brown Center and planning for student to attend Friendship Edison HS                                                                                                  | 0.25<br>350.00/hr | 87.50   |
| 3/31/2004  | HR  | Record reviewed and discussion with attorney re: letter to parent                                                                                                                                                                      | 0.17<br>105.00/hr | 17.85   |
|            | HR  | Sent letter from attorney to parent regarding case status                                                                                                                                                                              | 0.33<br>105.00/hr | 34.65   |
|            | CW  | Record reviewed and discussion with paralegal re: letter to parent                                                                                                                                                                     | 0.17<br>350.00/hr | 59.50   |
|            | CW  | Prepare status letter for parent                                                                                                                                                                                                       | 0.50<br>350.00/hr | 175.00  |
| 4/29/2004  | MM  | File review and developed monthly case status report                                                                                                                                                                                   | 0.75<br>175.00/hr | 131.25  |
| 2/9/2005   | CW  | Conference with guardian, via telephone, and discussed threats made to student while in HS; advised parent's right to seek protection order and safety transfer to another school                                                      | 0.33<br>350.00/hr | 115.50  |
| 6/1/2005   | CW  | Conference with guardian and reviewed suspension report and IEP; discussed DCPS suspending student for more than 20 days and failing to convene IEP meeting; drafted request for due process hearing in order to address DCPS failure to convene manifestation review meeting and provide an appropriate placement. | 1.50<br>350.00/hr | 525.00  |
| 6/3/2005   | BDL | Assisted attorney with sending HR to SHO.                                                                                                                                                                                              | 0.25<br>105.00/hr | 26.25   |
|            | BDL | Drafted letter to parent with HR.                                                                                                                                                                                                      | 0.50<br>105.00/hr | 52.50   |
| 6/24/2005  | AAG | Drafted letter to parent<br>RE: Hearing date notice                                                                                                                                                                                    | 0.50<br>105.00/hr | 52.50   |
| 7/15/2005  | CM  | Reviewed 10-2-03 MDT notes                                                                                                                                                                                                             | 0.25<br>175.00/hr | 43.75   |
|            | CM  | Reviewed 6-3-03 IEP                                                                                                                                                                                                                    | 0.42<br>175.00/hr | 73.50   |

Herbin, Jervon                                                                                                    Page    3

|            |     |                                                                                                                                                                                                                                              | Hrs/Rate          | Amount     |
|------------|-----|----|----|----|
| 7/15/2005  | CM  | Reviewed psychological report by Saleh                                                                                                                                                                                                                       | 0.50<br>175.00/hr  | 87.50      |
|            | CM  | Reviewed psychological report by Ballard                                                                                                                                                                                                                     | 0.50<br>175.00/hr  | 87.50      |
|            | CM  | Reviewed 9-21-01 IEP                                                                                                                                                                                                                                         | 0.50<br>175.00/hr  | 87.50      |
|            | CM  | Reviewed 9-5-02 IEP                                                                                                                                                                                                                                          | 0.50<br>175.00/hr  | 87.50      |
|            | CM  | Reviewed speech and language report by Jackson                                                                                                                                                                                                               | 0.50<br>175.00/hr  | 87.50      |
|            | CM  | Reviewed file correspondence                                                                                                                                                                                                                                 | 0.75<br>175.00/hr  | 131.25     |
|            | CM  | Reviewed psychological report by Mason                                                                                                                                                                                                                       | 0.50<br>175.00/hr  | 87.50      |
| 7/18/2005  | CW  | Prepare disclosure documents for SHO and OGC in preparation for hearing; conference with paralegal re: preparing disclosure documents                                                                                                                        | 1.00<br>350.00/hr  | 350.00     |
|            | BDL | Assisted attorney to prepare disclosure to DCPS.                                                                                                                                                                                                             | 0.50<br>105.00/hr  | 52.50      |
| 7/21/2005  | CW  | Reviewed IEP meeting notes, teacher reports, report cards, suspension reports, and DCPS' disclosure documents in preparation for hearing; conference with grandmother and reviewed suspension reports and discussed most recent incident at MM Washington HS; reviewed witness questions with grandmother in preparation for hearing | 2.75<br>350.00/hr  | 962.50     |
|            | BDL | Drafted memo to attorney re: status of evaluations, IEP and deadlines.                                                                                                                                                                                       | 0.25<br>105.00/hr  | 26.25      |
|            | BDL | Reviewed file to check any deadline for evaluations, HOD/SA or IEP.                                                                                                                                                                                          | 0.25<br>105.00/hr  | 26.25      |
| 7/25/2005  | CW  | Appearance to 825 North Capital for due process hearing administered by Hearing Officer Butler-Truesdale; conference with grandmother in preparation for hearing                                                                                             | 2.00<br>350.00/hr  | 700.00     |
|            |     | For professional services rendered                                                                                                                                                                                                                           | 21.66             | $5,488.50  |

Herbin, Jervon                                                                                  Page    4

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 12/17/2003 | Postage; letter to parent | 0.37 |
| 3/31/2004 | Postage; letter to parent (case status) | 0.37 |
| 6/3/2005 | Postage; letter to parent | 0.37 |
|  | Copied documents | 0.50 |
| 6/24/2005 | Copied documents<br>Hearing Date Notice | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 7/18/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO and OGC. | 11.00 |
| 7/25/2005 | Facsimile: Letter to OMC and OGC. | 6.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$136.36** |
|  | **Total amount of this bill** | **$5,624.86** |