# EXHIBIT 24

# District o. Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm:                JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney:                JAMES E. BROWN
   Federal Tax ID No.:      52-1500760
   D.C. Bar No.:            61622

2. **Student Information**
   Name:                    Niesha Hooker
   DOB:                     4/29/89
   Date of Determination (HOD/SA):  7/26/05
   Parent/Guardian Name:    Tracy Hooker
   Parent/Guardian Address: 669 Brandywine St., SE, WDC 20032
   Current School:          Ballou SHS
   Home School:             Ballou SHS

3. **Invoice Information**
   Invoice Number:          05-372
   Date Request Submitted:  8/26/05
   Date(s) Services Rendered: 3/8/05 to 8/2/05
   Amount of Payment Request: $ 4,429.62

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_(signature)_                           August 26, 2005
**Signature**                           **Date**

# District of Columbia Public Schools

## *State Enforcement and Investigation Division*
### *confidential*

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL** |
| | ) | **DUE PROCESS HEARING** |
| **NIESHA HOOKER**, student | ) | |
| Date of Birth: April 29, 1989 | ) | |
| | ) | **DECISION AND ORDER** |
| Petitioner, | ) | |
| | ) | |
| versus | ) | Request Date: June 17, 2005 |
| | ) | Hearing Date: July 21, 2005 |
| **The District of Columbia Public Schools,** | ) | |
| Home School: Ballou Senior High School, | ) | Held at: 825 North Capitol Street, NE |
| Attending: Ballou Senior High School, | ) | Eighth Floor, Hearing Room A2 |
| | ) | Washington, D.C. 20002 |
| Respondent. | ) | |

| | |
|---|---|
| **Parent:** | Tracy Hooker |
| | 669 Brandywine Street, SE |
| | Washington, D.C. 20032 |
| **Counsel for the Parent/Student:** | Roxanne D. Neloms, Esq. |
| | **JAMES E. BROWN & Associates** |
| | 1220 L Street, NW    Suite 700 |
| | Washington, D.C. 20005 |
| **District of Columbia Public Schools:** | Charles A. McCullough, II, Esq., Attorney-Advisor |
| | **Office of the General Counsel, DCPS** |
| | 825 North Capitol Street, NE  9th Floor |
| | Washington, D.C. 20002 |

An INDEX of NAMES is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant witnesses. The index will be detached before release of this DECISION & ORDER as a public record.

i

## <u>**INDEX of NAMES**</u> for Niesha Hooker

**Hearing Date:** July 21, 2005

Appearing on behalf of DCPS:  None.

Appearing on behalf of the parent/student:  None.

No testimony was received.

ii

## STATEMENT of the CASE

On June 17, 2005, Counsel for the Parent filed the herein Request for Mediation/Hearing on behalf of the parent and student complaining the District of Columbia Public Schools (DCPS) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Parent complained of breach on the part of DCPS of the SETTLEMENT AGREEMENT entered into by the parties on March 4, 2005.

The Student Hearing Office, DCPS, scheduled a hearing in this matter for 1:00 P.M., Thursday, July 21, 2005 at DCPS Headquarters, 825 North Capitol Street, NE 8th Floor, Hearing Room A2, Washington, D.C. 20002. The hearing convened as scheduled.

## JURISDICTION

The hearing convened under Public Law 105-17, The Individuals with Disabilities Education Act Amendments of 1997, 20 United States Code 1400 et. seq.; Title 34 of the Code of Federal Regulations, Part 300; and Title V of the District of Columbia Municipal Regulations

## SUMMARY of the EVIDENCE and FINDINGS of FACT

By facsimile dated July 14, 2005, DCPS disclosed 6 witnesses.

By facsimile dated July 14, 2005, the parent disclosed 5 witnesses and 13 documents.

The documents were placed into the record and are referenced/footnoted herein where relevant.

Counsel for the Parent represented that DCPS failed to convene the MDT meeting agreed upon at Paragraph 4 of the March 4, 2005 SETTLEMENT AGREEMENT, Parent Document No 6, and requested a Directed Finding.

DCPS did not controvert.

The hearing officer directed a Finding for the Parent: violation of the March 4, 2005 SETTLEMENT AGREEMENT.

The hearing officer noted from the record that the latest IEP coded the student LD, Parent Document No 9; that student was often absent from school; that the August 16, 2004 Clinical Evaluation, Parent Document No 11, recommended a psychiatric evaluation of the student and made the following

## ORDER

1. Within 40 days hereof DCPS shall convene a MDT/SEP/IEP/Placement meeting during which evaluations will be reviewed, the need for further evaluation of the student is discussed and determined, the IEP reviewed and revised as appropriate and

1 of 2 pages

placement discussed and determined. The MDT will
first determine whether the student's absences are
excessive, and if so determined, suspect a disability
that could result in a student avoiding school. If the
MDT determines that the August 16, 2004 Clinical
Evaluation was incorrect in recommending a
psychiatric evaluation, the MDT notes will detail the
clinical evaluator's error(s). If a DCPS placement is
recommended, a Notice of Placement will be issued
within 5 schooldays of the said meeting; if a non-
public placement is recommended, a Notice of
Placement will be issued within 30 days of the said
meeting.

2. At the said MDT/SEP/IEP/Placement meeting,
the form, amount and delivery of compensatory
education, if any, will be discussed and determined.
For disputes under this paragraph, either party may
request a hearing.

