# EXHIBIT 25



# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Jamal Houck
   DOB: 8/17/99
   Date of Determination (HOD/SA): 8/22/05
   Parent/Guardian Name: Margaret Morgan
   Parent/Guardian Address: 7 "U" St., NW, WDC 20001
   Current School: Neval Thomas
   Home School: Birney ES

3. **Invoice Information**
   Invoice Number: 05-373
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 5/19/05 to 8/24/05
   Amount of Payment Request: $ 8,578.18

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____    August 26, 2005
Signature                                                    Date

# District of Columbia Public Schools
Office of Management Services
## Tonya M. Butler-Truesdale, Esquire
Independent Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, DC 20002-4232
(202) 518-6867
Facsimile: (202) 442-5556

## CONFIDENTIAL

### HEARING OFFICER'S DETERMINATION

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS HEARING** |
| | ) | |
| Jamal Houck, Student | ) | |
| Date of Birth: 08/17/99 | ) | **DECISION AND ORDER** |
| | ) | |
| Petitioner | ) | Hearing Dates: August 2, 2005 |
| | ) | |
| v. | ) | Held at: 825 North Capitol Street, NE, 8th Floor |
| | ) | Washington, D.C. 20002 |
| District of Columbia Public Schools, | ) | |
| | ) | |
| Respondent. | ) | |

| | |
|---|---|
| Parent(s): | Ms. Margaret Morgan<br>1133 Stevens Road, SE<br>Washington, DC 20020 |
| Counsel for Parent(s): | Roxanne D. Neloms, Esquire<br>James E. Brown & Associates, PLLC<br>Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005 |
| Counsel for School: | Charles McCollough, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E., 9th Floor<br>Washington, DC 20002 |

*In the Matter of Jamal Houck*

## I. JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

## II. DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

## III. FIVE-DAY DISCLOSURE

Petitioner presented the following witnesses:
Donte Davis- Educational Advocate
Margaret Morgan- Petitioner's Grandparent and Legal Guardian
Petitioner presented disclosures labeled JH1-JH34.

Respondent presented the following witness:
Ms. Deborah Lyons- Special Education Coordinator, Birney Elementary School
Respondent presented a disclosure labeled DCPS-01.

## IV. STATEMENT OF THE CASE

On July 28, 2005 a Due Process Hearing Request was received alleging that the District of Columbia Public Schools failed to convene a manifestation determination review and failed to develop an appropriate IEP. The Student Hearing Office of DCPS of scheduled a Due Process Hearing for August 2, 2005 at Whittier Elementary School in Washington, D.C. The Hearing convened as scheduled. Attorney Advisor Charles McCollough appeared in-person for DCPS. Attorney Roxanne Neloms appeared in person on behalf of Petitioner.

## V. FINDINGS OF FACT

A May 19, 2005 settlement agreement issued by Hearing Officer Dubow committed DCPS to convene a MDT/IEP meeting for Petitioner within 30 calendar days of the issuance of the Order. The Special Education Coordinator for Birney Elementary School, Ms. Deborah Lyons (hereinafter DCPS) formally proposed several meeting dates on May 26, 2005. All of the proposed dates were rejected by Petitioner's counsel in a letter dated May 27, 2005. The May 27, 2005 letter from Petitioner's counsel proposed three other meeting dates. No response from DCPS was received until June 11, 2005 and the response accepted one of Petitioner's requested dates but changed the time. On June

2

*In the Matter of Jamal Houck*

7, 2005 Petitioner's counsel advised DCPS that in the two week interim between their letter and DCPS's response, their availability dates had changed. The letter also communicated to DCPS that June 17, 2005 at 1:00pm was the only remaining time of the original dates proposed on May 27, 2005. (*See JH20-JH23*) DCPS subsequently convened the Petitioner's MDT/IEP meeting on June 16, 2005 and when Petitioner arrived at Birney Elementary School on June 17, 2005 for a MDT/IEP meeting pursuant to a letter sent to DCPS on June 7, 2005 they were advised that the MDT/IEP meeting for Petitioner had been convened on June 16, 2005.

