# EXHIBIT 26



# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

### APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
### PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Olin Hubbard
   DOB: 4/19/95
   Date of Determination (HOD/SA): 8/1/05
   Parent/Guardian Name: Charlene Dickens
   Parent/Guardian Address: 718 Taylor St., NW, WDC 20011
   Current School: Capitol City PCS
   Home School: Clark E.S.

3. **Invoice Information**
   Invoice Number: 05-374
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 1/11/05 to 6/23/05
   Amount of Payment Request: $ 14,631.92

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_                    August 26, 2005
Signature                                Date

# District of Columbia Public Schools
## State Enforcement and Investigation Division
Terry Michael Banks, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(571) 437-7381
Facsimile: (202) 442-5556

### Confidential

| | | |
|---|---|---|
| OLIN HUBBARD, STUDENT | ) | |
| | ) | |
| Date of Birth: April 19, 1995 | ) | Hearing Date: June 23, 2005 |
| | ) | |
| Petitioner, | ) | Request for Hearing: May 23, 2005 |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITOL CITY P.C.S. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| PUBLIC SCHOOLS | ) | |
| | ) | Held at: 825 North Capitol Street, N.E. |
| Respondent. | ) | 8th Floor |
| | ) | Washington, D.C. 20002 |
| Student Attending: | ) | |
| Capitol City Public Charter School | ) | |
| Home School: Clark Elementary School | ) | |

### INTERIM ORDER

| | |
|---|---|
| Parents: | Ms. Charlene Dickens, Mother |
| | 718 Taylor Street, N.W. |
| | Washington, D.C. 20011 |
| | |
| Counsel for Petitioner: | Roberta L. Gambale, Esquire |
| | James E. Brown & Associates |
| | 1220 L Street, N.W.; Suite 700 |
| | Washington, D.C. 20005 |
| | (202) 742-2000, x2021; Fax: (202)742-2098 |

| **Counsel for Capitol City:** | Ellen Douglass Dalton, Esquire |
| | Dalton, Dalton & Houston, P.C. |
| | 1008 Pendleton Street |
| | Alexandria, Virginia 22314-1837 |
| | (703) 739-4300; Fax: (703)739-2323 |
| **Counsel for DCPS:** | Rhondalyn Primes, Esquire |
| | Office of the General Counsel, DCPS |
| | 825 North Capitol Street, N.E. |
| | 9th Floor |
| | Washington, D.C. 20002 |

An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Decision as a public record.

## INDEX OF NAMES

| Child | Olin Hubbard |
|---|---|
| Child's Parent(s) (specific relationship) | Charlene Dickens, Mother |
| Child/Parent's Representative | Roberta L. Gambale, Esquire |
| School System's Representatives | Rhondalyn Primes, Esquire for DCPS  Ellen Douglass Dalton, Esquire for Capitol City |
| Director of Student Services | Shelley McLaughlin, Capitol City |
| Educational Advocate | Dr. Robin Boucher, James E. Brown & Associates |

**Jurisdiction**

This hearing was conducted in accordance with the rights established under the Individuals With Disabilities Act ("IDEA"), 20 U.S.C. Sections 1400 et seq., Title 34 of the Code of Federal Regulations, Part 300; Title V of the District of Columbia ("District" or "D.C.") Municipal Regulations ("DCMR"), re-promulgated on February 19, 2003; and Title 38 of the D.C. Code, Subtitle VII, Chapter 25.[1]

**Introduction**

Petitioner is a ten year-old student attending Capitol City Public Charter School ("CCPCS"). On May 23, 2005, Petitioner filed a *Request for Hearing* ("*Request*" or "*Petition*") alleging that CCPCS and the District of Columbia Public Schools ("DCPS") failed to (1) conduct necessary evaluations, and (2) assemble an appropriate Individualized Education Program ("IEP") team. The due process hearing was convened on June 23, 2005. The parties' Five Day Disclosure Notices were admitted into evidence. After the parties' opening statements, the hearing officer indicated his intention to issue an Interim Order.

**ORDER**

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, and the representations of the parties' counsel at the hearing, this 1st day of August 2005, it is hereby

**ORDERED**, that DCPS will complete the following evaluations on or before July 15, 2005: occupational therapy and the Written Expression portion of a psychoeducational evaluation. DCPS shall forward copies of the completed evaluations to Petitioner's counsel and to counsel for CCPCS immediately upon their completion.

