# EXHIBIT 27



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm:                JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney:                JAMES E. BROWN
   Federal Tax ID No.:      52-1500760
   D.C. Bar No.:            61622

2. **Student Information**
   Name:                          Donnell Jackson
   DOB:                           7/8/89
   Date of Determination (HOD/SA): 8/15/05
   Parent/Guardian Name:          Shirley Richardson
   Parent/Guardian Address:       2116 H St., NE, WDC 20002
   Current School:                Maya Angelo PCS
   Home School:                   Browne JHS

3. **Invoice Information**
   Invoice Number:          05-376
   Date Request Submitted:  8/26/05
   Date(s) Services Rendered: 5/25/05 to 8/23/05
   Amount of Payment Request  $ 8,923.71

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                 Date

# District of Columbia Public Schools

## Office of Management Services

### Tonya M. Butler-Truesdale, Esquire

Independent Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, DC 20002-4232
(202) 518-6867
Facsimile: (202) 442-5556

## CONFIDENTIAL

## HEARING OFFICER'S DETERMINATION

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS HEARING** |
| | ) | |
| Doriell Jackson, Student | ) | |
| Date of Birth: 07/08/89 | ) | **DECISION AND ORDER** |
| | ) | |
| Petitioner | ) | Hearing Dates: July 25, 2005 |
| | ) | |
| v. | ) | Held at: 825 North Capitol Street, NE, 8th Floor |
| | ) | Washington, D.C. 20002 |
| District of Columbia Public | ) | |
| Schools and Maya Angelo | ) | |
| Public Charter School | ) | |
| | ) | |
| Respondents. | ) | |

| | |
|---|---|
| Parent(s) or Guardian: | Ms. Shirley Richardson<br>2116 H Street, NE<br>Washington, DC 20002 |
| Counsel for Parent(s): | Roxanne D. Neloms, Esquire<br>James E. Brown & Associates, PLLC<br>Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005 |
| Counsel for Schools: | Rhondalyn Primes, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E., 9th Floor<br>Washington, DC 20002 |

Talib Abdus-Shahid, Esquire
Dalton, Dalton & Houston
1008 Pendleton Street
Alexandria, VA 22314-1837

2

*In the Matter of Donell Jackson*

### I.    JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

### II.    DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

### III.    FIVE-DAY DISCLOSURE

Petitioner: No witnesses were present or called to testify because the parties settled and presented disclosures labeled DJ1-DJ18.

Respondent: No witnesses were present or called to testify because the parties settled and disclosures labeled MAPCS 01-07 were presented by Maya Angelo PCS. DCPS presented a disclosure letter.

### IV.    STATEMENT OF THE CASE

On June 10, 2005 a Due Process Hearing Request was received alleging that the District of Columbia Public Schools failed to adhere to a May 19, 2005 Hearing Officer's Determination that ordered and SEP meeting and a MDT meeting. The Student Hearing Office, DCPS, scheduled a Due Process Hearing for July 5, 2005 at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, DC 20002. This hearing was continued to July 25, 2005. The Hearing convened as scheduled. Attorney Advisor Rhondalyn Primes appeared in-person for DCPS. Attorney Roxanne Neloms appeared in person on behalf of Petitioner. No testimony was taken because the parties settled.

### V.    FINDINGS OF FACT

In consideration of the hearing record, the Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated. The hearing officer entered the parties Settlement on the Record as follows:

3

*In the Matter of Donell Jackson*

## VI.  ORDER

1. DCPS shall convene a SEP meeting within 30 days of the issuance of this Order. The participating parties shall be DCPS and Petitioner.  The meeting will be held at May Angelo Public Charter School since that was Petitioners last school of enrollment.
2. The team shall also discuss and determine a compensatory education plan for missed speech and language services.  The team shall so determine if any additional evaluations are warranted and determine how and when they will be performed.
3. All meetings will be scheduled through parent's counsel; and,
4. DCPS will be granted a day for day extension for any delay caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

**This is the FINAL ADMINISTRATIVE DECISION.  An Appeal can be made to a court of competent jurisdiction within thirty (30) days of this Order's issue date.**

Tonya M. Butler-Truesdale, Esquire
Hearing Officer

August 14, 2005
Date

Issued: _9-15-05_

Student Hearing Office, DCPS

4

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Donnell Jackson
Shirley Richardson
2130 H Street, NE
Washington DC 20002


August 23, 2005
In Reference To:    Donnell Jackson
                    DOB: 3/11/88
                    School: Maya Angelou PCS
                    Home School: Spingarn SHS

Invoice #10911

         Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/25/2005 KD | Reviewed 5-19-05 HOD and added deadline issues to Outlook Calendar | 0.17 105.00/hr | 17.85 |
| KD | Drafted letter to parent/enclosed copy of 5-19-05 HOD/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 6/9/2005 KC | Prepared for upcoming MDT/IEP meeting | 1.00 175.00/hr | 175.00 |
| KC | Attended MDT/IEP @ Maya Angelou PCS | 2.00 175.00/hr | 350.00 |
| 6/10/2005 DH | Review the student's educational file to determine DCPS compliance with the previous order from the independent hearing officer, conduct educational research regarding DCPS' duty to comply with the order, and remedies available to the parent, draft administrative due process hearing request for Ms. Neloms' review. | 1.75 350.00/hr | 612.50 |
| RN | Review the administrative due process hearing request drafted by Mr. Hill. | 0.08 350.00/hr | 28.00 |
| 6/13/2005 BDL | Drafted letter to parent with HR. | 0.50 105.00/hr | 52.50 |
| 6/16/2005 KC | Prepared for upcoming MDT/IEP meeting | 1.00 175.00/hr | 175.00 |

