# EXHIBIT 28



# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Steven A. Jackson
   DOB: 5/17/91
   Date of Determination (HOD/SA): 8/1/05
   Parent/Guardian Name: Donnetta Jackson
   Parent/Guardian Address: 3341 DuBois Pl., SE, WDC 20019
   Current School: St. Benedicts School
   Home School: St. Francis Xavier

3. **Invoice Information**
   Invoice Number: 05-375
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 1/24/05 to 8/8/05
   Amount of Payment Request: $ 9,476.25

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____        August 26, 2005
Signature                               Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## CONFIDENTIAL

**Charles R. Jones, Esq., Due Process Hearing Officer**
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS** |
| | ) | |
| STEVEN A. JACKSON, Student, | ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: 05-17-91 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: July 25, 2005 |
| | ) | |
| vs. | ) | |
| | ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, | ) | Eighth Floor |
| St. Benedicts School | ) | Washington, D.C. 20002 |
| Respondent. | ) | |

### SETTLEMENT ORDER

**Parent(s):**  Donnetta Jackson
3341 DuBois Place, S.E.
Washington, D.C. 20019

**Counsel for Parent:**  Roberta L. Gambale, Esq.
James E. Brown & Associates, PLLC
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**Counsel for School:**  Rhondalyn Primes, Attorney- Advisor
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigative Division*

### Special Education Due Process Hearing

## I. INTRODUCTION

On June 21, 2005, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Roberta L. Gambale, Esq. The request alleges DCPS failed to comply with a Settlement Agreement dated January 19, 2005 and failed to comply with a Hearing Officer's Determination (HOD) dated July 30, 2004.

A Due Process Hearing was convened on July 25, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Rhondalyn Primes, Esq., Attorney-Advisor, represented DCPS. Roberta L. Gambale, Esq., represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated July 18, 2005: SJ-1 through SJ-15. On behalf of DCPS: Disclosure Letter dated April 18, 2005: DCPS1. Parent's counsel waived a formal reading of the Due Process Rights. The parties did not enter any testimony in this matter, as the parties settled this case on the record.

## II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III. ISSUES

Whether DCPS denied the student FAPE by failing to comply with a Settlement Agreement dated January 19, 2005 and by failing to comply with a Hearing Officer's Determination (HOD) dated July 30, 2005?

2.

## IV.    SUMMARY OF RELEVANT EVIDENCE

At the commencement of the Hearing, the parties represented that they had agreed upon terms to settle this matter. Counsel for the parties requested that the Hearing Officer approve of the terms and incorporate those terms into an Order.

## V.    FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

- The terms of the agreement, as set forth in the record, are in the best interest of this student; therefore, the terms shall be incorporated into an Order.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) DCPS shall, within thirty- (30) business days of issuance of the HOD, convene a MDT/IEP meeting to review all current evaluations, review and revise the IEP if warranted, and discuss and determine compensatory education and if warranted develop a Compensatory Education Plan to include hours, form and format.

2) DCPS shall provide a copy of the May 6, 2005 Occupational Evaluation. In the event DCPS fails to provide the report within a reasonable time not to exceed July 28, 2005, the parent is authorized to obtain an independent OT evaluation at DCPS expense pursuant to the Superintendent's Directive on outside consultant fees.

3) DCPS shall identify a location where the related services shall be performed.

4) All communications and notices shall be sent through the parent's counsel.

5) Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.

## VI. APPEAL PROCESS

This is the **FINAL ADMINISTRATIVE DECISION**. Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____   Date Filed: 07-30-05
Charles R. Jones, Esq., Hearing Officer

Date Issued: 8-1-05

4.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Steven Jackson

August 08, 2005
In Reference To: Steven Jackson
Invoice #10881

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2005 | YA | Draft and sent referral package to Interdynamics Inc re: independent neuropsychological | 1.00<br>105.00/hr | 105.00 |
| 1/28/2005 | MM | File review and developed monthly case status report developed memo for atty re: neuropsych and vineland status and communication with the parent and the school | 0.58<br>175.00/hr | 101.50 |
| | MM | Reviewed s/a dated 1/19/05 and documented timelines etc. | 0.33<br>175.00/hr | 57.75 |
| 2/23/2005 | RG | Reviewed neuropsych | 0.50<br>350.00/hr | 175.00 |
| 2/25/2005 | YA | Draft status letter to parent re: independent Neuropsychological evaluation | 0.75<br>105.00/hr | 78.75 |
| | YA | Draft letter to Mediation and Compliance and Sousa Middle School re: independent Neuropsychological evaluation | 0.42<br>105.00/hr | 44.10 |
| 3/9/2005 | RG | Conference with parent- telephone call to/from to follow up on status | 0.33<br>350.00/hr | 115.50 |
| 3/16/2005 | RG | Drafted letter to DCPS- notice on non-compliance and review to ascertain non-compliance | 0.42<br>350.00/hr | 147.00 |
| 3/17/2005 | RG | Prepared and file due process hearing request to DCPS and discussion with eva;uator from DCPS re: MR classification | 2.00<br>350.00/hr | 700.00 |

