# EXHIBIT 29



# District o  Columbia Public Sch ols

## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm:            JAMES E. BROWN & ASSOCIATES, PLLC
    Attorney:            JAMES E. BROWN
    Federal Tax ID No.:  52-1500760
    D.C. Bar No.:        61622

2.  **Student Information**
    Name:                       Duane Leake
    DOB:                        9/6/92
    Date of Determination (HOD/SA): 8/19/05
    Parent/Guardian Name:        Cynthia Miller
    Parent/Guardian Address:     2719 Terrace Rd., SE, #305, 20020
    Current School:              Rock Creek Academy
    Home School:                 Rock Creek Academy

3.  **Invoice Information**
    Invoice Number:          05-377
    Date Request Submitted:  8/26/05
    Date(s) Services Rendered: 2/8/05 to 8/31/05
    Amount of Payment Request  $ 6,367.11

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses
  represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees,
  costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2)
  will benefit from any monies paid as a result of the submission of the enclosed invoice, has a
  pecuniary interest, either through an attorney, officer or employee of the firm, in any special
  education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is
  punishable by criminal penalties pursuant to D.C. Code §22-2405.

_Signature_

August 26, 2005

**Date**

(In the Matter of DL   DOB: 9/6/92   HOD: August 19, 2005)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigation Division*
### CONFIDENTIAL
### Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of Duane Leake ) | **IMPARTIAL DUE PROCESS** |
| Date of Birth: September 6, 1992 ) | |
| ) | **HEARING OFFICER'S DECISION** |
| ) | |
| Petitioner (Student), ) | Hearing Date: August 3, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District") ) | |
| Attending School: Rock Creek ) | |
| Respondent. ) | |

Hearing Participants:
Counsel for Student:

          Roxanne D. Neloms, Esq.
          Domiento C.R. Hill, Esq.
          1220 L Street NW #700
          Washington DC 20002

Counsel for DCPS:

          Stephanie Ramjohn Moore, Esq.
          Office of General Counsel
          825 North Capitol St. NE
          Washington, DC 20002

## INTRODUCTION:

A Due Process Hearing was convened on August 3, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed June 28, 2005.

## JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

## DUE PROCESS RIGHTS:

(In the Matter of DL   DOB: 9/6/92   HOD: August 19, 2005)

The student's counsel waived a formal reading of the due process rights.

**SUMMARY OF THE RELEVANT EVIDENCE:**

The Hearing Officer considered the representations made on the record by each counsel, the testimony of the witness(es) and the documents submitted in the parties' disclosures (DL 1-11 and DCPS 1) which were admitted into the record.[1]

**FINDINGS OF FACT:**

The student has been determined to be eligible for special education with a disability classification of emotional disturbance (ED). He and attends Rock Creek Academy. (DL 11)

In February 2005 DCPS conducted an educational evaluation for the student. The evaluation recommended among other things that a current cognitive psychological be conducted to determine whether the student meets the criteria for a specific learning disability. The evaluation also recommended a neuropsychological evaluation. ` (DL 3)

DCPS convened the MDT/IEP meeting on July 25, 2005, to review the educational evaluation. The parent and her educational advocate attended the meeting. The MDT agreed to conduct the "cognitive and clinical testing." However, the DCPS clinical therapist did not agree with the recommendation for a neuropsychological evaluation. (DL 11)

DCPS presented no witness to justify the decision not to conduct neuropsychological evaluation.

**ISSUE(S):**

Did DCPS deny the student FAPE by:

1. Failing to conduct a cognitive evaluation as a part of the student's reevaluation?
2. Failing to conduct the evaluations that were recommended by the student's educational evaluation?

**CONTENTIONS OF THE PARTIES:**

DCPS counsel asserted the following:

1. The student continued to receive his services although the evaluations have yet to be conducted.
2. Even if the evaluations had been conducted the student's services would have been similar; there has been no denial of FAPE.

---

[1] The evidence that is the source of the finding of fact is noted within a parenthesis following the finding.

2

(In the Matter of DL  DOB: 9/6/92  HOD: August 19, 2005)

The parent's counsel asserted the following:

1. The MDT discussed whether the student is ready to be transitioned to a regular education classroom. The evaluations are needed to determine this.
2. The student has been harmed by the delay in the decision of whether he needs a less restrictive environment.

**CONCLUSIONS OF LAW:**

Pursuant to 5 DCMR 3030.3 DCPS bears the burden of proof, based solely upon the evidence and testimony presented at the hearing, that the action or proposed placement is adequate to meet the educational needs of the student.

