# EXHIBIT 30



# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Ronald Leigh
   DOB: 9/29/96
   Date of Determination (HOD/SA): 8/22/05
   Parent/Guardian Name: Rhonda Smith
   Parent/Guardian Address: 301 33rd St., SE, #103, WDC
   Current School: Kimball E.S.
   Home School: Kimball E.S.

3. **Invoice Information**
   Invoice Number: 05-378
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 11/2/04 to 8/25/05
   Amount of Payment Request: $ 7,509.82

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_                   August 26, 2005
Signature                              Date

# District of Columbia Public Schools
### Office of Management Services
## Tonya M. Butler-Truesdale, Esquire
### Independent Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, DC 20002-4232
(202) 518-6867
Facsimile: (202) 442-5556

## CONFIDENTIAL

### HEARING OFFICER'S DETERMINATION

| | |
|---|---|
| In the Matter of ) | **IMPARTIAL DUE PROCESS HEARING** |
| ) | |
| Ronald Leigh, Student ) | |
| Date of Birth: 09/29/96 ) | **DECISION AND ORDER** |
| ) | |
| Petitioner ) | Hearing Dates: August 2, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol Street, NE, 8th Floor |
| ) | Washington, D.C. 20002 |
| District of Columbia Public ) | |
| Schools, ) | |
| ) | |
| Respondent. ) | |

Parent(s): Ms. Rhonda Smith
301 33rd Street, SE, Apartment 103
Washington, DC

Counsel for Parent(s): Roxanne D. Neloms, Esquire
James E. Brown & Associates, PLLC
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005

Counsel for School: Charles McCollough, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, DC 20002

*In the Matter of Ronald Leigh*

### I. JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

### II. DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

### III. FIVE-DAY DISCLOSURE

Petitioner: No witnesses were present or called to testify because the parties settled and documents labeled and tabbed RL1-RL11 were presented without objection.

Respondent: No witnesses were present or called to testify because the parties settled.

### IV. STATEMENT OF THE CASE

On July 28, 2005 a Due Process Hearing Request was received alleging that the District of Columbia Public Schools failed to convene a manifestation determination review and failed to develop an appropriate IEP. The Student Hearing Office of DCPS scheduled a Due Process Hearing for August 2, 2005 at 1:00pm at Whittier Elementary School in Washington, D.C. The Hearing convened as scheduled. Attorney Advisor Charles McCollough appeared in person for DCPS. Attorney Roxanne Neloms appeared in person on behalf of Petitioner.

### V. FINDINGS OF FACT

In consideration of the hearing record, the Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and; therefore, a Hearing Determination is hereby issued incorporating the agreement as stated. The hearing officer entered the parties **Settlement on the Record** as follows:

### VI. ORDER

1. DCPS shall within forty-five business days conduct a clinical psychological evaluation and a social history evaluation. If the evaluations are not completed within 45 business days, DCPS shall fund independent evaluations within the Superintendent's cost guidelines.

2

*In the Matter of Ronald Leigh*

2. Within fifteen school days of the completion of the receipt of the last evaluation DCPS shall convene an MDT/IEP meeting to review and revise the IEP, discuss and determine placement, if warranted, and determine what if any compensatory education, if any, should be awarded.
3. If the team determines that a change of placement is warranted, DCPS shall issue prior notice of placement. If placement is to a DCPS public school, DCPS shall have five (5) calendar days to issue the prior notice of placement. If placement is to a non-public or private school, DCPS shall have thirty (30) calendar days and if placement is to a residential facility DCPS shall have sixty (60) calendar days to issue the prior notice of placement;
4. All meetings will be scheduled through parent's counsel; and,
5. DCPS will be granted a day for day extension for any delay caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

**This is the FINAL ADMINISTRATIVE DECISION. An Appeal can be made to a court of competent jurisdiction within thirty (30) days of this Order's issue date.**

_____  
Tonya M. Butler-Truesdale, Esquire  
Hearing Officer

August 20, 2005  
Date

Issued: _08-22-05_  
Student Hearing Office, DCPS

3

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



*FACSIMILE SHEET*

Date: 08-22-05

TO: R. Neloms

FROM: STUDENT HEARING OFFICE

RE: HOD - Ronald Leigh

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

**CONFIDENTIALITY NTOICE:** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Ronald Leigh
Ronald Smith
Rhonda Leigh
301 33rd St, SE # 103
Washington DC 20019

August 25, 2005
In Reference To:   Ronald Leigh

Invoice #10924

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2004 | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.50 105.00/hr | 157.50 |
|  | RN | Consultation with parent and legal assistant, research and case preparation. | 1.50 350.00/hr | 525.00 |
| 11/3/2004 | AAG | Drafted letter to parent | 0.42 105.00/hr | 44.10 |
|  | AAG | Drafted letter to parent | 0.42 105.00/hr | 44.10 |
| 11/8/2004 | RN | Review of records brought by parent. | 0.17 350.00/hr | 59.50 |
| 11/9/2004 | CMM | Drafted letter requesting records from Kimball ES | 0.83 105.00/hr | 87.15 |
|  | CMM | Requested evaluations from Kimball ES | 0.83 105.00/hr | 87.15 |
|  | CMM | Drafted letter to parent regarding records and evaluation status | 0.50 105.00/hr | 52.50 |
|  | CMM | Telephone call to DCPS school staff regarding records and evaluation request | 0.17 105.00/hr | 17.85 |
| 11/18/2004 | RN | Records review of school records brought by parent; will determine if I can file. | 1.75 350.00/hr | 612.50 |

