# EXHIBIT 31

# District of Columbia Public Schools

**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm:              JAMES E. BROWN & ASSOCIATES, PLLC
    Attorney:              JAMES E. BROWN
    Federal Tax ID No.:    52-1500760
    D.C. Bar No.:          61622

2.  **Student Information**
    Name:                          Quamaine LeSane
    DOB:                           4/27/92
    Date of Determination (HOD/SA): 7/28/05
    Parent/Guardian Name:          Jermaine & Erica LaSane
    Parent/Guardian Address:       4115 7th St., NW, WDC 20011
    Current School:                MacFarland MS
    Home School:                   MacFarland MS

3.  **Invoice Information**
    Invoice Number:        05-379
    Date Request Submitted: 8/26/05
    Date(s) Services Rendered: 6/6/05 to 8/2/05
    Amount of Payment Request  $ 3,390.42

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
**Signature**                             **Date**

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENFORCEMENT AND INVESTIGATION DIVISION

### SPECIAL EDUCATION DUE PROCESS HEARING

### CONFIDENTIAL

### <u>HEARING OFFICER'S DETERMINATION</u>

**STUDENT: Quamaine LeSane**          **DATE OF BIRTH: 4/27/92**

**ADDRESS: 4115 7th Street, N.W.**
**Washington, D.C. 20011**

**PRESENT SCHOOL ATTENDING: MacFarland M.S.**
**HOME SCHOOL:  MacFarland M.S.**

**DATE OF HEARING: July 27, 2005**

**Student's Representative: John Straus, Esq.**
**Address: 1220 L Street, N.W.**
**Washington, D.C. 20005**
**FAX: 202-742-2098**

**School System's Representative: Karen Herbert, Esq.**
**Address: 825 N. Capitol Street, N.E., Washington, D.C. 20002**

2005 JUL 28  AM 9:16
DC PUBLIC
SCHOOL SYSTEM

**INTRODUCTION:**

A hearing was held at the District of Columbia Public Schools (DCPS), 825 N. Capitol Street, N.E., Washington, D.C. 20002, on July 27, 2005, at the request of John Straus, counsel for the parent and the student. Karen Herbert represented DCPS, the other party to this hearing.

**JURISDICTION:**

The hearing was held and this decision was written pursuant to the Individuals with Disabilities Education Act (IDEA) (P.L. 101-476), reauthorized as the IDEA Improvement Act of 1997 (P.L. 105-17) 20 U.S.C. 1400 Et. seq.; and their current regulations, specifically the Code of Federal Regulations at 34 CFR Part 300; and District of Columbia Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections 3000-3099.

**DISPOSITION OF THE CASE:**

Counsel for the parties entered a settlement agreement on the record. That accord is incorporated into the following ORDER:

It is hereby **ORDERED** that:

1.     **DCPS agrees to conduct a Functional Behavioral Assessment and convene an MDT meeting by August 26th 2005 to review all the evaluations and review and revise the student's IEP if warranted and determine placement. If a public placement is determined appropriate, a Prior Notice of Placement (PNOP) shall be issued within 5 school days of the MDT meeting. If a private placement is determined appropriate, a PNOP shall be issued within 30 calendar days of the MDT meeting. All meetings shall be scheduled at a mutually agreeable time through counsel for the student. There shall be one day of delay of the above time frame for every day of delay caused by the student, parent or counsel for the student.**

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

/Seymour DuBow, Esq.
Impartial Hearing Officer                Date filed: July 28, 2005

Date Issued: 7-28-05

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Quamaine LeSane

August 02, 2005
In Reference To:    Quamaine LeSane

Invoice #10869

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/6/2005 | TS | Reviewed current HOD | 0.17<br>175.00/hr | 29.75 |
| 6/21/2005 | JS | Prepared and file due process hearing request to DCPS | 2.00<br>350.00/hr | 700.00 |
|  | TS | Phone call to L.Smalls-re: mtg. date avail. | 0.17<br>175.00/hr | 29.75 |
| 6/22/2005 | JEB | Examined and certified hearing request filed by attorney | 0.58<br>350.00/hr | 203.00 |
|  | JS | Reviewed letter to parent | 0.08<br>350.00/hr | 28.00 |
|  | DP | Drafted letter to parent regarding due process hearing request filed by this office with DCPS. | 0.52<br>105.00/hr | 54.60 |
| 6/30/2005 | TS | Drafted letter to parent requesting update contact information and to inform her of schools attempts to have a mtg. | 0.33<br>175.00/hr | 57.75 |
|  | TS | Reviewed Hearing Request | 0.33<br>175.00/hr | 57.75 |
| 7/5/2005 | DP | Drafted letter to parent regarding hearing date scheduled by DCPS. | 0.42<br>105.00/hr | 44.10 |

Quamaine LeSane

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2005 | TS | Phone call from SPED Coord @ McFarland-mtg avail- need to review evals<br>p/c to SPED COORD- have p/c into to parent-waiting to get call back-will call when I hear from parent | 0.25<br>175.00/hr | 43.75 |
| 7/20/2005 | DP | Assisted attorney to prepare disclosure to DCPS. | 1.50<br>105.00/hr | 157.50 |
| | JS | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings. | 2.00<br>350.00/hr | 700.00 |
| 7/26/2005 | JS | Prepared for Due Process Hearing | 1.50<br>350.00/hr | 525.00 |
| 7/27/2005 | JS | Conduct final review of the student's educational file, conduct last minute educational research, conduct final review of DCPS's five day disclosures, review questions for direct, possible redirect, and possible cross, review opening and closing statements, and conduct final witness preparation with the parent and educational advocate for the student's upcoming administrative due process hearing and appear at the student's administrative due process hearing. | 1.25<br>350.00/hr | 437.50 |
| 7/28/2005 | JEB | Examined HOD; contacted parent; instructed paralegal to send to parent | 0.33<br>350.00/hr | 115.50 |
| | | For professional services rendered | 11.43 | $3,183.95 |

Additional Charges :

| | | |
|---|---|---|
| 6/21/2005 | Facsimile: HR to SHO. | 7.00 |
| | Copied documents; HR | 3.50 |
| 6/22/2005 | Postage; HR letter to parent. | 0.60 |
| | Copied documents; letter to parent | 3.50 |
| 6/30/2005 | Copied: Letter to parent for file. | 0.50 |
| | Postage; letter to parent | 0.37 |
| 7/5/2005 | Copied documents; letter to parent | 3.50 |
| | Postage; Hearing notice letter to parent. | 0.37 |
| 7/20/2005 | Copied: Disclosure for DCPS. | 61.25 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |

Quamaine LeSane                                                          Page      3

|  |  | Amount |
|---|---|---:|
| 7/28/2005 | Facsimile Received from DCPS; HOD | 4.00 |
|  | Copied documents; HOD | 5.00 |
| 8/2/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $206.47 |
|  | Total amount of this bill | $3,390.42 |