# EXHIBIT 32



# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: April Lewis
   DOB: 9/30/88
   Date of Determination (HOD/SA): 7/26/05
   Parent/Guardian Name: Joanne Lewis
   Parent/Guardian Address: 5355 Clay Terrace, NE, WDC 20019
   Current School: Roosevelt SHS
   Home School: Roosevelt SHS

3. **Invoice Information**
   Invoice Number: 05-380
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 2/23/05 to 8/2/05
   Amount of Payment Request $ 19,023.88

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_
Signature

August 26, 2005
Date

# District of Columbia Public Schools

## *State Enforcement and Investigation Division*

### <u>*confidential*</u>

### H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of                                 ) | **IMPARTIAL** |
| ) | **DUE PROCESS HEARING** |
| **APRIL LEWIS, student**                          ) | |
| Date of Birth:  September 30, 1988                ) | |
| ) | **<u>DECISION AND ORDER</u>** |
| Petitioner,                      ) | |
| ) | |
| versus                               ) | **Request Date:  May 23, 2005** |
| ) | **Hearing Date:  July 14, 2005** |
| The District of Columbia Public Schools,  ) | |
| Home School: Roosevelt Sr. High School,   ) | **Held at:  825 North Capitol Street, NE** |
| Attending: Roosevelt Sr. High School,             ) | **Eighth Floor, Hearing Room 1** |
| ) | **Washington, D.C. 20002** |
| Respondent.                    ) | |
| ) | |

**Parent:** Joanne Lewis
5355 Clay Terrace, NE
Washington, D.C. 20019

**Counsel for the Parent/Student:** Delores Scott McKnight, Esq.
**JAMES E. BROWN & Associates**
1220 L Street, NW    Suite 700
Washington, D.C. 20005

**District of Columbia Public Schools:** Michael D. Levy, Esq., Attorney-Advisor
**Office of the General Counsel, DCPS**
825 North Capitol Street, NE  9th Floor
Washington, D.C. 20002

An <u>INDEX of NAMES</u> is attached hereto for the benefit of the parties.  The index will permit the parties to identify specific witnesses and other relevant witnesses.  The index will be detached before release of this <u>DECISION & ORDER</u> as a public record.

i

## INDEX of NAMES for April Lewis
**Hearing Date:** July 14, 2005

Appearing on behalf of DCPS:

    1. Melissa Cooper, Ph.D., Special Ed. Coordinator, Roosevelt Sr. High School  **

Appearing on behalf of the parent/student:

    1. William E. Daywalt, Jr., educational consultant  *

*Gave testimony.
**Gave testimony via telephone.

ii

## STATEMENT of the CASE

On May 23, 2005, Counsel for the Parent filed the herein Request for Mediation/Hearing on behalf of the parent and student complaining the District of Columbia Public Schools (DCPS) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Parent complained of the non-delivery of special education services for the period October 2004 through May 25, 2005 and, for relief, requested compensatory education.

The Student Hearing Office, DCPS, scheduled a hearing in this matter for 1:00 P.M., Thursday, June 30, 2005. The hearing was subsequently rescheduled for 3:00 P.M., Thursday, July 14, 2005 at DCPS Headquarters, 825 North Capitol Street, NE 8th Floor, Hearing Room 1, Washington, D.C. 20002. The hearing convened as rescheduled.

## JURISDICTION

The hearing convened under Public Law 105-17, The Individuals with Disabilities Education Act Amendments of 1997, 20 United States Code 1400 et. seq.; Title 34 of the Code of Federal Regulations, Part 300; and Title V of the District of Columbia Municipal Regulations

## ISSUE:

**Whether the student was entitled to compensatory education from October 2004 through May 25, 2005 for special education services not delivered?**

## SUMMARY of the EVIDENCE and FINDINGS of FACT

By facsimile dated July 7, 2005, DCPS disclosed 10 witnesses and 10 documents.
By facsimile dated July 7, 2005, the parent disclosed 4 witnesses and 50 documents.
Parent Document No 3, was struck from the disclosure at the request of both parties. The remaining documents were placed into the record and are referenced/footnoted herein where relevant.

