# EXHIBIT 33



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

**1.  Attorney Information**
Law Firm:  JAMES E. BROWN & ASSOCIATES, PLLC
Attorney:  JAMES E. BROWN
Federal Tax ID No.:  52-1500760
D.C. Bar No.:  61622

**2.  Student Information**
Name:  Diamond Marshall
DOB:  6/10/89
Date of Determination (HOD/SA):  8/22/05
Parent/Guardian Name:  Diane Stokes
Parent/Guardian Address:  2916 30th St., SE, #30, WDC 20020
Current School:  Rock Creek Academy
Home School:  Rock Creek Academy

**3.  Invoice Information**
Invoice Number:  05-381
Date Request Submitted:  8/26/05
Date(s) Services Rendered  2/3/05 to 8/2/05
Amount of Payment Request  $ 7,732.00

**4.  Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                                        Date

# District of Columbia Public Schools

### Office of Management Services

## Tonya M. Butler-Truesdale, Esquire

### Independent Due Process Hearing Officer

825 North Capitol Street, N.E., 8th Floor
Washington, DC 20002-4232
(202) 518-6867
Facsimile: (202) 442-5556

## CONFIDENTIAL

### INTERIM ORDER

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS HEARING** |
| | ) | |
| Diamond Marshall, Student | ) | |
| Date of Birth: 06/10/89 | ) | **DECISION AND ORDER** |
| | ) | |
| Petitioner | ) | Hearing Dates: August 2, 2005 |
| | ) | |
| v. | ) | Held at: 825 North Capitol Street, NE, 8th Floor |
| | ) | Washington, D.C. 20002 |
| District of Columbia Public | ) | |
| Schools, | ) | |
| | ) | |
| Respondent. | ) | |


| | |
|---|---|
| Parent(s): | Ms. Diane Stokes<br>2916 30th Street, SE<br>Washington, DC 20020 |
| Counsel for Parent(s): | Roxanne D. Neloms, Esquire<br>James E. Brown & Associates, PLLC<br>Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005 |
| Counsel for School: | Charles McCollough, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E., 9th Floor<br>Washington, DC 20002 |

*In the Matter of Diamond Marshall*

## I.    JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.),* 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

## II.    DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURE

Petitioner: Submitted untabbed disclosures with a disclosure letter describing them as DM1-DM10.

Respondent:  No disclosure letter was received from DCPS.

## IV.    STATEMENT OF THE CASE

On July 28, 2005 a Due Process Hearing Request was received alleging that the District of Columbia Public Schools failed to:
1.  Timely evaluate Petitioner; and,
2.  Reconvene student's BLMDT/IEP meeting.

The Student Hearing Office, DCPS, scheduled a Due Process Hearing for August 2, 2005 at 3:00pm at Whittier Elementary School in Washington, D.C. The Hearing convened as scheduled. Attorney Advisor Charles McCollough appeared in-person for DCPS. Attorney Roxanne Neloms appeared in person on behalf of Petitioner

## V.    FINDINGS OF FACT

Counsel for DCPS proffered that the allegedly outstanding evaluations in the Petitioner's hearing request have actually been performed and that DCPS is waiting for the report. Petitioner's hearing was the last of six hearing scheduled on the hearing date of August 2, 2006 and by the time the hearing was convened DCPS was not able to secure its most vital witness. A continuance is being granted to avoid re-testing of the Petitioner in the event that such re-evaluations have already been performed.

*In the Matter of Diamond Marshall*

## VI.   ORDER

1. DCPS shall within 30 calendar days provide proof of the vocational educational assessment to parent's counsel.

2. Parent and DCPS counsel shall contact Sharon Newsome in the Student Hearing Office to acquire a continuance date and forward copy of date assigned to the Hearing Officer by fax at (202) 518-3666. On the continuance date Petitioner's continuing allegations regarding the clinical psychological shall be adjudicated.

_____          August 21, 2005
Tonya M. Butler-Truesdale, Esquire        Date
Hearing Officer

Issued:   08-22-05
Student Hearing Office, DCPS

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Huff, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Marshall, Diamo

August 25, 2005
In Reference To:   Marshall, Diamo

Invoice #10922

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 2-3-05 Ltr to RCA accepting MDT date/copy to advc and file | 0.42 105.00/hr | 44.10 |
| 2/9/2005 | KD | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn for 3-17-05/copy to advc and file | 0.42 105.00/hr | 44.10 |
| 2/18/2005 | DD | Reviewed file and folder for up coming IEP meeting | 2.00 175.00/hr | 350.00 |
| 3/11/2005 | JF | Prepared for MDT/IEP meeting by reviewing all available information on file, conatcted aprent | 1.50 350.00/hr | 525.00 |
| 3/22/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 3-18-05 Ltr to RCA w/MDT dates/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 3/24/2005 | KD | Drafted letter to parent/enclosed copy of MDT Cnfrmtn / copy to advc and file / added to case notes | 0.42 105.00/hr | 44.10 |
| 3/25/2005 | DD | Reviewed letter from school about having another IEP meeting | 0.33 175.00/hr | 57.75 |
| 5/19/2005 | DH | Receive and review the student's speech and language evaluation. | 0.42 350.00/hr | 147.00 |
| | DH | Receive and review the student's educational evaluation. | 0.67 350.00/hr | 234.50 |
| 5/23/2005 | DD | Reviewed speech and lang evaluation and educational evaluations and update file | 1.00 175.00/hr | 175.00 |

