# EXHIBIT 35

# District of Columbia Public Schools

OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   - Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   - Attorney: JAMES E. BROWN
   - Federal Tax ID No.: 52-1500760
   - D.C. Bar No.: 61622

2. **Student Information**
   - Name: David Mejia
   - DOB: 12/3/89
   - Date of Determination (HOD/SA): 7/22/05
   - Parent/Guardian Name: Marleni & Jose Mejia
   - Parent/Guardian Address: 1300 Howard St., NW, WDC 20009
   - Current School: Chavez PCS
   - Home School: Garnet Patterson MS

3. **Invoice Information**
   - Invoice Number: 05-384
   - Date Request Submitted: 8/26/05
   - Date(s) Services Rendered: 3/14/05 to 8/11/05
   - Amount of Payment Request: $9,158.34

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                              Date

# District of Columbia Public Schools
## State Enforcement and Investigation Division

Terry Michael Banks, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(571) 437-7381
Facsimile: (202) 442-5556

## Confidential

| | |
|---|---|
| DAVID MEJIA, STUDENT ) | |
| ) | |
| Date of Birth: December 3, 1989 ) | |
| ) | |
| Petitioner, ) | Hearing Date: June 21, 2005 |
| ) | |
| v. ) | Request for Hearing: March 18, 2005 |
| ) | |
| THE DISTRICT OF COLUMBIA ) | |
| PUBLIC SCHOOLS ) | |
| ) | Held at: 825 North Capitol Street, N.E. |
| Respondent. ) | 8th Floor |
| ) | Washington, D.C. 20002 |
| Student Attending: ) | |
| Chavez Public Charter School ) | |
| Home School: Garnet Patterson M.S. ) | |

### HEARING OFFICER'S DECISION

**Parents:** Marleni and Jose Mejia
1300 Harvard Street, N.W.
Washington, D.C. 20009

**Counsel for Petitioner:** Miguel A. Hull, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 742-2000; Fax: (202) 742-2098

**Counsel for DCPS:** Karen J. Herbert, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.; 9th Floor
Washington, D.C. 20002

An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Decision as a public record.

## INDEX OF NAMES

| | |
|---|---|
| Child's Name | David Mejia |
| Child's Parent(s) (specific relationship) | Marleni and Jose Mejia |
| Child/Parent's Representative | Miguel A. Hull, Esquire |
| School System's Representative | Karen J. Herbert, Esquire |
| Educational Advocate | Juan Fernandez, James E. Brown & Assoc. |
| Interpreter | Leonor Suarez |

**Jurisdiction**

This hearing was conducted in accordance with the rights established under the Individuals With Disabilities Act ("IDEA"), 20 U.S.C. Sections 1400 et seq., Title 34 of the Code of Federal Regulations, Part 300; Title V of the District of Columbia ("District" or "D.C.") Municipal Regulations ("DCMR"), re-promulgated on February 19, 2003; and Title 38 of the D.C. Code, Subtitle VII, Chapter 25.

**Introduction**

Petitioner is a fifteen year-old student attending Chavez Public Charter School ("Chavez"). On March 18, 2005 Petitioner filed a *Request for Hearing* ("*Request*") alleging that the District of Columbia Public Schools ("DCPS") failed to (1) develop an appropriate Individualized Education Program ("IEP"), (2) provide necessary services, and (3) convene a manifestation hearing. The due process hearing was convened on June 21, 2005. The parties' Five Day Disclosure Notices were admitted into evidence at the hearing. Neither party offered oral testimony at the hearing. The parties agreed to relief for Petitioner as is described in the Findings of Fact below.

**Findings of Fact**

1. Petitioner is a fourteen year-old student attending Options.[1]

2. During the hearing, the parties agreed to the following relief for Petitioner:

    A. DCPS shall conduct a bilingual clinical psychological evaluation of Petitioner on or before July 31, 2005.
    B. DCPS shall provide Petitioner eight hours of compensatory education services during the summer of 2005 for services missed from November 17, 2004 to the end of the 2004-2005 school year.
    C. During the week of September 6-9, 2005, DCPS shall convene a Multidisciplinary Team ("MDT") meeting to review all current evaluations, update Petitioner's IEP, discuss and determine Petitioner's need for compensatory occupational therapy services for services missed from November 17, 2004 to the end of the 2004-2005 school year, discuss and determine Petitioner's need for compensatory speech and language services for services missed from November 17, 2004 to the end of the 2004-2005 school year, and discuss and determine Petitioner's need for compensatory services for specialized instruction missed from November 17, 2004 to the end of the 2004-2005 school year.
    D. DCPS shall conduct a functional behavior assessment of Petitioner on or before September 30, 2005. DCPS shall convene an MDT meeting to review all current evaluations, update IEP.

---

[1] *Request* at 1.

3

  E. DCPS shall coordinate scheduling all meetings through Petitioner's counsel.

  F. Any delay in meeting any of the deadlines attributable to Petitioner will extend DCPS' deadlines on a day-for-day basis.

**Conclusions of Law**

  The parties' agreement is in Petitioner's best interests and its terms will be substantially included in the order below.

