# EXHIBIT 37



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Christian Myles
   DOB: 8/14/91
   Date of Determination (HOD/SA): 7/27/05
   Parent/Guardian Name: Barbara Myles
   Parent/Guardian Address: 1331 Savannah St., SE, #6, WDC 20032
   Current School: Monten Center
   Home School: Monten Center

3. **Invoice Information**
   Invoice Number: 05-386
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 5/26/05 to 8/2/05
   Amount of Payment Request: $3,427.65

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_                                August 26, 2005
Signature                                           Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
# STATE ENFORCEMENT & INVESTIGATONS DIVISION

David R. Smith, Due Process Hearing Officer
825 North Capital Street, 8th Floor, N.E.
Washington, DC 20002
(202) 442-5432 (phone); (202) 442-5556(fax)

| | |
|---|---|
| In the Matter of ) | **IMPARTIAL DUE PROCESS** |
| ) | |
| Christian Myles ("Student") ) | **HEARING OFFICER'S DECISION**[1] |
| Date of Birth: August 14, 1911 ) | |
| Petitioner, ) | Hearing Dates: July 27, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol Street, NW |
| ) | 8th Floor |
| ) | Washington, DC 20002 |
| District of Columbia Public Schools ) | |
| 825 North Capitol Street, NW ) | Attending School: |
| Washington, DC 20002 ) | Browne Education Center |
| ("DCPS" or "District") ) | |
| ) | Hearing Request Received: |
| Respondent. ) | June 21, 2005 |

Counsel for Parent    John Straus, Esq.
1220 L Street, NW
Suite 700
Washington, D.C. 20002

Counsel for DCPS:    Karen J. Herbert, Esq.
District of Columbia Public Schools,
9th Floor
825 North Capitol Street, NW
Washington, DC 20002

---

[1] An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Hearing Officer's Determination as a public record.

1

## INDEX OF NAMES

Christian Myles v. DCPS

| | |
|---|---|
| Principal | |
| Executive Director, PCS | |
| Special Education Coordinator | |
| Special Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Private Education Advocate | |
| Community Support Specialist | |
| CHILD AND CHILD'S DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | John Straus, Esq. |
| School System's Representative | Karen J. Herbert, Esq. |
| Observer | |

2

# INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400
# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
# IMPARTIAL DUE PROCESS HEARING

**INTRODUCTION:**

A Due Process Hearing was convened on July 27, 2005 at the District of Columbia Public Schools ("DCPS"), 825 North Capitol Street, N.E. Washington, D.C. 20002. The Hearing was held pursuant to a hearing request submitted by counsel for the parent dated June 21, 2005.

**JURISDICTION:**

The Hearing was held and this decision was written pursuant to the *Individuals with Disabilities Education Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the *Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145*, effective October 21, 1998.

**DUE PROCESS RIGHTS:**

Counsel for the parent waived a formal reading of the due process rights.

**SUMMARY:**

The parties discussed the case on the record and were able to reach an agreement, incorporated herein as an Order below.

**ORDER:**

1. On or before August 5, 2005, DCPS will convene an MDT/IEP/Placement meeting to review current evaluations, review and revise as necessary the student's IEP, discuss and determine an appropriate placement.

2. In the event that a new placement is determined appropriate, DCPS will issue a prior notice to an appropriate placement within 5 business days of the meeting if the placement is to a public placement and within 30 calendar days of the meeting if the placement is to a private placement.

3. All meetings are to be scheduled through student's counsel and any delay in any time line caused by the student, parent or student's counsel shall extend the applicable time line by one day for each day of delay.

3

**APPEAL PROCESS:**

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

Date: 7-27-05

Issued: 7-27-05

David R. Smith, Esq.
Impartial Hearing Officer

4

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Christian Myles

August 02, 2005
In Reference To: Christian Myles
Invoice #10871

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2005 | JS | Reviewed letter to parent | 0.08<br>350.00/hr | 28.00 |
| | DP | Drafted letter to parent regarding hearing officer's determination sent by DCPS. | 0.52<br>105.00/hr | 54.60 |
| 6/1/2005 | TS | Reviewed HOD | 0.25<br>175.00/hr | 43.75 |
| 6/21/2005 | JS | Prepared and file due process hearing request to DCPS | 2.00<br>350.00/hr | 700.00 |
| 6/22/2005 | JEB | Examined and certified hearing request filed by attorney | 0.58<br>350.00/hr | 203.00 |
| | JS | Reviewed letter to parent | 0.08<br>350.00/hr | 28.00 |
| | DP | Drafted letter to parent regarding due process hearing request filed by this office with DCPS. | 0.52<br>105.00/hr | 54.60 |
| 6/30/2005 | TS | Reviewed Hearing Request | 0.17<br>175.00/hr | 29.75 |
| 7/5/2005 | DP | Drafted letter to parent regarding hearing date scheduled by DCPS. | 0.52<br>105.00/hr | 54.60 |

Christian Myles                                                                                           Page    2

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/20/2005 | JS | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings. | | 2.00 350.00/hr | 700.00 |
|  | DP | Assisted attorney to prepare disclosure to DCPS. | | 1.50 105.00/hr | 157.50 |
| 7/26/2005 | JS | Prepared for Due Process Hearing | | 1.50 350.00/hr | 525.00 |
| 7/27/2005 | JS | Phone call to parent regarding the hearing today | | 0.33 350.00/hr | 115.50 |
|  | JS | Conduct final review of the student's educational file, conduct last minute educational research, conduct final review of DCPS's five day disclosures, review questions for direct, possible redirect, and possible cross, review opening and closing statements, and conduct final witness preparation with the parent and educational advocate for the student's upcoming administrative due process hearing and appear at the student's administrative due process hearing. | | 1.25 350.00/hr | 437.50 |
| 7/28/2005 | JEB | Examined HOD; contacted parent; instructed paralegal to send to parent | | 0.33 350.00/hr | 115.50 |
|  |  | For professional services rendered | | 11.63 | $3,247.30 |
|  |  | Additional Charges : | | | |
| 6/21/2005 | | Facsimile: HR to SHO. | | | 5.00 |
|  | | Copied documents; hearing request | | | 2.50 |
| 6/22/2005 | | Postage; HR letter to parent. | | | 0.60 |
|  | | Copied documents; letter to parent | | | 0.50 |
| 7/5/2005 | | Copied documents; letter to parent | | | 0.50 |
|  | | Postage; letter to parent | | | 0.37 |
| 7/20/2005 | | Copied: Disclosure for DCPS. | | | 30.00 |
|  | | Messenger Service to and from DCPS (5-day Disclosures) | | | 20.00 |
| 7/27/2005 | | Sedan taxi service to and from DCPS for hearing | | | 14.00 |
| 7/28/2005 | | Facsimile Received from DCPS; HOD | | | 5.00 |
|  | | Copied documents; HOD | | | 5.00 |

Christian Myles                                                                                           Page    3

                                                                                                         Amount

8/2/2005  File review preparation of bill and invoice audit                                                96.88

         Total costs                                                                                     $180.35

         Total amount of this bill                                                                     $3,427.65