# EXHIBIT 38



# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

### APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
### PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Derval Nettles
   DOB: 8/9/92
   Date of Determination (HOD/SA): 8/19/05
   Parent/Guardian Name: Angelenia Nettles
   Parent/Guardian Address: 2749 Langston Pl., SE, WDC 20020
   Current School: Center for Life Enrichment
   Home School: Center for Life Enrichment

3. **Invoice Information**
   Invoice Number: 05-387
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 1/12/05 to 8/9/05
   Amount of Payment Request: $ 4,420.30

4. **Certification (must be signed by principal attorney).**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                           Date

(In the Matter of DN  DOB 8/9/92  HOD: August 19, 2005)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## Office of Compliance
### CONFIDENTIAL
Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of Derval Nettles ) | **IMPARTIAL DUE PROCESS** |
| Date of Birth: August 9, 1992 ) | |
| ) | **HEARING OFFICER'S DECISION** |
| ) | |
| Petitioner (Student), ) | Hearing Date: August 9, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District") ) | |
| Attending School: Center for Life Enrchmt. ) | |
| Respondent. ) | |
| _____ ) | |

Hearing Participants:
Counsel for Student:            Delores Scott McKnight, Esq.
                                1220 L Street NW  #700
                                Washington DC  20002

Counsel for DCPS:               Rondalyn Primes, Esq.
                                Office of General Counsel
                                825 North Capitol St. NE
                                Washington, DC  20002

## INTRODUCTION:

A Due Process Hearing was convened on August 9, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed June 30, 2005.

## JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

## DUE PROCESS RIGHTS:

The student's counsel waived a formal reading of the due process rights.

1

(In the Matter of DN   DOB 8/9/92   HOD: August 19, 2005)

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

## FINDINGS OF FACT:

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

## ORDER:

1. DCPS shall, on or before August 17, 2005, convene a multi-disciplinary team/individual educational program (MDT/IEP) meeting to review the student's clinical psychological evaluation, review and revise the student's IEP as appropriate, discuss and determine placement and discuss compensatory education from June 2, 2005, and develop a plan if necessary.

2. Attorney fees in this matter are limited up to $2,000.

3. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

(In the Matter of     DOB:     HOD: August , 2005)

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
**Coles B. Ruff, Esq.**
**Hearing Officer**
Date: August   , 2005

Issued: 8/19/05

(In the Matter of DN   DOB 8/9/92   HOD: August 19, 2005)

## MATTER OF Derval Nettles V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| DN 1-12 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness List | Yes |
| | | |
| | | |
| | | |
| | | |
| | * A detailed list of the documents disclosed is contained in the parties' disclosure notices | |

(In the Matter of DN   DOB 8/9/92   HOD: August 19, 2005)

## In the MATTER OF Derval Nettles V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/30/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 7/12/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

5

(In the Matter of DN  DOB 8/9/92  HOD: August 19, 2005)

## INDEX OF NAMES

### In the MATTER OF Derval Nettles V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Delores Scott McKnight, Esq. |
| School System's Representative | Rondalyn Primes, Esq. |

6

# District of Columbia Public Schools
## Office of Compliance
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## FACSIMILE SHEET

Date: 08-19-05

TO: McKnight

FROM: STUDENT HEARING OFFICE

RE: HOD - Derval Nettles

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

**CONFIDENTIALITY NTOICE:** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

### ATTORNEYS
| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS
| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES
| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS
| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Nettles, Derval



August 25, 2005
In Reference To:   Derval Nettles

Invoice #10923


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2005 WB | Drafted letter to parent w/ HOD issued on 12/29/04 enclosed | | 0.50<br>105.00/hr | 52.50 |
| 2/9/2005 WB | Drafted letter to parent w/ HOD issued on 12/29/04 enclosed (2nd time) | | 0.42<br>105.00/hr | 44.10 |
| 2/10/2005 BM | Reviewed HOD and file to make referral for independent clinical psycholgical evaluation | | 0.75<br>350.00/hr | 262.50 |
| WB | Prepared and sent referral packet to Interdynamics for independent clinical psychological evaluation | | 1.00<br>105.00/hr | 105.00 |
| WB | Drafted letter to parent re: case status and referral packet to Interdynamics for independent clinical psychological evaluation | | 0.42<br>105.00/hr | 44.10 |
| 3/18/2005 WB | Drafted letter to parent w/ independent clinical evaluation (2/16/05) enclosed | | 0.42<br>105.00/hr | 44.10 |
| 4/26/2005 WB | Drafted letter to parent re: case status w/ independent clinical evaluation (2/16/05) enclosed (2nd time) | | 0.42<br>105.00/hr | 44.10 |
| 5/18/2005 BM | Reviewed Hearing Officer's Decision issued 12/29/04 and independent clinical psychological evaluation dated February 16, 2005 to prepare for consultation with attorney Scott McKnight to submit to DCPS and request MDT/IEP/placement meeting; drafted letter | | 1.50<br>350.00/hr | 525.00 |
| 5/31/2005 KD | File Review and sent letter to parent/student | | 0.17<br>105.00/hr | 17.85 |

