# EXHIBIT 39



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: April Penny
   DOB: 3/3/90
   Date of Determination (HOD/SA): 7/22/05
   Parent/Guardian Name: Teresa Brown
   Parent/Guardian Address: 3074 Stanton Rd., SE, #2A, 20020
   Current School: Whisper Ridge Education Center
   Home School: Johnson JHS

3. **Invoice Information**
   Invoice Number: 05-388
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 5/23/05 to 8/15/05
   Amount of Payment Request: $ 8,205.22

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_                    August 26, 2005
Signature                               Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## CONFIDENTIAL

**Charles R. Jones, Esq., Due Process Hearing Officer**
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | **IMPARTIAL DUE PROCESS** |
| | ) | |
| APRIL PENNY,  Student, | ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: 03-03-90 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: July 21, 2005 |
| | ) | |
| vs. | ) | |
| | ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, | ) | Eighth Floor |
| Riverside Hospital -AcuteCenter | ) | Washington, D.C. 20002 |
| Respondent. | ) | |
| | ) | |

## DECISION AND ORDER

**Parent(s):**            Ms. Theresa Brown
                           1286 Easton Road, S.E.
                           Washington, D.C. 20020

**Counsel for Parent:**   Christopher L. West, Esq.
                           James E. Brown & Associates, PLLC
                           1220 L Street, N.W.
                           Suite 700
                           Washington, D.C. 20005

**Counsel for School:**   Tiffany Puckett, Attorney-Advisor
                           Office of the General Counsel, DCPS
                           825 North Capitol Street, N.E., 9th Floor
                           Washington, D.C. 20002

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigative Division*

### Special Education Due Process Hearing

### I. INTRODUCTION

On June 15, 2005, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Christopher L. West, Esq. The request alleges DCPS failed to provide an educational placement for April Penny.

A Due Process Hearing was convened on July 21, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Tiffany Puckett, Esq., Attorney-Advisor represented DCPS. Christopher L. West, Esq., represented the parent. Five- Day Disclosure Letters were entered into the record without objection of either party. On behalf of the parent: Disclosure Letter dated July 14, 2005: AP-1 through AP-25. On behalf of DCPS: Disclosure Letter dated July 14, 2005: DCPS-01 through DCPS-05. Parent's counsel waived a formal reading of the Due Process Rights. Witness for DCPS- Kimberly Grafton. Witness for the parent: none.

### II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

### III. ISSUES

Whether DCPS denied the student FAPE by failing to provide an appropriate residential placement for April Penny?

2.

IV.     SUMMARY OF RELEVANT EVIDENCE

This case involves allegations that DCPS failed to provide an appropriate residential placement for April Penny. April Penny has had severe emotional problems, which has required placement at a residential placement facility. Whisper Ridge was the last residential placement the student attended; however, the student was discharged because of the escalation of her negative behavior. It is alleged that her conduct caused her to be placed at Riverside Hospital- Acute Unit. According to parent's counsel, on June 3, 2005 DCPS convened an MDT/IEP placement meeting to determine placement. DCPS indicated that a placement determination would be made in order to allow April to be discharged from the acute-unit. Counsel for the parent asserts that a placement has not been provided by DCPS. DCPS argues that a placement determination has not been made; however, residential placements are difficult to locate especially those that have Medicaid reimbursement and that DCPS has not have adequate time to provide an appropriate placement for April Penny.

V.      FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

1. April Penny is a fifteen- (15) year old District of Columbia student presently placed at the Riverside Hospital Acute-Unit since May 23, 2005.

2. April Penny is eligible for special education and related services. April's disability classification is emotional disturbed (ED) and mental disturbed (MR).[1]

3. DCPS funded a private placement for April Penny at the Whisper Ridge Behavior Treatment Center for the 2004-2005 school years.

4. As a result of April's escalated behavioral problems, she was removed from Whisper Ridge and placed at the Riverside Hospital Acute-Unit.

3.

---

[1] Representations by parent's counsel at the hearing.

5. At the June 3, 2005 MDT/IEP placement meeting, parent's counsel requested a new placement for April. She required a new placement in order to be discharged from Riverside Hospital Acute-Unit. Parent's counsel offered Oaks Residential Treatment Center as an appropriate placement.

