# EXHIBIT 40

# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Lorenzo Petteway
   DOB: 5/15/91
   Date of Determination (HOD/SA): 7/25/05
   Parent/Guardian Name: Beverly Brock
   Parent/Guardian Address: 4714 South Dakota Ave., NE, 20017
   Current School: Johnson JHS
   Home School: Johnson JHS

3. **Invoice Information**
   Invoice Number: 05-389
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 2/2/05 to 8/11/05
   Amount of Payment Request: $ 7,401.13

4. **Certification** (must be signed by principal attorney)

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____        August 26, 2005
Signature                                              Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## CONFIDENTIAL

Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| In the Matter of | ) | IMPARTIAL DUE PROCESS |
| | ) | |
| LORENZO PETTEWAY,   Student, | ) | HEARING OFFICER'S DECISION |
| Date of Birth: 05-15-91 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: July 25, 2005 |
| | ) | |
| vs. | ) | |
| | ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, | ) | Eighth Floor |
| Attending School: Johnson JHS | ) | Washington, D.C. 20002 |
| Respondent. | ) | |
| | ) | |

## SETTLEMENT ORDER

| | |
|---|---|
| Parent(s): | Beverly Brock |
| | 4714 South Dakota Ave., N.E. |
| | Washington, D.C. 20017 |
| | |
| Counsel for Parent: | Christopher L. West, Esq. |
| | James Brown & Associates, PLLC |
| | 1220 L Street, N.W. |
| | Suite 700 |
| | Washington, D.C. 20005 |
| | |
| Counsel for School: | Karen Jones-Herbert, Attorney- Advisor |
| | Office of the General Counsel, DCPS |
| | 825 North Capitol Street, N.E., 9th Floor |
| | Washington, D.C. 20002 |

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

### State Enforcement and Investigative Division
### Special Education Due Process Hearing

### I. INTRODUCTION

On July 11, 2005, a motion for a continuance was granted in this matter. The initial Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Christopher L. West, Esq. The request alleges DCPS failed to conduct necessary and warranted evaluations.

A Due Process Hearing was reconvened on July 25, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Karen Jones-Herbert, Esq., Attorney-Advisor, represented DCPS. Christopher L. West, Esq., represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated July 18, 2005: LP-1 through LB-14. On behalf of DCPS: Disclosure Letter dated July 18, 2005: DCPS-01 through DCPS-03. Parent's counsel waived a formal reading of the Due Process Rights. The parties did not introduce any testimony in this case, as the matter was settled on the record.

### II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

### III. ISSUES

Whether DCPS denied the student FAPE by failing to conduct necessary and warranted evaluations on behalf of Lorenzo Petteway?

2.

## IV. SUMMARY OF RELEVANT EVIDENCE

At the commencement of the Hearing, the parties represented that they had agreed upon terms to settle this matter. Counsel for the parties requested that the Hearing Officer approve of the terms and incorporate those terms into an Order.

## V. FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

- The terms of the agreement, as set forth in the record, are in the best interest of this student; therefore, the terms shall be incorporated into an Order.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) DCPS shall, within forty-five – (45)) calendar days of the issuance of the HOD, conduct a Psycho-Educational Evaluation and if warranted a Clinical Evaluation. In the event DCPS fails to timely perform the aforementioned evaluation(s), the parent is authorized to obtain independent evaluation at DCPS expense pursuant to the Superintendent Directive on outside consultant fees.

2) DCPS shall, within fifteen- (15) calendar days of receipt of the last evaluations (independent or DCPS) convene a MDT/IEP placement meeting to review all current evaluations, review and revise the student's IEP if warranted and discuss and determine an appropriate educational placement for the 2005- 2006 school years.

3) In the event the appropriate placement is to a public school, DCPS shall issue a notice of placement within five- (5) schools days of the MDT/IEP team meeting. If the appropriate placement is to a non- public facility, DCPS shall issue a notice of placement within thirty- (30) calendar days of the MDT/IEP team meeting.

3.

4) DCPS shall also discuss and determine Compensatory Education for Lorenzo Petteway and, if warranted, develop a Compensatory Education Plan including an appropriate amount of hours, the form and format for compensatory educational relief.

5) All communications and notices shall be sent through the parent's counsel.

6) Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.

