# EXHIBIT 41



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

**1.** **Attorney Information**
Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
Attorney: JAMES E. BROWN
Federal Tax ID No.: 52-1500760
D.C. Bar No.: 61622

**2.** **Student Information**
Name: Luis Romero
DOB: 6/10/94
Date of Determination (HOD/SA): 8/5/05
Parent/Guardian Name: Blanca & Hammed Garcia-Romero
Parent/Guardian Address: 7019 Georgia Ave., NW, #512, 20012
Current School: Takoma Education Center
Home School: Takoma Education Center

**3.** **Invoice Information**
Invoice Number: 05-390
Date Request Submitted: 8/26/05
Date(s) Services Rendered: 3/3/05 to 8/15/05
Amount of Payment Request $ 13,955.84

**4.** **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                                Date

# District of Columbia Public Schools

## State Enforcement and Investigation Division

**Terry Michael Banks, Due Process Hearing Officer**
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(571) 437-7381
Facsimile: (202) 442-5556

## Confidential

| | | |
|---|---|---|
| LUIS ROMERO, STUDENT | ) | |
| | ) | |
| Date of Birth: June 10, 1994 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: August 1, 2005 |
| | ) | |
| v. | ) | Request for Hearing: June 24, 2005 |
| | ) | |
| THE DISTRICT OF COLUMBIA | ) | |
| PUBLIC SCHOOLS | ) | |
| | ) | Held at: 825 North Capitol Street, N.E. |
| Respondent. | ) | 8th Floor |
| | ) | Washington, D.C. 20002 |
| Student Attending: | ) | |
| Takoma Educational Center | ) | |

## INTERIM ORDER

| | |
|---|---|
| **Parents:** | Ms. Blanca Romero, Mother |
| | Mr. Hammed Garcia-Romero, Father |
| | 7019 Georgia Avenue, N.W.; #512 |
| | Washington, D.C. 20012 |
| | |
| **Counsel for Petitioner:** | Miguel A. Hull, Esquire |
| | James E. Brown & Associates |
| | 1220 L Street, N.W. |
| | Suite 700 |
| | Washington, D.C. 20005 |
| | (202) 742-2000; Fax: (202) 742-2098 |
| | |
| **Counsel for DCPS:** | Katherine G. Rodi, Esquire |
| | Office of the General Counsel, DCPS |
| | 825 North Capitol Street, N.E.; 9th Floor |
| | Washington, D.C. 20002 |

An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Decision as a public record.

## INDEX OF NAMES

| Child's Name | Luis Romero |
|---|---|
| Child's Parent(s) (specific relationship) | Blanca Romero, Mother<br>Hammed Garcia-Romero, Father |
| Child/Parent's Representative | Miguel A. Hull, Esquire |
| School System's Representative | Katherine G. Rodi, Esquire |
| Interpreter | Carlos Souverio<br>Lee Moy |
| Educational Advocate | Juan Fernandez |

**Jurisdiction**

This hearing was conducted in accordance with the rights established under the Individuals With Disabilities Act ("IDEA"), 20 U.S.C. Sections 1400 et seq., Title 34 of the Code of Federal Regulations, Part 300; Title V of the District of Columbia ("District" or "D.C.") Municipal Regulations ("DCMR"), re-promulgated on February 19, 2003; and Title 38 of the D.C. Code, Subtitle VII, Chapter 25.

**Introduction**

Petitioner is an eleven year-old student attending Takoma Educational Center ("Takoma"). On June 24, 2005 Petitioner filed a *Request for Hearing* ("*Request*" or "*Petition*") alleging that the District of Columbia Public Schools ("DCPS") failed to convene an appropriate Multidisciplinary Team ("MDT"), failed to develop an appropriate Individualized Education Program ("IEP"), and failed to complete a social history evaluation. The due process hearing was convened on August 1, 2005. The parties' Five Day Disclosure Notices were admitted into evidence at the hearing.

**Witnesses for DCPS**

None

**Witnesses for Petitioner**

Juan Fernandez, Educational Advocate, James E. Brown & Associates
Petitioner's Father

**Findings of Fact**

1. Petitioner is an eleven year-old student attending Takoma.[1]

2. On June 22, 2005, DCPS convened an MDT meeting to determine Petitioner's eligibility for special education services. The MDT classified Petitioner with a learning disability ("LD") and prescribed 10 hours per week of specialized instruction.[2] No teacher was present at the MDT meeting. The DCPS representatives were a "summer team" that did not include a teacher.[3] Mr. Fernandez, Petitioner's educational advocate, agreed to proceed with the meeting despite the absence of a teacher.[4] Petitioner's father

---

[1] *Request* at 1.
[2] Petitioner's Exhibit ("P.Exh.") No. 4 at 1.
[3] Testimony of Mr. Fernandez. The Meeting Notes indicate that Mr. Fernandez stated his preference for, not insistence on, the presence of a teacher. P.Exh. No. 5 at 2.
[4] Testimony of Mr. Fernandez.

