# EXHIBIT 42



# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Keithen Russell
   DOB: 3/2/91
   Date of Determination (HOD/SA): 7/8/05
   Parent/Guardian Name: Kioka Caldwell
   Parent/Guardian Address: 28 Galveston Pl., SW, #1, 20020
   Current School: P.R. Harris
   Home School: KIPP DCPCS

3. **Invoice Information**
   Invoice Number: 05-391
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 3/1/05 to 7/11/05
   Amount of Payment Request: $6,602.81

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_                                August 26, 2005
Signature                                       Date

(In the Matter of KR  DOB: 3/2/91  HOD: July 8, 2005)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigation Division*
CONFIDENTIAL
Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of Keithen Russell ) | IMPARTIAL DUE PROCESS |
| Date of Birth: March 2, 1991 ) | |
| ) | HEARING OFFICER'S DECISION |
| Petitioner (Student), ) | Hearing Date: July 8, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District") ) | |
| Attending School: P.R. Harris ) | |
| Respondent. ) | |

Hearing Participants:
Counsel for Student:

John Straus, Esq.
1220 L Street NW  #700
Washington DC  20002

Counsel for DCPS:

Stephanie Ramjohn Moore, Esq.
Office of General Counsel
825 North Capitol St. NE
Washington, DC  20002

## INTRODUCTION:

A Due Process Hearing was convened on July 8, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed June 3, 2005.

## JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

## DUE PROCESS RIGHTS:

The student's counsel waived a formal reading of the due process rights.

1

(In the Matter of KR  DOB: 3/2/91  HOD: July 8, 2005)

**SUMMARY OF THE RELEVANT EVIDENCE:**

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

**FINDINGS OF FACT:**

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

**ORDER:**

1. DCPS shall fund and the parent shall obtain an independent clinical psychological evaluation of the student consistent with the Superintendent's cost guidelines.
2. DCPS shall, within fifteen (15) business days of receipt the above listed evaluation, convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting to review the student's evaluations, review and revise the student's IEP as appropriate, discuss and determine placement and discuss if necessary and determine compensatory education and develop a plan if warranted.
3. All scheduling of MDT/IEP meetings is to be arranged through parent's counsel.
4. DCPS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, his parent and/or representative(s).
5. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

**APPEAL PROCESS:**

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: July 8, 2005

Issued: 7/8/05

(In the Matter of KR  DOB: 3/2/91  HOD: July 8, 2005)

## In the MATTER OF Keithen Russell V. DCPS

## INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| KR 1-14 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Disclosures | Yes |
|  |  |  |
|  |  |  |
|  | * A detailed list of the documents disclosed is contained in the parties' disclosure notices |  |

3

(In the Matter of KR  DOB: 3/2/91  HOD: July 8, 2005)

## In the MATTER OF Keithen Russell V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/3/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 6/3/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

4

(In the Matter of KR  DOB: 3/2/91  HOD: July 8, 2005)

# INDEX OF NAMES

## In the MATTER OF Keithen Russell V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | John Straus, Esq. |
| School System's Representative | Stephanie Ramjohn Moore, Esq. |

5

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Keith Russell




August 17, 2005
In Reference To:    Keith Russell

Invoice #10900


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2005 TS | Drafted and faxed letter to sped coord. @ PR Harris -requesting later times | | 0.33<br>175.00/hr | 57.75 |
| TS | Phone call to mom- mdt mtg. avail | | 0.33<br>175.00/hr | 57.75 |
| 3/3/2005 DP | Drafted letter to parent regarding possible settlement violation by DCPS. | | 0.50<br>105.00/hr | 52.50 |
| DP | Drafted letter to DCPS / Attorney notifying them of a posslible settlement violation. | | 0.53<br>105.00/hr | 55.65 |
| JS | Reviewed letter to Mediation and compliance, Office of General counsel and parent | | 0.08<br>350.00/hr | 28.00 |
| 3/7/2005 JS | Prepared and file due process hearing request to DCPS | | 1.00<br>350.00/hr | 350.00 |
| 3/8/2005 JS | Phone call to parent regarding testing and IEP meeting | | 0.33<br>350.00/hr | 115.50 |
| 3/9/2005 DP | Drafted letter to parent regarding status report regarding Hearing Request filed with DCPS. | | 0.52<br>105.00/hr | 54.60 |
| JS | Reviewed letter to parent | | 0.08<br>350.00/hr | 28.00 |
| 3/15/2005 DP | Drafted letter to parent notifying her of the due process hearing scheduled by the DCPS student hearing office. | | 0.55<br>105.00/hr | 57.75 |

