# EXHIBIT 43

**District of Columbia Public Schools**
**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

**APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT**

1. **Attorney Information**

| | |
|---|---|
| Law Firm: | JAMES E. BROWN & ASSOCIATES, PLLC |
| Attorney: | JAMES E. BROWN |
| Federal Tax ID No.: | 52-1500760 |
| D.C. Bar No.: | 61622 |

2. **Student Information**

| | |
|---|---|
| Name: | Sam Stocks |
| DOB: | 10/16/89 |
| Date of Determination (HOD/SA): | 7/26/89 |
| Parent/Guardian Name: | Delltonjia Adams |
| Parent/Guardian Address: | 2806 14th St., NW, #101, WDC 20010 |
| Current School: | High Road MS |
| Home School: | Cardozo, SHS |

3. **Invoice Information**

| | |
|---|---|
| Invoice Number: | 05-392 |
| Date Request Submitted: | 8/26/05 |
| Date(s) Services Rendered | 3/2/05 to 8/4/05 |
| Amount of Payment Request | $ 5,811.37 |

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

James E. Brown
Signature

August 26, 2005
Date

# District of Columbia Public Schools

*State Enforcement & Investigation Division*

***confidential***

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

2005 JUL 26 AM 9:56

| | |
|---|---|
| **In the Matter of** ) | |
| ) | **HEARING OFFICER'S MEMORANDUM OF** |
| **SAM STOCKS, student** ) | |
| **Date of Birth: October 16, 1989** ) | |
| **Petitioner,** ) | **SETTLEMENT AGREEMENT** |
| ) | |
| **versus** ) | **Request Date:** June 13, 2005 |
| ) | **Hearing Date:** July 19, 2005 |
| **The District of Columbia Public Schools,** ) | |
| **Home School: Cardozo Senior High School,** ) | **Held at:** 825 North Capitol Street, NE |
| **Attending: High Road Mid. Sch. of Wash.,** ) | Eighth Floor, Hearing Room 2 |
| **Respondent.** ) | Washington, D.C. 20002 |

**Parent:** Delltonjia Adams
2806 14th Street, NW Apt No 101
Washington, D.C. 20010

**Counsel for the Parent/Student:** Roxanne D. Neloms, Esq.
**JAMES E. BROWN & Associates**
1220 L Street, NW Suite 700
Washington, D.C. 20005

**District of Columbia Public Schools:** Rashida J. Chapman, Esq., Attorney-Advisor
**Office of the General Counsel, DCPS**
825 North Capitol Street, NE 9th Floor
Washington, D.C. 20002

An INDEX of NAMES is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant witnesses. The index will be detached before release of this SETTLEMENT AGREEMENT as a public record.

**INDEX of NAMES for Sam Stocks**
**Hearing Date: July 19, 2005**

**Appearing on behalf of DCPS: None.**

**Appearing on behalf of the parent/student: None.**

**No testimony was received.**

## JURISDICTION

The hearing convened under Public Law 105-17, The Individuals with Disabilities Education Act Amendments of 1997, 20 United States Code 1400 et. seq.; Title 34 of the Code of Federal Regulations, Part 300; and Title V of the District of Columbia Municipal Regulations.

## STATEMENT of the CASE

On June 16, 2005, Counsel for the Parent filed the herein Request for Mediation/Hearing on behalf of the parent and student complaining the District of Columbia Public Schools (DCPS) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Parent complained of failure on the part of DCPS to complete a triennial speech/language reevaluation of the student.

The Student Hearing Office, DCPS, scheduled a hearing in this matter 11:00 A.M., Tuesday, July 19, 2005 at DCPS Headquarters, 825 East Capitol Street, NE, 8th Floor, Hearing Room 2, Washington, D.C. 20002.

The hearing officer called the hearing to order as scheduled when the parties announced they had settled.

By facsimile dated July 12, 2005, DCPS disclosed 6 witnesses.

By facsimile dated July 12, 2005, the parent disclosed 5 witnesses and 5 documents. The documents were placed into the record but are not listed here as the parties settled.

## The SETTLEMENT AGREEMENT

1. Within 30 days hereof, DCPS will complete a speech/language evaluation of the student. DCPS failing, the parent is authorized to arrange an independent speech/language evaluation of the student for which DCPS will pay according to Superintendent's Directive 530.6. Within 15 school days of completion/receipt of the said evaluation, DCPS will convene an MDT/IEP/Placement meeting during which evaluations will be reviewed, the IEP reviewed and revised as appropriate and placement discussed and determined. If a DCPS placement is recommended, a Notice of Placement will be issued within 5 schooldays of the said meeting; if a non-public placement is recommended, a Notice of Placement will be issued within 30 days of the said meeting.

2. At the said MDT/IEP/Placement meeting, the form, amount and delivery of compensatory education, if any, will be discussed and determined. For disputes under this paragraph, either party may request a hearing.

