# EXHIBIT 44

# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   - Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   - Attorney: JAMES E. BROWN
   - Federal Tax ID No.: 52-1500760
   - D.C. Bar No.: 61622

2. **Student Information**
   - Name: Amelia Talley
   - DOB: 8/20/91
   - Date of Determination (HOD/SA): 8/19/05
   - Parent/Guardian Name: Diane C. Talley
   - Parent/Guardian Address: 1142 Neal St., NE, WDC 20002
   - Current School: Cesar Chavez PCS
   - Home School: Cesar Chavez PCS

3. **Invoice Information**
   - Invoice Number: 05-393
   - Date Request Submitted: 8/26/05
   - Date(s) Services Rendered: 6/9/05 to 8/24/05
   - Amount of Payment Request: $ 5,450.66

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_   August 26, 2005
Signature                                Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigation Division*
CONFIDENTIAL
**Coles B. Ruff, Jr., Due Process Hearing Officer**

| | |
|---|---|
| In the Matter of Amelia Talley ) | **IMPARTIAL DUE PROCESS** |
| Date of Birth: August 20, 1991 ) | |
| ) | **HEARING OFFICER'S DECISION** |
| ) | |
| Petitioner (Student), ) | Hearing Date: August 3, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District") ) | |
| Attending School: RCA ) | |
| Respondent. ) | |
| _____) | |

Hearing Participants:

Counsel for Student:    Roxanne Neloms, Esq.
                        1220 L Street NW  #700
                        Washington, DC  20005

Counsel for DCPS:       Stephanie Ramjohn Moore, Esq.
                        Office of General Counsel
                        825 North Capitol St. NE
                        Washington, DC  20002

## INTRODUCTION:

A Due Process Hearing was convened on February 15, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed January 18, 2005.

## JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

1

(In the Matter of AT   DOB 8/20/91   HOD August 19, 2005)

## DUE PROCESS RIGHTS:

The student's counsel waived a formal reading of the due process rights.

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

## FINDINGS OF FACT:

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

## ORDER:

1. DCPS shall, within thirty (30) calendar days of the issuance of this Order, reconvene a multi-disciplinary team/individual educational program (MDT/IEP) meeting to review all outstanding evaluations, review and revise the student's IEP as appropriate, discuss and determine placement and discuss and determine compensatory education and develop a plan if warranted.
2. If the placement is changed DCPS shall issue a prior notice of placement within five (5) business days of the MDT meeting if the recommended placement is public and within thirty (30) calendar days of the meeting if a private placement is recommended.
3. Scheduling of the MDT/IEP meeting shall be through parent's counsel.
4. DCPS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, her parent and/or representative(s).
5. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

2

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: August   , 2005


Issued: 08-19-05

## In the MATTER OF Amelia Talley V. DCPS

## INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| AT 1-46 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness List | Yes |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | * A detailed list of the documents disclosed is contained in the parties' disclosure notices |  |

## In the MATTER OF Amelia Talley V. DCPS

### RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/23/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 6/25/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

## INDEX OF NAMES

### In the MATTER OF Amelia Talley V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Roxanne Neloms, Esq. |
| School System's Representative | Stephanie Ramjohn Moore, Esq. |

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Amelia Talley




August 24, 2005
In Reference To:   Amelia Talley
                   DOB: 8/20/91
                   School: Village Learning Center PCS

Invoice #10917

    Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2005 | DH | Discussion with the parent, regarding the status of the student's case, and Ms. Thompson, at the Phillips School, regarding the student's visit to their program for placement consideration. | 0.33<br>350.00/hr | 115.50 |
| 6/13/2005 | BDL | Drafted letter to parent re: letter sent to Acting Executive Director. | 0.50<br>105.00/hr | 52.50 |
| 6/23/2005 | DH | Review the student's educational file to determine DCPS compliance with the most recent order, conduct educational research regarding remedies available to the parent, draft administrative due process hearing request for Ms. Nelom's review. | 2.00<br>350.00/hr | 700.00 |
| | RN | Review the student's administrative due process hearing complaint filed by Mr. Hill. | 0.50<br>350.00/hr | 175.00 |
| 6/28/2005 | KD | Drafted letter to parent/enclosed copy of 6-23-05 HR/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/6/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| 7/13/2005 | KD | Drafted letter to parent/enclosed copy of Placement Acceptance from Phillips/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/15/2005 | DD | Reviewed request for hearing | 0.33<br>175.00/hr | 57.75 |
| 7/27/2005 | DH | Review the student's educational file, prepare five-day disclosures for the student's administrative due process hearing. | 2.00<br>350.00/hr | 700.00 |

