# EXHIBIT 47



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm:              JAMES E. BROWN & ASSOCIATES, PLLC
    Attorney:              JAMES E. BROWN
    Federal Tax ID No.:    52-1500760
    D.C. Bar No.:          61622

2.  **Student Information**
    Name:                            Christopher Warbington
    DOB:                             5/8/90
    Date of Determination (HOD/SA):  8/1/05
    Parent/Guardian Name:            Inera Warbington
    Parent/Guardian Address:         1310 C St., NE, WDC 20002
    Current School:                  Sasha Bruce PCS
    Home School:                     Sasha Bruce PCS

3.  **Invoice Information**
    Invoice Number:          05-396
    Date Request Submitted:  8/26/05
    Date(s) Services Rendered 5/20/05 to 8/8/05
    Amount of Payment Request  $ 3,607.54

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                 Date

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## CONFIDENTIAL

### Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E. 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of ) | IMPARTIAL DUE PROCESS |
| ) | |
| CHRISTOPHER ) | HEARING OFFICER'S DECISION |
|     WARBINGTON,  Student, ) | |
| Date of Birth: 05-08-90 ) | |
| ) | |
| Petitioner, ) | Hearing Date: July 19, 2005 |
| ) | |
| vs. ) | |
| ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, ) |     Eighth Floor |
| Sasha Bruce Public Charter School ) |     Washington, D.C. 20002 |
| Respondent. ) | |

### SETTLEMENT ORDER

**Parent(s):**
Ingra Warbington
1310 C Street, N.E.
Washington, D.C. 20002

**Counsel for Parent:**
John A. Straus, Esq.
James E. Brown & Associates, PLLC
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**Counsel for School:**
Rashida J. Chapman, Attorney- Advisor
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002

DC PUBLIC SCHOOL SYSTEM    2005 JUL 30 PM 5: 48

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *State Enforcement and Investigative Division*

### Special Education Due Process Hearing

## I.  INTRODUCTION

On June 21, 2005, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, John Straus, Esq. The request alleges DCPS failed to comply with a May 17, 2005 Hearing Officer's Determination (HOD).

A Due Process Hearing was convened on July 19, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Rashida J. Chapman, Esq., Attorney-Advisor, represented DCPS. John A. Straus, Esq., represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated July 12, 2005: CW-1 through CW-10. On behalf of DCPS: Disclosure Letter dated July 12, 2005. Parent's counsel waived a formal reading of the Due Process Rights. The parties did not enter any testimony in this matter, as the parties settled this case on the record.

## II.  JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III.  ISSUES

Whether DCPS denied the student FAPE by failing to comply with a May 17, 2005 Hearing Officer's Determination (HOD)?

2.

## IV.    SUMMARY OF RELEVANT EVIDENCE

At the commencement of the Hearing, the parties represented that they had agreed upon terms to settle this matter. Counsel for the parties requested that the Hearing Officer approve of the terms and incorporate those terms into an Order.

## V.    FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

- The terms of the agreement, as set forth in the record, are in the best interest of this student; therefore, the terms shall be incorporated into an Order.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) DCPS shall, within twenty- (20) business days of the issuance of the HOD, convene an MDT/IEP meeting to review all current evaluations, to review and revise the student's IEP, if warranted, and discuss and determine appropriate educational placement for the 2005-2006 school years.

2) In the event the appropriate placement is to a public school, DCPS shall issue a notice of placement within five- (5) schools days of the MDT/IEP team meeting. If the appropriate placement is to a non- public facility, DCPS shall issue a notice of placement within thirty- (30) calendar days of the MDT/IEP team meeting.

3) DCPS shall also consider Compensatory Education for Christopher Warbington and, if warranted, develop a Compensatory Education Plan including the hours, form and format for compensatory educational relief.

3.

4) **All communications and notices shall be sent through the parent's counsel. The MDT/IEP meeting shall be scheduled through parent's counsel.**

5) **Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.**

## VI.    APPEAL PROCESS

This is the **FINAL ADMINISTRATIVE DECISION.** Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

_____      Date Filed: 07-30-05

Charles R. Jones, Esq., Hearing Officer

Date Issued:  8-1-05

4.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Christopher Warbington




August 08, 2005
In Reference To:    Christopher Warbington

Invoice #10882


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2005 | DP | Drafted letter to parent re: HOD | 0.52<br>105.00/hr | 54.60 |
| 6/20/2005 | JS | Prepared and file due process hearing request to DCPS | 2.00<br>350.00/hr | 700.00 |
| 6/22/2005 | JS | Reviewed letter to parent | 0.08<br>350.00/hr | 28.00 |
| | DP | Drafted letter to parent regarding due process hearing request filed by this office with DCPS. | 0.52<br>105.00/hr | 54.60 |
| | JEB | Examined and certified hearing request filed by attorney | 0.58<br>350.00/hr | 203.00 |
| 6/30/2005 | TS | Reviewed Hearing Request | 0.33<br>175.00/hr | 57.75 |
| 7/5/2005 | DP | Drafted letter to parent regarding hearing date scheduled by DCPS. | 0.52<br>105.00/hr | 54.60 |
| 7/12/2005 | JS | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings. | 2.00<br>350.00/hr | 700.00 |
| | DP | Assisted attorney to prepare disclosure to DCPS. | 2.00<br>105.00/hr | 210.00 |

Christopher Warbington                                                      Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2005 JS | Prepared for Due Process Hearing | | 1.50 350.00/hr | 525.00 |
| 7/19/2005 JS | Conduct final review of the student's educational file, conduct last minute educational research, conduct final review of DCPS's five day disclosures, review questions for direct, possible redirect, and possible cross, review opening and closing statements, and conduct final witness preparation with the parent and educational advocate for the student's upcoming administrative due process hearing and appear at the student's administrative due process hearing. | | 2.00 350.00/hr | 700.00 |
| 8/2/2005 DP | Drafted letter to parent regarding HOD recieved by this office form DCPS. | | 0.53 105.00/hr | 55.65 |
| 8/3/2005 JS | Reviewed letter to parent | | 0.08 350.00/hr | 28.00 |
| 8/5/2005 JS | Phone call from parent regarding IEP meeting | | 0.17 350.00/hr | 59.50 |
| | For professional services rendered | | 12.83 | $3,430.70 |

Additional Charges :

| | | |
|---|---|---|
| 5/23/2005 | Postage; HOD and settlement letter to parent. | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| 6/20/2005 | Copied documents; HR | 3.00 |
| | Facsimile: HR to SHO. | 6.00 |
| 6/22/2005 | Postage; HR letter to parent. | 0.60 |
| | Copied documents; letter to parent | 0.50 |
| 7/5/2005 | Postage; Hearing notice letter to parent. | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| 7/12/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied documents-disclosure | 23.25 |
| 7/19/2005 | Sedan taxi service to and from  DCPS for hearing | 14.00 |
| 8/1/2005 | Facsimile Received from DCPS; HOD | 5.00 |
| | Copied documents; HOD | 5.00 |

Christopher Warbington                                               Page    3

                                                                   _Amount_

| | | Amount |
|---|---|---|
| 8/4/2005 | Copied documents; letter to parent | 0.50 |
| | Postage; letter to parent re: HOD. | 0.37 |
| 8/8/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $176.84 |
| | Total amount of this bill | $3,607.54 |