# EXHIBIT 48



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Carlos Williams
   DOB: 4/1/94
   Date of Determination (HOD/SA): 8/5/05
   Parent/Guardian Name: Larry Walker
   Parent/Guardian Address: 2720 Terrace Rd., SE, #B-591, 20020
   Current School: Rock Creek Academy
   Home School: Rock Creek Academy

3. **Invoice Information**
   Invoice Number: 05-398
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 12/9/04 to 8/17/05
   Amount of Payment Request: $7,710.20

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_signature_                                    August 26, 2005
Signature                                      Date

(In the Matter of CW   DOB: 4/1/94   HOD: August 5, 2005)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigation Division*
## CONFIDENTIAL
### Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of Carlos Williams ) | IMPARTIAL DUE PROCESS |
| Date of Birth: April 1, 1994 ) | |
| ) | HEARING OFFICER'S DECISION |
| ) | |
| Petitioner (Student), ) | Hearing Date: August 4, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District") ) | |
| Attending School: Rock Creek Academy) | |
| Respondent. ) | |

Hearing Participants:  
Counsel for Student:        Domiento C.R. Hill, Esq.  
                            Christopher West, Esq.  
                            1220 L Street NW #700  
                            Washington DC 20002  

Counsel for DCPS:           Karen Jones Herbert, Esq.  
                            Office of General Counsel  
                            825 North Capitol St. NE  
                            Washington, DC 20002  

## INTRODUCTION:

A Due Process Hearing was convened on August 4, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed June 28, 2005.

## JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

## DUE PROCESS RIGHTS:

The student's counsel waived a formal reading of the due process rights.
## SUMMARY OF THE RELEVANT EVIDENCE:

1

(In the Matter of CW   DOB: 4/1/94   HOD: August 5, 2005)

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

**FINDINGS OF FACT:**

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

**ORDER:**

1. DCPS shall, within thirty (30) calendar days of the issuance of this Order conduct the following evaluations of the student: cognitive psychological and functional behavioral assessment (FBA).
2. DCPS shall, within fifteen (15) school days of the completion of the above listed evaluations, convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting to review the student's evaluations, review and revise the student's IEP as appropriate, discuss and determine compensatory education and draft a compensatory education plan if warranted.
3. Scheduling of the MDT/IEP meeting is to be arranged through parent's counsel.
4. DCPS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, his parent and/or representative(s).
5. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

**APPEAL PROCESS:**

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: August 5, 2005

Issued: _08-05-05_

2

(In the Matter of CW  DOB: 4/1/94  HOD: August 5, 2005)

## In the MATTER of Carlos Williams V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| CW 1-7 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness List | Yes |
| | | |
| | * A detailed list of the documents disclosed is contained in the parties' disclosure notices | |

3

(In the Matter of CW  DOB: 4/1/94  HOD: August 5, 2005)

# In the MATTER of Carlos Williams V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/28/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 7/5/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

(In the Matter of CW   DOB: 4/1/94   HOD: August 5, 2005)

# INDEX OF NAMES

## In the MATTER of Carlos Williams V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Christopher West, Esq. Domiento C.R. Hill, Esq. |
| School System's Representative | Karen Jones Herbert, Esq. |

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Williams, Carlos

August 17, 2005
In Reference To: Williams, Carlos
Invoice #10901

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/9/2004 | KD | File Review and sent letter to parent/student | 0.17<br>105.00/hr | 17.85 |
| 1/11/2005 | DH | Draft and send letter to the Rock Creek Academy and DCPS regarding the parent's selection of a date and time to reconvene the student's MDT/IEP Meeting. | 0.17<br>350.00/hr | 59.50 |
| 1/18/2005 | KD | Drafted letter to parent/enclosed copy of MDT Cnfrmtn for 1-31-05 at RCA / copy to advc and file | 0.33<br>105.00/hr | 34.65 |
| 1/19/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 1-11-05 Ltr to RCA re MDT on 1-31-05 / copy to advc and file | 0.42<br>105.00/hr | 44.10 |
| 1/20/2005 | JF | Examine all the ed. info. in prep. for classroom observation; contacted parent | 1.17<br>350.00/hr | 409.50 |
| 1/21/2005 | JF | Prepared for MDT/IEP by examining past IEP and all educational information in file, discussed issues with child's attorney | 1.50<br>350.00/hr | 525.00 |
| 1/31/2005 | JF | Attended MDT/IEP @ Rock Creek Academy (RCA), with parent. | 4.17<br>350.00/hr | 1,459.50 |
| 3/17/2005 | DH | Draft and send letter to Ms. Paige, IEP Coordinator at the Rock Creek Academy responding to the Letter of Invitation. | 0.17<br>350.00/hr | 59.50 |
| 3/23/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 3-17-05 Ltr to RCA accepting MDT date/copy to advc, J.F., and file/added to case notes | 0.42<br>105.00/hr | 44.10 |

