# EXHIBIT 49

# District of Columbia Public Schools

OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Curtis Williams
   DOB: 2/9/91
   Date of Determination (HOD/SA): 8/5/05
   Parent/Guardian Name: ClaudAnn Williams
   Parent/Guardian Address: 14 35th St., NE, WDC 20019
   Current School: Rock Creek Academy
   Home School: Rock Creek Academy

3. **Invoice Information**
   Invoice Number: 05-399
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 5/19/05 to 8/17/05
   Amount of Payment Request: $ 3,825.97

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_         August 26, 2005
Signature                    Date

(In the Matter of CW DOB: 2/9/91 HOD: August 5, 2005)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*State Enforcement and Investigation Division*
## CONFIDENTIAL
### Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of Curtis Williams ) | IMPARTIAL DUE PROCESS |
| Date of Birth: February 9, 1991 ) | |
| ) | HEARING OFFICER'S DECISION |
| ) | |
| Petitioner (Student), ) | Hearing Date: August 4, 2005 |
| ) | |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District") ) | |
| Attending School: Rock Creek Academy ) | |
| Respondent. ) | |

Hearing Participants:
Counsel for Student:

Roxanne Neloms, Esq.
Christopher West, Esq.
1220 L Street NW #700
Washington DC 20002

Counsel for DCPS:

Quinne Harris Lindsey, Esq.
Karen Jones Herbert, Esq.
Office of General Counsel
825 North Capitol St. NE
Washington, DC 20002

## INTRODUCTION:

A Due Process Hearing was convened on August 4, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed June 28, 2005.

## JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

## DUE PROCESS RIGHTS:

The student's counsel waived a formal reading of the due process rights.

1

(In the Matter of CW  DOB: 2/9/91  HOD: August 5, 2005)

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

## FINDINGS OF FACT:

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

## ORDER:

1. DCPS shall, within forty-five (45) calendar days of the issuance of this Order convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting to draft a compensatory education plan and a transition plan for the student.
2. Scheduling of the MDT/IEP meeting is to be arranged through parent's counsel.
3. DCPS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, his parent and/or representative(s).
4. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: August 5, 2005

Issued: _08-05-05_

(In the Matter of CW  DOB: 2/9/91  HOD: August 5, 2005)

## In the MATTER of Curtis Williams V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| CW 1-8 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness List | Yes |
| | | |
| | * A detailed list of the documents disclosed is contained in the parties' disclosure notices | |

3

(In the Matter of CW  DOB: 2/9/91  HOD: August 5, 2005)

## In the MATTER of Curtis Williams V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/28/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 7/5/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

4

(In the Matter of CW   DOB: 2/9/91   HOD: August 5, 2005)

# INDEX OF NAMES

## In the MATTER of Curtis Williams V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Christopher West, Esq. |
| School System's Representative | Karen Jones Herbert, Esq. |

5

# District of Columbia Public Schools
## Office of Compliance
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## FACSIMILE SHEET

Date: 08-05-05

TO: R. Neloms

FROM: STUDENT HEARING OFFICE

RE: HOD - Curtis Williams

TOTAL NUMBER OF PAGES, INCLUDING COVER: 6

COMMENTS:

