# EXHIBIT 50



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm:                JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney:                JAMES E. BROWN
   Federal Tax ID No.:      52-1500760
   D.C. Bar No.:            61622

2. **Student Information**
   Name:                        Kenneth Williams
   DOB:                         6/12/90
   Date of Determination (HOD/SA):  8/3/05
   Parent/Guardian Name:        Yvethia Williams
   Parent/Guardian Address:     2707 Shipley Terr., SE, #3, 20020
   Current School:              McFarland MS
   Home School:                 McFarland MS

3. **Invoice Information**
   Invoice Number:          05-397
   Date Request Submitted:  8/26/05
   Date(s) Services Rendered: 5/6/05 to 8/17/05
   Amount of Payment Request  $ 5,269.19

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____        August 26, 2005
Signature                               Date

# District of Columbia Public Schools

## Office of Management Services

**Tonya M. Butler-Truesdale, Esquire, Due Process Hearing Officer**
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(202) 518-6867
Facsimile: (202) 442-5556

### Confidential

| | | |
|---|---|---|
| KENNETH WILLIAMS, STUDENT | ) | |
| | ) | |
| Date of Birth: June 12, 1990 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: July 21, 2005 |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| PUBLIC SCHOOLS | ) | |
| | ) | Held at: 825 North Capitol Street, N.E. |
| Respondent. | ) | 8th Floor |
| | ) | Washington, D.C. 20002 |

### AMENDED HEARING OFFICER'S DECISION

**Parents:**              Ms. Yvethia Williams
                          2707 Shipley Terrace, SE #3
                          Washington, DC 20020

**Counsel for Petitioner:**   Roxanne Neloms, Esquire
                              James E. Brown & Associates
                              1220 L Street, N.W.; Suite 700
                              Washington, D.C. 20005
                              (202) 742-2000, x2021; Fax: (202)742-2098

**Counsel for DCPS:**     Lyanna Palmer, Esquire
                          Office of the General Counsel, DCPS
                          825 North Capitol Street, N.E.
                          9th Floor
                          Washington, D.C. 20002

*In the Matter of Kenneth Williams*

## I.    JURISDICTION

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Act of 1997 (I.D.E.A.)*, 20 U.S.C. §1400 et seq.; 34 C.F.R. § et seq.; 5 D.C.M.R. 3000.; § 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

## II.    DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURE

Petitioner: Presented disclosures labeled KW1-KW15 and no witnesses were called to testify.

Respondent: Presented disclosure labeled DCPS-01 and DCPS-02 and no witnesses were called to testify.

## IV.    STATEMENT OF THE CASE

Petitioner is a fifteen year old student currently attending Pines Residential Treatment Center. On June 15, 2005, a Due Process Hearing Request was received alleging that DCPS failed to provide FAPE by violating a written Settlement Agreement signed on May 13, 2005 which obligated DCPS to complete an ICPC (Interstate Compact Placement Contract) and convene and MDT/IEP within thirty days of the agreement.

The Student Hearing Office, DCPS, scheduled a Due Process Hearing for July 21, 2005 at 11:00am at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, DC 20002. Attorney Advisor Michael Lyanna Palmer appeared in-person for DCPS.  Attorney Roxanne Neloms, Esquire appeared in person on behalf of Petitioner.

## V.    FINDINGS OF FACT

Petitioner provided ample documentation of the terms of the Settlement Agreement and also provided supporting documentation of compliance with the terms requiring Petitioner to notify the Office of Compliance and Mediation prior to filing a hearing request. See KW#3-KW#5. DCPS was unable to secure the participation of Kimberly Grafton, the DCPS Placement Specialist whose name appears on a substantially incomplete and unsigned Interstate Compact Agreement. See DCPS-02.

2

*In the Matter of Kenneth Williams*

DCPS's argument of a lack of educational harm to the Petitioner and failure of parent cooperate by attending meetings fails and is not substantiate by the record before the hearing officer. (See KW#14, page 5 as documentation of educational harm).

## VI.   ORDER

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, and the representations of the parties' counsel at the hearing, this 2nd$^h$ day of August 2005, it is hereby

**ORDERED,** that DCPS shall convene an MDT/IEP meeting to update Petitioner's IEP within fifteen business days of the issuance of this Order.

**IT IS FURTHER ORDERED,** that DCPS shall place and fund Petitioner at New Hope Treatment Center within thirty business days of the issuance of this Order pursuant to the Interstate Compact Placement Request (See KW#8) received from Kimberly Grafton on April 28, 2005 by Petitioner. DCPS shall also issue the Prior Notice of Placement and furnish the DC Department of Child and Family Services Interstate Compact Division with the Petitioner's Interstate Compact Agreement.

**IT IS FURTHER ORDERED,** that DCPS will coordinate scheduling the MDT meeting with Petitioner's counsel, Roxanne Neloms, Esquire, (202) 742-2000, x2022.

**IT IS FURTHER ORDERED,** that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED,** that this Order is effective immediately.

