UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CHARLENE ANKROM, for** :
**A.A., a minor, et al.,** :
 :
    **Plaintiffs,** :
 :
    v. : **Civ. No. 06-0274 (HHK)**
 :
**DISTRICT OF COLUMBIA, et al.,** :
 :
    **Defendants.** :
 :

## ORDER

Upon consideration of Defendant District of Columbia's Motion to Dismiss, any responses thereto, and the record herein, it is

ORDERED that Defendant's Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that the Section 1983 and Section 504 claims herein are DISMISSED with prejudice.

                                                                                                          _____
                                                                                                          United States District Judge