UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHARLENE ANKROM, <u>et al.</u>** | : | |
| **Plaintiffs** | : | |
| v. | : | Civil Action No. 06-Ca-0274(HHK) |
| **DISTRICT OF COLUMBIA** | : | |
| **Defendants** | : | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL
OF ENTRY OF DEFAULT JUDGMENT MOTION**

To the Clerk of the Court:

  The Plaintiffs in the above caption respectfully request a withdrawal of the Motion for Entry of Default Judgment against the Defendant filed on June 29th, 2006.

                 Respectfully submitted,

                  /s/

Tilman L. Gerald [#928796]
Roxanne D. Neloms [#478157]
**Law Offices of James E. Brown, PLLC**
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000 (office) 202.742.2098 (fax)
*ATTORNEYS FOR PLAINTIFFS*