IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHARLENE ANKROM, et al.,** | : | |
| | : | |
| | : | |
| Plaintiffs | : | Civil Action No. 06-274(HHK) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| | : | |
| Defendants | : | |
| | : | |
| _____ | : | |

**PRAECIPE**

To the Clerk of the Court:

**Please dismiss the following cases without prejudice:**

1. DIANE STOCKS, Parent and next friend of D.M., a minor;

2. HAMMED AND BLANCO ROMERO, Parent and next friend of L.R., a minor;

3. JASMINE THOMAS, Parent and next friend of J.T and J.T., minors;

4. KAREN CRAIG, Parent and next friend of L.C., a minor;

5. BARBARA YOUNG, Parent and next friend of S.Y., a minor;.

**The following cases have been settled and will be dismissed upon receipt of payment:**

1. ETHEL HALL, Parent and next friend of T.H., a minor;

2. BEVERLY BROCK, Parent and next friend of L.P., a minor;.

**Please mark the following as settled, paid and dismissed with prejudice:**

1.  CHARLENE ANKROM, parent and next friend of A.A., a minor;

2.  SIMONA BARKSDALE, parent and next friend of J.B., a minor;

3. NUREEAH BROWN, parent and next friend of A.B., a minor;

4. CAROLYN BULLOCK, parent and next friend of K.B., a minor;

5. LUNETTE RUSSELL, parent and next friend of K.B., a minor;

6. CAREY CARTER, parent and next friend of J.C., a minor;

7. ROBIN CHASE-EL, parent and next friend of A.C., a minor;

8. PAMELA COLEMAN-WHEELER, parent and next friend of D.C., a minor;

9. MARTINA CONNER, parent and next friend of M.C., a minor;

10. CASSANDRA and EDWARD DAVIS, parents and next friends of C.D., a minor;

11. PAMELA BROWN, parent and next friend of A.D., a minor;

12. KEIKO ELLIS, parent and next friend of M.E., a minor;

13. DINA FENNELL, parent and next friend of J.F., a minor;

14. QUNEITRA FENWICK, parent and next friend of N.F., a minor;

15. CONSTANCE FREEMAN, parent and next friend of K.F., a minor;

16. MARISOL SAGASTISADO, parent and next friend of M.F., a minor;

17. VALERIE JORDAN, parent and next friend of J.G., a minor;

18. VANESSA HAMMOND, parent and next friend of T.H., a minor;

19. PATRICIA HASSOCK, parent and next friend of T.H., a minor;

20. JERALDINE HERBIN, parent and next friend of J.H., a minor;

21. TRACEY HOOKER, parent and next friend of N.H., a minor;

22. MARGARET MORGAN, parent and next friend of J.H., a minor;

23. CHARLENE DICKENS, parent and next friend of O.H., a minor;

24. SHIRLEY RICHARDSON, parent and next friend of D.J., a minor;

25. DONETTA JACKSON, parent and next friend of S.J., a minor;

26. CYNTHIA MILLER, parent and next friend of D.L., a minor;

27. RHONDA SMITH, parent and next friend of R.L., a minor;

28. JERMAINE and ERICA LESANE, parents and next friends of Q.L., a minor;

29. JOEANN LEWIS, parent and next friend of A.L., a minor;

30. MARTY MATTHEWS, parent and next friend of J.M., a minor;

31. JOSÉ and MARLENI MEJIA, parents and next friends of D.M., a minor;

32. SHERI MITCHELL, parent and next friend of A.M., a minor;

33. BARBARA MYLES, parent and next friend of C.M., a minor;

34. ANGELENIA NETTLES, parent and next friend of D.N., a minor;

35. THERESA BROWN, parent and next friend of A.P., a minor;

36. KIOKA CALDWELL, parent and next friend of K.R., a minor;

37. DELLTONJIA ADAMS, parent and next friend of S.S., a minor;

38. DIANE TALLEY, parent and next friend of A.T., a minor;

39. INGA WARBINGTON, parent and next friend of C.W., a minor;

40. LARRY WALKER, parent and next friend of C.W., a minor;

41. CLAUDANN WILLIAMS, parent and next friend of C.W., a minor;

42. YVETHIA WILLIAMS, parent and next friend of K.W., a minor.

        Respectfully submitted,

        _____/s/_____
        Tilman L. Gerald [928796]
        Roxanne D. Neloms [478157]
        James E. Brown & Associates, PLLC
        1220 L Street, N.W., Suite 700
        Washington, D.C. 20005
        (202)742-2000
        ***Attorneys for Plaintiffs***