UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE ANKROM, for A.A., a minor, et al.,  :<br><br>Plaintiffs,  :<br><br>v.  :<br><br>DISTRICT OF COLUMBIA, et al.,  :<br><br>Defendants.  : | Civil Action No. 06-0274 (HHK) |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note the entry of the appearance of Amy Caspari, Assistant Attorney General, herein, as counsel for Defendants in this matter.

                                                Respectfully submitted,

                                                EUGENE A. ADAMS
                                                Interim Attorney General
                                                for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                ***/s/ Edward P. Taptich***
                                                EDWARD P. TAPTICH [#012914]
                                                Chief, Equity Section II

                                                ***/s/ Amy Caspari***
                                                Amy Caspari [#488968]
                                                Assistant Attorney General
                                                441 Fourth Street, N.W.
                                                Sixth Floor South
                                                Washington, D.C. 20001
                                                (202) 724-7794
November 16, 2006                        email:  amy.caspari@dc.gov