UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLENE ANKROM, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | **Civil Action 06-00274 (HHK)** |

**ORDER**

In light of the praecipe filed September 15, 2006, it is apparent that, pending successful completion of agreed-upon settlement arrangements, all plaintiffs have settled their claims. Defendants' motion to dismiss is therefore moot. Accordingly, it is this 6th day of February, 2007, hereby

**ORDERED** that the motion to dismiss [#3] is **DENIED AS MOOT**.


Henry H. Kennedy, Jr.
United States District Judge