**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CHARLENE ANKROM, <u>et al.</u>,** | : | |
| | : | |
| | : | |
| **Plaintiffs** | : | **Civil Action No. 06-274(HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DISTRICT OF COLUMBIA, <u>et al.</u>,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |
| _____ | : | |

**<u>CONSENT MOTION  TO VACATE FEBRUARY 6, 2007 ORDER</u>
<u>OF DISMISSAL AND TO REINSTATE THE</u>
<u>CLAIMS OF PLAINTIFFS BROWN AND DICKENS,</u>
<u>*NUNC PRO TUNC* SEPTEMBER 15, 2006</u>**

COMES NOW, the Plaintiffs, by and through their attorney, Tilman L. Gerald, and Roxanne D. Neloms, of James E. Brown & Associates, P.L.L.C, pursuant to FRCP 60(a) hereby respectfully request that this Honorable Court vacate the order of dismissal that was entered in the captioned matter on February 6, 2007 for the reasons that follows:

1.      That in the September 15, 2006 Praecipe for Partial Voluntary Dismissal the Plaintiff stated therein that *Thersea Brown*, Parent and next friend of *A.P.*, a minor and *Charlene Dickens*, Parent and next friend of *O.H.*, a minor; claiming that these claims had been settled and paid.

2.      That in its order of February 6, 2007,  this Court denied the Defendant's Motion to Dismiss as moot noting that all claims had either been paid and/or withdrawn.

3.      That soon after the issuance of the February 6, 2007 Order, counsel for the District of Columbia, Amy Caspari, contacted counsel for the Plaintiff to advise *Beverly Brock*, Parent and Next Friend of N.B. had not been paid.  That after reviewing records pertaining to

*Thersea Brown*, Parent and next friend of *A.P.*, a minor and *Charlene Dickens*, Parent and next friend of *O.H.*, a minor, counsel for the Plaintiff advised counsel for the District of Columbia that neither Plaintiff had been paid.

4.    That counsel for the Plaintiffs, because of an administrative clerical error mistakenly advised the Court that the bills paid for Plaintiffs Brown and Dickens when in fact it had not been paid.

5.    That counsel for the Plaintiffs later advised counsel for the District of Columbia, that *Beverly Brock*, Parent and Next Friend of N.B. was paid on April 7, 2006 and should be dismissed *nunc pro tunc*, to September 15, 2006.

6.    That the interest of justice demands that the claims of Plaintiffs Brown and Dickens be reinstated, *nunc pro tunc,* to September 15, 2006.

7.    That by giving its consent, the Defendant acknowledges that it will not be prejudiced if the claims of Plaintiffs Brown and Dickens are reinstated. However, Plaintiffs Brown and Dickens will sustain irreparable damage if their claims are not reinstate their as parties requested.

WHEREFORE, these premises considered, both parties respectfully request this Honorable Court to Vacate the Order entered in this matter on February 6, 2007, and allow the parties to file motions regarding the remaining Plaintiffs in this matter and further dismiss *Beverly Brock*, Parent and Next Friend of N.B. as settled and paid, *nunc pro tunc,* to September 15, 2006.  .

Respectfully submitted,

_____/s/_____
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
*Attorneys for Plaintiffs*

_____/s/_____
Amy Caspari [488968]
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
*Attorney for Defendant*