UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHARLENE ANKROM, for<br>A.A., a minor, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-0274 (HHK)<br>:<br>:<br>:<br>:<br>: |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

　　The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby move this Court for an enlargement of time – to April 27, 2007 – to answer the Complaint herein. This action involves a Complaint for full reimbursement of attorney's fees and costs incurred by fifty one plaintiffs under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§1400 et seq. ("IDEIA"). Currently, only the claims of O.H. are remaining.

　　To allow the parties to continue to work on the possibility of settling the remaining Plaintiff's claims herein, before embarking on the preparation and filing of pleadings that may not ultimately be necessary, the Defendants respectfully request that this Court enlarge the time to file an answer to the complaint herein.

　　Counsel for the Plaintiffs has consented to a grant of this motion.

2

        Respectfully Submitted,

        LINDA SINGER
        Acting Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ***/s/ Edward P. Taptich***
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

        ***/s/ Amy Caspari***
        Amy Caspari [#488968]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7794
March 13, 2007        amy.caspari@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE ANKROM, for A.A., a minor, et al., : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 06-0274 (HHK) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

**ORDER**

On consideration of the Defendants' Consent Motion for Enlargement of Time to Respond to Complaint, filed March 13, 2007, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of _____, 2007,

ORDERED, That the Defendants' motion is granted; and it is

FURTHER ORDERED, That the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including April 27, 2007, and it is

FURTHER ORDERED, That the claims of O.H. are the only remaining claims in this action.

_____
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLENE ANKROM, for** : <br> **A.A., a minor, et al.,** : <br>  : <br> **Plaintiffs,** : <br>  : <br> v.  : <br>  : <br> **DISTRICT OF COLUMBIA, et al.,** : <br>  : <br> **Defendants.** : | **Civil Action No. 06-0274 (HHK)** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Fed. R. Civ. P. 6(b)(1) allows the Court in its discretion to enlarge time to file if the request is made before the expiration of the period originally prescribed, or as extended by a previous order. Since the time to answer has not expired and in consideration of Plaintiff's consent to this motion, Defendants respectfully request an enlargement of time to answer the Complaint.

This action originally involved 51 Plaintiffs' claims for attorneys fees under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§1400 et seq. ("IDEIA"). Since the case was filed in February 14, 2006, all of the Plaintiffs' claims have been settled or dismissed, except those of O.H.[1] At this time, the parties

---

[1] On February 27, 2007, this Court issued an Order vacating *nunc pro tunc*, its dismissal of Plaintiffs O.H. and A.P. However, since that order was issued, the Plaintiffs' discovered that the claims of A.P. were settled and the dismissal as to A.P. should not have been vacated. Further, the claims of L.P. were withdrawn in the praecipe filed by the Plaintiffs on September 15, 2006

4

agree that it is likely they will reach a settlement with respect to the claims of O.H. Therefore, Defendant is seeking an enlargement of time for the parties to discuss the possibility of settling those claims.

                                              Respectfully Submitted,

                                              LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

March 13, 2007                          amy.caspari@dc.gov

---

and thus, the Court's Order that the claims of L.P. are still pending is erroneous. Therefore, the parties respectfully ask this Court take notice that the only remaining claims in this action are those of O.H.