UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE ANKROM, for A.A., a minor, et al., | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 06-0274 (HHK) |
| DISTRICT OF COLUMBIA, et al., | : : : |
| Defendants. | : : |

### DEFENDANTS' ANSWER TO COMPLAINT

Defendants by counsel, hereby answer Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendants admit that this is an action for attorneys' fees pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. § 1400 et seq., but deny the remaining allegations in paragraph 1.

2. Defendants admit the allegations in part (c) of paragraph 2, and admit that this Court has jurisdiction pursuant to the IDEIA in part (a) of paragraph 2. Defendants deny the remaining allegations in part (a) and (b) of paragraph 2.

3. Defendants admit the allegations in paragraph 3.

4. Defendants admit the allegations in the first sentence of paragraph 4 that Plaintiffs are eligible to receive special education services under the IDEIA but Defendants are without sufficient information to answer the remaining claims in the first

sentence of paragraph 4 at this time. Defendants deny the allegations in part z of paragraph 4 that the attorneys' fees claims of O.H. are reasonable.[1]

5.  Defendants admit the allegation the District of Columbia is a municipal corporation that receives federal financial assistance. The remaining allegations in paragraph 5 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

6.  Defendants admit the allegation Clifford Janey is the Superintendent of the District of Columbia Public Schools. The remaining allegations in paragraph 6 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

7.  The allegations in paragraph 7 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

8.  Defendants admit the allegations in paragraph 8.

9.  Defendants admit the allegations in paragraph 9.

10. Defendants admit the allegations in paragraph 10.

11. Defendants admit the allegations in paragraph 11.

12. Defendants deny the allegations in paragraph 12.

13.  Defendants deny the allegations in paragraph 13.

14. The allegations in paragraph 14 are the pleader's conclusions, to which no response is required. If a response is required, then the same are denied.

15. The allegations in paragraph 15 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

---

[1] No answer is required for parts (a) through (y) and parts (aa) through (yy) since only the claims in part (z) of paragraph 4 are remaining herein.

16. The allegations in paragraph 16 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

17. The allegations in paragraph 17 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

18. Defendants deny the allegations in paragraph 18.

19. Defendants are without sufficient information to answer the allegations in paragraph 19 at this time.

20. Defendants deny the allegations in paragraph 20.

21. The allegations in paragraph 21 are the pleader's conclusions, to which no response is required. If a response is required, then the same are denied.

22. The allegations in paragraph 22 are the pleader's conclusions, to which no response is required. If a response is required, then the same are denied.

## PRAYER FOR RELIEF

The Defendants state that paragraphs 1 through 4, on page 37 of the Complaint, constitute Plaintiffs' prayers for relief and legal conclusions of and by the pleader to which no response is required.

**BY WAY OF FURTHER ANSWER**, the Defendants deny all allegations of wrongdoing not otherwise responded to or admitted.

    Respectfully submitted,

    LINDA SINGER
    Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

          */s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov

April 27, 2007