UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLENE ANKROM, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action 06-00274 (HHK) |

**ORDER REFERRING CASE TO UNITED STATES MAGISTRATE JUDGE
FOR FULL CASE MANAGEMENT**

It is this 30th day of April, 2007, hereby

**ORDERED** that the above captioned case is referred to United States Magistrate Judge Alan Kay for full case management.[1]

                                        Henry H. Kennedy, Jr.
                                        United States District Judge

---

[1] Referral for full case management means that pursuant to Rule 72.2 (a) of the Rules of the United States District Court for the District of Columbia, the Magistrate Judge will determine any pretrial motions or matters that arises in this case other than those motions specified in Rule 72.3. With respect to any motion or matter specified in Rule 72.3 that arises in this case, the Magistrate Judge will submit proposed findings of fact and a recommendation for the disposition of such motion or matter. The Magistrate Judge will also conduct a pretrial conference if needed.