UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE ANKROM, for<br>A.A., a minor, et al., | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No. 06-0274 (AK) |
| DISTRICT OF COLUMBIA, et al., | :<br>:<br>: |
| Defendants. | :<br>: |

**JOINT MOTION FOR CONSENT JUDGMENT**

The parties jointly move this Court to approve the attached Consent Judgment awarding plaintiffs attorneys' fees, and to dismiss this case with prejudice. This action originally involved 51 Plaintiffs' claims for attorneys' fees under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§1400 et seq. ("IDEIA"). Since the case was filed on February 14, 2006, all of the Plaintiffs' claims have been settled or dismissed, except those of O.H.

The parties agree to an award of $8,000.00 to Plaintiff O.H. in settlement of any and all claims for attorney's fees by the Plaintiff in connection with a hearing officer's decision issued on August 1, 2005 with respect to O.H. Because the District of Columbia Appropriations Act includes a fee cap, the parties agree that the Defendants can only pay $4,000.00 at this time.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ *Edward P. Taptich***
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

| | |
|---|---|
| **/s/*Tilman L. Gerald*** | **/s/ *Amy Caspari*** |
| Tilman L. Gerald [928796] | Amy Caspari [#488968] |
| Brown & Associates | Assistant Attorney General |
| 1220 L St. N.W., #700 | 441 Fourth Street, N.W., 6th Fl. S |
| Washington, D.C. 20005 | Washington, D.C. 20001 |
| (202) 742-2000 | (202) 724-7794 |
| rneloms@jeblaw.biz | amy.caspari@dc.gov |
| Attorney for Plaintiff O.H. | Attorney for Defendants |

May 30, 2007