## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|   |   |   |
|---|---|---|
| | : | |
| **CHARLENE ANKROM, for** | : | |
| **A.A., a minor, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 06-0274 (AK)** |
| | : | |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

_____ :

### CONSENT JUDGMENT

Upon consideration of the parties' Joint Motion for Consent Judgment, it is on

this _____ day of _____, 2007, hereby

**ORDERED** that the Plaintiff is awarded $8,000.00 in settlement of any and all

claims for attorneys' fees by the Plaintiff in connection with her complaint for fees and

the August 1, 2005, Hearing Officer's Determination; and it is

**FURTHER ORDERED** that the Defendants will pay to James E. Brown &

Associates, $4,000.00 in attorneys' fees within 60 days of the date of this Order, which is

the only amount of attorneys fees the Defendants can pay at this time under the fee cap in

the District of Columbia Appropriations Act; and it is

**FURTHER ORDERED** that this fully resolves the only remaining issue in this

matter; and it is

**FURTHER ORDERED** that this case is dismissed with prejudice.

_____
United States District Judge