UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLENE ANKROM, for** <br> **A.A., a minor, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 06-0274 (AK) <br> : <br> : <br> : <br> : |

## CONSENT JUDGMENT

Upon consideration of the parties' Joint Motion for Consent Judgment, it is on this _____ day of _____, 2007, hereby

**ORDERED** that the Plaintiff is awarded $8,000.00 in settlement of any and all claims for attorneys' fees by the Plaintiff in connection with her complaint for fees and the August 1, 2005, Hearing Officer's Determination; and it is

**FURTHER ORDERED** that the Defendants will pay to James E. Brown & Associates, $4,000.00 in attorneys' fees within 60 days of the date of this Order, which is the only amount of attorneys fees the Defendants can pay at this time under the fee cap in the District of Columbia Appropriations Act; and it is

**FURTHER ORDERED** that this fully resolves the only remaining issue in this matter; and it is

**FURTHER ORDERED** that this case is dismissed with prejudice.

_____
United States District Judge