3. For the said MDT/SEP/IEP/Placement meeting,
scheduling is to be through and notices are to be sent
to Counsel for the Parent except that, for everyday
of unavailability of parent/educational advocate/
Counsel for the Parent, the deadline herein will be
extended one day. For disputes under this paragraph,
with the burden of proof on DCPS, documentation of
the parties will be relied upon to determine the good
faith of each party.

**This is THE FINAL ADMINISTRATIVE DECISION. Appeal can be made to a court of
competent jurisdiction within thirty (30) days of the issue date of this decision.**

H. St. Clair, Esq., Hearing Officer      Date: July 26, 2005

Issued: July 26, 2005
Student Hearing Office, DCPS

2 of 2 pages

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Niesha Hooker



August 02, 2005
In Reference To:    Niesha Hooker

Invoice #10868


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2005 | CG | Draft letter to to Spec Coord Shepard -send notes for MDT on March 7 or send new dates | 0.42 175.00/hr | 73.50 |
| | CG | Reviewed letter from Attorney dated March 4, 2005;  SA for Hooker: conduct MDT in 30 days; review and revise IEP; Placement; | 0.42 175.00/hr | 73.50 |
| 3/21/2005 | CMM | Drafted letter to parent detailing settlement agreement issued 3/4/05 | 0.50 105.00/hr | 52.50 |
| | CG | Attended MDT/IEP @ (tele) Ballous SHS | 1.75 175.00/hr | 306.25 |
| | CG | Reviewed information for preparation of MDT | 0.75 175.00/hr | 131.25 |
| | CG | File review and developed  monthly case status report | 0.97 175.00/hr | 169.75 |
| 4/29/2005 | CG | Draft letter to school requesting update on truancy issues | 0.42 175.00/hr | 73.50 |
| 5/16/2005 | CG | School visit speak with Sheppard ( 2nd attempt) get a status on truancy issues; progress on student; Mr. Chase was unable to provide attendance record. Spoke with principal seems to be unfamilar with student. | 0.75 175.00/hr | 131.25 |
| 5/17/2005 | CG | Draft letter to truancy issues | 0.42 175.00/hr | 73.50 |

Niesha Hooker                                                                                           Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/15/2005 | RN | Prepared and file due process hearing request to DCPS; filed a noncompliance; reviewed caselaw and contents of file. | 2.00 350.00/hr | 700.00 |
| 6/17/2005 | CMM | Review and discuss hearing request filed. Assisted attorney in sending hearing request to SHO | 0.50 105.00/hr | 52.50 |
| 6/22/2005 | CMM | Drafted letter to parent with hearing request filed 6/7/05 | 0.58 105.00/hr | 60.90 |
|  | JEB | Examined and certified hearing request filed by attorney | 0.58 350.00/hr | 203.00 |
| 7/14/2005 | CMM | Assisted attorney to prepare disclosure to DCPS | 1.50 105.00/hr | 157.50 |
|  | RN | Prepare disclosure for legal assistant; review of entire file to select documents for disclosures. | 1.50 350.00/hr | 525.00 |
| 7/19/2005 | RN | Prepared for Due Process Hearing; draft of direct/cross questions; reviewed entire file to determine additional issues. | 1.50 350.00/hr | 525.00 |
| 7/21/2005 | CMM | Letter to parent regarding recent changes of law (resolution meetings). | 0.17 105.00/hr | 17.85 |
|  | RN | Appearance at 825 N. Capital; HOD issued in the matter. | 2.00 350.00/hr | 700.00 |
| 7/26/2005 | JEB | Examined HOD; contacted parent; instructed paralegal to send to parent | 0.33 350.00/hr | 115.50 |
| 8/1/2005 | CMM | Review HOD issued 7/26/05 and drafted letter to parent detailing HOD | 0.58 105.00/hr | 60.90 |
|  |  | For professional services rendered | 17.64 | $4,203.15 |

Additional Charges :

| 3/8/2005 | Facsimile | 2.00 |
|---|---|---|
| 3/21/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; Letter to the parent with SA. | 0.37 |
| 4/29/2005 | Facsimile | 2.00 |
| 6/10/2005 | Facsimile(OMC-notice of noncompliace) | 2.00 |
| 6/16/2005 | Facsimile: Non-compliance letter to OMC. | 2.00 |
| 6/17/2005 | Facsimile: HR letter to SHO. | 6.00 |

Niesha Hooker                                                                    Page    3

                                                                                 Amount

6/17/2005  Copied documents;HR                                                       3.00

6/22/2005  Postage; HR letter to parent.                                             0.60

           Copied: HR letter for parent and advocate.                                1.75

7/14/2005  Messenger Service to and from DCPS (5-day Disclosures)                    20.00

           Copied: disclosure for OGC and SHO.                                       34.00

           Copied: disclosure for OGC and SHO.                                       39.00

7/20/2005  Copied: Letter to parent re: recent changes of law.                        0.50

7/21/2005  Postage; recent changes of law letter to parent.                           0.37

           Copied documents; letter to parent                                         0.50

7/26/2005  Copied documents; HOD                                                      5.00

           Facsimile Received from DCPS; HOD                                          5.00

7/29/2005  Copied documents to parent and advocate:  HOD                              5.00

 8/2/2005  File review preparation of bill and invoice audit                         96.88
                                                                                 _____
           Total costs                                                            $226.47
                                                                                 _____
           Total amount of this bill                                            $4,429.62