The Special Education Coordinator for Birney Elementary School responsible for coordinating the MDT/IEP meetings, Ms. Deborah Lyons credibly testified that she was on active military duty from June 10, 2005 to June 27, 2005. She also testified that she received Petitioner's Letter dated June 7, 2005 (JH-22) on June 7, 2005. Since DCPS received Petitioner's communication indicating that they were not available on June 16, 2005, DCPS was obligated to respond to Petitioner's counsel with respect to both the June 16, 2005 date and the June 17, 2005 date. Any ambiguity in the actual meeting date and time was the responsibility of DCPS since Petitioner responded on June 7, 2005 that they were not available on June 16, 2005.

Furthermore there is substantial evidence in the record that the placement proposed by the team on June 16, 2005 is inappropriate and unable to meet Petitioner's needs.

Allen Korz, Executive Director of The Episcopal Center for Children credibly testified that he has reviewed Petitioner's existing IEP and that The Episcopal Center is able to provide the Petitioner with educational benefit.

## VI. ORDER

1. DCPS shall immediately place and fund Petitioner at Episcopal Center for Children on an interim basis.
2. Within 45 calendar days of the placement, DCPS shall convene an MDT/IEP meeting to discuss and determine placement.
3. If the team determines that a change of placement is warranted, DCPS shall issue prior notice of placement. If Placement is to a DCPS public school, DCPS shall have five (5) calendar days to issue the prior notice of placement. If placement is to a non-public or private school, DCPS shall have thirty (30) calendar days and if placement is to a residential facility DCPS shall have sixty (60) calendar days to issue the prior notice of placement;
4. All meetings will be scheduled through parent's counsel; and,
5. DCPS will be granted a day for day extension for any delay caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

3

*In the Matter of Jamal Houck*

6. Petitioner shall forward proof of legal guardian ship status within 14 calendar days of the issuance of this Order.

**This is the FINAL ADMINISTRATIVE DECISION. An Appeal can be made to a court of competent jurisdiction within thirty (30) days of this Order's issue date.**

_____
Tonya M. Butler-Truesdale, Esquire
Hearing Officer

August 20, 2005
Date

Issued: 08-22-05
Student Hearing Office, DCPS

4

# District of Columbia Public Schools
## *Office of Compliance*
# STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 08-22-05

TO: R. Nelons

FROM: STUDENT HEARING OFFICE

RE: HOD - Jamal Houck

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

**CONFIDENTIALITY NTOICE**: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Jamal Houck

August 24, 2005
In Reference To:    Jamal Houck

Invoice #10915

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/19/2005 KD | Phone call from parent re placement acceptance from Episcopal | | 0.08<br>105.00/hr | 8.40 |
| 5/20/2005 DH | Discussion with the admissions director at the Episcopal Center regarding the status of the student's case. | | 0.08<br>350.00/hr | 28.00 |
| 5/24/2005 KD | Reviewed 5-19-05 HOD and added deadline issues to Outlook Calendar | | 0.08<br>105.00/hr | 8.40 |
| KD | Drafted letter to parent/enclosed copy of 5-19-05 HOD/copy to advc and file/added to case notes | | 0.42<br>105.00/hr | 44.10 |
| 5/25/2005 DD | Reviewed of HOD and file | | 1.00<br>175.00/hr | 175.00 |
| 5/27/2005 DH | Draft and send letter to the special education coordinator at Birney Elementary School responding to the Letter of Invitation. | | 0.25<br>350.00/hr | 87.50 |
| 6/1/2005 KD | Drafted letter to parent/copy of Atty's 5-27-05 Ltr to Birney ES re MDT and LOI/copy to advc and file/added to case notes/mailed copy to Kevin Carter | | 0.42<br>105.00/hr | 44.10 |
| 6/3/2005 KD | Phone call to Kevin Carter re MDT Mtngs | | 0.08<br>105.00/hr | 8.40 |
| DD | Reviewed letter to school requesting and MDT meeting and file | | 0.50<br>175.00/hr | 87.50 |

Jamal Houck                                                                                               Page  2