**IT IS FURTHER ORDERED**, that in the event DCPS has not completed the evaluations at the issuance of this order, Petitioner shall obtain independent occupational therapy and Woodcock-Johnson III Written Language Battery evaluations in accordance with 5 DCMR Section 3027.5. Petitioner's counsel shall forward copies of the completed evaluations to the DCPS Office of Mediation and Compliance, counsel for CCPCS, and to the Special Education Coordinator at CCPCS by facsimile transmission and first class mail.

**IT IS FURTHER ORDERED**, that within fifteen days of its completion of evaluations or its receipt of independent evaluations, DCPS shall convene a Multidisciplinary Team ("MDT") meeting at CCPCS. DCPS will coordinate scheduling the MDT meeting with Petitioner's counsel, Roberta Gambale, Esquire, (202) 742-2000,

---

[1] Petitioner did not object to the admission of DCPS Exhs. 5 and 6, Petitioner's May 2005 IEP and progress report, presented at the hearing.

3

and with CCPCS. The MDT shall review all current evaluations, reconsider Petitioner's classification, update the IEP, and discuss and determine Petitioner's need for compensatory education services.

**IT IS FURTHER ORDERED**, that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED**, that within seven days of the MDT meeting or the issuance of this order, whichever occurs later, all parties shall provide the hearing officer written notification of the status of Petitioner's 2005-2006 educational program. The hearing officer shall retain jurisdiction of this matter until that time to enter a final decision or to reconvene a hearing to adjudicate any allegation that DCPS failed to meet its deadlines in this Order or continues to violate IDEA. In the event a party files a status report prior to the date provided above, the other parties shall file replies within seven days. In the event a party fails to file a status report, the hearing officer will deem the representations in the other parties' status reports as conceded.

**IT IS FURTHER ORDERED**, that this Order is effective immediately.

_/s/ Terry Michael Banks_
Terry Michael Banks
Hearing Officer

Date: August 1, 2005

Issued: 8-1-05

Copies to:

Roberta L. Gambale, Esquire
James E. Brown & Associates
1220 L Street, N.W.; Suite 700
Washington, D.C. 20005
(202) 742-2000, x2021; Fax: (202)742-2098

Rhondalyn Primes, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Olin Richard Hubbard
Charlene Dickens
718 Taylor St, NW
Washington DC 20011

August 08, 2005

In Reference To: Olin Richard Hubbard
DOB: 4/9/95
Attending School: Capital City PCS
Home School: Clark ES

Invoice #10885

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/11/2005 | MH | Consultation with parent and legal assistant, research and case preparation. | 1.32<br>350.00/hr | 462.00 |
|  | AAG | Drafted letter to parent | 0.58<br>105.00/hr | 60.90 |
|  | RB | Reviewed intake documents | 0.33<br>175.00/hr | 57.75 |
|  | RB | Memo to attorney re intake documents review | 0.17<br>175.00/hr | 29.75 |
|  | BDL | Conference with parent to discuss opening case and child's educational needs. | 1.32<br>105.00/hr | 138.60 |
| 1/12/2005 | MH | Prepared and file due process hearing request to DCPS. Includes research on issues raised and draftng and revising claims. | 2.83<br>350.00/hr | 990.50 |
| 1/13/2005 | HR | Draft case status letter to parent detailing hearing requested | 0.58<br>105.00/hr | 60.90 |
|  | RB | Memo from attorney re need for school observation and potential eligibility issues | 0.17<br>175.00/hr | 29.75 |
| 1/14/2005 | RB | Faxed parent's signed evaluation consent to Clark ES | 0.17<br>175.00/hr | 29.75 |