Donnell Jackson                                                              Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/16/2005 KC | Attended MDT/IEP @ Maya Angelou PCS | 3.50<br>175.00/hr | 612.50 |
| 6/21/2005 KD | Drafted letter to parent/enclosed copy of HN for 7-5-05/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| DD | Reviewed request for hearing and update folder | 0.50<br>175.00/hr | 87.50 |
| 6/27/2005 KD | Assist attorney to prepare disclosure to DCPS | 1.33<br>105.00/hr | 139.65 |
| KD | Drafted letter to parent/enclosed copy of Revised HN for 7-25-05/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| DH | Prepare disclosure to DCPS | 1.00<br>350.00/hr | 350.00 |
| 6/28/2005 KD | Drafted letter to parent/enclosed copy of Plcmnt Ref to RCA/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| KD | Prepared and sent placement package to RCA | 0.75<br>105.00/hr | 78.75 |
| KD | Drafted letter to parent/enclosed copy of Notice to Evaluate/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/5/2005 DD | Reviewed file  school records for up coming hearing | 0.83<br>175.00/hr | 145.25 |
| 7/18/2005 WB | Assisted attorney to prepare disclosure to Paul Dalton | 0.50<br>105.00/hr | 52.50 |
| DH | Prepare disclosure to Paul Dalton | 0.50<br>350.00/hr | 175.00 |
| 7/22/2005 DH | Prepare for the student's administrative due process hearing with lead attorney. | 2.00<br>350.00/hr | 700.00 |
| RN | Prepare for the student's administrative due process hearing with of-counsel attorney. | 2.00<br>350.00/hr | 700.00 |
| 7/25/2005 RN | Prepare for the student's administrative due process hearing with of-counsel attorney. | 1.00<br>350.00/hr | 350.00 |
| DH | Prepare for the student's administrative due process hearing with lead attorney. | 1.00<br>350.00/hr | 350.00 |
| KC | Discussion with the child's attorney re; preparation for resolution meeting. | 0.25<br>175.00/hr | 43.75 |

Donnell Jackson                                                                                      Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2005 | KC | Appearance to 825 North Capital for due process hearing/resolution meeting (prelim to hearing in that matter was unresolved.) | 2.50 175.00/hr | 437.50 |
|  | GMH | Appearance to 825 North Capital, meeting w/ parent, prep conference | 2.50 175.00/hr | 437.50 |
|  | RN | Appear at the student's administrative due process hearing and travel time. | 3.00 350.00/hr | 1,050.00 |
|  | DH | Appear at the student's administrative due process hearing and travel time. | 3.00 350.00/hr | 1,050.00 |
|  | KC | Reviewed client file and hearing request | 0.50 175.00/hr | 87.50 |
| 8/17/2005 | DH | Discussion with the grandmother regarding the status of the student's case. | 0.08 350.00/hr | 28.00 |
| 8/18/2005 | KD | Drafted letter to parent/enclosed copy of 8-15-05 HOD/copy to advc and file/added to case notes/posted deadline issues to Outlook and Desk Calendars | 0.50 105.00/hr | 52.50 |
|  |  | For professional services rendered | 35.92 | $8,567.65 |

Additional Charges :

| Date |  | Amount |
|---|---|---|
| 5/25/2005 | Copied: HOD letter for parent and advocate. | 4.50 |
|  | Postage; HOD letter to parent. | 0.60 |
| 6/10/2005 | Facsimile(SHO-HR) | 5.00 |
| 6/13/2005 | Copied: HR letter for parent. | 1.50 |
| 6/14/2005 | Postage; HR letter to parent. | 0.37 |
| 6/21/2005 | Postage; HN letter to parent. | 0.37 |
|  | Copied documents(Parent/Adv-HN+CVR letter) | 4.00 |
| 6/23/2005 | Copied: HN letter for attorney. | 1.00 |
| 6/27/2005 | Copied: Disclosure for SHO and OGC. | 54.50 |
|  | Copied: Revised HN for parent and advocate. Notice to evaluate for Kevin Carter, parent, and advocate. | 2.50 |
| 6/28/2005 | Copied: Placement package for RCA. Placement letter for parent and advocate. | 12.50 |
|  | Postage; Placement package to RCA letter to parent. Revised HN and notice to evaluate to parent and Kevin Carter. | 0.74 |

Donnell Jackson                                                                Page    4

|  |  | Amount |
|---|---|---:|
| 6/28/2005 | Postage; Placement package to RCA. | 1.98 |
| 7/18/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Facsimile: Disclosure to Paul Dalton. | 107.00 |
| 7/22/2005 | Copied: Disclosure for SHO. | 26.75 |
| 7/25/2005 | Parking at DCPS for hearing (advocate) | 8.00 |
| 8/15/2005 | Facsimile Received from DCPS; HOD | 5.00 |
| 8/18/2005 | Postage; letter to parent re: HOD. | 0.37 |
|  | Copied: HOD letter for parent and advocate. | 2.50 |
| 8/23/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $356.06 |
|  | Total amount of this bill | $8,923.71 |