Steven Jackson                                                                                                               Page    2

|            |     |                                                                                                                                                            | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 3/17/2005  | YA  | Draft status letter to parent re detailed Hearing Request Notice enclosed                                                                                  | 0.75 105.00/hr  | 78.75  |
| 3/18/2005  | RG  | Discussion with Dexter Reed- SW from DCPS re: Vineland; review evaluation; letter to school; message for advocate re: concerns                             | 0.75 350.00/hr  | 262.50 |
| 3/21/2005  | YA  | Draft letter to parent re: completed Vineland Adaptive Behavior enclosed with letter                                                                       | 0.75 105.00/hr  | 78.75  |
| 3/25/2005  | AAG | Reviewed Neuropsychological evaluation                                                                                                                     | 0.25 105.00/hr  | 26.25  |
|            | MM  | Reviewed hearing request dated 3/17/05 and documenetd issues that the atty filed on ect.                                                                   | 0.33 175.00/hr  | 57.75  |
| 3/28/2005  | MM  | Reviewed vineland dated 3/15/05 and doucmented results and developed report for atty                                                                       | 0.50 175.00/hr  | 87.50  |
| 3/30/2005  | MM  | File review and developed monthly case status report                                                                                                       | 0.58 175.00/hr  | 101.50 |
| 3/31/2005  | YA  | Draft status letter to parent re: Hearing Date Notice enclosed                                                                                             | 0.75 105.00/hr  | 78.75  |
| 4/8/2005   | RG  | Conference with parent- telephone call re: meeting date proposed but received late ( received 4-8 and proposed 3/23;4/5;and 4/8 as dates for SEP meeting   | 0.33 350.00/hr  | 115.50 |
|            | MM  | Conference with parent                                                                                                                                     | 0.33 175.00/hr  | 57.75  |
| 4/11/2005  | MM  | Conference with parent                                                                                                                                     | 0.33 175.00/hr  | 57.75  |
|            | RG  | Telephone call from DCPS staff ( Ms. Preston) return call and review file to ascertain evaluations completed and compliance deadlines; faxed DCPS eval to school b/c they didn't have a copy. | 0.50 350.00/hr  | 175.00 |
| 4/18/2005  | YA  | Assisted attorney to prepare disclosure to Office of General Counsel and Student Hearing Office                                                            | 2.00 105.00/hr  | 210.00 |
|            | RG  | Prepare disclosure to DCPS                                                                                                                                 | 1.00 350.00/hr  | 350.00 |
|            | MM  | Drafted letter to private school                                                                                                                           | 0.50 175.00/hr  | 87.50  |
| 4/20/2005  | YA  | organize disclosure documents in file                                                                                                                      | 0.75 105.00/hr  | 78.75  |

Steven Jackson                                                                                                    Page    3

|            |    |                                                                                                                                                                          | Hrs/Rate       | Amount  |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|---------|
| 4/21/2005  | MM | File review and developed monthly case status report documented parent and school contact                                                                                            | 0.58 175.00/hr | 101.50  |
| 4/22/2005  | RG | Prepared for Due Process Hearing                                                                                                                                                     | 1.50 275.00/hr | 412.50  |
|            | MM | Prepared for Due Process Hearing                                                                                                                                                     | 1.50 175.00/hr | 262.50  |
| 4/25/2005  | RG | Appearance to 825 North Capital for due process hearing- prep/post hearing discussion with parent; discussion with OGC re: attorney to appear on behalf of student; discussion wth attorney RP & ML re: motion for continuance. | 2.00 350.00/hr | 700.00  |
| 4/26/2005  | MM | File review and developed monthly case status report regarding parent and school communication                                                                                       | 0.58 175.00/hr | 101.50  |
| 4/28/2005  | YA | Draft status letter to parent re: Interim Order enclosed                                                                                                                             | 0.75 105.00/hr | 78.75   |
| 5/4/2005   | MM | Reviewed information for mdt adn reveiwed information to take to mdt with me                                                                                                         | 1.50 175.00/hr | 262.50  |
| 5/5/2005   | MM | Conference with parent                                                                                                                                                               | 0.33 175.00/hr | 57.75   |
|            | MM | Discussion with school                                                                                                                                                               | 0.25 175.00/hr | 43.75   |
| 5/6/2005   | MM | Attended MDT/IEP @ school                                                                                                                                                            | 4.00 175.00/hr | 700.00  |
| 5/9/2005   | MM | File review and developed monthly case status report typed hr regrding issues that came up at meeting                                                                                | 2.00 175.00/hr | 350.00  |
| 5/11/2005  | RG | Discussion with MM                                                                                                                                                                   | 0.25 350.00/hr | 87.50   |
|            | MM | Discussion with the child's attorney                                                                                                                                                 | 0.25 150.00/hr | 37.50   |
| 5/25/2005  | MM | File review and developed monthly case status report documented the latest communication with the school and parent.                                                                 | 0.58 175.00/hr | 101.50  |
| 6/14/2005  | RG | Conference with parent to discuss hrg status                                                                                                                                         | 0.33 350.00/hr | 115.50  |
| 6/15/2005  | YA | Draft letter to Student Hearing Officer re, status of hearing date                                                                                                                   | 0.75 105.00/hr | 78.75   |