Did DCPS deny the student FAPE by failing to conduct a cognitive evaluation as a part of the student's reevaluation?  Conclusion: DCPS sustained its burden of proof.

The MDT notes indicate the MDT reviewed the educational evaluation an agreed to conduct the cognitive evaluation. The MDT met just a week prior to the due process hearing. That time frame is insufficient for the evaluations to have been conducted. Therefore, the Hearing Officer concludes there is no violation in this regard.

Did DCPS deny the student FAPE by failing to conduct the evaluations that were recommended by the student's educational evaluation?  Conclusion: DCPS did not sustain its burden of proof.  DCPS presented no witness or other evidence to justify its decision not to conduct the neuropsychological evaluation.

**ORDER:**

1. DCPS shall, within forty-five (45) days of the issuance of this Order, conduct the following evaluations of the student: neuropsychological and the evaluations agreed to by the MDT at the July 25, 2005, MDT/IEP meeting.
2. DCPS shall, within fifteen (15) school days of completion the above listed evaluations, convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting to review the student's evaluations, review and revise the student's IEP as appropriate, and discuss and determine placement and discuss and determine compensatory education and develop a plan if warranted.
3. DCPS shall issue a prior notice of placement within five (5) business days of the MDT meeting if the recommended placement is public and within thirty (30) calendar days of the meeting if a private placement is recommended.
4. Scheduling of the evaluations and the MDT/IEP meeting are to be arranged through parent's counsel.
5. DCPS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, his parent and/or representative(s).

(In the Matter of    DOB:    HOD: August  , 2005)

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

**Coles B. Ruff, Esq.**
**Hearing Officer**
**Date: August    , 2005**

Issued: _8/19/05_

(In the Matter of DL DOB: 9/6/92 HOD: August 19, 2005)

## In the MATTER of Duane Leake V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|-----------|----------------|----------|
| DL 1-11 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness List | Yes |
| | | |
| | | |
| | | |
| | | |
| | * A detailed list of the documents disclosed is contained in the parties' disclosure notices | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

STUDENT HEARINGS OFF    PAGE  07/08

(In the Matter of DL    DOB: 9/6/92   HOD: August 19, 2005)

## In the MATTER OF Duane Leake  V. DCPS

### RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|------|-------------|
| 6/28/05 | Request for Due Process |
| | Notice of Pre-Hearing Conference (as applicable) |
| 7/5/05 | Notice of Due Process Hearing |
| | SETS Disposition Form |
| | Transcripts or audio tapes of hearing |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

6

(In the Matter of DL   DOB: 9/6/92   HOD: August 19, 2005)

# INDEX OF NAMES

## In the MATTER OF Duane Leake  V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | Mr. Duane Leake |
| Child's Parent(s) (specific relationship) | Ms. Cynthia Miller (Mother) |
| Child/Parent's Representative | Roxanne D. Neloms, Esq. Domiento C.R. Hill, Esq. |
| School System's Representative | Stephanie Ramjohn Moore, Esq. |
| Educational Advocate | Mr. Donte' Davis |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: *08 – 19 – 05*

TO: *Neloms*

FROM: STUDENT HEARING OFFICE

RE: *HOD – Duane Leake*

TOTAL NUMBER OF PAGES, INCLUDING COVER:


COMMENTS:


*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Leake, Duane

August 24, 2005
In Reference To:   Leake, Duane

Invoice #10916

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/8/2005 | DH | Draft and send letter to DCPS requesting on behalf of the parent, pursuant to 34 C.F.R. Secs. 300.530-300.535 of the IDEA, a current clinical psychological and neuropsycological assessment. | 0.17 350.00/hr | 59.50 |
|  | DH | Receive and review the student's educational evaluation. | 0.67 350.00/hr | 234.50 |
| 2/10/2005 | KD | Reviewed 1-26-05 Educational eval and WJIII scores from RCA | 0.25 105.00/hr | 26.25 |
|  | KD | Drafted letter to parent/enclosed copies of 1-26-05 Educational Eval and WJIII scores w/copy of Atty's 2-7-05 Ltr to DCPS re submission of eval for their review / copy to advc and file | 0.42 105.00/hr | 44.10 |
| 6/7/2005 | KD | Drafted letter to private school RCA) responding to LOI c/o Atty and faxed to RCA and DCPS | 0.50 105.00/hr | 52.50 |
| 6/8/2005 | KD | Drafted letter to parent/enclosed copy of Atty's Response to LOI to RCA/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 6/13/2005 | KD | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn/copy to advc and file/added to case notes/posted same to Outlook Calendar and Desk Calendar | 0.50 105.00/hr | 52.50 |
| 6/27/2005 | DH | Review the student's educational file, conduct educational research to determine DCPS' duty to comply with the MDT Team's request that the student be reevaluated pursuant to 34 C.F.R. Sec. 300.536(b) of the IDEA, draft administrative due process hearing request for Ms. Nelom's review. | 2.33 350.00/hr | 815.50 |