Ronald Leigh                                                                                          Page    2

                                                                                           Hrs/Rate      Amount

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/8/2004 | CMM | Drafted letter and sent records received from DCPS public school | 0.83 105.00/hr | 87.15 |
| 12/17/2004 | RN | Continued preparation of hearing request. School attempting to convene a MDT meeting. Advised advocate to schedule meeting | 2.00 350.00/hr | 700.00 |
| 12/23/2004 | CMM | File Review and sent letter to parent/student | 0.17 105.00/hr | 17.85 |
| 1/4/2005 | CG | Attended MDT/IEP @ Kimball ES | 4.00 175.00/hr | 700.00 |
|  | CG | Reviewed Report Cards | 1.00 175.00/hr | 175.00 |
|  | CG | Reviewed IEP | 2.00 175.00/hr | 350.00 |
|  | CG | File review and developed monthly case status report | 0.58 175.00/hr | 101.50 |
| 2/22/2005 | RN | Phone call from parent; weekly check-in | 0.08 350.00/hr | 28.00 |
| 3/9/2005 | RN | Phone call from parent. | 0.08 350.00/hr | 28.00 |
| 3/21/2005 | RN | Phone call from parent provided update; school did not complete follow up meeting; will provided additional medical records. | 0.25 350.00/hr | 87.50 |
| 3/29/2005 | CG | Draft letter to school for observation | 0.42 175.00/hr | 73.50 |
| 4/18/2005 | CG | School visit; classroom observation | 1.50 175.00/hr | 262.50 |
|  | CG | Reviewed IEP dated March 18, 04 for prep for observation | 0.58 175.00/hr | 101.50 |
|  | CG | case status report on classroom observation | 0.58 175.00/hr | 101.50 |
| 4/19/2005 | CMM | Drafted case status letter to parent | 0.50 105.00/hr | 52.50 |
| 6/24/2005 | RN | Review of file and drafted a hearing request based on the alternative issues within the file.. Researched issues in the file. | 1.50 350.00/hr | 525.00 |
| 6/27/2005 | CMM | Review and discuss hearing filed with attorney. Prepared and sent hearing request via hand delivery | 0.50 105.00/hr | 52.50 |

Ronald Leigh                                                                                                              Page    3

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/1/2005 | CMM | Drafted letter to parent/enclosed hearing request file 6/27/05/copy for advocate | | 0.50 105.00/hr | 52.50 |
| 7/26/2005 | CMM | Drafted letter to parent with new location of hearing | | 0.50 105.00/hr | 52.50 |
| | CMM | Phone call to parent to confirm attendance and inform of hearing new location | | 0.17 105.00/hr | 17.85 |
| | CMM | Assisted attorney to prepare disclosure to DCPS | | 1.50 105.00/hr | 157.50 |
| | RN | Prepare disclosure to DCPS; for legal assistant; reviewed documents from entire file. | | 1.00 350.00/hr | 350.00 |
| | RN | Reviewed disclosure submitted by DCPS. | | 0.17 350.00/hr | 59.50 |
| 8/1/2005 | CG | Prepared for upcoming MDT/IEP meeting for testimony for hearing | | 1.00 175.00/hr | 175.00 |
| | RN | Preparation for hearing; direct and cross examination of questions and statements of closing and opening. Preparation with parent. | | 1.67 350.00/hr | 584.50 |
| 8/2/2005 | RN | Appearance at Whittier ES for hearing; appeared before Butler-Truesdale and before L. Palmer. | | 2.00 350.00/hr | 700.00 |
| | | For professional services rendered | | 33.17 | $7,280.70 |

Additional Charges :

| | | Amount |
|---|---|---|
| 11/2/2004 | Copied documents; intake documents | 3.00 |
| 11/3/2004 | Postage; letter to parent | 0.37 |
| | Copied documents | 0.50 |
| 11/8/2004 | Copied school records for the advocate and parent. | 32.00 |
| 11/9/2004 | Facsimile request for evaluations (Kimball ES/OGC/Office of Sp. Ed.) | 9.00 |
| | Facsimile request for records to Kimball ES/OGC/Off. Sp. Ed.) | 12.00 |
| | Copied documents; letter to parent | 1.00 |
| | Postage; letter to parent (status) | 0.60 |
| 12/8/2004 | Copied documents(Advo.school records) | 17.50 |
| | Postage; letter to parent (records from DCPS) | 2.67 |

Ronald Leigh                                                                                         Page    4

|  |  | Amount |
|---|---|---:|
| 12/23/2004 | Postage; letter to parent | 0.37 |
| 4/19/2005 | Postage; Case status to the parent. | 0.37 |
| 6/27/2005 | Copied: Due process HR for SHO, advocate, and parent. | 3.75 |
|  | Facsimile: HR to SHO. | 5.00 |
|  | Messenger Service to and from DCPS (Hearing Request) | 20.00 |
| 7/1/2005 | Copied: HR letter for parent and advocate. | 2.50 |
|  | Postage; HR letter to parent. | 0.37 |
| 7/15/2005 | Postage; HND letter to parent. | 0.37 |
|  | Copied: HND letter for parent. | 0.50 |
| 7/26/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Postage; letter to parent re: notice of new location of hearing. | 0.37 |
| 8/25/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$229.12** |
|  | Total amount of this bill | $7,509.82 |