Counsel for the Parent referenced the May 28, 2004 IEP, Parent Document No 44, completed at Cardozo Sr. High School that coded the student MR with 23.25 hours of special education services and represented that when the student was transferred to Roosevelt Sr. High School in October 2004, Roosevelt SHS failed to deliver all of the 23.25 hours of services; that the MDT convened on March 9, 2005 at Roosevelt SHS and, without supporting evaluations, completed an IEP, Parent Document No 24, that reduced the indicated hours of special education services to 18.25. Counsel for the Parent stated that the hours were increased to 23.45 by IEP completed at Roosevelt SHS on May 25, 2005, Parent Document No 7.

DCPS was ordered forward.

The Special Education Coordinator, Roosevelt SHS, testified via telephone that she was familiar with the student and that when the student began to attend Roosevelt Sr. High School

1 of 4 pages

sometime in November 2004, the Cardozo SHS May 28, 2004 IEP that she brought with her was implemented; that she conducted the March 9, 2005, the May 25, 2005 and the June 21, 2005 MDT/IEP meetings for the student. The Coordinator testified that the March 9, 2005 MDT/IEP meeting was convened as a result of the Hearing Officer's Decision (HOD) issued in this matter August 2, 2004 that required an MDT/IEP meeting for the student on or before September 30, 2004, Parent Document No 43, but that the March 9, 2005 IEP never became final and was never implemented. The Coordinator testified that the May 28, 2004 Cardozo SHS IEP was implemented at Roosevelt SHS until the May 25, 2005 IEP was completed; that also completed at the May 25, 2005 MDT/IEP meeting and which the educational consultant signed was a compensatory education plan with 50 hours of reading and 50 hours of math. The Coordinator testified that on June 21, 2005 and with parent approval, an IEP that coded the student LD with 23.45 hours of special education services was completed.  On cross-examination, the Coordinator was referred to page 2 of the May 25, 2005 MDT meeting notes, Parent Document No 8, where it was noted that the educational advocate disagreed with the 100 hours of compensatory education offered in the plan.  In response, the Coordinator testified that the August 2, 2004 HOD that ordered the March 9, 2005 IEP meeting also ordered that a compensatory education plan be completed.  On redirect, the Coordinator testified that the specialized instruction schedule for the student placed the student in 5 special education classes: math resource, math foundation 1, math foundation 2, English resource, and job training; that for art, English 1, PE and computer application the student attended regular education classes, DCPS Document No 10. The Coordinator testified that related services schedules for disabled students at Roosevelt SHS were delivered to the related service providers and that the related service providers were to note and inform her of any service not delivered.  On recross-examination and referred to the February 9, 2005 Roosevelt SHS Report Card, Parent Document No 30, the Coordinator testified that, for that semester, the student was programmed for 15 hours of specialized instruction as opposed to the 22 hours indicated on the May 28, 2004 IEP.

The Educational Consultant testified that he was the educational consultant/advocate for the student beginning sometime in August 2004 and that he visited Roosevelt SHS to observed the student in the art class on October 20, 2004; that he attended the March 9, 2005 and May 25, 2005 IEP meetings. The Consultant testified that during the May 9, 2005 MDT/IEP meeting he asked for documentation of the delivery of special educations services, and by subsequent mail, received only the an unsigned statement, Parent Document No 26.  As to the May 25, 2005 compensatory education plan, the educational consultant testified that he signed the plan to signify his MDT membership, not agreement with the plan.

Counsel for the Parent stated that an MDT meeting to discuss and determine compensatory education would be acceptable relief.