Marshall, Diamo                                                                                      Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/24/2005 KD | Drafted letter to parent/enclosed copy of 4-28-05 S/L eval and 5-9-05 Educational eval report from RCA/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 6/20/2005 KD | Drafted letter to parent/enclosed copy of 5-12-05 OT eval report/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 6/22/2005 DH | Receive and review the student's occupational therapy evaluation. | 0.58 350.00/hr | 203.00 |
| 6/23/2005 DD | Reviewed occupational therapy report. | 0.50 175.00/hr | 87.50 |
| 6/27/2005 DH | Review the student's educational file, conduct educational research to determine DCPS' duty to comply with the MDT Team's request that the student be reevaluated pursuant to 34 C.F.R. Sec. 300.536(b) of the IDEA, draft administrative due process hearing request for Ms. Nelom's review. | 2.33 350.00/hr | 815.50 |
| RN | Review the administrative due process hearing request drafted by Mr. Hill. | 0.17 350.00/hr | 59.50 |
| 6/28/2005 KD | Drafted letter to parent/enclosed copy of Notice of Intent to Evaluate/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 7/1/2005 RN | Review Mr. Hill's letter to DCPS regarding, among other things, evaluations. | 0.17 350.00/hr | 59.50 |
| DH | Recieve and review the student's educational evaluation from the Rock Creek Academy. | 0.83 350.00/hr | 290.50 |
| DH | Draft and send letter to the DCPS Office of Special Education providing a copy of the student's educational file, and request for additional assessments, provide the letter to Ms. Neloms for her review. | 0.42 350.00/hr | 147.00 |
| 7/6/2005 KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50 105.00/hr | 52.50 |
| KD | Drafted letter to parent/enclosed copy of 5-24-05 Psychological eval and Atty's 7-1-05 Ltr to DCPS/copy to advc and file/added to case notes | 0.42 105.00/hr | 44.10 |
| 7/14/2005 WB | Drafted letter to parent w/ notice to parent of intent to evaluate/reevaluate | 0.42 105.00/hr | 44.10 |
| 7/26/2005 DH | Review the student's educational file, prepare five-day disclosures for the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
| RN | Review five-day disclosures prepared by Mr. Hill. | 0.25 350.00/hr | 87.50 |

Marshall, Diamo                                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/26/2005 | KD | Assist attorney to prepare disclosure to DCPS | 0.67<br>105.00/hr | 70.35 |
| 7/28/2005 | KD | Phone call to parent re relocation of upcoming hearing | 0.08<br>105.00/hr | 8.40 |
|  | DD | Reviewed file and request for hearing and hearing notice. | 1.00<br>175.00/hr | 175.00 |
| 7/29/2005 | KD | Drafted letter to parent/enclosed copy of Notice from DCPS re Change in Location of upcoming hearing/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 8/1/2005 | DH | Prepare for the student's administrative due process hearing. | 1.50<br>350.00/hr | 525.00 |
|  | RN | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
| 8/2/2005 | DH | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | RN | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | RN | Appear and at the student's administrative due process hearing. | 2.00<br>350.00/hr | 700.00 |
|  | DH | Appear and at the student's administrative due process hearing. | 2.00<br>350.00/hr | 700.00 |
|  | WB | Participated at Due Process Hearing via teleconference | 0.67<br>105.00/hr | 70.35 |

| For professional services rendered | 27.79 | $7,381.85 |
|---|---|---|

Additional Charges :

| 2/3/2005 | Facsimile(RCA-LOI w/cvr letter) | 3.00 |
|---|---|---|
|  | Copied documents(Parent/adv-atty's 2/3/05 letter to RCA accepting MDT date w/cvr letter) | 16.00 |
|  | Postage; Letter to the parent. | 0.37 |
| 2/9/2005 | Postage; Status letter to the parent re: MDT confirmation | 0.37 |
|  | Copied documents(Parent/Adv-MDT Confomation w/cvr letter) | 4.00 |
| 3/18/2005 | Facsimile letter to OSE/RCA | 6.00 |

Marshall, Diamo                                                              Page    4

                                                                            Amount

| Date | Description | Amount |
|---|---|---|
| 3/22/2005 | Postage; letter to parent. | 0.37 |
| | Copied documents re: MDT dates. | 4.50 |
| 3/24/2005 | Postage; letter to parent with MDT confirmation. | 0.37 |
| | Copied documents; MDT confirmation to parent/advocate/Fernandez | 1.50 |
| 5/24/2005 | Copied: Educational and S/L evaluations for parent and advocate. | 11.50 |
| | Postage; Educational and S/L evaluations from RCA to parent. | 1.29 |
| 6/20/2005 | Copied documents(Parent-ADV-5/12/05 OT+CVR letter) | 100.00 |
| | Postage; OT evaluation letter to parent. | 0.60 |
| 6/23/2005 | Copied documents(Atty Hill-5/12/05 OT+CVR letter) | 2.50 |
| 6/27/2005 | Copied: Notice of intent to evaluate from RCA for parent and advocate. | 1.50 |
| 6/28/2005 | Postage; Notice of intent to evaluate letter to parent. | 0.37 |
| 7/1/2005 | Facsimile: evaluation's request to OSE. | 25.00 |
| 7/6/2005 | Copied documents- HN w/Cvr Ltr | 1.00 |
| | Copied documents- Atty's 7-1-05 Ltr to DCPS, 5-24-05 Psych Cvr Ltr | 13.00 |
| | Postage; Psych evaluations and HN letter to parent. | 1.29 |
| 7/14/2005 | Postage; intent to evaluate letter to parent. | 0.37 |
| 7/26/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: Disclosure for SHO and OGC. | 37.00 |
| 7/28/2005 | Postage; letter to parent re: HN at new location. | 0.37 |
| | Copied documents to parent and advocate:  HN and cover letter | 1.00 |
| 8/2/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $350.15 |
| | Total amount of this bill | $7,732.00 |