## ORDER

  Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, and the representations of the parties' counsel at the hearing, this 22nd day of July 2005, it is hereby

  **ORDERED,** that DCPS shall conduct a bilingual clinical psychological evaluation of Petitioner on or before July 31, 2005. DCPS shall provide Petitioner's counsel a copy of the evaluation immediately upon its completion and no later than 72 hours prior to the MDT meeting described below.

  **IT IS FURTHER ORDERED,** that DCPS shall provide Petitioner eight hours of compensatory education services during the summer of 2005 for services missed from November 17, 2004 to the end of the 2004-2005 school year.

  **IT IS FURTHER ORDERED,** that during the week of September 6-9, 2005, DCPS shall convene an MDT meeting to review all current evaluations, update the IEP, discuss and determine Petitioner's need for compensatory occupational therapy services for services missed from November 17, 2004 to the end of the 2004-2005 school year, discuss and determine Petitioner's need for compensatory speech and language services for services missed from November 17, 2004 to the end of the 2004-2005 school year, and discuss and determine Petitioner's need for compensatory services for specialized instruction missed from November 17, 2004 to the end of the 2004-2005 school year. DCPS will coordinate scheduling the MDT meeting with Petitioner's counsel, Miguel A. Hull, Esquire, (202) 742-2000.

  **IT IS FURTHER ORDERED,** that DCPS shall conduct a functional behavior assessment ("FBA") of Petitioner on or before September 30, 2005. DCPS shall convene an MDT meeting on or before October 21, 2005 to update the IEP as required by the FBA. DCPS will coordinate scheduling the MDT meeting with Petitioner's counsel, Miguel A. Hull, Esquire, (202) 742-2000. By mutual agreement, Petitioner's counsel and the Special Education Coordinator at Chavez may waive the requirement of an MDT meeting if the FBA does not warrant modification of the IEP.

**IT IS FURTHER ORDERED**, that in the event of DCPS' failure to comply with the terms of this Order, Petitioner's counsel will contact the Special Education Coordinator at Chavez and the DCPS Office of Mediation & Compliance to attempt to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.[2]

**IT IS FURTHER ORDERED**, that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED**, that this Order is effective immediately.

### Notice of Right to Appeal Hearing Officer's Decision and Order

This is the final administrative decision in this matter. Any party aggrieved by the findings and/or decision may bring a civil action in any state court of competent jurisdiction or in a district court of the United States without regard to the amount in controversy, in accordance with 20 U.S.C. Section 1415(i)(2)(A) within thirty days of the entry of the Hearing Officer's Decision.[3]

_____
Terry Michael Banks
Hearing Officer

Date: July 22, 2005

Issued: 7-22-05

---

[2] If DCPS fails to contact Petitioner to conduct the evaluation or if DCPS fails to contact Petitioner's counsel to coordinate scheduling the MDT meetings by dates that would make compliance with this Order feasible, the hearing officer expects Petitioner's counsel to initiate telephone calls and electronic correspondence to attempt to effect compliance within the timelines set out herein.

[3] See *Amman v. Town of Stow*, 991 F.2d 929, 931(1st Cir. 1993) (since the IDEA does not set a time limit for lawsuits brought under its terms, the district court must "borrow" the most analogous statute of limitations under state law); *Spiegler v. District of Columbia*, 866 F.2d 461, 463-64 (D.C. Cir. 1989)(borrowing a 30-day limitations period for review of agency orders and applying it to an appeal from a decision under the predecessor to IDEA). In the District of Columbia, the Rules of the Board of Education do not prescribe a time limit for bringing the civil action authorized by the IDEA and the Board's Regulations, 5 D.C.M.R. Section 3032.5. The D.C. Administrative Procedures Act defers to the District of Columbia Court of Appeals to set the limitation period for filing an appeal from a final agency action. D.C. Code §2-510(a). Under the Court's rules, a petition for review of an agency order must be filed within thirty days. D.C. Ct. App. Rule 15(a).

5

Copies to:

Miguel A. Hull, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 742-2000; Fax: (202) 742-2098

Karen J. Herbert, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
David Mejia
Marleni Mejia
1300 Harvard Street, NW
Apt # 1
Washington DC 20009


August 11, 2005
In Reference To:   David Mejia
                   DOB: 12/03/89
                   School: Cesar Chavez PCS
                   Home School: Garnet-Patterson MS

Invoice #10889

    Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/14/2005 | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.50<br>105.00/hr | 157.50 |
| | AAG | Drafted letter to parent with translation | 0.92<br>105.00/hr | 96.60 |
| | MH | Consultation with parent and legal assistant, research and case preparation. | 1.50<br>350.00/hr | 525.00 |
| 3/17/2005 | JF | Received and reviewed all intake information regarding student, contacted parent and discussed issues with child's attorney | 0.92<br>350.00/hr | 322.00 |
| | MH | Prepared draft of due process hearing request to DCPS. Includes research on issues raised and drafting of claims and discussion with advocate | 1.33<br>350.00/hr | 465.50 |
| 3/18/2005 | MH | Revised draft of due process hearing request developed on 3/17. Includes additional research and revising of claims. | 1.00<br>350.00/hr | 350.00 |
| 3/24/2005 | HR | Draft case status letter to parent detailing the hearing requested | 0.67<br>105.00/hr | 70.35 |
| | JF | Attended MDT/IEP @ Cesar Chavez PCS. | 4.83<br>350.00/hr | 1,690.50 |
| | JF | Prepared for MDT/IEP scheduled, meeting is to take place at Cesar Chavez PCS. | 1.50<br>350.00/hr | 525.00 |