Nettles, Derval                                                                                                         Page    2

|            |     |                                                                                                           | Hrs/Rate        | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------|-----------------|----------|
| 6/24/2005  | DSM | Prepared and file due process hearing request to DCPS                                                     | 1.50 350.00/hr  | 525.00   |
|            | DSM | Prepared for Due Process Hearing                                                                          | 0.50 350.00/hr  | 175.00   |
| 6/28/2005  | WB  | Assisted attorney in preparation of request for hearing                                                   | 0.25 105.00/hr  | 26.25    |
| 6/29/2005  | WB  | Drafted letter to parent w/ HR filed on 6/28/05 enclosed                                                  | 0.42 105.00/hr  | 44.10    |
| 7/13/2005  | WB  | Drafted letter to parent w/ HDN enclosed for hearing on 8/9/05 @ 1:00 pm                                  | 0.50 105.00/hr  | 52.50    |
| 7/20/2005  | WD  | Phone call from Ms. Waller at CLE concerning testimony for hearing.                                       | 0.17 175.00/hr  | 29.75    |
| 7/27/2005  | WB  | Drafted letter to private school -- Center for Life Enrichment w/ HR filed on 6/24/05 and HDN (7/12/05)   | 0.50 105.00/hr  | 52.50    |
|            | WB  | Drafted letter to parent w/ Revised HDN for hearing on 8/9/05 @ 1:00 pm (new Hearing Location)            | 0.50 105.00/hr  | 52.50    |
| 8/2/2005   | DSM | Prepare disclosure to DCPS                                                                                | 2.00 350.00/hr  | 700.00   |
|            | WB  | Assisted attorney to prepare disclosure to DCPS                                                           | 1.83 105.00/hr  | 192.15   |
|            | WB  | Conference with parent re: case status and upcoming hearing on 8/9/05                                     | 0.17 105.00/hr  | 17.85    |
| 8/9/2005   | DSM | Appearance at Whittier ES for due process hearing                                                         | 3.00 350.00/hr  | 1,050.00 |
| 8/24/2005  | RB  | Reviewed 8/19/05 HOD and spoke with attorney re overdue meeting                                           | 0.17 175.00/hr  | 29.75    |
|            |     | For professional services rendered                                                                        | 17.11           | $4,086.60 |

Additional Charges :

| 1/12/2005 | Copied documents; letter to parent                    | 0.50  |
|-----------|-------------------------------------------------------|-------|
|           | Postage; letter to parent                             | 0.37  |
| 2/9/2005  | Postage; letter to the parent.                        | 0.37  |
| 2/10/2005 | Facsimile(Interdynamics-clinical psych. referral)     | 70.00 |

Nettles, Derval                                                                                                                 Page    3

|  |  | Amount |
|---|---|---:|
| 3/18/2005 | Postage; letter to parent clinical eval | 0.60 |
|  | Copied documents | 2.50 |
| 4/26/2005 | Postage; letter to parent | 0.37 |
| 5/18/2005 | Facsimile: Evaluation letter to DCPS and Center for Life. | 20.00 |
|  | Copied: Evaluations to DCPS and parent. | 5.00 |
| 5/31/2005 | Copied documents- letter to parent | 0.50 |
|  | Postage; letter | 0.37 |
| 6/28/2005 | Copied documents; HR | 2.50 |
|  | Facsimile: HR to SHO. | 5.00 |
| 6/29/2005 | Postage; HR letter. | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
| 7/13/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 8/2/2005 | Facsimile; disclosures to OGC/SHO | 104.00 |
| 8/4/2005 | Copied documents; file documents | 23.00 |
| 8/9/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$333.70** |
|  | **Total amount of this bill** | **$4,420.30** |