6. DCPS did not provide a notice of placement at the meeting.

7. Kimberly Grafton, Placement Specialist, concluded that the student required a residential placement but DCPS had been responsible for payment of the educational portion and Medicaid had reimburse the medical portion. DCPS was in the process of determining an appropriate placement, which satisfied this formula of payment. According to Ms. Grafton, the placement determination would be made within thirty-(30) days.

## VI.  DECISION AND CONCLUSION OF LAW

In this case, DCPS has sustained its burden of proof. The Placement Specialist indicated that DCPS was unable to identify an appropriate placement within the thirty-(30) days period, because he Medicaid reimbursement portion required additional time to identify an appropriate residential placement. Inasmuch as the student had been funded in a private placement prior to her behavioral escalation, DCPS warrants the additional time to locate an appropriate residential placement with Medicaid reimbursement. Under this set of circumstance, DCPS has not denied this student a free appropriate public education (FAPE).

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) **Petitioner's request is GRANTED in part and DENIED in part.**

2) **Petitioner's request to find a denial of FAPE is DENIED.**

3) **Petitioner's request to schedule a placement meeting is GRANTED.**

4.

4) DCPS shall, within thirty- (30) calendar days of the issuance of the HOD, convene a MDT/IEP placement meeting to review all current evaluations, review and revise the student's IEP if warranted and discuss and determine an appropriate residential placement for April Penny for the 2005-2006 school years.

5) DCPS shall issue a notice of placement at the placement meeting to an appropriate residential placement.

6) In the event that DCPS fails to convene the meeting or to provide a notice of placement at the meeting, DCPS shall place and fund April Penny at the Judge Rotenburg Residential Treatment facility for the 2005-2006 school years with transportation services to the facility.

7) All communications and notices shall be sent through the parent's counsel.

8) Any delay in the above time frames caused by the parent or parent's counsel shall result in an extension of one day for each day of delay.

VII.   APPEAL PROCESS

This is the FINAL ADMINISTRATIVE DECISION. Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____        Date Filed: 07-21-05
Charles R. Jones, Esq., Hearing Officer


Date Issued: 7-22-05

5.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
April Penny

August 15, 2005
In Reference To:   April Penny
Invoice #10894

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2005 | CW | Conference with parent and Ms. Williams (Social Worker) and discussed status of student being admitted to Riverside Hospital-Acute Unit; reviewed treatment plan summary; teleconference with Ms. Meyers (Whisper Ridge) and discussed student's admissions to Riverside Hospital | 0.67 350.00/hr | 234.50 |
| 5/24/2005 | BDL | Drafted letter to the parent with HOD. | 0.50 105.00/hr | 52.50 |
| 5/25/2005 | CW | Conference with Ms. Williams and discussed placement in San Marcos facility (Texas); teleconference with parent and discussed placement at Texas behavioral facility | 0.33 350.00/hr | 115.50 |
| 5/26/2005 | CW | Reviewed documents submitted by San Marcos treatment center; teleconference with parent and Ms. Williams and discussed incident at Riverside Hospital | 0.67 350.00/hr | 234.50 |
| 5/27/2005 | BDL | Assisted attorney with faxing letter to Ruth Blake, Shirley Williams, Judith Smith, Arthur Field and Lenore Verra. | 1.00 105.00/hr | 105.00 |
| | BDL | Drafted letter to parent with copy of letter sent to Ruth Blake. | 0.50 105.00/hr | 52.50 |
| | CW | Drafted letter Ruth Blake, Judith Smith, and OGC requesting DCPS convene IEP meeting for April Penny; conference with paralegal re: letters to DCPS | 0.75 350.00/hr | 262.50 |
| 5/31/2005 | CW | Teleconference with Kim Grafton (DCPS) and reviewed IEP meeting notes and discussed placement at San Marco Residential and Oakhill Residential program; teleconference with Ms. Williams and discussed | 1.25 350.00/hr | 437.50 |