VI. **APPEAL PROCESS**

This is the FINAL ADMINISTRATIVE DECISION. Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____    Date Filed: 07-25-05
Charles R. Jones, Esq., Hearing Officer

Date Issued: 7-25-05

4.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Cornesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Lorenzo Petteway
Yvona Petteway
3320 11th Place, SE
Apt # 104
Washington DC 20032

August 11, 2005
In Reference To:   Lorenzo Petteway
                   DOB: 5/15/91
                   School: Johnson JHS
                   Home School: Johnson JHS

Invoice #10890

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2005 | CW | Consultation with parent, research and case preparation. | 1.50 350.00/hr | 525.00 |
| | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.50 95.00/hr | 142.50 |
| | AAG | Draft parent initial letter | 0.50 105.00/hr | 52.50 |
| 2/4/2005 | HR | Drafted letter requesting records from Johnson junior High School and sent it by fax to the school and to the office of special education, and the office of general counsel. | 0.58 105.00/hr | 60.90 |
| | HR | Draft case status letter to parent to inform them of the records requested | 0.50 105.00/hr | 52.50 |
| 2/17/2005 | HR | Phone call from mom informing us of incident at school and IEP meeting scheduled for 2-24-05 | 0.33 105.00/hr | 34.65 |
| | HR | Draft memo to attorney regarding phone conversation with mother about the incident at school and IEP meeting scheduled for 2-24-05. | 0.25 105.00/hr | 26.25 |
| | CW | Reviewed teacher reports, reports cards; conference with paralegal and parent and discussed status of evaluation process | 1.00 350.00/hr | 350.00 |
| 2/25/2005 | HR | Discussion with attorney regarding sending letter to DCPS | 0.25 105.00/hr | 26.25 |

Lorenzo Petteway                                                                                                    Page    2

| Date | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2005 | HR | Assisted attorney in sending letter to Vivian Jennings, Special Education Coordinator at Johnson Junior High School requesting for a psychoeducational and clinical evaluation to be conducted. | 0.25 105.00/hr | 26.25 |
| | HR | Assisted attorney in sending letter to Ray Bryant at the Office of Special Education requesting for a psychoeducational and clinical evaluation to be conducted. | 0.25 105.00/hr | 26.25 |
| | CW | Reviewed IEP goals and objectives; drafted letter to Ms. Jennings (Johnson JHS) requesting completion of comprehensive psychoeducational assessment; teleconference with parent re: completion of new assessment; conference with paralegal re: submitting letters to DCPS | 0.75 350.00/hr | 262.50 |
| | HR | Draft case status letter to parent regarding letter sent to DCPS requesting for a psychoeducational and clinical evaluation to be conducted. | 0.50 105.00/hr | 52.50 |
| 3/1/2005 | CM | Conference with parent re Johnson JHS requesting MDT meeting and case status | 0.50 175.00/hr | 87.50 |
| | CM | Discussion with Ms. Jennings at Johnson re scheduling MDT meeting, status of request for records and evaluations | 0.50 175.00/hr | 87.50 |
| | CM | Reviewed school records | 0.50 175.00/hr | 87.50 |
| | CM | Reviewed 1/29/04 IEP | 0.50 175.00/hr | 87.50 |
| | CM | Record reviewed and discussion with attorney re school's request for MDT meeting | 0.25 175.00/hr | 43.75 |
| | CW | Reviewed DCPS document with advocate in preparation for SEP meeting | 0.25 350.00/hr | 87.50 |
| 3/2/2005 | CM | Reviewed speech and language report by Bates | 0.50 175.00/hr | 87.50 |
| | CM | School visit; pick up evaluations | 3.50 175.00/hr | 612.50 |
| | CM | Reviewed Psychological evaluation report by Beason | 0.50 175.00/hr | 87.50 |
| 3/4/2005 | CW | Reviewed correspondence from DCPS with advocate and prepared for SEP meeting | 0.25 350.00/hr | 87.50 |