3

saw some of Petitioner's teachers in the school building, but was not aware that one was needed for the MDT meeting, and he did not inform Mr. Fernandez that teachers were available.[5]

3. The IEP did not include a description of how Petitioner's disability impacts current level of performance in written expression.[6] Mr. Fernandez did not raise this issue at the MDT meeting.

4. The record includes no indication of a request for a social history evaluation before the MDT meeting on June 22, 2005.

**Conclusions of Law**

1. DCPS did not fail to conduct a social history evaluation upon request. The record does not indicate that a request was made for such an evaluation prior to the MDT meeting on June 22, 2005.

2. DCPS' failure to include a description of how Petitioner's disability impacts current level of performance in written expression on the IEP does not, of itself, constitute a violation of IDEA. Petitioner's advocate was at the MDT meeting and did not raise this as an issue of concern.[7]

3. DCPS failed to provide a teacher at the MDT meeting as required by 34 C.F.R. Section 344(a). The meeting notes suggest that Petitioner's educational advisor waived the necessity of the presence of a teacher, but the filing of the hearing request two days later suggests that this was not intended. The hearing officer will order that an MDT meeting be reconvened with a complete team to review the social history evaluation and update the IEP.

**ORDER**

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, the testimony presented at the hearing, and the representations of the parties' counsel at the hearing, this 5th day of August 2005, it is hereby

**ORDERED**, that on or before September 16, 2005, DCPS shall conduct a social history evaluation of Petitioner and shall provide a copy of the evaluation to Petitioner's counsel no later than 72 hours prior to the MDT meeting described below.

---

[5] Testimony of Petitioner's father.
[6] P.Exh. No. 4 at 2.
[7] P.Exh. No. 5. The advocate prepared notes the next day, June 23rd, that mentioned this issue, but the meeting notes do not reflect that he raised it at the meeting on June 22nd.

**IT IS FURTHER ORDERED,** that DCPS shall convene an MDT meeting on or before October 7, 2005. DCPS shall coordinate scheduling the MDT meeting, and any meeting in which Petitioner's placement is discussed or determined, with Miguel Hull, Esquire, (202) 742-2000. The MDT shall review all current evaluations, update the IEP, and discuss placement alternatives.

**IT IS FURTHER ORDERED,** that DCPS shall afford Petitioner's parent an opportunity to participate in any meeting in which Petitioner's placement is discussed or determined. The DCPS placement representative shall advise Petitioner's parent of the advantages and disadvantages for Petitioner with respect to each school that is discussed, including any schools proposed by the parent. DCPS shall provide Petitioner's parent an explanation for the placement DCPS proposes, and the reasons for the proposal shall be provided in the Meeting Notes. DCPS shall issue a Prior Notice within seven days of the MDT meeting if Petitioner is placed in a public facility or within 30 days if Petitioner is placed in a private facility.

**IT IS FURTHER ORDERED,** that in the event of DCPS' failure to comply with the terms of this Order, Petitioner's counsel will contact the Special Education Coordinator at Takoma and the DCPS Office of Mediation & Compliance to attempt to bring the case into compliance.

**IT IS FURTHER ORDERED,** that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED,** that within seven days of the MDT meeting, both parties shall provide the hearing officer written notification of the status of Petitioner's 2005-2006 educational program and placement. The hearing officer shall retain jurisdiction of this matter until that time to enter a final decision or to reconvene a hearing to adjudicate any allegation that DCPS failed to meet its deadlines in this Order or continues to violate IDEA. In the event either party files a status report prior to the date provided above, the opposing party shall file a reply within seven days. In the event a party fails to file a status report, the hearing officer will deem the representations in the opposing party's status report as conceded.

**IT IS FURTHER ORDERED,** that this Order is effective immediately.

Terry Michael Banks
Hearing Officer

Date:   August 5, 2005

Issued:  *08-05-05*

Copies to:

Miguel A. Hull, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 742-2000; Fax: (202) 742-2098

Katherine G. Rodi, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Luis Romero
Blanca ROmero
7019 Georgia Ave, NW
Apt # 512
Washington DC 20012