Keith Russell                                                                                                    Page    2

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/15/2005 | JS | Reviewed letter to parent | 0.08 350.00/hr | 28.00 |
| 3/25/2005 | TS | Drafted and faxed letter to school/special ed coor.--requesting mdt dates and availability | 0.33 175.00/hr | 57.75 |
| 3/29/2005 | TS | Phone call from sped coord. @ PR Harris-rec. 2 of 3 indep. evalautions p/c to sped coord-all three were sent to the school-I will fax last eval to her office | 0.25 175.00/hr | 43.75 |
|  | TS | Discussion with the child's attorney | 0.17 175.00/hr | 29.75 |
|  | TS | Drafted and faxed letter adn eval. to sped coord @ PR Harris- | 0.33 175.00/hr | 57.75 |
|  | JS | Record reviewed and discussion with Skinner | 0.17 350.00/hr | 59.50 |
| 3/30/2005 | TS | Drafted and faxed letter to sped. coord. @ PR HARRIS | 0.33 175.00/hr | 57.75 |
| 4/1/2005 | JS | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings. | 1.50 350.00/hr | 525.00 |
|  | DP | Assisted attorney to prepare disclosure to DCPS. | 1.75 105.00/hr | 183.75 |
| 4/8/2005 | JS | Conduct final review of the student's educational file, conduct last minute educational research, conduct final review of DCPS's five day disclosures, review questions for direct, possible redirect, and possible cross, review opening and closing statements, and conduct final witness preparation with the parent and educational advocate for the student's upcoming administrative due process hearing and appear at the student's administrative due process hearing. | 1.00 350.00/hr | 350.00 |
| 4/19/2005 | JS | Phone call to parent regarding IEP meeting on April 20, 2005 | 0.17 350.00/hr | 59.50 |
| 4/21/2005 | TS | Attended MDT/IEP @PR Harris | 3.00 175.00/hr | 525.00 |
| 4/22/2005 | JS | Prepared and file due process hearing request to DCPS | 1.00 350.00/hr | 350.00 |
| 4/25/2005 | JS | Reviewed letter to parent | 0.08 350.00/hr | 28.00 |
|  | DP | Drafted letter to parent notifying them of the Heairng Officer's Determination sent to this office by the DCPS student heairng Office. | 0.53 105.00/hr | 55.65 |

Keith Russell                                                                                                     Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/26/2005 | TS | Reviewed HOD | 0.17 175.00/hr | 29.75 |
| 5/3/2005 | DP | Drafted letter to parent notifying her of the hearing request filed by this office with the DCPS student heairng office and providing her with a copy. | 0.52 105.00/hr | 54.60 |
| 5/4/2005 | DP | Drafted letter to parent notifying her of the administrative due process hearing scheduled by the DCPS student hearing office. | 0.53 105.00/hr | 55.65 |
| 5/26/2005 | DP | Assisted attorney to prepare disclosure to DCPS. | 1.63 105.00/hr | 171.15 |
|  | JS | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings. | 1.00 350.00/hr | 350.00 |
| 6/2/2005 | JS | Record reviewed and discussion with Skinner | 0.17 350.00/hr | 59.50 |
|  | TS | Discussion with the child's attorney | 0.17 175.00/hr | 29.75 |
| 6/3/2005 | JS | Prepared and sent to DCPS a withdrawal of hearing request | 0.33 350.00/hr | 115.50 |
|  | JS | Prepared and file due process hearing request to DCPS | 1.00 350.00/hr | 350.00 |
| 6/6/2005 | TS | Reviewed current HR | 0.17 175.00/hr | 29.75 |
| 6/9/2005 | DP | Drafted letter to parent regarding the hearing request filed by this office with DCPS. | 0.52 105.00/hr | 54.60 |
| 6/10/2005 | DP | Drafted letter to parent regarding date for the administrative hearing. | 0.42 105.00/hr | 44.10 |
|  | JS | Reviewed letter to parent | 0.08 350.00/hr | 28.00 |
| 6/15/2005 | TS | Discussion with the child's attorney | 0.17 175.00/hr | 29.75 |
|  | JS | Discussion with the child's advocate | 0.17 350.00/hr | 59.50 |
| 6/23/2005 | JS | Phone call to parent regarding suspension and July 8, 2005 hearing | 0.17 350.00/hr | 59.50 |