3. For the said MDT/IEP/Placement meeting, scheduling is to be through and notices are to be sent to Counsel for the Parent except that, for everyday of unavailability of parent/educational advocate/Counsel for the Parent, the deadline herein will be extended one day. In the event of an independent evaluation sent to DCPS, Counsel for the Parent will verify by telephone the receipt of the evaluation report copy by the DCPS addressee. For disputes under this paragraph, with the burden of proof on DCPS, documentation of the parties will be relied upon to determine the good faith of each party.

H. St. Clair, Esq., Hearing Officer Date: July 26, 2005

Issued: ______________________
Student Hearing Office, DCPS

**District of Columbia Public Schools**
***Office of Compliance***
**STUDENT HEARING OFFICE**
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



***FACSIMILE SHEET***

Date: 7-25-05

TO: Nelons

FROM: STUDENT HEARING OFFICE

RE: HOD Sam Saocks

TOTAL NUMBER OF PAGES, INCLUDING COVER: 5

COMMENTS:

***CONFIDENTIALITY NTOICE:*** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Stockes, Sam

August 04, 2005
In Reference To: Stockes, Sam

Invoice #10875

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2005 | DH | Receive Letter of Invitation from the High Roads School of Washington, respond to Letter selecting date and time to reconvene the student's MDT/IEP Meeting. | 0.25<br>350.00/hr | 87.50 |
| 3/3/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 3-2-05 Ltr to High Roads MS re MDT/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 3/4/2005 | KD | Drafted letter to parent/enclosed copy of MDT Mtng Cnfrmtn for 3-24-05/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 3/24/2005 | DD | Reviewed file for up coming IEP and placement meeting | 2.50<br>175.00/hr | 437.50 |
| | DD | Attended MDT/IEP @High Road | 3.00<br>175.00/hr | 525.00 |
| 3/30/2005 | DH | Receive and review the student's Individualized Educational Program. | 0.67<br>350.00/hr | 234.50 |
| 6/12/2005 | RN | Review the administrative due process hearing request drafted by Mr. Hill. | 0.17<br>350.00/hr | 59.50 |
| | DH | Review the student's educational file to determine whether not DCPS responded to the MDt Team's request that the student be reevaluated with a speech and language evaluation, conduct educational research to determine DCPS' duty to comply with the MDT Team's request for the evaluation under 34 C.F.R. Sec. 300.536 of the IDEA, draft administrative due process hearing request for Ms. Neloms' review. | 1.42<br>350.00/hr | 497.00 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/13/2005 | KD | Drafted letter to parent/enclosed copy of 6-12-05 HR/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 6/21/2005 | KD | Drafted letter to parent/enclosed copy of HN for 7-19-05/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| 7/12/2005 | KD | Assist attorney to prepare disclosure to DCPS | 2.00<br>105.00/hr | 210.00 |
| | DH | Prepare the student's five-day disclosures. | 1.00<br>350.00/hr | 350.00 |
| | RN | Review the student's five-day disclosures prepared by Mr. Hill. | 0.25<br>350.00/hr | 87.50 |
| 7/18/2005 | RN | Prepare for the student's administrative due process hearing with of counsel attorney. | 1.50<br>350.00/hr | 525.00 |
| | DH | Prepare for the student's administrative due process hearing. | 1.50<br>350.00/hr | 525.00 |
| 7/19/2005 | DD | Reviewed file for upcoming hearing | 0.83<br>175.00/hr | 145.25 |
| | RN | Appear at the student's administrative due process hearing with of counsel attorney. | 1.50<br>350.00/hr | 525.00 |
| | DH | Appear at the student's administrative due process hearing with lead attorney. | 1.50<br>350.00/hr | 525.00 |
| | DH | Prepare for the student's administrative due process hearing. | 2.00<br>350.00/hr | 700.00 |
| | | For professional services rendered | 21.85 | $5,618.55 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 3/2/2005 | Facsimile letter to HighRoads | 3.00 |
| 3/3/2005 | Copied documents; attorney's letter to High Roads | 3.00 |
| | Postage; letter to parent. | 0.60 |
| 3/4/2005 | Postage; letter to the parent with MDT meeting confirmation.. | 0.60 |
| | Copied documents; MDT confirmation and cover letter | 2.00 |
| 6/12/2005 | Copied documents; HR | 2.50 |
| | Facsimile(SHO-HR) | 5.00 |

| Date | Description | Amount |
|---|---|---|
| 6/13/2005 | Copied: MDT confirmation letter for parent and advocate. | 3.00 |
| | Postage; HR letter to parent. | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| 6/21/2005 | Postage; HN letter to parent to parent. | 0.37 |
| | Copied documents(Parent-Adv-HN+CVR letter) | 4.00 |
| 6/23/2005 | Copied documents(Attys Hill+Neloms-HN w/CVR letter) | 4.00 |
| 7/12/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied documents; disclosures | 37.00 |
| 7/26/2005 | Facsimile Received from DCPS; HOD | 5.00 |
| | Copied documents; HOD | 5.00 |
| 8/4/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $192.82 |
| | Total amount of this bill | $5,811.37 |