Amelia Talley                                                                                      Page    2

|            |    |                                                                                          | Hrs/Rate        | Amount     |
|------------|----|------------------------------------------------------------------------------------------|-----------------|------------|
| 7/27/2005  | RN | Review five-day disclosures prepared by Mr. Hill.                                        | 0.42 350.00/hr  | 147.00     |
|            | KD | Assist attorney to prepare disclosure to DCPS                                            | 2.00 105.00/hr  | 210.00     |
| 7/28/2005  | KD | Drafted letter to parent/enclosed copy of HN at new location/copy to advc and file/added to case notes | 0.42 105.00/hr  | 44.10      |
|            | KD | Phone call to parent re relocation of upcoming hearing                                   | 0.08 105.00/hr  | 8.40       |
|            | DD | Reviewed file and request for hearing, and hearing notice.                               | 0.50 175.00/hr  | 87.50      |
|            | KC | Reviewed client file.                                                                    | 0.83 175.00/hr  | 145.25     |
| 8/2/2005   | DH | Prepare for the student's administrative due process hearing.                            | 1.00 350.00/hr  | 350.00     |
|            | RN | Prepare for the student's administrative due process hearing.                            | 1.00 350.00/hr  | 350.00     |
|            | KC | Reviewed student record; new referral (prep for hearing on 8/3/05)                       | 0.83 175.00/hr  | 145.25     |
| 8/3/2005   | DH | Prepare for the student's administrative due process hearing.                            | 1.00 350.00/hr  | 350.00     |
|            | RN | Prepare for the student's administrative due process hearing.                            | 1.00 350.00/hr  | 350.00     |
|            | DH | Appear at the student's administrative due process hearing.                              | 1.50 350.00/hr  | 525.00     |
|            | RN | Appear at the student's administrative due process hearing.                              | 1.50 350.00/hr  | 525.00     |
|            |    | For professional services rendered                                                       | 19.08           | $5,178.95  |
|            |    | Additional Charges :                                                                     |                 |            |
| 6/10/2005  |    | Facsimile(OMC-letter)                                                                    |                 | 4.00       |
| 6/13/2005  |    | Copied: Letter to DCPS for parent.                                                       |                 | 1.00       |
| 6/14/2005  |    | Postage; letter to parent.                                                               |                 | 0.37       |
| 6/24/2005  |    | Messenger Service to and from DCPS (Due Process Hearing Request)                         |                 | 20.00      |

Amelia Talley                                                                                                   Page    3

|  |  | Amount |
|---|---|---:|
| 6/24/2005 | Copied: HR for SHO. | 1.25 |
| 6/28/2005 | Postage; HR letter to parent. | 0.60 |
|  | Copied: HR letter for parent and advocate. | 3.00 |
| 6/29/2005 | Copied: Activity for File "B". | 3.50 |
| 7/6/2005 | Postage; HN letter to parent. | 0.37 |
|  | Copied: HN letter for parent and advocate. | 1.00 |
| 7/13/2005 | Copied documents-LTR from phillips re interview and CVR LTR | 1.00 |
|  | Postage; intake interview letter to parent. | 0.37 |
| 7/27/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO and OGC. | 117.00 |
| 7/28/2005 | Postage; letter to parent re: HN at new location. | 0.37 |
|  | Copied documents to parent and advocate: HN and cover letter | 1.00 |
| 8/24/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $271.71 |
|  | Total amount of this bill | $5,450.66 |