Williams, Carlos                                                                                                        Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/2005 | KD | Drafted letter to parent/enclosed copy of MDT Cnfrmtn / copy to advc and file / added to case notes | 0.42<br>105.00/hr | 44.10 |
| 5/3/2005 | KD | Drafted letter to parent/enclosed copy of Notice of Intent to Evaluate/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 6/20/2005 | KD | Drafted letter to parent/enclosed copy of 6-14-05 Clinical eval report/copy to advc and file/added to case notes | 0.50<br>105.00/hr | 52.50 |
| 6/22/2005 | DH | Receive and review the student's speech and language evaluation. | 0.33<br>350.00/hr | 115.50 |
|  | DH | Receive and review the student's clinical psychological evaluation. | 0.58<br>350.00/hr | 203.00 |
| 6/23/2005 | KD | Drafted letter to parent/enclosed copy of 5-23-05 S/L eval/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 6/25/2005 | RN | Review letter drafted by Mr. Hill requesting, among other things, additional assessments on the student. | 0.08<br>350.00/hr | 28.00 |
|  | DH | Draft letter, for Ms. Neloms' review, providing DCPS copies of the student's completed evaluation, and request for additional assessments. | 0.33<br>350.00/hr | 115.50 |
| 6/27/2005 | DH | Review the student's educational file, conduct educational research to determine DCPS' duty to comply with the MDT Team's request that the student be reevaluated pursuant to 34 C.F.R. Sec. 300.536(b) of the IDEA, draft administrative due process hearing request for Ms. Nelom's review. | 2.33<br>350.00/hr | 815.50 |
|  | RN | Review the administrative due process hearing request drafted by Mr. Hill. | 0.17<br>350.00/hr | 59.50 |
|  | DD | Reviewed file and Speech and Language | 0.25<br>175.00/hr | 43.75 |
| 6/29/2005 | KD | Drafted letter to parent/enclosed copy of 6-14-05 Clinical, 5-23-05 S/L and Atty's 6-27-05 Ltr to DCPS/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/8/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| 7/14/2005 | WB | Drafted letter to parent w/ notice to parent of intent to evaluate/reevaluate on 8/3/05 @ 9:00 am | 0.42<br>105.00/hr | 44.10 |
| 7/15/2005 | DD | Reviewed file and request for an HR | 0.25<br>175.00/hr | 43.75 |

Williams, Carlos                                                                                                     Page    3

|            |    |                                                                                                                                                                                                                      | Hrs/Rate          | Amount   |
|------------|----|------|-------------------|----------|
| 7/28/2005  | RN | Review five-day disclosures prepared by Mr. Hill.                                                                                                                                                                    | 0.25<br>350.00/hr | 87.50    |
|            | CW | Review five-day disclosures prepared by Mr. Hill.                                                                                                                                                                    | 0.25<br>350.00/hr | 87.50    |
|            | DH | Review the student's educational file, prepare five-day disclosures for the student's administrative due process hearing take to Mr. West. and Ms. Neloms, lead attorneys, for their review.                          | 1.00<br>350.00/hr | 350.00   |
|            | KD | Assist attorney prepare disclosure to DCPS                                                                                                                                                                           | 1.17<br>105.00/hr | 122.85   |
| 8/2/2005   | CW | Reviewed request for hearing, progress reports, report cards, clinical evaluation, psychoeducational evaluatin and teacher reports in preparation for hearing; teleconference with parent and discussed witness questions in preparation for hearing | 1.00<br>350.00/hr | 350.00   |
| 8/3/2005   | DH | Reviewed request for hearing, progress reports, report cards, clinical evaluation, psychoeducational evaluatin and teacher reports in preparation for hearing.                                                       | 1.00<br>350.00/hr | 350.00   |
| 8/4/2005   | CW | Appearance to Whittier ES for for due process hearing administered by impartial hearing officer                                                                                                                       | 1.33<br>350.00/hr | 465.50   |
|            | DH | Transportation to and appearance at the student's administrative due process hearing.                                                                                                                                | 2.00<br>350.00/hr | 700.00   |
|            | DD | Reviewed file for upcoming hearing                                                                                                                                                                                   | 0.83<br>175.00/hr | 145.25   |
| 8/12/2005  | KD | Drafted letter to parent/enclosed copy of 8-5-05 HOD/copy to advc and file/added to case notes/posted deadline issues to Outlook Calendar                                                                             | 0.50<br>105.00/hr | 52.50    |