**CONFIDENTIALITY NTOICE:** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Curtis Williams

August 17, 2005
In Reference To:   Curtis Williams
Invoice #10902

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/19/2005 | CMM | Review HOD and drafted letter to parent detailing HOD issued 5/16/05 | 0.58<br>105.00/hr | 60.90 |
|  | CG | Reviewed HOD dated: 05/13/05: | 0.17<br>175.00/hr | 29.75 |
| 6/17/2005 | CG | Reviewed HOD deadline for hearing request and file | 0.17<br>175.00/hr | 29.75 |
| 6/24/2005 | RN | Reviewed case file regarding school's failure to convene a MDT meeting for student; research and reviewed documents pertaining to the content of the hearing request. | 1.67<br>350.00/hr | 584.50 |
| 6/27/2005 | RN | Prepared and file due process hearing request to DCPS | 1.50<br>350.00/hr | 525.00 |
|  | CMM | Review and discuss hearing filed with attorney. Prepared and sent hearing request via hand delivery | 0.50<br>105.00/hr | 52.50 |
| 7/1/2005 | CMM | Drafted letter to parent/enclosed hearing request file 6/27/05/copy for advocate | 0.50<br>105.00/hr | 52.50 |
|  | JEB | Examined and certified hearing request filed by attorney | 0.58<br>350.00/hr | 203.00 |
| 7/21/2005 | CMM | Letter to parent regarding recent changes of law (resolution meetings). | 0.17<br>105.00/hr | 17.85 |

Curtis Williams                                                                                              Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2005 | CMM | Phone call to parent regarding updated information about new location of hearing to be heard (left msg) | 0.08<br>105.00/hr | 8.40 |
| 7/28/2005 | CMM | Assisted attorney to prepare disclosure to DCPS | 1.50<br>105.00/hr | 157.50 |
|  | RN | Prepare disclosure for legal asitant; reviewed documents. | 1.50<br>350.00/hr | 525.00 |
| 8/2/2005 | RN | Prepared for hearing for CW; discussed case and issues. | 0.75<br>350.00/hr | 262.50 |
|  | CW | Reviewed request for hearing, teacher reports, summary progress reports and clinical evaluation in preparation for hearing; teleconference with parent and discussed witness questions in preparation for hearing | 1.33<br>350.00/hr | 465.50 |
| 8/4/2005 | CW | Appearance at Whittier Elementary School for administrative due process hearing administered by an impartial hearing officer | 1.33<br>350.00/hr | 465.50 |
| 8/15/2005 | CMM | Review HOD and drafted status letter to parent detailing HOD issued 8/5/05 | 0.58<br>105.00/hr | 60.90 |
|  | JEB | Examined HOD; contacted parent; instructed paralegal to send to parent | 0.33<br>350.00/hr | 115.50 |
|  |  | For professional services rendered | 13.24 | $3,616.55 |

Additional Charges :

| 5/16/2005 | Facsimile Received from DCPS; HOD | 3.00 |
|---|---|---|
|  | Copied documents; HOD | 3.00 |
| 5/19/2005 | Postage; HOD letter parent. | 0.37 |
|  | Copied documents(Parent-letter with HOD) | 1.00 |
| 5/24/2005 | Postage; letter to parent re: DCPS CARE Center. | 0.83 |
| 6/27/2005 | Messenger Service to and from DCPS (Hearing Request) | 20.00 |
|  | Copied: Due process HR for SHO, advocate, and parent. | 3.75 |
|  | Facsimile: HR to SHO. | 5.00 |
| 7/1/2005 | Postage; HR letter to parent. | 0.37 |
|  | Copied: HR letter for parent and advocate. | 2.50 |

Curtis Williams                                                                                              Page    3

|            |                                                                   | Amount   |
|------------|-------------------------------------------------------------------|----------|
| 7/21/2005  | Copied: Letter to parent re: recent changes of law.               | 0.50     |
|            | Postage; recent changes of law letter to parent.                  | 0.37     |
| 7/28/2005  | Messenger Service to and from DCPS (5-day Disclosures)            | 20.00    |
|            | Copied documents to DGC/SHO: Disclosure                           | 18.25    |
| 8/4/2005   | Sedan taxi service to Whittier ES for hearing                     | 15.00    |
| 8/8/2005   | Facsimile Received from DCPS; HOD                                 | 6.00     |
|            | Copied documents; HOD                                             | 6.00     |
| 8/10/2005  | Copied: HOD letter for parent, advocate, and file.                | 6.00     |
| 8/15/2005  | Postage; letter to parent re: HOD.                                | 0.60     |
| 8/17/2005  | File review preparation of bill and invoice audit                 | 96.88    |
|            | Total costs                                                       | $209.42  |
|            | Total amount of this bill                                         | $3,825.97|