### Notice of Right to Appeal Hearing Officer's Decision and Order

This is the final administrative decision in this matter. Any party aggrieved by the findings and/or decision may bring a civil action in any state court of competent jurisdiction or in a district court of the United States without regard to the amount in controversy, in accordance with 20 U.S.C. Section 1415(i)(2)(A) within thirty days of the entry of the Hearing Officer's Decision.

*In the Matter of Kenneth Williams*

_____
Tonya M. Butler-Truesdale, Esquire
Hearing Officer

Date:  August 3, 2005

Issued: _____

Copies to:

Roxanne Neloms, Esquire
James E. Brown & Associates
1220 L Street, N.W.; Suite 700
Washington, D.C. 20005
(202) 742-2000, x2021; Fax: (202)742-2098

Lyanna Palmer, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

4

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Kenneth Williams




August 17, 2005
In Reference To:    Kenneth Williams

Invoice #10903


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2005 | DH | Draft and send letter to the DCPS Office of Special Education Office informing them of the student's discharge from the Pines Residential Treatment Center, and request to reconvene the student's MDT/IEP Meeting. | 0.50 350.00/hr | 175.00 |
| 5/9/2005 | KD | Drafted letter to parent/enclosed copy of Monthly Psychiatric Progress Report from the Pines w/copy of Atty's Ltr to DCPS/copy to advc and file/added to case notes | 0.42 105.00/hr | 43.75 |
| 6/7/2005 | DH | Draft and send letter to the Acting Chief of Special Education Reform for the District of Columbia Public Schools and Office of Mediation and Compliance requesting the reconvening of the student's MDT/IEP Meeting to locate a new educational placement. | 0.25 350.00/hr | 87.50 |
|  | BDL | Drafted letter to parent re: letter sent to OSE. | 0.50 105.00/hr | 52.50 |
| 6/13/2005 | BDL | Drafted letter to parent re: letter sent to Acting Executive Director. | 0.50 105.00/hr | 52.50 |
| 6/16/2005 | KD | Prepared and sent placement package to Hallmark Youthcare | 0.50 105.00/hr | 52.50 |
|  | KD | Drafted letter to parent/enclosed copy of Plcmnt Ref Ltrs/copy to advc and file/added to case notes | 0.42 105.00/hr | 43.75 |
|  | KD | Prepared and sent placement package to KidsPeace | 0.50 105.00/hr | 52.50 |

Kenneth Williams                                                                              Page     2

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                              | Hrs/Rate         | Amount |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 6/16/2005  | KD | Prepared and sent placement package to Graydon Manor                                                                                                                                                                                                                                                                                                                                                                                          | 0.75 105.00/hr   | 78.75  |
| 6/24/2005  | DH | Review the student's educational file, discussion with the educational advocate, parent, and Ms. Neloms, conduct educational research regarding DCPS' duty to have the student placed in an appropriate special education program, draft for Ms. Neloms' review, administrative due process hearing request alleging DCPS denied the student FAPE by failing to have him placed in an appropriate special education program. | 2.00 350.00/hr   | 700.00 |
|            | RN | Review the administrative due process complaint filed by Mr. Hill.                                                                                                                                                                                                                                                                                                                                                                            | 0.25 350.00/hr   | 87.50  |
| 6/25/2005  | DH | Receive and review the student's psychiatric discharge summary from the Pines Residential Treatment Facility.                                                                                                                                                                                                                                                                                                                                 | 0.50 350.00/hr   | 175.00 |
| 6/28/2005  | KD | Drafted letter to parent/enclosed copy of 6-24-05 HR/copy to advc and file/added to case notes                                                                                                                                                                                                                                                                                                                                                | 0.42 105.00/hr   | 43.75  |
| 6/29/2005  | KD | Drafted letter to parent/enclosed copy of Plcmnt Denial from Graydon Manor/copy to advc and file/added to case notes                                                                                                                                                                                                                                                                                                                          | 0.42 105.00/hr   | 43.75  |
| 7/12/2005  | DD | Reviewed file and request for hearing                                                                                                                                                                                                                                                                                                                                                                                                         | 0.25 175.00/hr   | 43.75  |
| 7/18/2005  | DH | Draft letter, for Ms. Neloms's review, requesting reimbursement on behalf of the parent.                                                                                                                                                                                                                                                                                                                                                      | 0.33 350.00/hr   | 116.67 |
|            | RN | Review letter drafted by Mr. Hill.                                                                                                                                                                                                                                                                                                                                                                                                            | 0.08 350.00/hr   | 29.17  |
| 7/26/2005  | KD | Drafted letter to parent/enclosed copy of Plcmnt Denial from KidsPeace/copy to advc and file/added to case notes                                                                                                                                                                                                                                                                                                                              | 0.42 105.00/hr   | 43.75  |
| 7/27/2005  | RN | Review letter drafted by Mr. Hill, to the DCPS Office of Special Education, informing them of the student's rejection, not admittance into the Pines.                                                                                                                                                                                                                                                                                          | 0.08 350.00/hr   | 29.17  |
|            | DH | Draft letter, for Ms. Neloms' review, to the DCPS Office of Special Education, informing them of the student's rejection, not admittance into the Pines.                                                                                                                                                                                                                                                                                       | 0.33 350.00/hr   | 116.67 |
| 7/28/2005  | DH | Review the student's educational file, prepare five-day disclosures for the lead attorney's review, for the student's upcoming administrative due process hearing.                                                                                                                                                                                                                                                                             | 1.00 350.00/hr   | 350.00 |
|            | RN | Review five-day disclosures prepared by Mr. Hill.                                                                                                                                                                                                                                                                                                                                                                                             | 0.25 350.00/hr   | 87.50  |