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2005 | DH | Draft and send letter to Ms. Lyons, special education coordinator at Birney Elementary School responding to the Confirmation of Meeting Notice. | 0.25 350.00/hr | 87.50 |
| 6/9/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 6-7-05 Ltr to Birney ES re MDT/copy to advc and file/added to case notes/mailed copy to Kevin Carter | 0.50 105.00/hr | 52.50 |
| 6/13/2005 | KD | Phone call from parent inquiring about meeting dates and times | 0.08 105.00/hr | 8.40 |
|  | KD | typed email memo to Williams Bautista re parent's call inquiring about meeting dates and times | 0.08 105.00/hr | 8.40 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's 6-13-05 Ltr to Birney ES w/LOI/copy to advc, case file, and Kevin Carter/added to case notes | 0.50 105.00/hr | 52.50 |
| 6/14/2005 | KD | Phone call from parent re incident on bus and not yet receiving an incident report/call to Atty Hill re same | 0.17 105.00/hr | 17.85 |
|  | DH | Review the student's educational file to determine DCPS compliance with the order, conduct educational research regarding the parent's right to immeidate placement for the student, draft administrative due process hearing request for Ms. Neloms' review. | 1.67 350.00/hr | 584.50 |
| 6/17/2005 | KD | Reviewed 6-17-05 HR and consulted w/Atty Neloms due to errors in HR / reviewed case files and created a 'B' file organizing all docs in chron order/placed 'A' file in Overflow Room/added to case notes | 1.58 105.00/hr | 165.90 |
|  | KD | Phone call from parent re MDT Meeting | 0.08 105.00/hr | 8.40 |
|  | KC | Prepared for upcoming MDT/IEP meeting | 1.00 175.00/hr | 175.00 |
|  | KC | Attended MDT/IEP @ Birney ES | 2.00 175.00/hr | 350.00 |
|  | KC | Phone call to DCPS Ms. Lykes | 0.25 175.00/hr | 43.75 |
| 6/21/2005 | KD | Drafted letter to parent/enclosed copy of Plcmnt Accptnc from Episcopal/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
|  | DD | Reviewed file and letter from the Episcopal center accepting Jamal | 0.50 175.00/hr | 87.50 |
| 6/25/2005 | RN | Review administrative due process hearing request filed by Mr. Hill. | 0.25 350.00/hr | 87.50 |

Jamal Houck                                                                                                           Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/25/2005 | DH | Review the student's educational file, discussion with the educational advocate assigned to the student's case, review his notes, draft administrative due process hearing request, for Ms. Neloms' review and execution, alleging DCPS denied the student FAPE by failing to comply with the expressed written terms of the administrative due process hearing request. | 1.50 350.00/hr | 525.00 |
| 6/27/2005 | KD | Drafted letter to parent/enclosed copy of Cost Worksheet for services at Episcopal from DCPS/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 6/30/2005 | DD | Reviewed file and invitations for MDT/IEP | 0.50 175.00/hr | 87.50 |
| 7/8/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50 105.00/hr | 52.50 |
| 7/26/2005 | KD | Assist attorney to prepare disclosure to DCPS | 2.00 105.00/hr | 210.00 |
|  | DH | Review the student's educational file, prepare five-day disclosures for the student's administrative due process hearing. | 2.00 350.00/hr | 700.00 |
|  | RN | Review five-day disclosures prepared by Mr. Hill. | 0.50 350.00/hr | 175.00 |
| 7/27/2005 | KD | Phone call to Episcopal re testimony required at upcoming hearing | 0.08 105.00/hr | 8.40 |
| 7/28/2005 | KC | Reviewed client file. | 0.83 175.00/hr | 145.25 |
| 7/29/2005 | KD | Phone call to parent re change in location of upcoming hearing and to confirm date and time | 0.08 105.00/hr | 8.40 |
|  | KD | Drafted letter to parent/enclosed copy of Notice from DCPS re Change in Location of upcoming hearing/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 8/1/2005 | KC | Reviewed client file in prep for resolution meeting. | 0.83 175.00/hr | 145.25 |
|  | DH | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
|  | RN | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
| 8/2/2005 | KC | Appearance to 825 North Capital for due process hearing | 2.00 175.00/hr | 350.00 |