Olin Richard Hubbard                                                                                                          Page    2

|            |    |                                                                                                                                     | Hrs/Rate        | Amount |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 1/14/2005  | RB | Phone call to parent re observation and evaluations                                                                                 | 0.25 175.00/hr  | 43.75  |
|            | RB | Telephone call to Capital City PCS re observation                                                                                   | 0.33 175.00/hr  | 57.75  |
|            | MH | Discussion with educational advocate, Dr. Robin Boucher, regarding current case status, plan for observation, pending hearing, and strategy for obtaining FAPE. | 0.17 350.00/hr  | 59.50  |
|            | RB | Discussion with attorney: observation, case strategy                                                                                | 0.17 175.00/hr  | 29.75  |
|            | HR | Phone call from mom to inform us of the conference she had at school                                                                | 0.25 105.00/hr  | 26.25  |
|            | MH | Conference with parent regarding hearing request and needed evaluations.                                                            | 0.25 350.00/hr  | 87.50  |
|            | RB | Telephone call to Clark ES re enrollment                                                                                            | 0.25 175.00/hr  | 43.75  |
| 1/21/2005  | RB | Telephone call to Capital City PCS re observation                                                                                   | 0.17 175.00/hr  | 29.75  |
|            | RB | Discussion with attorney: observation and pending hearing                                                                           | 0.50 175.00/hr  | 87.50  |
|            | MH | Discussion with educational advcoate, Dr. Robin Boucher, regarding pending observation, hearing and evaluations.                    | 0.33 350.00/hr  | 115.50 |
| 1/24/2005  | RB | Telephone call to Capital City PCS re observation                                                                                   | 0.17 175.00/hr  | 29.75  |
|            | RB | Phone call to parent to inform of 1/25/05 observation                                                                               | 0.08 175.00/hr  | 14.00  |
|            | HR | Draft case status letter to parent regarding notice of hearing                                                                      | 0.42 105.00/hr  | 44.10  |
|            | MH | Conference with parent regarding pending evaluations.                                                                               | 0.25 350.00/hr  | 87.50  |
| 1/25/2005  | HR | Phone call from mom to confirm attendance to the hearing scheduled 2-09-05                                                          | 0.08 105.00/hr  | 8.40   |
|            | RB | School visit; classroom observation                                                                                                 | 2.75 175.00/hr  | 481.25 |
|            | RB | Memo to attorney re observation at charter school                                                                                   | 0.25 175.00/hr  | 43.75  |

Olin Richard Hubbard                                                                                         Page    3

|            |     |                                                                                                                                                                                                   | Hrs/Rate         | Amount |
|------------|-----|-------|------|-------|
| 1/26/2005  | RB  | Phone call from parent about school observation                                                                                                                                                              | 0.08<br>175.00/hr | 14.00  |
| 1/31/2005  | MH  | Conference with parent regarding pending evaluations and hearing.                                                                                                                                             | 0.17<br>350.00/hr | 59.50  |
| 2/2/2005   | RB  | Phone call from parent requesting fax number and asking about observation                                                                                                                                     | 0.17<br>175.00/hr | 29.75  |
|            | CMM | Assisted attorney to prepare 5 day disclosure to DCPS, Paul Dalton, Esq. and Capital City PCS                                                                                                                | 1.50<br>105.00/hr | 157.50 |
|            | MH  | Prepare disclosure to DCPS with assistance of paralegal. Reviewed entire file and identified potential exhibits and witnesses. Prepared exhibit packet and cover letter identifying exhibits and witnesses. Supervized delievery to DCPS counsel. | 1.50<br>350.00/hr | 525.00 |
| 2/3/2005   | CMM | Phone call from Ms. Sabella at Capital City PCS regarding refax 5 day disclosure                                                                                                                              | 0.25<br>105.00/hr | 26.25  |
| 2/8/2005   | HR  | Phone call to mom informing her that the hearing will be rescheduled                                                                                                                                          | 0.25<br>105.00/hr | 26.25  |
| 2/11/2005  | HR  | Draft letter to parent informing her of the notice of hearing received.                                                                                                                                       | 0.42<br>105.00/hr | 44.10  |
| 2/23/2005  | MH  | Conference with parent, teachers, and school psychologist regarding interventions to ease student's transition back into charter school after recent psychiatric hospitalization. Includes file reveiw in preparation for conference. | 0.92<br>350.00/hr | 322.00 |
| 3/1/2005   | MH  | Conference with parent regarding evaluations and plan for case.                                                                                                                                               | 0.25<br>350.00/hr | 87.50  |
|            | MH  | Conference with Dr. Vallis regarding child's emotional state and needs.                                                                                                                                       | 0.33<br>350.00/hr | 115.50 |
|            | MH  | Drafted letter to DCPS / Attorney regarding pending evaluations and psychiatric concerns.                                                                                                                     | 0.25<br>350.00/hr | 87.50  |
|            | MH  | Drafted letter to charter school regarding pending evaluations and psychiatric concerns.                                                                                                                      | 0.25<br>350.00/hr | 87.50  |
| 3/7/2005   | HR  | Assisted attorney to prepare additional disclosure to DCPS                                                                                                                                                    | 0.67<br>105.00/hr | 70.35  |
|            | HR  | Assisted attorney toin sending additional disclosure to Paul Dalton                                                                                                                                           | 0.33<br>105.00/hr | 34.65  |
|            | MH  | Prepare additional disclosure to DCPS and charter school with assistance from paralegal.                                                                                                                      | 0.92<br>350.00/hr | 322.00 |