Steven Jackson                                                                                                Page    4

|            |    |                                                                                                  | Hrs/Rate       | Amount    |
|------------|----|--------------------------------------------------------------------------------------------------|----------------|-----------|
| 6/23/2005  | YA | Draft status letter to parent re, Hearing Date Notice                                            | 0.58 105.00/hr | 60.90     |
|            | RG | Reviewed upcoming dates and deadlines                                                            | 0.08 350.00/hr | 28.00     |
| 7/6/2005   | MM | Drafted letter to private school                                                                 | 0.50 175.00/hr | 87.50     |
| 7/18/2005  | RG | Prepare disclosure to DCPS                                                                       | 0.75 350.00/hr | 262.50    |
|            | YA | Assist attorney to prepare 5 Day disclosure to Office of General Counsel and Student Hearing Office | 1.50 105.00/hr | 157.50    |
| 7/19/2005  | YA | Phone call to parent re, hearing scheduled                                                       | 0.25 105.00/hr | 26.25     |
| 7/22/2005  | YA | Discussion with the child's attorney                                                             | 0.17 95.00/hr  | 16.15     |
|            | RG | Discussion with paralegal                                                                        | 0.05 300.00/hr | 15.00     |
|            | MM | Prepared for Due Process Hearing                                                                 | 1.50 150.00/hr | 225.00    |
| 7/25/2005  | RG | Prepared for Due Process Hearing and pre-hearing conference w mom                                | 1.50 275.00/hr | 412.50    |
|            | RG | Appearance to 825 North Capital for due process hearing and pre/post hearing telephone calls with parent | 2.00 275.00/hr | 550.00    |
|            | MM | Appearance to 825 North Capital for due process hearing                                          | 1.50 150.00/hr | 225.00    |
| 7/27/2005  | MM | File review and developed monthly case status report                                             | 0.58 150.00/hr | 87.00     |
| 8/2/2005   | YA | Drafted letter to parent re, detailed Hearing Officer's Determination enclosed                   | 0.58 95.00/hr  | 55.10     |
|            | YA | Log in case note and copied for advocate, parent, file and administration and tickle deadline    | 0.25 95.00/hr  | 23.75     |
|            |    | For professional services rendered                                                               | 45.67          | $9,152.25 |

Steven Jackson                                                                                             Page    5

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 1/25/2005 | Postage; letter to parent (SA) | 0.37 |
| 2/25/2005 | Facsimile(Med/comp.-Neuropsychological) | 8.00 |
|  | Facsimile(Sovsa MS-Neuropsychological) | 8.00 |
|  | Copied documents(Adv/Parent-Neuropsychological) | 3.00 |
| 2/28/2005 | Postage; letter to parent with Neuropsychological evaluations. | 0.60 |
|  | Copied documents(Parent-letter re;eval) | 0.25 |
| 3/17/2005 | Copied documents; HR | 3.50 |
|  | Facsimile HR to SHO | 6.00 |
|  | Copied documents; HR to parent | 0.50 |
| 3/18/2005 | Postage; letter to parent HR | 0.60 |
| 3/21/2005 | Copied documents; adaptive behavior | 3.00 |
|  | Postage; letter to parent re: vineland evaluation. | 0.83 |
| 3/31/2005 | Copied documents(Adv/Parent/File ADM-HDN+letter) | 1.00 |
| 4/1/2005 | Postage; letter to parent RE: Hearing Date notice | 0.37 |
| 4/18/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied 5 day disclosure for SHO, OGC and Attorney. | 130.50 |
| 4/28/2005 | Copied documents | 1.50 |
| 6/15/2005 | Facsimile(SHO-Follow up letter) | 2.00 |
| 6/23/2005 | Copied: HDN letter for parent and advocate. | 1.00 |
| 7/18/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Driving directions for advocate. | 0.25 |
| 8/1/2005 | Facsimile Received from DCPS; HOD | 5.00 |
|  | Copied documents; HOD | 5.00 |
| 8/2/2005 | Copied: HOD letter for parent. | 0.25 |

Steven Jackson , Page 6

| Date | Description | Amount |
|---|---|---|
| 8/2/2005 | Copied: HOD letter for parent, advocate, administration, and file. | 5.00 |
| 8/3/2005 | Postage; HOD letter for parent. | 0.60 |
| 8/8/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $324.00 |
| | Total amount of this bill | $9,476.25 |