Leake, Duane                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2005 RN | | Review the administrative due process hearing request drafted by Mr. Hill. | 0.33 350.00/hr | 115.50 |
| 6/28/2005 KD | | Drafted letter to parent/enclosed copy of 6-27-05 HR/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 7/6/2005 KD | | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50 105.00/hr | 52.50 |
| 7/12/2005 KD | | Phone call from parent re upcoming hearing | 0.08 105.00/hr | 8.40 |
| 7/18/2005 DD | | Reviewed file and for hearing | 0.83 175.00/hr | 145.25 |
| 7/22/2005 DD | | Reviewed file and evaluations for upcoming IEP | 1.50 175.00/hr | 262.50 |
| 7/25/2005 DD | | Reviewed file and evaluations for upcoming IEP. | 1.00 175.00/hr | 175.00 |
| | DD | Attended MDT/IEP @school | 2.83 175.00/hr | 495.25 |
| 7/27/2005 DH | | Review the student's educational file, prepare five-day disclosures for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
| | RN | Review five-day disclosures prepared by Mr. Hill. | 0.25 350.00/hr | 87.50 |
| | KD | Assist attorney to prepare disclosure to DCPS | 1.00 105.00/hr | 105.00 |
| 7/29/2005 KD | | Phone call to parent re change in location of upcoming hearing and to confirm date and time | 0.08 105.00/hr | 8.40 |
| | KD | Drafted letter to parent/enclosed copy of Notice from DCPS re Change in Location of upcoming hearing/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 8/2/2005 DH | | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
| | RN | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
| 8/3/2005 RN | | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
| | DH | Prepare for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |

Leake, Duane                                                                              Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2005 | DH | Appear at the student's administrative due process hearing. | 1.50<br>350.00/hr | 525.00 |
|  | RN | Appear at the student's administrative due process hearing. | 1.50<br>350.00/hr | 525.00 |
|  | DD | Reviewed file for upcoming hearing | 1.50<br>175.00/hr | 262.50 |
|  | DD | Appearance to 825 North Capital for due process hearing | 1.50<br>175.00/hr | 262.50 |
|  |  | For professional services rendered | 25.50 | $6,197.45 |

Additional Charges :

| | | Amount |
|---|---|---|
| 2/8/2005 | Facsimile to OSE. | 14.00 |
|  | Facsimile to RCA. | 14.00 |
| 2/10/2005 | Postage; Letter to the parent with educational evaluation. | 0.83 |
|  | Copied documents for parent- 1-26-05 ED evaluation and WJIII with cover letter to parent | 4.00 |
|  | Copied documents for Advocate- 1-26-05 ED evaluation and WJIII with cover letter to parent | 4.00 |
|  | Copied documents for Advocate, Mr. Fernandez- 1-26-05 ED evaluation and WJIII with cover letter to parent | 4.00 |
| 6/7/2005 | Facsimile- LOI w/Cvr Ltr | 7.00 |
| 6/8/2005 | Postage; LOI and attorney's letter to RCA to parent. | 0.37 |
|  | Copied: LOI invitation for parent, advocate and JF. | 4.50 |
| 6/13/2005 | Postage; MDT confirmation letter to parent. | 0.37 |
|  | Copied: MDT confirmation letter for parent, advocate and JF. | 2.25 |
| 6/27/2005 | Facsimile: HR to SHO. | 5.00 |
| 6/28/2005 | Postage; HR letter to parent. | 0.60 |
|  | Copied: HR letter for parent and advocate. | 3.00 |
| 7/6/2005 | Copied documents-HN and Cvr Ltr | 1.00 |
|  | Postage; HN letter to parent. | 0.37 |
| 7/27/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |

Leake, Duane                                                                    Page    4

                                                                              Amount

7/27/2005  Copied: Disclosure for SHO and OGC.                                   53.00

7/29/2005  Postage; letter to parent re: HN at new location.                      0.37

           Copied documents to parent and advocate:  HN and cover letter          1.00

 8/3/2005  Sedan taxi service to and from  Whittier ES for hearing               30.00
                                                                             _____
           Total costs                                                          $169.66
                                                                             _____
           Total amount of this bill                                          $6,367.11