In consideration of the representations, testimony and documents, the hearing officer found the following facts:

1. From the date of matriculation to Roosevelt Senior High School to May 25, 2005 the student was to received 22 hours of specialized instructional and 1.5 hours related services as indicated on May 28, 2004 IEP.

2. The March 9, 2005 IEP was not finalized nor was it ever implemented.

3. The undated May 25, 2005 compensatory education plan was not agreed to by the educational advocate; the student did receive some services under the plan as Roosevelt SHS began the implementation of the plan.

4. Roosevelt SHS did not use DCPS encounter forms to document the delivery of related services to disabled students.

## DISCUSSION and CONCLUSIONS OF LAW

### I

**DCPS is required to make FAPE available to all children with disabilities within the jurisdiction of the District of Columbia.**

34 CFR 300.300 requires DCPS to fully evaluate every child suspected of having a disability within the jurisdiction of the District of Columbia, ages 3 through 21, determine eligibility for special education services and, if eligible, provide same through an appropriate IEP and Placement. Herein, DCPS did not meet its burden. The May 28, 2004 IEP that accompanied the student from Cardozo SHS to Roosevelt SHS sometime in October 2004 required Roosevelt SHS to deliver 22 hours of specialized instructional and 1.5 hour related services to the student until the May 25, 2005. DCPS did establish that all of those services were delivered and, as such, **DCPS Denied a FAPE to the student.** The student is entitled to compensatory education.

In consideration of the foregoing, the hearing officer made the following

## ORDER

1. Within 60 days hereof, DCPS shall convene an MDT meeting at which the form, amount and delivery of compensatory education for special education services not delivered to the student from October 2004 through May 25, 2005 will be discussed and determined. There will be set off for compensatory education delivered under the May 25, 2005 Compensatory Education Plan. For disputes are this paragraph, either party may request a hearing.

2. For the said MDT meeting, scheduling is to be through and notices are to be sent to Counsel for the Parent except that, for everyday of unavailability of parent/educational advocate/Counsel for the Parent, the deadline herein will

3 of 4 pages

be extended one day. For disputes under this paragraph, with the burden of proof on DCPS, documentation of the parties will be relied upon to determine the good faith of each party.

**This is THE FINAL ADMINISTRATIVE DECISION. Appeal can be made to a court of competent jurisdiction within thirty (30) days of the issue date of this decision.**

H. St. Clair, Esq., Hearing Officer        Date: July 26 2005

Issued: July 26, 2005
Student Hearing Office, DCPS

4 of 4 pages

**District of Columbia Public Schools**
*Office of Compliance*
**STUDENT HEARING OFFICE**
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



*FACSIMILE SHEET*

Date: 7-25-05

TO: Mcknight

FROM: STUDENT HEARING OFFICE

RE: HOD- April Lewis

TOTAL NUMBER OF PAGES, INCLUDING COVER: 7

COMMENTS:

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
April Lewis

August 02, 2005
In Reference To:    April Lewis

Invoice #10870

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/23/2005 | WD | Phone call to parent to confirm MDT date.  Discussed progress. | 0.33 175.00/hr | 57.75 |
| | WD | Draft letter to Roosevelt.  Confirming MDT date.  Faxed information. | 0.42 175.00/hr | 73.50 |
| | BM | Reviewed vocational assessment dated 2/18/05; telephone discussion with special education coordinator Cooper re: scheduling MDT meeting | 0.75 350.00/hr | 262.50 |
| 2/25/2005 | WD | Phone call from Mr. Phillips at Roosevelt.  Left message. | 0.08 175.00/hr | 14.00 |
| | WD | Phone call to Mr. Phillips.  Left message on voice mail. | 0.08 175.00/hr | 14.00 |
| 3/1/2005 | WD | Phone call from Ms. Lewis.  Left message. | 0.08 175.00/hr | 14.00 |
| | BM | Telephone discussion with parent | 0.17 350.00/hr | 59.50 |
| 3/4/2005 | WB | Drafted letter to parent w/ MDT Meeting Notice Letter of Invitation | 0.42 105.00/hr | 44.10 |
| 3/8/2005 | WD | Reviewed file and prepared for MDT meeting at Roosevelt on 3/9/05 | 1.00 175.00/hr | 175.00 |
| 3/9/2005 | WD | Draft letter to attorney regarding MDT meeting. | 1.00 175.00/hr | 175.00 |