David Mejia                                                                                                         Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2005 | HR | Draft case status letter to parent informing them of the notice of hearing | 0.42 105.00/hr | 44.10 |
| 4/11/2005 | HR | Draft letter to the student hearing office requesting an interpreter for the upcoming hearing | 0.50 105.00/hr | 52.50 |
| 4/18/2005 | MH | Prepare disclosure to DCPS. | 1.50 350.00/hr | 525.00 |
|  | YA | Research educational needs re: disclosure | 0.25 105.00/hr | 26.25 |
|  | AAG | Assisted attorney to prepare disclosure to DCPS | 1.50 105.00/hr | 157.50 |
| 4/19/2005 | CF | Reviewed with the attorney | 0.33 175.00/hr | 57.75 |
|  | JF | Reviewed case with educational adovcate | 0.33 350.00/hr | 115.50 |
| 4/22/2005 | MH | Prepared for Due Process Hearing | 1.50 350.00/hr | 525.00 |
|  | JF | Prepared for Due Process Hearing by reviewing last MDT/IEPnotes and all other relevant information, discussed case with child's attorney and discussed possible testimony. | 1.50 350.00/hr | 525.00 |
| 4/25/2005 | MH | Appearance to 825 North Capital for due process hearing | 2.50 350.00/hr | 875.00 |
| 5/16/2005 | HR | Draft case status letter to parent informing them of the notice of hearing | 0.42 105.00/hr | 44.10 |
| 5/18/2005 | HR | Draft letter to Student Hearing Office requesting an interpreter | 0.50 105.00/hr | 52.50 |
| 6/14/2005 | MH | Reviewed file to determine case status and determine strategy for pending hearing | 0.50 350.00/hr | 175.00 |
| 6/17/2005 | HR | Phone call to parent regarding hearing | 0.17 105.00/hr | 17.85 |
| 6/20/2005 | MH | Prepared for Due Process Hearing. Reviewed parent's and DCPS's disclosure materials, research on issues raised, prepared legal arguments and potential witness questions, and discussion and review with parent. | 0.83 350.00/hr | 290.50 |
| 6/21/2005 | MH | Appearance to 825 North Capital for due process hearing | 1.75 350.00/hr | 612.50 |

David Mejia                                                                                     Page   3

|            |    |                                                                    | Hrs/Rate        | Amount     |
|------------|----|--------------------------------------------------------------------|-----------------|------------|
| 6/21/2005  | JF | Appearance to 825 North Capital for due process hearing            | 1.75 350.00/hr  | 612.50     |
|            |    | For professional services rendered                                 | 30.42           | $8,911.00  |
|            |    | Additional Charges :                                               |                 |            |
| 3/14/2005  |    | Copied intake documents for the parent and advocate.               |                 | 37.50      |
|            |    | Copied documents; letter to parent                                 |                 | 0.50       |
|            |    | Postage; letter to parent                                          |                 | 0.37       |
| 3/24/2005  |    | Postage; Sent case status to the parent.                           |                 | 0.60       |
|            |    | Copied documents; letter to parent HR                              |                 | 1.75       |
| 4/4/2005   |    | Copied documents; NOH letter to parent                             |                 | 0.50       |
|            |    | Postage; letter to parent                                          |                 | 0.37       |
| 4/11/2005  |    | Facsimile letter to SHO/OGC re: req. for interpreter               |                 | 4.00       |
| 4/18/2005  |    | Copied documents; disclosures                                      |                 | 38.00      |
|            |    | Messenger Service to and from DCPS (5-day Disclosures)             |                 | 20.00      |
| 4/25/2005  |    | Sedan taxi service to and from DCPS for hearing                    |                 | 14.00      |
| 5/16/2005  |    | Copied: NOH with letter for parent.                                |                 | 0.50       |
|            |    | Postage; case status to parent.                                    |                 | 0.37       |
| 5/18/2005  |    | Facsimile: Request for interpreter, to SHO and OGC.                |                 | 4.00       |
| 6/21/2005  |    | Sedan taxi service to and from DCPS for hearing                    |                 | 14.00      |
| 7/22/2005  |    | Facsimile Received from DCPS; HOD                                  |                 | 7.00       |
|            |    | Copied documents; HOD                                              |                 | 7.00       |
| 8/11/2005  |    | File review preparation of bill and invoice audit                  |                 | 96.88      |
|            |    | Total costs                                                        |                 | $247.34    |
|            |    | Total amount of this bill                                          |                 | $9,158.34  |