April Penny                                                                                                              Page    2

|            |     |                                                                                                                                                                                                                                                                  | Hrs/Rate         | Amount   |
|------------|-----|----|---|---|
|            |     | IEP meeting scheduled for 6/3 at Riverside Hospital; reviewed Riverside Hospital admissions summary and psychiatric assessment |                  |          |
| 6/3/2005   | CW  | Record reviewed and discussion with educational advocate and reviewed admissions packet for Oak Hill Residential Program (Texas); pursuant to Settlement Agreement, attended IEP meeting at Riverside Hospital; reviewed IEP goals/objectives; discussed current progress and residential placement options | 3.50<br>350.00/hr | 1,225.00 |
| 6/7/2005   | CW  | Drafted letter to Ruth Blake (OSE), Judith Smith, and OGC requesting DCPS provide notice of placement to Oakhill residential treatment center; teleconference with Ms. Segar (Riverside Hospital) and discussed student's status in acute care facility | 0.83<br>350.00/hr | 290.50   |
|            | BDL | Assisted attorney with sending letter to Ruth Blake, shrley Williams, Kimberly Grafton, and Lenora Verra. | 0.75<br>105.00/hr | 78.75    |
| 6/9/2005   | CW  | Conference with Ms. Segar (Riverside Hospital) and discussed student's placement status and progress in acute care; teleconference with parent and Shirly Williams (MSW) and discussed status of residential placement at the Oaks Residential Treatment Center | 0.75<br>350.00/hr | 262.50   |
| 6/14/2005  | BDL | Assisted attorney in sending hearing request to the Student Hearing Office | 0.33<br>105.00/hr | 34.65    |
|            | BDL | Drafted letter to parent detailing the hearing request | 0.50<br>105.00/hr | 52.50    |
|            | CW  | Reviewed IEP meeting notes; teleconference with Ms. Segar (Riverside Hospital) and discussed student's progress and need for residential placement; prepared filing request for due process hearing; teleconference with parent and discussed progress and placement at Oaks Treatment Center | 1.17<br>350.00/hr | 409.50   |
| 6/15/2005  | CW  | Prepared and filed request for due process hearing for DCPS' failure to provide appropriate placement and failure to complete Interstate Compact Agreement form; conference with paralegal re: filing of request for hearing | 2.00<br>350.00/hr | 700.00   |
| 6/24/2005  | AAG | Drafted letter to parent<br>RE: Hearing date notice | 0.79<br>105.00/hr | 82.95    |
| 7/5/2005   | BDL | Assisted attorney with sending letter to Ruth Blake, Shirley Williams Michelle Seager, Kimberly grafton and Lenora Verra. | 0.50<br>105.00/hr | 52.50    |
|            | BDL | Drafted letter to parent with copy of letter sent to Ruth Blake. | 0.33<br>105.00/hr | 34.65    |
|            | CW  | Teleconference with Dr. Ohiko (Riverside Hospital) and discussed student's lack of progress in acute unit; drafted letter to Rugh Blake, OGC, and OSE requesting the issuance of a notice of placement to the Oaks Center (Texas); conference with paralegal re: submitting letters | 1.33<br>350.00/hr | 465.50   |