Lorenzo Petteway                                                                                           Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/4/2005 | CW | Drafted letter to Ms. Jennings requesting DCPS provide copies of evaluations prior to convening of eligibility; requested parent be allowed to participate in meeting; conference with paralegal re; submitting letter to DCSO | 0.58 350.00/hr | 203.00 |
|  | CM | Record reviewed and discussion with attorney re recent request by JH Johnson for SEP meeting and receipt of evaluations | 0.25 175.00/hr | 43.75 |
|  | HR | Discussion with attorney regarding sending letter to DCPS | 0.25 105.00/hr | 26.25 |
|  | HR | Assisted attorney in sending letter to Johnson Junior High School regarding meeting | 0.25 105.00/hr | 26.25 |
| 3/7/2005 | HR | Draft case status letter to parent informing them of letter sent to DCPS inquireing on the status of the IEP/SEP meeting. | 0.50 105.00/hr | 52.50 |
| 4/14/2005 | CM | Record reviewed and discussion with attorney re case status and need for observation | 0.25 175.00/hr | 43.75 |
| 5/24/2005 | CM | Reviewed file correspondence to determine case status | 0.50 175.00/hr | 87.50 |
| 6/1/2005 | CW | Conference with parent, via telephone, and discussed status of DCPS conducting assessments | 0.17 350.00/hr | 59.50 |
| 6/3/2005 | CW | Prepared and filed request for due process hearing in order to address DCPS failure to conduct evaluations; failure to provide an appropriate IEP; and DCPS' failure to provide ESY services; conference with paralegal re; filing of request for hearing; teleconference with parent and discused filing of request for hearing | 2.33 350.00/hr | 815.50 |
|  | BDL | Assisted attorney with sending HR to SHO. | 0.25 105.00/hr | 26.25 |
| 6/8/2005 | BDL | Drafted letter to parent with HR. | 0.50 105.00/hr | 52.50 |
| 6/10/2005 | CM | Prepared for Due Process Hearing; reviewed file correspondence, 1/29/04 IEP, psychological report by Wheeler and Beeson and school records | 1.50 175.00/hr | 262.50 |
| 6/24/2005 | AAG | Drafted letter to parent RE: Hearing date notice | 0.50 105.00/hr | 52.50 |
| 6/28/2005 | CM | Reviewed file correspondence for case update | 0.50 175.00/hr | 87.50 |
| 7/18/2005 | BDL | Assisted attorney to prepare disclosure to DCPS. | 0.75 105.00/hr | 78.75 |

Lorenzo Petteway                                                                                                                Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2005 | CW | Prepare disclosure documents for SHO and OGC in preparation for hearing; conference with paralegal re: preparation of disclosure documents | 1.25<br>350.00/hr | 437.50 |
| 7/21/2005 | CW | Reviewed IEP, IEP meeting notes, educational report, teacher reports, report cards, in preparation for hearing; conference with parent and reviewed witness questions in preparation for hearing | 2.50<br>350.00/hr | 875.00 |
| 7/25/2005 | CW | Reviewed disclosure document; drafted settlement agreement; conference with parent and reviewed terms for settlement agreement; appearance at 825 North Capital Street for administrative due process hearing | 2.67<br>350.00/hr | 934.50 |

For professional services rendered                                                                  30.91         $7,159.30

Additional Charges :

| 2/2/2005 | Postage; letter to parent | 0.37 |
|---|---|---|
|  | Copied documents(Interper/parent-school Records) | 10.00 |
|  | Copied documents(Intake) | 31.50 |
|  | Copied documents | 0.50 |
| 2/4/2005 | Facsimile records request to Johnson JHS, OSE, and OGC. | 15.00 |
|  | Postage; letter to parent | 0.60 |
|  | Made Photocopies | 2.00 |
| 2/25/2005 | Copied documents(Parent/letter to DCPS w/case status) | 0.50 |
|  | Postage; Sent case status letter to the parent. | 0.37 |
|  | Facsimile(Johnson JHS-letter) | 2.00 |
| 3/4/2005 | Facsimile letter to Johnson JHS | 2.00 |
| 3/7/2005 | Copied documents(Parent/letter to DCPS w/case Status) | 0.50 |
|  | Postage; Sent case status to the parent. | 0.37 |
| 6/8/2005 | Postage; HR letter to parent | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
| 6/24/2005 | Copied documents<br>Hearing Date Notice | 0.50 |

Lorenzo Petteway                                                                                              Page     5

                                                                                                              Amount

| Date | Description | Amount |
|---|---|---|
| 6/24/2005 | Postage; letter to parent | 0.37 |
| 7/18/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO and OGC. | 33.50 |
| 7/25/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 7/26/2005 | Facsimile Received from DCPS; HOD | 5.00 |
|  | Copied documents; HOD | 5.00 |
| 8/11/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$241.83** |
|  | **Total amount of this bill** | **$7,401.13** |