August 15, 2005
In Reference To:    Luis Romero

Invoice #10895

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2005 | JEB | Consultation with parent  research and case preparation. | 1.50 350.00/hr | 525.00 |
| | BDL | Conference with parent to discuss opening case and child's educational needs. | 1.50 105.00/hr | 157.50 |
| 3/4/2005 | JF | Received and reviewed initial information on this student, contacted parent and child's attorney | 0.92 350.00/hr | 322.00 |
| 3/10/2005 | AAG | Record reviewed and prepared initial letter to parent with translation | 0.92 105.00/hr | 96.60 |
| 3/14/2005 | RG | Reviewed intake notes and records provided by parent; drafted request letters and memo for paralegal and advocate | 1.00 350.00/hr | 350.00 |
| | JF | Received and reviewed all intake information on this student, contacted parent. Discussed issues with child's attorney | 0.92 350.00/hr | 322.00 |
| 3/16/2005 | YA | Assisted attorney to request Initial Evaluations to Takoma Educational Center, Office of General Counsel, Office of Special Education, Mediation and Compliance, Special Education Records Supervisor | 0.75 105.00/hr | 78.75 |
| | YA | Assisted attorney to request Educational Records to Takoma Educational Center, Office of General Counsel, Office of Special Education, Mediation and Compliance, Special Education Records Supervisor | 0.67 105.00/hr | 70.35 |

Luis Romero                                                                  Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2005 | YA | Telephone call to DCPS Takoma EC School staff re: contact information for request for records and evaluations | 0.33 105.00/hr | 34.65 |
| 3/21/2005 | YA | Draft letter to parent re: request sent out to Tacoma Educational Center ES enclosed with letter | 0.75 105.00/hr | 78.75 |
| 3/22/2005 | RG | Drafted letter to DCPS and telephone call with counselor at TES | 0.50 350.00/hr | 175.00 |
| | YA | Assist attorney with correspondence to Takoma Educational Center re: consent to evaluate | 0.42 105.00/hr | 44.10 |
| 3/24/2005 | MM | File review and developed monthly case status report and update regarding parent contact and school | 0.58 175.00/hr | 101.50 |
| 3/25/2005 | MM | File review and developed monthly case status report regarding the timelines for records and evals | 0.58 175.00/hr | 101.50 |
| 4/4/2005 | MM | Discussion with school | 0.25 175.00/hr | 43.75 |
| 4/20/2005 | CF | Reviewed case and prepare for SEP meeting tomorrow | 0.33 175.00/hr | 57.75 |
| | JF | Prepared for Student Evaluation Plan (SEP) Meeting, by revciwing all information made available to the team during intake, contacted parent. | 1.50 350.00/hr | 525.00 |
| | JF | Discussion with Ms. Crawford, Special Ed. Coordinator at Takoma EC regarding SEP meeting | 0.25 350.00/hr | 87.50 |
| | MM | Drafted letter to private school | 0.50 175.00/hr | 87.50 |
| | MH | Conference with advocate, Juan Fernandez and Carlos Fernandez, to determine case status and develop strategy. | 0.33 350.00/hr | 115.50 |
| 4/28/2005 | MM | File review and developed monthly case status report re parent and school contact | 0.58 175.00/hr | 101.50 |
| 4/29/2005 | JF | Attended MDT/IEP @ Takoma Center, Parent participated over the Phone, SEP was developed for child. | 3.00 350.00/hr | 1,050.00 |
| | MM | Attended SEP meeting at school | 3.00 175.00/hr | 525.00 |
| | CF | Attended SEP meeting at school | 3.00 175.00/hr | 525.00 |
| 5/2/2005 | YA | Research educational needs re: deadlines | 0.25 105.00/hr | 26.25 |