Keith Russell                                                                                                                  Page      4

|              |       |                                                                                                                                                                                                                                                                                                                     | Hrs/Rate          | Amount    |
|--------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 6/27/2005    | DP    | Assisted attorney to prepare disclosure to DCPS.                                                                                                                                                                                                                                                                      | 1.50 105.00/hr    | 157.50    |
|              | JS    | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings.                                                                                                                                                 | 1.00 350.00/hr    | 350.00    |
| 6/28/2005    | JS    | Phone call to parent regarding faxing documents                                                                                                                                                                                                                                                                         | 0.33 350.00/hr    | 115.50    |
| 7/8/2005     | TS    | Reviewed file & disclosures-prepared for hearing                                                                                                                                                                                                                                                                        | 0.50 175.00/hr    | 87.50     |
|              | TS    | Appearance to 825 North Capital for due process hearing                                                                                                                                                                                                                                                                 | 1.00 175.00/hr    | 175.00    |
|              | JS    | Conduct final review of the student's educational file, conduct last minute educational research, conduct final review of DCPS's five day disclosures, review questions for direct, possible redirect, and possible cross, review opening and closing statements, and conduct final witness preparation with the parent and educational advocate for the student's upcoming administrative due process hearing and appear at the student's administrative due process hearing. | 2.00 350.00/hr    | 700.00    |
| 7/18/2005    | DP    | Draft letter to Francis and Associates referring the student for evaluaiton.                                                                                                                                                                                                                                            | 0.50 105.00/hr    | 52.50     |
|              |       | For professional services rendered                                                                                                                                                                                                                                                                                      | 28.99             | $6,427.75 |

Additional Charges :

|            |                                                      |      |
|------------|------------------------------------------------------|------|
| 3/1/2005   | Copied documents(File-Fax/MDT/Mtg.)                  | 0.50 |
|            | Facsimile(SPED Cook PRHarris-mdt set up)             | 1.00 |
|            | Copied documents(Adv-Ind.evals)                      | 4.50 |
| 3/3/2005   | Copied documents; letter to parent                   | 0.50 |
|            | Postage; Letter to the parent re: SA violation.      | 0.37 |
| 3/7/2005   | Copied documents; HR                                 | 2.50 |
|            | Facsimile(SHO-HR)                                    | 5.00 |
| 3/9/2005   | Copied documents; letter to parent                   | 0.50 |
|            | Postage; Status report to the parent re: HR.         | 0.37 |
| 3/15/2005  | Copied documents; letter to parent                   | 0.50 |

Keith Russell                                                                                         Page    5

                                                                                                      <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 3/15/2005 | Postage; Sent hearing notice to the parent. | 0.37 |
| 3/25/2005 | Facsimile (Sped Cord-MDT date) | 1.00 |
| 3/29/2005 | Facsimile(Sped coor P.R Harris-MDT -eval) | 9.00 |
| 3/30/2005 | Fax; MDT conf | 1.00 |
|  | Copied documents<br>RE: MDT notes | 3.00 |
| 4/1/2005 | Copied documents<br>Disclosure | 12.00 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 4/21/2005 | Copied MDT notes for the file. | 1.00 |
| 4/25/2005 | Postage; letter to parent with HOD. | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
| 5/3/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent with HR. | 0.37 |
| 5/5/2005 | Postage; Hearing Notice to the Parent. | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
| 5/26/2005 | Copied: Disclosure for OGC, SHO, advocate, and attorney. | 21.00 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 6/3/2005 | Facsimile: HR letter to SHO. | 6.00 |
| 6/9/2005 | Postage; Hearing notice letter to parent. | 0.37 |
|  | Postage; HR letter to parent. | 0.60 |
| 6/10/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 6/30/2005 | Copied: Disclosure for OGC, SHO, and attorney. | 28.50 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/11/2005 | Facsimile Received from DCPS; HOD | 6.00 |

Keith Russell                                                                                           Page    6

                                                                                                        <u>Amount</u>

7/11/2005  Copied documents; HOD                                                                          6.00

      Total costs                                                                                    $175.06

      Total amount of this bill                                                                      $6,602.81