For professional services rendered                                                                                25.27     $7,114.80

Additional Charges :

| 11/4/2004  | Postage; letter to parent; health rec. to RCA          | 0.37  |
|------------|--------------------------------------------------------|-------|
|            | Copied documents; letter to parent                     | 0.50  |
| 11/22/2004 | Sedan taxi service to and from DCPS for hearing        | 14.00 |
| 12/9/2004  | Postage; letter to parent                              | 0.37  |
| 1/11/2005  | Facsimile; letter to RCA                               | 4.00  |
| 1/18/2005  | Postage; Status letter to the parent re: MDT meeting confirmation. | 0.37 |

Williams, Carlos                                                                                           Page    4

                                                                                                           Amount

| Date | Description | Amount |
|---|---|---|
| 1/18/2005 | Copied MDT confirmation with cover letter for the parent and advocate. | 1.50 |
| 1/19/2005 | Copied letter to DCPS re: MDT meeting per SA with cover letter for the parent and advocate. | 2.50 |
|  | Postage; MDT meeting to the parent. | 0.37 |
| 3/22/2005 | Postage; letter to parent. | 0.37 |
| 3/23/2005 | Copied documents for attorney, advocate and parent | 3.00 |
| 3/24/2005 | Postage; letter to parent with MDT confirmation. | 0.37 |
|  | Copied documents; MDT confirmation to parent/advocate/Fernandez | 1.50 |
| 5/3/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to the parent re: notice to intent to evaluate. | 0.37 |
| 6/13/2005 | Copied: NIE letter for parent. | 0.75 |
| 6/14/2005 | Postage; letter to parent. | 0.37 |
| 6/20/2005 | Copied documents(Parent/ADV-6/14/05 clinical Psych.+CVR letter) | 324.00 |
| 6/21/2005 | Postage; Clinical letter to parent. | 1.06 |
| 6/23/2005 | Copied: Psych evaluations for attorney. | 4.50 |
|  | Copied documents(Atty Hill-5/23/05 S/L+CVR letter) | 1.75 |
|  | Copied: S/L from RCA for parent and advocate. | 3.50 |
|  | Postage; S/L evaluation from RCA to parent. | 0.60 |
| 6/27/2005 | Facsimile: evaluations to OSE. | 23.00 |
| 6/28/2005 | Copied: Attorney's letter to DCPS and clinical from RCA for parent and advocate. | 12.00 |
| 6/30/2005 | Postage; Clinical, S/L evaluation, and attorney's letter to DCPS; letter to parent. | 1.06 |
| 7/8/2005 | Copied: HN letter for parent and advocate. | 1.00 |
|  | Postage; HN letter to parent. | 0.37 |
| 7/14/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; intent to evaluate letter to parent. | 0.37 |
| 7/28/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |

| Williams, Carlos | | Page 5 |
|---|---|---|
| | | <u>Amount</u> |
| 7/28/2005 | Copied: Disclosure for SHO and OGC. | 44.00 |
| | Facsimile to SHO/OGC: Hearing request of 6-28-05 (Exhibit 2) | 14.00 |
| 8/8/2005 | Facsimile Received from DCPS; HOD | 6.00 |
| | Copied documents; HOD | 6.00 |
| 8/11/2005 | Copied: HOD letter for parent and advocate. | 3.00 |
| 8/12/2005 | Postage; letter to parent re: HOD. | 0.60 |
| 8/17/2005 | File review preparation of bill and invoice audit | 96.88 |
| | **Total costs** | $595.40 |
| | **Total amount of this bill** | $7,710.20 |