Kenneth Williams                                                                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2005 | KD | Assist attorney to prepare disclosure to DCPS | 1.33<br>105.00/hr | 140.00 |
| 8/2/2005 | CW | Reviewed request for hearing, teacher reports, HODs, progress reports; reviewed IEP and IEP meeting notes with co-counsel in preparation for hearing; teleconference with parent and reviewed witness questions in preparation for hearing | 1.17<br>350.00/hr | 408.33 |
| 8/4/2005 | CW | Appearance at Whittier Elementary School for administrative due process hearing administered by an impartial hearing officer | 1.00<br>350.00/hr | 350.00 |
|  | DH | Prepare for the student's administrative due process hearing. | 1.50<br>350.00/hr | 525.00 |
|  | CW | Prepare for the student's administrative due process hearing.   . | 1.00<br>350.00/hr | 350.00 |
|  | DH | Transportation to and appearance at the student's administrative due process hearing. | · 1.00<br>350.00/hr | 350.00 |
| 8/9/2005 | DH | Receive and review the student's monthly treatment report from the Pines Residential Treatment Center. | 0.33<br>350.00/hr | 116.67 |
| 8/11/2005 | KD | Phone call from parent re placement options for fall | 0.08<br>105.00/hr | 8.75 |
|  | KD | Drafted letter to parent/enclosed copy of Atty's 7-27-05 Ltr to DCPS re IC Plcmnt Rqst/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 43.75 |
|  | KD | Prepared and sent placement package to Green Chimney's Campus in Brewster, New York | 0.67<br>105.00/hr | 70.00 |
|  | KD | Drafted letter to parent/enclosed copy of Plcmnt Ref Ltr to Green Chimney in NY/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 43.75 |
|  |  | For professional services rendered | 19.59 | $4,911.68 |

Additional Charges :

| 2/7/2005 | Postage; letter to parent | 0.37 |
|---|---|---|
| 2/15/2005 | Postage; letter to parent. | 0.37 |
| 5/9/2005 | Copied: Psychiatric Report, Atty's letter to DCPS and cover letter for parent | 5.00 |
|  | Copied: Psychiatric Report, Atty's letter to DCPS and cover letter for advocate. | 5.00 |
|  | Postage;  Progress report from Pine and Atty's letter to DCPS and parent. | 1.20 |
| 6/8/2005 | Postage; letter to parent. | 0.74 |

Kenneth Williams                                                                              Page     4

|  |  | Amount |
|---|---|---|
| 6/10/2005 | Facsimile(OMC-letter) | 4.00 |
| 6/16/2005 | Postage; Placement letter to parent | 0.37 |
| | Postage; Placement packets to: Graydon Manor, Kid's Peace and Hallmark. | 8.70 |
| | Copied: Intake forms and case notes for file. Placement packages for Hallmark, Graydon Manor, and Kids Peace. | 54.00 |
| | Copied: Placement letter for parent and advocate. | 2.00 |
| 6/24/2005 | Facsimile HR to SHO. | 6.00 |
| 6/27/2005 | Postage; HN letter to parent. | 0.37 |
| 6/28/2005 | Postage; HR letter to parent. | 0.60 |
| | Copied: HR letter for parent and advocate. | 3.00 |
| 6/29/2005 | Postage; Placement denial from Graydon letter to parent. | 0.37 |
| | Copied: Activity for File "B". | 3.25 |
| | Copied: Placement denial from Graydon for parent and advocate. | 1.00 |
| 7/6/2005 | Copied documents- HN and CVR Ltr | 1.00 |
| | Postage; HN letter to parent. | 0.37 |
| 7/18/2005 | Facsimile: Letter to OSE. | 4.00 |
| 7/26/2005 | Copied: placement denial letter for parent and advocate. | 1.00 |
| | Postage; letter to parent re: placement denial. | 0.37 |
| 7/27/2005 | Facsimile-ltr | 3.00 |
| 7/28/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: Disclosure for SHO and OGC. | 56.00 |
| 8/3/2005 | Facsimile Received from DCPS; HOD | 5.00 |
| 8/4/2005 | Sedan taxi service to and from  Whittier ES for hearing | 30.00 |
| 8/11/2005 | Copied: ICA for parent and advocate. | 2.00 |
| | Postage; letter to parent re: ICA and placement referral. | 0.60 |
| | Postage; Placement referral packages to Green Chimney's. | 3.95 |

Kenneth Williams                                                                    Page     5

                                                                                        Amount

8/11/2005  Copied: placement package for Green Chimneys. Placement letter for parent and advocate.        37.00

8/17/2005  File review preparation of bill and invoice audit                              96.88

           Total costs                                                                  $357.51

           Total amount of this bill                                                  $5,269.19