Jamal Houck                                                                                                               Page      4

|            |    |                                                                                                                                       | Hrs/Rate          | Amount   |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 8/2/2005   | DD | Appearance to 825 North Capital for due process hearing                                                                               | 1.00 175.00/hr    | 175.00   |
|            | DD | Reviewed file for up coming hearing                                                                                                   | 1.50 175.00/hr    | 262.50   |
|            | RN | Prepare for the student's administrative due process hearing.                                                                         | 1.00 350.00/hr    | 350.00   |
|            | KC | Reviewed client file; new client assignment                                                                                           | 1.00 175.00/hr    | 175.00   |
|            | DH | Appear and at the student's administrative due process hearing.                                                                       | 2.00 350.00/hr    | 700.00   |
|            | RN | Appear and at the student's administrative due process hearing.                                                                       | 2.00 350.00/hr    | 700.00   |
|            | DH | Prepare for the student's administrative due process hearing.                                                                         | 1.00 350.00/hr    | 350.00   |
| 8/19/2005  | KD | Phone call from parent re transportation and guardianship documents faxed to Atty Hill                                                | 0.08 105.00/hr    | 8.40     |
| 8/23/2005  | KD | Completed Student Transportation Data Form and faxed with 8-22-05 HOD to OSE and to Episcopal Center                                  | 0.50 105.00/hr    | 52.50    |
|            | KD | Drafted letter to parent/enclosed copy of 8-22-05 HOD/copy to advc and file/added to case notes/posted deadline issues to Outlook and Desk Calendars | 0.50 105.00/hr | 52.50 |

For professional services rendered                                                                                       36.48          $8,286.60

Additional Charges :

| 5/19/2005 | Copied documents; HOD                                                           | 3.00 |
|           | Facsimile Received from DCPS; HOD                                               | 3.00 |
| 5/24/2005 | Postage; HOD letter to parent.                                                  | 0.60 |
|           | Copied: HOD letter for parent and advocate.                                     | 1.50 |
| 5/27/2005 | Facsimile: Letter to ES.                                                        | 3.00 |
| 5/31/2005 | Postage; Attorney's letter to Birney ES, and LOI to parent and Kevin Carter.    | 0.60 |
| 6/7/2005  | Facsimile- letter                                                               | 9.00 |
|           | Facsimile- letter                                                               | 9.00 |

Jamal Houck                                                                                     Page    5

                                                                                                <u>Amount</u>

| Date | Description | Amount |
|---|---|---:|
| 6/9/2005 | Postage; Attorney's letter to Birney ES to parent and Kevin Carter. | 1.20 |
|  | Copied: Attorney's letter to Birney ES for parent, advocate and K.C. | 8.25 |
| 6/13/2005 | Copied: Attorney's l letter to Birney for parent, K.C. and advocate. | 3.75 |
| 6/14/2005 | Postage; MDT letter to parent and Kevin Carter | 0.97 |
| 6/17/2005 | Copied: Intake forms and case notes for file. | 2.75 |
| 6/21/2005 | Copied documents(Parent/Adv-Placement Accptive From Episcopal+CVR letter) | 9.00 |
|  | Postage; Placement acceptance from Episcopal to parent. | 0.37 |
| 6/27/2005 | Postage; DCPS cost worksheet to parent. | 0.37 |
|  | Messenger Service to and from DCPS (Hearing Request) | 20.00 |
|  | Copied: cost worksheet from DCPS for parent and advocate. | 1.00 |
| 7/8/2005 | Copied documents-HN and Cvr Ltr | 1.00 |
|  | Postage; HN letter to parent. | 0.37 |
| 7/26/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO and OGC. | 74.50 |
| 7/29/2005 | Postage; letter to parent re: HN at new location. | 0.37 |
|  | Copied documents to parent and advocate: HN and cover letter | 1.00 |
| 8/2/2005 | Sedan taxi service to Whittier ES for hearing | 15.00 |
| 8/23/2005 | Postage; letter to parent re: HOD and transportation form. | 0.60 |
|  | Copied: transportation form for parent and advocate. | 4.50 |
| 8/24/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $291.58 |
|  | Total amount of this bill | $8,578.18 |