Olin Richard Hubbard                                                                                                                     Page    4

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2005 | MH | Drafted letter to DCPS / Attorney and to charter school regarding pending hearing for 3/14/05. | 0.42 350.00/hr | 147.00 |
| 3/14/2005 | MH | Conference with parent regarding behavior problems. | 0.17 350.00/hr | 59.50 |
| 3/29/2005 | MH | Reviewed Psychological evaluation report received from DCPS this week. Made notes to file and developed strategy in light of findings in the report. | 0.67 350.00/hr | 234.50 |
| 4/4/2005 | RB | Phone call from parent re hospital medical records; medical documentation of ADHD, and meeting dates | 0.33 175.00/hr | 57.75 |
|  | RB | Telephone call to Capitol City PCS re meeting to review evaluations and determine eligibility/ineligibility | 0.17 175.00/hr | 29.75 |
|  | RB | Memo to attorney re 2005 PE results including missing assessment | 0.33 175.00/hr | 57.75 |
|  | RB | Phone call to parent re possible meeting dates | 0.17 175.00/hr | 29.75 |
|  | RB | Reviewed psychoeducational evaluation report of 2-3/05 | 0.67 175.00/hr | 117.25 |
|  | HR | Draft letter to Capital City Charter School requesting a MDT Meeting and sent letter via facsimile to the school with attached copies of evaluations, also submitted a copy of the letter and evaluations to Dalton, Dalton & Houston, P.C. | 0.67 105.00/hr | 70.35 |
| 4/5/2005 | RB | Drafted and faxed letter to Capital City PCS re meeting | 0.42 175.00/hr | 73.50 |
|  | RB | Memo to attorney about communication with Capital City PCS about meeting to review evaluation | 0.08 175.00/hr | 14.00 |
| 4/6/2005 | RB | Phone call from parent re optimal dates for school meeting | 0.17 175.00/hr | 29.75 |
|  | RB | Telephone call from Capital City PCS sped coordinator re scheduling meeting through their attorney | 0.17 175.00/hr | 29.75 |
|  | RB | E-mail memo to attorney re meeting status | 0.17 175.00/hr | 29.75 |
|  | RB | Phone call to parent re meeting dates, child's progress and problems, and charter school's communication | 0.50 175.00/hr | 87.50 |
|  | RB | Written memo to attorney re parent's report and communication about charter school | 0.33 175.00/hr | 57.75 |

Olin Richard Hubbard                                                                                              Page    5