April Lewis                                                                                      Page      2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/9/2005 | WD | Reviewed records sent from Roosevelt regarding discipline records and S/L progress. | 0.25 175.00/hr | 43.75 |
|  | WD | Attended MDT/IEP @ Roosevelt H.S. | 4.33 175.00/hr | 757.75 |
|  | WD | Discussion with attorney McAllister regarding outcome of MDT/IEP meeting and remaining educational and legal issues to be resolved | 0.33 175.00/hr | 57.75 |
|  | BM | Discussion with advocate Daywalt regarding outcome of MDT/IEP meeting and remaining educational and legal issues to be resolved | 0.33 350.00/hr | 115.50 |
| 3/14/2005 | WD | Reviewed records and Letter of Invitation sent by MS. Cooper.  Gave to Attorney McAllister. | 0.17 175.00/hr | 29.75 |
|  | WD | Draft letter to attorney.  Reviewing old IEP, new IEP, assessments and other discipline records.  Began writing progress report and MDT meeting notes. | 0.50 175.00/hr | 87.50 |
| 3/18/2005 | WD | Draft letter to attorney regarding MDT meeting on 3/9/05. | 1.00 175.00/hr | 175.00 |
|  | BM | Prepared and file due process hearing request to DCPS | 2.00 350.00/hr | 700.00 |
|  | WB | Drafted letter to parent w/ HR filed on 3/18/05 enclosed | 0.42 105.00/hr | 44.10 |
| 3/21/2005 | WB | Drafted letter to parent w/ IEP (3/9/05), MDT Meeting Notes (3/9/05), and IEP Meeting Notes (3/9/05) enclosed | 0.58 105.00/hr | 60.90 |
| 3/23/2005 | WD | Draft letter to DCPS regarding MDT dates and times. | 0.42 175.00/hr | 73.50 |
| 3/25/2005 | WB | Drafted letter to parent w/ HDN enclosed for hearing on 4/22/05 @ 11:00 am | 0.42 105.00/hr | 44.10 |
| 4/1/2005 | RB | Discussion with advocate Daywalt: class scheduling | 0.17 175.00/hr | 29.75 |
| 4/15/2005 | BM | Reviewed file to prepare parent's five day disclosure for 4/22/05 hearing | 1.00 350.00/hr | 350.00 |
|  | BM | Prepared and filed first amended request for hearing to DCPS | 1.00 350.00/hr | 350.00 |
|  | WB | Conference with parent re: case status and upcoming hearing on 4/22/05 @ 11:00 am | 0.17 105.00/hr | 17.85 |
|  | WB | Assisted attorney to prepare disclosure to DCPS | 1.50 105.00/hr | 157.50 |