April Penny                                                                                                              Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | to DCPS; reviewed Riverside Hospital IEP meeting notes in preparation for hearing; conference with Ms. Shirley Williams (social worker) and discussed student's progress. |  |  |
| 7/8/2005 | CW | Prepare disclosure documents for OGC and SHO in preparation for hearing; conference with paralegal re: submitting documents | 1.00<br>350.00/hr | 350.00 |
| 7/12/2005 | BDL | Assisted attorney to prepare disclosure to DCPS. | 1.00<br>105.00/hr | 105.00 |
|  | BDL | Contacted parent in reference to the hearing schedule July 21, 2005. | 0.08<br>105.00/hr | 8.40 |
| 7/20/2005 | CW | Reviewed IEP meeting notes, IEP and psychiatric summary evaluation in preparation for hearing; teleconference with Dr. Okuli (Riverside Hospital-Acute Unit) and discussed recommendations to be removed from current placement and placed at Judge Rotenberg Center; conference with Ralph Antelli (Judge Rotenberg Center) and discussed student's admission to the program and rejection from the Oaks Center | 1.50<br>350.00/hr | 525.00 |
| 7/21/2005 | CW | Appearance to 825 North Capital for due process hearing administered by Hearing Officer Jones in order to address DCPS' violation of the IDEA and denial of FAPE | 2.17<br>350.00/hr | 759.50 |
| 7/26/2005 | CW | Reviewed HOD with Ms. Williams and parent, via telephone; teleconference with Mr. Antelli (Judge Rotenberg Center) and discussed admissions process | 0.67<br>350.00/hr | 234.50 |
|  | BDL | Drafted letter to parent with copy of the HOD.. | 0.50<br>105.00/hr | 52.50 |
| 8/2/2005 | CW | Reviewed progress report; teleconference with student and student's treating pyschiatrist to disucuss status of placement at Judge Rotenberg Center | 0.33<br>350.00/hr | 115.50 |
| 8/10/2005 | CW | Conference with student's psychiatrist, via telephone, and discussed/reviewed weekly progress report; teleconference with parent and discussed transportation to Judge Rotenberg Center residenital programs; reviewed HOD with parent | 0.58<br>350.00/hr | 203.00 |
| 8/11/2005 | WB | Drafted letter to private school -- Judge Rotenberg EC w/ HOD issued on 7/20/05 enclosed | 0.50<br>105.00/hr | 52.50 |
|  | WB | Drafted letter to parent re: case status and correspondence to Judge Rotenberg EC (8/11/05) | 0.50<br>105.00/hr | 52.50 |
|  | CW | Drafted letter to Mr. Ralph Antanelli (Judge Rotenberg Center) and submitted copies of HOD indicating DCPS will place and fund student in the residential program; conference with paralegal re; letter to JRC | 0.67<br>350.00/hr | 234.50 |

April Penny                                                                                           Page    4

|  |  | Hours | Amount |
|---|---|---:|---:|
|  | For professional services rendered | 27.95 | $7,876.40 |
|  | Additional Charges : |  |  |
| 5/23/2005 | Postage; Placement packages to Grafton Center, Judge Rotenberg Center, and Shepard-Pratt Residential Center. |  | 5.94 |
|  | Facsimile Received from DCPS; HOD |  | 4.00 |
|  | Copied documents; HOD |  | 4.00 |
|  | Postage; letter to parent |  | 0.37 |
| 5/24/2005 | Postage; HOD letter to parent. |  | 0.37 |
|  | Copied: HOD letter for parent. |  | 1.00 |
| 5/27/2005 | Postage; letter to parent |  | 0.37 |
|  | Copied: Letter to Ruth Blake for parent. |  | 3.00 |
|  | Facsimile- Deps, residential program, ruth blake OGC, J. Smith, Shirley Williams |  | 6.00 |
| 6/7/2005 | Facsimile: Letter to Ruth Blake, K. Grafton, Shirley Williams, and OGC. |  | 20.00 |
| 6/8/2005 | Postage; letter to parent. |  | 0.60 |
| 6/14/2005 | Copied: HR letter for parent. |  | 1.75 |
|  | Facsimile(SHO-HR) |  | 5.00 |
| 6/15/2005 | Postage; letter to parent. |  | 0.60 |
| 6/24/2005 | Copied documents<br>Hearing Date Notice |  | 0.50 |
|  | Postage; letter to parent<br>Hearing Date Notice |  | 0.37 |
| 7/5/2005 | Postage; letter to parent. |  | 0.60 |
|  | Facsimile: Letters to DCPS. |  | 12.00 |
|  | Copied: letter for parent. |  | 3.25 |
| 7/12/2005 | Copied documents- 5 day disclosure |  | 114.75 |
| 7/14/2005 | Messenger Service to and from DCPS (5-day Disclosures) |  | 20.00 |
| 7/21/2005 | Sedan taxi service to and from DCPS for hearing |  | 14.00 |

April Penny                                                                                                                   Page    5

|  | Amount |
|---|---:|
| 7/22/2005  Facsimile Received from DCPS; HOD | 6.00 |
| Copied documents; HOD | 6.00 |
| 7/28/2005  Postage; letter to parent. | 0.60 |
| Copied documents; letter to parent | 0.50 |
| 8/15/2005  Postage; letter to parent re: HOD. | 0.37 |
| File review preparation of bill and invoice audit | 96.88 |
| Total costs | $328.82 |
| Total amount of this bill | $8,205.22 |