Luis Romero

Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2005 | JF | Examine all the ed. info. in prep. for classroom observation; contacted parent and discussed issues for possible Hearing Request with child's Attorney | 1.17 350.00/hr | 409.50 |
| 6/14/2005 | MH | Reviewed DCPS psychological-educational evalutation received today from DCPS. Made notes to file and planed case strategy in light of findings in the report. | 0.92 350.00/hr | 322.00 |
| | JF | Discussion with Ms. Maura Garibay, Social Worker regarding a possible MDT/IEP meeting | 0.25 350.00/hr | 87.50 |
| 6/15/2005 | CF | Reviewed evaluations: bilingual sppech and language assessment and psyco-educational | 1.00 175.00/hr | 175.00 |
| | MH | Reviewed DCPS speech and language evalutation received today from DCPS. Made notes to file and planed case strategy in light of findings in the report. | 0.42 350.00/hr | 147.00 |
| 6/16/2005 | CF | Reviewed evaluation  speech-language and psyco-educational | 1.00 175.00/hr | 175.00 |
| 6/17/2005 | CF | Reviewed case and evaluations: speech and language and psyco-educational | 1.00 175.00/hr | 175.00 |
| 6/22/2005 | HR | Phone call to mom regarding meeting scheduled for tomorrow and her concerns | 0.25 105.00/hr | 26.25 |
| | HR | Draft memo to advocate informing him of conversation had with mom regarding meeting scheduled for tomorrow and mom concerns | 0.17 105.00/hr | 17.85 |
| | JF | Prepared for MDT/IEP meeting @ Takoma EC, contacted parent to discuss Strategy to follow at the meeting | 1.50 350.00/hr | 525.00 |
| 6/23/2005 | JF | Attended MDT/IEP @ Takoma Educational Center | 4.33 350.00/hr | 1,515.50 |
| | CF | Attended MDT/IEP @ school | 4.33 175.00/hr | 757.75 |
| 6/24/2005 | MH | Prepared and file due process hearing request to DCPS. Includes research on issues raised, and drafting and revising of claims made. | 1.25 350.00/hr | 437.50 |
| 6/28/2005 | HR | Draft letter to parent detailing the hearing request | 0.58 105.00/hr | 60.90 |
| 7/4/2005 | MM | File review and developed  monthly case status report developed report regarding latest communication with the school and the parnet and the last hod and or s/a and what needs to be done next | 0.50 175.00/hr | 87.50 |
| 7/11/2005 | HR | Draft letter to parent informing them of hearing notice scheduled | 0.42 105.00/hr | 44.10 |

Luis Romero                                                                                          Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/12/2005 HR | Draft letter to the Student Hearing Office requesting interpreter for the upcoming hearing and sent letter via facsimile, also sent copy of letter to the Office of the General Counsel | 0.50 105.00/hr | 52.50 |
| 7/25/2005 HR | Assisted attorney to prepare disclosure to DCPS | 0.83 105.00/hr | 87.15 |
| MH | Prepare disclosure to DCPS with assistance from paralegal. Reviewed entire file and identified potential exhibits and witnesses; prepared exhibit packet and cover letter and supervised delivery to DCPS counsel. | 1.50 350.00/hr | 525.00 |
| 7/28/2005 HR | Draft letter to parent informing them hearing location change for the hearing scheduled for August 1, 2005, all hearing will be held at Whittier Elementary School from August 1-19, and called parent to inform them of change as well . | 0.42 105.00/hr | 44.10 |
| 7/29/2005 JF | Prepared for Due Process Hearing | 1.50 350.00/hr | 525.00 |
| MH | Prepared for Due Process Hearing | 1.50 350.00/hr | 525.00 |
| 8/1/2005 JF | Appearance to Whittier ES for due process hearing | 1.83 350.00/hr | 640.50 |
| MH | Appearance to Whittier ES for due process hearing | 1.83 350.00/hr | 640.50 |
| 8/2/2005 CF | Reviewed case | 0.33 175.00/hr | 57.75 |
| 8/9/2005 HR | Draft case status letter to parent detailing the hearing officer's determination | 0.50 105.00/hr | 52.50 |
| | For professional services rendered | 54.16 | $13,715.80 |

Additional Charges :

| | | |
|---|---|---|
| 3/3/2005 | Copied documents; intake documents | 12.50 |
| 3/10/2005 | Copied documents | 0.50 |
| | Postage; letter to parent | 0.37 |
| 3/16/2005 | Facsimile request for records and initial evaluations | 35.00 |
| 3/21/2005 | Copied documents; letter and request for records/evals to parent | 2.50 |
| | Postage; Letter to the parent enclosed request records and evaluations. | 0.60 |

Luis Romero                                                                                          Page     5

|  |  | Amount |
|---|---|---|
| 3/22/2005 | Facsimile letter to Takoma | 2.00 |
| 6/28/2005 | Copied: HR letter for parent. | 1.50 |
|  | Postage; HR letter to parent. | 0.60 |
| 7/11/2005 | Postage; Case status letter to parent. | 0.60 |
|  | Copied documents-NOH w/letter | 0.50 |
| 7/12/2005 | Facsimile- req. for Interpreter | 2.00 |
|  | Facsimile- req. for Interpreter | 2.00 |
| 7/19/2005 | Messenger Service to and from DCPS (Parent's Counter Proposal) | 20.00 |
| 7/25/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO and OGC. | 25.50 |
| 7/28/2005 | Copied: Hearing notice letter for parent. | 0.50 |
|  | Postage; letter to parent re: change of address for hearing in August. | 0.37 |
| 8/8/2005 | Facsimile Received from DCPS; HOD | 7.00 |
|  | Copied documents; HOD | 7.00 |
| 8/9/2005 | Copied documents; HOD with letter to parent | 1.75 |
|  | Postage; letter to parent re: case status. | 0.37 |
| 8/15/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $240.04 |
|  | Total amount of this bill | $13,955.84 |