|            |    |                                                                                                                                                    | Hrs/Rate          | Amount |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 4/7/2005   | HR | Draft case status letter to parent informing them of letter sent to DCPS requesting a meeting                                                      | 0.50 105.00/hr    | 52.50  |
| 4/8/2005   | MH | Discussion with educational advocate, Robin Boucher, regarding case status.                                                                        | 0.08 350.00/hr    | 28.00  |
|            | RB | Discussion with attorney Hull: case status                                                                                                         | 0.08 175.00/hr    | 14.00  |
|            | RB | Phone call to parent re optimal times for school meeting                                                                                           | 0.17 175.00/hr    | 29.75  |
|            | RB | Drafted and faxed letter to Capital City PCS attorney, E. Dalton, re meeting dates                                                                 | 0.50 175.00/hr    | 87.50  |
|            | RB | Memo to attorney re telephone call to parent re meeting dates and letter to school's attorney                                                      | 0.17 175.00/hr    | 29.75  |
| 4/11/2005  | RG | Discussion with MH                                                                                                                                 | 0.17 350.00/hr    | 59.50  |
|            | MH | Discussion with co-counsel, Roberta Gambale, regarding case status.                                                                                | 0.17 350.00/hr    | 59.50  |
| 4/12/2005  | RG | Discussion with team re: case strategy; call to/from attorney for Charter school re: meeting and hosp. records; communications with mom re: records and case status; update notes | 0.67 350.00/hr    | 234.50 |
| 4/13/2005  | RB | Phone call to parent re meeting dates proposed by school and child's progress and services                                                         | 0.17 175.00/hr    | 29.75  |
|            | RB | Memo to attorney re parent's report                                                                                                                | 0.17 175.00/hr    | 29.75  |
|            | RB | Drafted and faxed letter to charter school attorney re meeting date/time                                                                           | 0.33 175.00/hr    | 57.75  |
|            | RB | Discussion with attorney: meeting strategies and evaluations                                                                                       | 0.17 175.00/hr    | 29.75  |
|            | RG | Communications with parent re: status and records; review evaluations and case notes; (40) discussion with advocate - follow up on meeting (10)    | 0.83 350.00/hr    | 290.50 |
| 4/14/2005  | RB | Faxed meeting acceptance to Capital City PCS                                                                                                       | 0.17 175.00/hr    | 29.75  |
|            | RG | Drafted letter to DCPS / Attorney re: meeting                                                                                                      | 0.42 350.00/hr    | 147.00 |

Olin Richard Hubbard                                                                                   Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2005 | RG | Discussion with RB re: case startategy | 0.17<br>350.00/hr | 59.50 |
|  | RB | Drafted and faxed letter to Capital City PCS re 5/19/05 meeting and need for written confirmation | 0.33<br>175.00/hr | 57.75 |
|  | RB | Discussion with attorney: need to involve Clark ES in 5/19/05 meeting | 0.17<br>175.00/hr | 29.75 |
|  | RB | Drafted and faxed letter to Clark ES re 5/19/05 meeting with copy of meeting confirmation/acceptance | 0.33<br>175.00/hr | 57.75 |
| 4/28/2005 | RB | Phone call from parent re summer camps | 0.08<br>175.00/hr | 14.00 |
| 5/2/2005 | YA | Assist attorney with correspondence to Clark ES re, meeting | 0.33<br>105.00/hr | 34.65 |
| 5/3/2005 | YA | Phone call from parent re: testing | 0.25<br>105.00/hr | 26.25 |
|  | RG | Conference with parent re: evals needed | 0.33<br>350.00/hr | 115.50 |
| 5/5/2005 | YA | Draft status letter to parent re: records received | 0.58<br>105.00/hr | 60.90 |
| 5/18/2005 | RB | Phone call from parent re meeting agenda | 0.42<br>175.00/hr | 73.50 |
|  | RB | Prepared for meeting: reviewed case notes, psychiatric reports, evaluations, parent's reports | 1.08<br>175.00/hr | 189.00 |
| 5/19/2005 | RB | Attended MDT meeting at Capital City PCS with parent | 3.00<br>175.00/hr | 525.00 |
|  | RB | Memo to attorney re meeting outcomes | 0.75<br>175.00/hr | 131.25 |
|  | RB | Collated meeting documents and asked paralegal to copy and file | 0.17<br>175.00/hr | 29.75 |
| 5/20/2005 | RB | Phone call from parent re disability classification and possible placements | 0.17<br>175.00/hr | 29.75 |
|  | RB | Memo to attorney re parent's report about placements and disability classification preference | 0.25<br>175.00/hr | 43.75 |
|  | RB | Phone call to parent re potential placements and next steps in case | 0.33<br>175.00/hr | 57.75 |