April Lewis                                                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/19/2005 | BM | Prepared for Due Process Hearing including prehearing conference with parent; telephone call special education coordinator Cooper, Roosevelt Senior High School re: 4/22/05 Letter of Invitation; letter to Ms. Cooper re: same | 1.50 350.00/hr | 525.00 |
| 4/20/2005 | BM | Drafted letter to DCPS special education coordinator Cooper re: parent's request to reschedule 4/22/05 MDT/IEP/placement meeting | 0.75 350.00/hr | 262.50 |
|  | BM | Prepared for Due Process Hearing | 1.00 350.00/hr | 350.00 |
|  | WB | Drafted letter to parent w/ Parent's request to reschedule MDT/IEP/Placement meeting | 0.42 105.00/hr | 44.10 |
| 4/22/2005 | BM | Witness preparation of advocate Daywalt | 0.50 350.00/hr | 175.00 |
|  | BM | Appearance to 825 North Capital for due process hearing with advocate Daywalt | 3.00 350.00/hr | 1,050.00 |
|  | BM | Prepared for Due Process Hearing | 2.00 350.00/hr | 700.00 |
|  | RB | Discussion with advocate Daywalt: hearing outcomes and MR placement option | 0.25 175.00/hr | 43.75 |
|  | WD | Appearance to 825 North Capital for due process hearing with Attorney McAllister. | 3.00 175.00/hr | 525.00 |
|  | WD | Prepared for Due Process Hearing. | 1.50 175.00/hr | 262.50 |
| 4/27/2005 | WB | Drafted letter requesting records from Roosevelt SHS and DCPS for SY 2004-2005 | 0.50 105.00/hr | 52.50 |
|  | WB | Drafted letter to parent re: case status and requested records from Roosevelt SHS and DCPS for SY 2004-2005 | 0.42 105.00/hr | 44.10 |
| 4/29/2005 | WD | Draft letter to DCPS requesting MDT meeting. Faxed. | 0.42 175.00/hr | 73.50 |
|  | BM | Reviewed HOD issued 4/29/05 | 0.50 350.00/hr | 175.00 |
| 5/4/2005 | WD | Discussion with the child's attorney regarding recent HOD legal issues and MDT meeting. | 0.25 175.00/hr | 43.75 |
|  | WD | Phone call to parent discussing MDT date and progress. | 0.25 175.00/hr | 43.75 |

April Lewis                                                                                          Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2005 | WD | Draft letter to/faxed letter of invitation to DCPS. | 0.50<br>175.00/hr | 87.50 |
|  | BM | Discussion with advocate Daywalt regarding recent HOD legal issues and MDT meeting. | 0.25<br>350.00/hr | 87.50 |
| 5/5/2005 | WB | Drafted letter to parent w/ MDT Meeting Notice Letter of Invitation (5/2/05) enclosed | 0.42<br>105.00/hr | 44.10 |
|  | BM | Reviewed HOD issued 4/29/05 | 0.33<br>350.00/hr | 115.50 |
| 5/6/2005 | WB | Drafted letter to parent re: case status w/ confirmation of meeting notice for 5/17/05 @ 1:30 pm | 0.42<br>105.00/hr | 44.10 |
| 5/16/2005 | WD | Reviewed file and prepared for MDT/IEP meeting. | 1.00<br>175.00/hr | 175.00 |
| 5/17/2005 | WD | Attended MDT/IEP @ Roosevelt H.S. | 3.17<br>175.00/hr | 554.75 |
|  | BM | Reviewed educational records to consult with associate re: MRDDA participation in 5/17/05 MDT/IEP meeting | 1.00<br>350.00/hr | 350.00 |
| 5/18/2005 | BM | Consultation with advocate Daywalt and attorney Scott McKnight re: letter to principal to schedule suspension conference/manifestation review determination meeting; letter drafted | 1.50<br>350.00/hr | 525.00 |
| 5/20/2005 | DSM | Telephone call to DCPS school staff, Ms. Cooper, regarding MDT Meeting | 0.33<br>350.00/hr | 115.50 |
|  | WD | Discussion with attorney regarding status of case in preparation for mtg | 0.50<br>175.00/hr | 87.50 |
|  | WB | Drafted letter to parent w/ HR filed on 5/20/05 enclosed | 0.42<br>105.00/hr | 44.10 |
|  | WB | Assisted attorney in preparation of request for hearing | 0.33<br>105.00/hr | 34.65 |
|  | DSM | Prepared and file due process hearing request to DCPS | 2.00<br>350.00/hr | 700.00 |
|  | DSM | Discussion with W. Daywalt regarding student's recent suspension and upcoming  for MDT meeting. | 0.50<br>350.00/hr | 175.00 |
|  | WD | Phone call to parent to discuss progress and MDT meeting date. | 0.25<br>175.00/hr | 43.75 |
| 5/23/2005 | WD | Draft letter to DCPS, faxed. | 0.75<br>175.00/hr | 131.25 |