Olin Richard Hubbard                                                                                               Page    7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2005 | RB | Discussion with attorney re hearing and meeting issues | 0.25<br>175.00/hr | 43.75 |
|  | RG | Prepared and file due process hearing request to DCPS to address 34 C.F.R. Sections 300.300; 300.347; 300.530-536; 300.346; 300.344 | 2.00<br>350.00/hr | 700.00 |
|  | RG | email correspondence re; summer programs, meeting, evaluations and hearing request exchanged with mom. | 0.50<br>350.00/hr | 175.00 |
|  | RG | Reviewed meeting notes and file to ascertain status and discussion with RB re evaluations and program (15) | 0.58<br>350.00/hr | 203.00 |
| 5/24/2005 | YA | Draft status letter to parent re, Hearing Request | 0.58<br>105.00/hr | 60.90 |
| 5/31/2005 | RB | Phone call from parent re need to cancel school meeting, alternative dates | 0.25<br>175.00/hr | 43.75 |
| 6/1/2005 | RB | Memo to attorney re parent's cancelation of school meeting | 0.17<br>175.00/hr | 29.75 |
|  | RB | Phone call from parent re school's possible meeting dates | 0.17<br>175.00/hr | 29.75 |
|  | RB | Phone call to parent re possible meeting dates | 0.08<br>175.00/hr | 14.00 |
|  | YA | Draft status letter to parent re, Hearing Date Notice enclosed | 0.58<br>105.00/hr | 60.90 |
| 6/2/2005 | RB | Telephone call to Capital City PCS re meeting dates/times | 0.08<br>175.00/hr | 14.00 |
|  | RB | Memo to attorney re meeting date/time | 0.08<br>175.00/hr | 14.00 |
|  | RB | Phone call from parent about alternative meeting dates | 0.17<br>175.00/hr | 29.75 |
|  | RB | Telephone call to Capital City PCS re meeting date/time; faxed note re meeting date/time agreed upon | 0.25<br>175.00/hr | 43.75 |
|  | RB | Phone call to parent re meeting date/time | 0.08<br>175.00/hr | 14.00 |
| 6/3/2005 | RB | Phone call from parent confirming 6/22/05//1:00 meeting | 0.08<br>175.00/hr | 14.00 |
| 6/10/2005 | RG | Conference with parent re; hrg | 0.33<br>350.00/hr | 115.50 |

Olin Richard Hubbard                                                                                   Page    8

|            |    |                                                                                               | Hrs/Rate         | Amount    |
|------------|----|-----------------------------------------------------------------------------------------------|------------------|-----------|
| 6/15/2005  | RG | Prepare disclosure to DCPS                                                                    | 1.00 350.00/hr   | 350.00    |
| 6/16/2005  | YA | Assisted attorney to prepare disclosure to Office of General Counsel and Student Hearing Office | 2.00 105.00/hr   | 210.00    |
| 6/17/2005  | YA | Filed back disclosure documents in file                                                       | 0.58 105.00/hr   | 60.90     |
| 6/22/2005  | RG | Conference with parent - telephone conference re: hrg and meeting (20) discussion with Dr. B. (20) | 0.67 350.00/hr   | 234.50    |
|            | RB | Phone call from parent to reconfirm meeting                                                   | 0.08 175.00/hr   | 14.00     |
|            | RB | Attended IEP meeting at Capital City PCS with parent                                          | 3.50 175.00/hr   | 612.50    |
|            | RB | Discussion with attorney: pending hearing issues                                              | 0.33 175.00/hr   | 57.75     |
| 6/23/2005  | YA | Discussion with the child's attorney                                                          | 0.33 105.00/hr   | 34.65     |
|            | YA | Research educational needs re, hearing                                                        | 0.33 105.00/hr   | 34.65     |
|            | RB | Appearance to 825 North Capital for due process hearing                                       | 2.00 175.00/hr   | 350.00    |
|            | RB | Prepared for Due Process Hearing: reviewed disclosure packet                                  | 0.33 175.00/hr   | 57.75     |
|            | RG | Prepared for Due Process Hearing and pre-hrg confernece with parent                           | 2.00 350.00/hr   | 700.00    |
|            | RG | Appearance to 825 North Capital for due process hearing and post hearing discussion with parent | 2.00 350.00/hr   | 700.00    |
|            |    | For professional services rendered                                                            | 62.73            | $14,052.15 |
|            |    | Additional Charges :                                                                          |                  |           |
| 1/11/2005  |    | Copied documents                                                                              |                  | 0.50      |
|            |    | Postage; letter to parent                                                                     |                  | 0.37      |
|            |    | Copied documents; intake                                                                      |                  | 28.00     |
| 1/12/2005  |    | Facsimile HR to SHO & Cap City PCS                                                            |                  | 12.00     |