April Lewis                                                                                                           Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2005 | WD | Discussion with the child's attorney regarding issues at MDT meeting. | 0.42 175.00/hr | 73.50 |
|  | WD | Phone call to MRDDA. | 0.33 175.00/hr | 57.75 |
|  | DSM | Reviewed case files and HOD of 4/22/05 regarding noncompliance issues and discussion with advocate | 1.50 350.00/hr | 525.00 |
| 5/24/2005 | DSM | Phone call to mother regarding April's suspension. | 0.17 350.00/hr | 59.50 |
| 5/25/2005 | WD | Attended MDT/IEP @ Roosevelt HS. | 4.00 175.00/hr | 700.00 |
|  | WD | Reviewed file and prepared for MDT meeting. | 0.50 175.00/hr | 87.50 |
| 5/27/2005 | WD | Discussion with the child's attorney regarding status and MDT meeting. | 0.50 175.00/hr | 87.50 |
|  | DSM | Discussion with advocate re: MDT meeting. | 0.50 350.00/hr | 175.00 |
| 5/31/2005 | WD | Draft letter to attorney regarding status and MDT meeting. | 1.50 175.00/hr | 262.50 |
|  | KD | File Review and sent letter to parent/student | 0.17 105.00/hr | 17.85 |
| 6/13/2005 | WB | Prepared and sent packet to parent w/ Prior to Action Notice (5/25/05), MDT Meeting Notes (5/25/05), IEP Meeting Notes (5/25/05), and Individualized Educational Program (5/25/05) enclosed, per Educational Advocate's request. | 1.00 105.00/hr | 105.00 |
| 6/14/2005 | WB | Drafted letter to parent re: case status w/ HDN enclosed for hearing on 6/30/05 @ 1:00 pm | 0.42 105.00/hr | 44.10 |
| 6/15/2005 | WB | Drafted letter to parent w/ Interim Order rescheduling hearing from 6/30/05 to 7/14/05 | 0.42 105.00/hr | 44.10 |
| 6/16/2005 | WB | Drafted letter to parent re: case status w/ HDN enclosed for hearing on 7/14/05 @ 3:00 pm | 0.42 105.00/hr | 44.10 |
| 6/20/2005 | GMH | Discussion with Mr. Daywalt, advocate, re: case review. | 0.25 175.00/hr | 43.75 |
|  | WD | Discussion with advocate Holman regarding education issues. | 0.25 175.00/hr | 43.75 |

April Lewis                                                                                     Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/7/2005 | DSM | Prepare disclosure to DCPS | 1.50 350.00/hr | 525.00 |
|  | WB | Assisted attorney to prepare disclosure to DCPS | 2.50 105.00/hr | 262.50 |
|  | WB | Conference with parent re: case status and upcoming hearing on 7/14/05 @ 3:00 pm | 0.17 105.00/hr | 17.85 |
| 7/13/2005 | DSM | Prepared for Due Process Hearing, includes reviewing 50 disclosure documents. | 2.00 350.00/hr | 700.00 |
|  | DSM | Outlined issues for hearing, as well as discussion with attorney advisor, M. Levy.  Issues stem from 2003. | 1.33 350.00/hr | 465.50 |
| 7/14/2005 | WD | Appearance to 825 North Capital for due process hearing. | 3.50 175.00/hr | 612.50 |
|  | DSM | Discussion with advocate in preparation for today's hearing. | 0.25 350.00/hr | 87.50 |
|  | DSM | Appearance to 825 North Capital for due process hearing | 3.50 350.00/hr | 1,225.00 |
|  | WD | Prepared for Due Process Hearing. | 1.50 175.00/hr | 262.50 |
| 7/18/2005 | WD | Discussion with Dr. Boucher regarding educational/assessments concerns. | 0.25 175.00/hr | 43.75 |
|  | RB | Discussion with advocate Daywalt: hearing issues | 0.25 175.00/hr | 43.75 |
| 7/26/2005 | DSM | Reviewed HOD, which found denial of FAPE | 0.25 350.00/hr | 87.50 |
|  | WB | Drafted letter to parent w/ HOD issued on 7/26/05 enclosed | 0.50 105.00/hr | 52.50 |
| 7/28/2005 | WD | Reviewed HOD and tickled calender. | 0.17 175.00/hr | 29.75 |