Olin Richard Hubbard                                                                                          Page    9

                                                                                                             <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 1/13/2005 | Copied documents; HR and letter to parent | 1.75 |
| 1/14/2005 | Facsimile signed consent to evaluate to Clarke ES. | 2.00 |
| 1/24/2005 | Postage; letter to parent | 0.37 |
|  | Copied documents; NOH | 0.50 |
| 2/2/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Facsimile(Paul Dalton.Esg.5-Day Disclosure) | 32.00 |
|  | Facsimile(K.Dresden-5-Day Disclosure) | 32.00 |
|  | Copied 5 day disclosure | 11.50 |
| 2/8/2005 | Facsimile to HOD to Kennedy Institute. | 7.00 |
| 2/11/2005 | Postage; Letter to the parent wtih NOH. | 0.60 |
|  | Copied documents(Parent/NOH w/letter) | 0.50 |
| 3/1/2005 | Facsimile(CapCity-letter+Psycho-eval) | 6.00 |
|  | Facsimile(Clarke ES-letter+Psycho-eval) | 6.00 |
| 3/7/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied documents(Atty/SHO/OGC-Disclosure) | 45.00 |
|  | Facsimile(Pauk Dalton esg. Disclosure) | 14.00 |
|  | Copied documents(Atty/SHO/OGC-Disclosure) | 45.00 |
| 4/5/2005 | Facsimile letter re: meeting to Capital City | 2.00 |
| 4/7/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 4/8/2005 | Copied documents; letter to Capital City | 0.50 |
|  | Facsimile letter to Dalton re: Capital City PCS | 2.00 |
| 4/11/2005 | Copied documents | 0.74 |
|  | Facsimile letter to schoo's attorney re: meeting date | 2.00 |
| 4/13/2005 | Copied documents; letter to school attorney | 0.50 |

Olin Richard Hubbard                                                                                         Page    10

|            |                                                                   | Amount   |
|------------|-------------------------------------------------------------------|----------|
| 4/13/2005  | Copied documents; letter to parent                                | 0.50     |
| 4/14/2005  | Postage; letter to parent                                         | 0.60     |
|            | Facsimile letter re: mtg to Capital City                          | 2.00     |
|            | Copied documents;meeting notice                                   | 0.50     |
|            | Facsimile meeting acceptance to Capital City                      | 2.00     |
|            | Facsimile letter and mtg notice to Clark ES                       | 3.00     |
|            | Copied documents; letter to school                                | 0.50     |
| 5/3/2005   | Facsimile to SHO                                                  | 2.00     |
| 5/5/2005   | Postage; Letter to the parent.                                    | 0.37     |
|            | Copied records/medical for the parent                             | 17.25    |
| 5/18/2005  | Copied: Meeting agenda, for advocate.                             | 0.75     |
|            | Copied: Case notes for meeting, for advocate.                     | 0.75     |
|            | Copied: Psychiatric records for Advocate.                         | 8.75     |
| 5/20/2005  | Copied: MDT meeting notes for file.                               | 3.00     |
| 5/24/2005  | Copied documents(Parent-adv-HR)                                   | 4.00     |
|            | Copied: HR letter for parent.                                     | 0.25     |
| 5/25/2005  | Postage; HR letter to parent.                                     | 0.60     |
| 6/1/2005   | Copied: HDN letter for parent and advocate.                       | 1.00     |
| 6/2/2005   | Postage; HR letter to parent                                      | 0.37     |
|            | Facsimile: Meeting date note to Cap City PCS.                     | 1.00     |
| 6/16/2005  | Copied: Disclosure for SHO, OGC, attorney, and advocate.          | 117.00   |
|            | Messenger Service to and from DCPS (5-day Disclosures)            | 20.00    |
| 6/23/2005  | Copied: MDT notes for file.                                       | 3.00     |
|            | File review preparation of bill and invoice audit                 | 96.88    |
|            | Total costs                                                       | $579.77  |
|            | Total amount of this bill                                         | $14,631.92 |