|  |  |  |  |
|---|---|---|---|
| For professional services rendered | | 78.87 | $18,456.20 |

Additional Charges :

| 2/23/2005 | Facsimile(Roseovelt HS-MDT conf.) | 2.00 |
|---|---|---|
| 3/4/2005 | Copied documents; letter to parent | 0.50 |

April Lewis                                                                        Page    7

                                                                                    Amount

| Date | Description | Amount |
|---|---|---|
| 3/4/2005 | Postage; letter to parent | 0.37 |
| 3/18/2005 | Facsimile HR to SHO | 5.00 |
| 3/21/2005 | Postage; letter to parent with HR. | 0.60 |
| 3/22/2005 | Copied documents(OFC-Records) | 11.00 |
| 3/23/2005 | Facsimile MDT to Roosevelt | 2.00 |
| 3/25/2005 | Copied documents; HDN | 0.50 |
| | Postage; Letter to the parent with HDN. | 0.37 |
| 4/15/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied 5 day disclosure for DCPS. | 58.00 |
| 4/20/2005 | Facsimile(OGC-letter) | 2.00 |
| | Facsimile(Roosevlt letter) | 2.00 |
| 4/22/2005 | Copied documents(Hraring-records) | 25.00 |
| | Sedan taxi service to and from  DCPS for hearing | 14.00 |
| 4/27/2005 | Postage; letter to parent | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| 4/29/2005 | Facsimile MDT to Roosevelt | 3.00 |
| 5/4/2005 | Facsimile mdt meeting to Roosevelt SHS. | 2.00 |
| 5/5/2005 | Postage; Letter to the parent with MDT meeting notice letter of invitation. | 0.37 |
| | Copied HOD for the parent. | 3.00 |
| 5/6/2005 | Postage; letter to parent with meeting confirmation notice. | 0.37 |
| 5/18/2005 | Facsimile: Letter to Roosevelt. | 4.00 |
| | Copied: Letter to DCPS and parent. | 0.50 |
| 5/20/2005 | Facsimile: HR letter to SHO. | 5.00 |
| 5/23/2005 | Facsimile: MDT letter to Roosevelt. | 9.00 |
| 5/31/2005 | Postage; letter | 0.37 |

April Lewis                                                                          Page    8

                                                                                      Amount

| Date | Description | Amount |
|---|---|---|
| 5/31/2005 | Copied documents- letter to parent | 0.50 |
| 6/14/2005 | Postage; letter to parent (HDN for 6/30/05) | 0.37 |
| 6/15/2005 | Postage; letter to parent (Interim Order) | 0.37 |
| 6/16/2005 | Postage; letter to parent (HDN for 7/14/05) | 0.37 |
| 7/7/2005 | Facsimile to OGC:  Disclosure | 182.00 |
|  | Copied documents- Disclosure | 69.00 |
| 7/8/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Postage; letter to parent. | 0.37 |
| 7/14/2005 | Taxi service from  DCPS for hearing | 12.00 |
| 7/26/2005 | Facsimile Received from DCPS; HOD | 7.00 |
|  | Copied documents; HOD | 7.00 |
| 8/2/2005 | File review preparation of bill and invoice audit | 96.88 |

Total costs                                                                          $567.68

Total amount of this bill                                                            $19,023.88